1   SORRELLS, GRANVILLE THOMAS, WASHINGTON, JACKSON, HOGAN, BARNETT,

2   INGRAM, BABB, ANTROINE TYARS SR., ANTROINE TYARS JR., WEBSTER,

3   MURRLEY, CAMPBELL, CARTER, COLLINS, GREGORY GORDON, TYRELL

4   THOMAS JR., WEST, SIMS, BRYANT, DODDS, SAUNDERS, WHETSTONE,

5   JOHNSON, COLE, LEE, TONY GORDON, MYERS, GRIMBLE, KEITH, and

6   PITTS would sell drugs within Broadway Crips' territory, would

7   protect the gang's territory by carrying firearms, and would use

8   violence against the gang's rivals and enemies, including

9   through attempted murder, acts of intimidation, assaults, and

10  shootings.

11       8.   Defendants MARTINEZ, HARRIS, SUMPTER, SHAW, TYRELL

12  THOMAS SR., DASHIELL, KELLY, MARSHALL, WOOLEY, PETE, LEGGETT,

13  PEREZ, JUAN TYARS, HOUSTON, JONES, KEATON, MINNIEFIELD, HALL,

14  BURRELL, SWAFFI, LUCAS, SORRELLS, GRANVILLE THOMAS, WASHINGTON,

15  JACKSON, HOGAN, BARNETT, GRIFFIN, INGRAM, WILLIAMS, HENDERSON,

16  BABB, ANTROINE TYARS SR., ANTROINE TYARS JR., WEBSTER, MURRLEY,

17  CAMPBELL, CARTER, COLLINS, GREGORY GORDON, TYRELL THOMAS JR.,

18  TYRONE TYARS, WEST, SIMS, BRYANT, DODDS, SAUNDERS, WHETSTONE,

19  JOHNSON, COLE, LEE, TONY GORDON, RICHARDS, BRAY, HEARD, MYERS,

20  KOONCE, BELLINGER, RYAN SMITH, GRIMBLE, KEITH, PITTS, and

21  BROWNLEE would sell drugs within Broadway Crips' territory,

22  would protect the gang's territory from rivals, and would ensure

23  that only Broadway Crips or permitted associates sold drugs

24  within the gang's territory.

25       9.   Defendants MARTINEZ, HARRIS, SHAW, DASHIELL, JUAN

26  TYARS, HOUSTON, AMOS, DODDS, and KEITH would coordinate the

27  interstate distribution of drugs utilizing a network of Broadway

28  Crips members and associates.

1     10.   Defendant WOOLEY would operate an illegal marijuana

2   dispensary inside Broadway Crips' territory.   Defendant DASHIELL

3   would operate a marijuana grow operation that would supply

4   marijuana to the gang.

5     11.   Defendants RILEY and WHETSTONE would transport drugs,

6   drug proceeds, and firearms on behalf of the gang.

7     12.   Defendants MARTINEZ, TYRELL THOMAS SR., RILEY,

8   MURRLEY, and JAMES would store the gang's firearms in order to

9   hide them from law enforcement.

10     13.   Defendant JAMES would allow Broadway Crips members to

11   cook crack cocaine for later distribution in his residence.

12     14.   Defendant BURTON would purchase crack cocaine from

13   defendants MARTINEZ and SUMPTER in order to re-sell the drugs to

14   his own customers.

15   C.   OVERT ACTS

16     In furtherance of the conspiracy and to accomplish the

17   objects of the conspiracy, on or about the following dates, the

18   defendants, and others known and unknown to the Grand Jury,

19   committed various overt acts within the Central District of

20   California, and elsewhere, including but not limited to Overt

21   Acts numbered 1 through 633 as set forth in Count One, which are

22   re-alleged and incorporated by reference as if fully set forth

23   herein, as well as the following:

24     634.   On February 28, 2013, in order to arrange a drug

25   transaction, defendant SANCHEZ, using coded language in a

26   telephone conversation, informed defendant SUMPTER that

27   defendant SANCHEZ was on his way to defendant SUMPTER's

28   residence.

635. On March 3, 2013, in order to arrange a drug transaction, defendant SANCHEZ, using coded language in a telephone conversation, informed defendant SUMPTER that defendant SANCHEZ was on his way to defendant SUMPTER's residence.

636. On March 4, 2013, in order to arrange a drug transaction, defendant SANCHEZ, using coded language in a telephone conversation, informed defendant SUMPTER that defendant SANCHEZ was on his way to defendant SUMPTER's residence.

637. On March 4, 2013, in order to arrange a drug transaction, defendant SUMPTER, using coded language in a telephone conversation, instructed defendant BURTON to return to defendant SUMPTER's residence because defendant SUMPTER's cocaine supplier had just arrived.

638. On March 6, 2013, in order to arrange a drug transaction, defendant SANCHEZ, using coded language in a telephone conversation, informed defendant SUMPTER that defendant SANCHEZ was on his way to defendant SUMPTER's residence.

639. On March 8, 2013, in order to arrange a drug transaction, defendant SANCHEZ, using coded language in a telephone conversation, informed defendant SUMPTER that defendant SANCHEZ was on his way to defendant SUMPTER's residence.

640. On March 8, 2013, in order to arrange a drug transaction, defendant SUMPTER, using coded language in a

1  telephone conversation, informed defendant BURTON to come to

2  defendant SUMPTER's residence.

3      641. On March 13, 2013, in order to arrange a drug

4  transaction, defendant BURTON, using coded language in a

5  telephone conversation, informed defendant SUMPTER that

6  defendant BURTON was on his way to defendant SUMPTER's

7  residence.

8      642. On March 16, 2013, in order to arrange a drug

9  transaction, defendant BURTON, using coded language in a

10 telephone conversation, informed defendant SUMPTER that

11 defendant BURTON was on his way to defendant SUMPTER's

12 residence.

13     643. On March 18, 2013, in order to arrange a drug

14 transaction, defendant BURTON, using coded language in a

15 telephone conversation, informed defendant SUMPTER that

16 defendant BURTON was on his way to defendant SUMPTER's

17 residence.

18

19

20

21

22

23

24

25

26

27

28

## COUNT THIRTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about July 16, 2009, in Los Angeles County, within the Central District of California, defendant ROBERT PITTS, also known as "Doughboy," knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

1

## COUNT FOURTEEN

2

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

3        On or about April 6, 2010, in Los Angeles County, within

4   the Central District of California, defendant PATRICK SWAFFI,

5   also known as "Pat," knowingly and intentionally possessed with

6   intent to distribute a mixture and substance containing a

7   detectable amount of cocaine base in the form of crack cocaine,

8   a Schedule II narcotic drug controlled substance.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT FIFTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii)]

On or about April 27, 2011, in Kern County, within the Central District of California, defendants ANTHONY WOOLEY, also known as ("aka") "Big Sneak," aka "Sneak," and CEDRIC JOHNSON, aka "Baby C-Dog," knowingly and intentionally possessed with intent to distribute at least 280 grams, that is, approximately 340 grams, of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

COUNT SIXTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about August 22, 2011, in Los Angeles County, within the Central District of California, defendants ROOSEVELT SUMPTER, also known as ("aka") "Tu Tu," aka "T-Dog," and LAMAR BABB, aka "Lamar Orkees Watkins," aka "Pork Chop," aka "Lamb Chop," knowingly and intentionally distributed at least 28 grams, that is, approximately 41.1 grams, of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

1

COUNT SEVENTEEN

2

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

3       On or about September 7, 2011, in Los Angeles County,

4  within the Central District of California, defendant MARQUIS

5  SHAW, also known as "T-Loon," knowingly and intentionally

6  distributed at least 28 grams, that is, approximately 42.2

7  grams, of a mixture and substance containing a detectable amount

8  of cocaine base in the form of crack cocaine, a Schedule II

9  narcotic drug controlled substance.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT EIGHTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about September 28, 2011, in Los Angeles County, within the Central District of California, defendants LAMAR BABB, also known as ("aka") "Lamar Orkees Watkins," aka "Pork Chop," aka "Lamb Chop," and FRANK RILEY, aka "Unc," aka "Old Man," aka "OJ," knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

152

## COUNT NINETEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about October 12, 2011, in Los Angeles County, within the Central District of California, defendants JOHNNY LEGGETT and MONALISA HENDERSON, also known as "Mona," knowingly and intentionally distributed at least 28 grams, that is, approximately 41 grams, of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

153

## COUNT TWENTY

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about October 13, 2011, in Los Angeles County, within the Central District of California, defendants LORD KELLY, also known as ("aka") "Lil' Rave," and ROBERT CURTIS BARNETT, aka "Baby Ange," aka "Lil' Rob," knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

154

## COUNT TWENTY-ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about November 8, 2011, in Los Angeles County, within the Central District of California, defendant ROOSEVELT SUMPTER, also known as ("aka") "Tu Tu," aka "T-Dog," knowingly and intentionally distributed at least 28 grams, that is, approximately 41.4 grams, of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

## COUNT TWENTY-TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about December 13, 2011, in Los Angeles County, within the Central District of California, defendants ANDRE GRIFFIN, also known as ("aka") "F-Bone," and ANTONIO DODDS, aka "Tone," knowingly and intentionally distributed at least 28 grams, that is, approximately 55.4 grams, of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

COUNT TWENTY-THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about June 21, 2012, in Los Angeles County, within the Central District of California, defendant LELAND WEBSTER, also known as "Wimp," knowingly and intentionally distributed at least 28 grams, that is, approximately 31.4 grams, of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

157

## COUNT TWENTY-FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about August 15, 2012, in Los Angeles County, within the Central District of California, defendant JOSHUA PEREZ, also known as "Tiny Ange," knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

## COUNT TWENTY-FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about August 21, 2012, in Los Angeles County, within the Central District of California, defendant GODFREY SORRELLS, also known as "Tiny Dizzy," knowingly and intentionally distributed at least 28 grams, that is, approximately 31.6 grams, of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

COUNT TWENTY-SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about October 3, 2012, in Los Angeles County, within the Central District of California, defendants ANTHONY WOOLEY, also known as ("aka") "Big Sneak," aka "Sneak," and CHRIS DONTE BURRELL, aka "Fly," aka "Smooth," knowingly and intentionally distributed at least 28 grams, that is, approximately 41 grams, of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

## COUNT TWENTY-SEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about December 4, 2012, in Los Angeles County, within the Central District of California, defendants TYRINE MARTINEZ, also known as ("aka") "Lil' C-Bone," ROOSEVELT SUMPTER, aka "Tu Tu," aka "T-Dog," and PEDRO SANCHEZ, aka "Peezy," knowingly and intentionally distributed at least 28 grams, that is, approximately 59.9 grams, of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

1

## COUNT TWENTY-EIGHT

2

[21 U.S.C. §§ 841(a)(1), (b)(1)(D)]

3      On or about March 27, 2013, in Los Angeles County, within

4  the Central District of California, defendant ROOSEVELT SUMPTER,

5  also known as ("aka") "Tu Tu," aka "T-Dog," knowingly and

6  intentionally possessed with intent to distribute a mixture and

7  substance containing a detectable amount of marijuana, a

8  Schedule I controlled substance.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

162

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT TWENTY-NINE

[21 U.S.C. §§ 841(a)(1), (b)(1)(D)]

On or about September 19, 2013, in Los Angeles County, within the Central District of California, defendant PATRICK SWAFFI, also known as "Pat," knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

1

## COUNT THIRTY

2

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

3     On or about November 26, 2013, in Los Angeles County,

4  within the Central District of California, defendant DERREK

5  JONES, also known as "Dirty D," knowingly and intentionally

6  distributed at least 28 grams, that is, approximately 38.5

7  grams, of a mixture and substance containing a detectable amount

8  of cocaine base in the form of crack cocaine, a Schedule II

9  narcotic drug controlled substance.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT THIRTY-ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about December 5, 2013, in Los Angeles County, within the Central District of California, defendant DERREK JONES, also known as "Dirty D," knowingly and intentionally possessed with intent to distribute at least 28 grams, that is, approximately 102.2 grams, of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

1    <u>COUNTS THIRTY-TWO THROUGH EIGHTY</u>

2    [21 U.S.C. § 860]

3    On or about the following dates, in Los Angeles County,

4    within the Central District of California, defendants TYRINE

5    MARTINEZ, also known as ("aka") "Lil' C-Bone" ("MARTINEZ"),

6    TRACY HARRIS, aka "Woody" ("HARRIS"), ROOSEVELT SUMPTER, aka "Tu

7    Tu," aka "T-Dog" ("SUMPTER"), MARQUIS SHAW, aka "T-Loon"

8    ("SHAW"), KEEFE DASHIELL, aka "Bugz" ("DASHIELL"), LORD KELLY,

9    aka "Lil' Rave" ("KELLY"), ANTHONY WOOLEY, aka "Big Sneak," aka

10   "Sneak" ("WOOLEY"), JOHNNIE LEGGETT ("LEGGETT"), JOSHUA PEREZ,

11   aka "Tiny Ange" ("PEREZ"), JUAN TYARS, aka "Big Brat" ("JUAN

12   TYARS"), JERMAINE HOUSTON, aka "J-Bone" ("HOUSTON"), DERREK

13   JONES, aka "Dirty D" ("JONES"), CHRIS DONTE BURRELL, aka "Fly,"

14   aka "Smooth" ("BURRELL"), PATRICK SWAFFI, aka "Pat" ("SWAFFI"),

15   GODFREY SORRELLS, aka "Tiny Dizzy" ("SORRELLS"), GRANVILLE

16   THOMAS, aka "Lee" ("GRANVILLE THOMAS"), DAMON HOGAN, aka "Lil'

17   Lou" ("HOGAN"), ROBERT CURTIS BARNETT, aka "Baby Ange," aka

18   "Lil' Rob" ("BARNETT"), ANDRE GRIFFIN, aka "F-Bone" ("GRIFFIN"),

19   MONALISA HENDERSON, aka "Mona" ("HENDERSON"), LAMAR BABB, aka

20   "Lamar Orkees Watkins," aka "Pork Chop," aka "Lamb Chop"

21   ("BABB"), ANTROINE TYARS JR., aka "Lil' Crazy A" ("ANTROINE

22   TYARS JR."), LELAND WEBSTER, aka "Wimp" ("WEBSTER"), RAVON

23   MURRLEY, aka "Crook" ("MURRLEY"), KEVIN CAMPBELL, aka "Scooby,"

24   aka "Kev Dog," aka "Slim" ("CAMPBELL"), GREGORY GORDON, aka

25   "Baby Lil' Man" ("GREGORY GORDON"), ANTONIO WEST, aka "Tone

26   Bone" ("WEST"), KEVIN SIMS, aka "Hot Box" ("SIMS"), TRAVIS

27   ANTONIO BRYANT, aka "Ange," aka "Dice," aka "Baby Dice"

28   ("BRYANT"), ANTONIO DODDS, aka "Tone" ("DODDS"), SHERONIA

1 SAUNDERS, aka "Gigi" ("SAUNDERS"), BOBBY BRAY, aka "Nite Owl,"

2 aka "Nite Out," aka "Darwin Pitts" ("BRAY"), ERIC HEARD, aka

3 "Lil' White Mike" ("HEARD"), and MARK KEITH, aka "Baby Too Cool"

4 ("KEITH"), and others known and unknown to the Grand Jury,

5 knowingly and intentionally possessed with intent to distribute

6 and distributed the following quantities of a mixture and

7 substance containing a detectable amount of:  cocaine, a

8 Schedule II narcotic drug controlled substance; cocaine base in

9 the form of crack cocaine ("crack cocaine"), a Schedule II

10 narcotic drug controlled substance; methamphetamine, a Schedule

11 I controlled substance; and marijuana, a Schedule I controlled

12 substance; in violation of Title 21, United States Code,

13 Sections 841(a)(1), (b)(1)(B), and (b)(1)(C), in and on, and

14 within 1,000 feet of, the real property comprising of (1) public

15 elementary schools, namely, Estrella Elementary and Early

16 Education Center, located at 120 East 57th Street, Los Angeles,

17 California ("Estrella Elem."); La Salle Avenue Elementary

18 School, located at 8715 La Salle Avenue, Los Angeles, California

19 ("La Salle Elem."); Main Street Elementary School, located at

20 129 East 53rd Street, Los Angeles, California ("Main St.

21 Elem."); Bright Elementary School, located at 1771 West 36th

22 Street, Los Angeles, California ("Bright Elem."); Wisdom

23 Elementary and Preschool Program, located at 1125 East 74th

24 Street, Los Angeles, California ("Wisdom Pre."); 52nd Street

25 Elementary and Early Education Center, located at 816 West 51st

26 Street, Los Angeles, California ("52nd Elem."); West Vernon

27 Elementary School, located at 4312 South Grand Avenue, Los

28 Angeles ("W. Vernon Elem."); (2) public secondary schools,

1  namely, Angelou Community High School, located at 300 East 53rd

2  Street, Los Angeles, California ("Angelou H.S."); Wallis

3  Annenberg High School, located at 4000 South Main Street, Los

4  Angeles, California ("Wallis H.S."); Aspire Slauson Academy,

5  located at 123 West 59th Street, Los Angeles, California

6  ("Aspire Academy"); and (3) a public park, namely, Pocket Park,

7  located at 5207 South Broadway, Los Angeles, California.

8

9

| COUNT | DESCRIPTION | PROTECTED LOCATION(S) |
|---|---|---|
| COUNT THIRTY-TWO | On March 24, 2011, defendants BURRELL and HENDERSON knowingly and intentionally distributed approximately 27.3 grams of a mixture and substance containing a detectable amount of crack cocaine. | Estrella Elem.; Aspire Academy |
| COUNT THIRTY-THREE | On March 24, 2011, defendant HENDERSON knowingly and intentionally distributed approximately 13.2 grams of a mixture and substance containing a detectable amount of crack cocaine. | Wallis H.S. |
| COUNT THIRTY-FOUR | On June 22, 2011, defendant WOOLEY knowingly and intentionally distributed approximately 26.9 grams of a mixture and substance containing a detectable amount of crack cocaine. | Pocket Park |

| COUNT | DESCRIPTION | PROTECTED LOCATION(S) |
|---|---|---|
| COUNT THIRTY-FIVE | On July 12, 2011, defendant WOOLEY knowingly and intentionally distributed approximately 27.5 grams of a mixture and substance containing a detectable amount of crack cocaine. | Pocket Park |
| COUNT THIRTY-SIX | On August 15, 2011, defendant SHAW knowingly and intentionally distributed approximately 14.0 grams of a mixture and substance containing a detectable amount of crack cocaine. | Main St. Elem.; Pocket Park |
| COUNT THIRTY-SEVEN | On August 22, 2011, defendant BABB knowingly and intentionally distributed approximately 41.1 grams of a mixture and substance containing a detectable amount of crack cocaine. | Main St. Elem.; Angelou H.S. |
| COUNT THIRTY-EIGHT | On September 6, 2011, defendant BARNETT knowingly and intentionally distributed approximately 26.9 grams of a mixture and substance containing a detectable amount of crack cocaine. | Main St. Elem; Pocket Park |
| COUNT THIRTY-NINE | On September 28, 2011, defendants ANTROINE TYARS JR. and BRAY knowingly and intentionally distributed approximately 13.6 grams of a mixture and substance containing a detectable amount of crack cocaine. | Pocket Park |

| COUNT | DESCRIPTION | PROTECTED LOCATION(S) |
|---|---|---|
| COUNT FORTY | On October 4, 2011, defendant BRAY knowingly and intentionally distributed approximately 27.5 grams of a mixture and substance containing a detectable amount of crack cocaine. | 52nd Elem. |
| COUNT FORTY-ONE | On October 6, 2011, defendants GRIFFIN and BRYANT knowingly and intentionally distributed approximately 27.6 grams of a mixture and substance containing a detectable amount of crack cocaine. | W. Vernon Elem. |
| COUNT FORTY-TWO | On October 12, 2011, defendant GRIFFIN knowingly and intentionally distributed approximately 6.7 grams of a mixture and substance containing a detectable amount of crack cocaine. | W. Vernon Elem. |
| COUNT FORTY-THREE | On October 12, 2011, defendants LEGGETT and HENDERSON knowingly and intentionally distributed approximately 41.0 grams of a mixture and substance containing a detectable amount of crack cocaine. | Estrella Elem. |
| COUNT FORTY-FOUR | On October 19, 2011, defendant GRIFFIN knowingly and intentionally distributed approximately 27.8 grams of a mixture and substance containing a detectable amount of crack cocaine. | W. Vernon Elem. |

170

| COUNT | DESCRIPTION | PROTECTED LOCATION(S) |
|---|---|---|
| COUNT FORTY-FIVE | On November 8, 2011, defendant SUMPTER knowingly and intentionally distributed approximately 41.4 grams of a mixture and substance containing a detectable amount of crack cocaine. | Estrella Elem. |
| COUNT FORTY-SIX | On December 1, 2011, defendant CAMPBELL knowingly and intentionally distributed approximately 14.0 grams of a mixture and substance containing a detectable amount of crack cocaine. | Pocket Park |
| COUNT FORTY-SEVEN | On December 13, 2011, defendants GRIFFIN and DODDS knowingly and intentionally distributed approximately 55.4 grams of a mixture and substance containing a detectable amount of crack cocaine. | W. Vernon Elem. |
| COUNT FORTY-EIGHT | On January 25, 2012, defendant SWAFFI knowingly and intentionally distributed approximately 13.6 grams of a mixture and substance containing a detectable amount of crack cocaine. | Main St. Elem. |
| COUNT FORTY-NINE | On February 13, 2012, defendant SAUNDERS knowingly and intentionally distributed approximately 13.3 grams of a mixture and substance containing a detectable amount of crack cocaine. | Estrella Elem.; Aspire Academy |

| COUNT | DESCRIPTION | PROTECTED LOCATION(S) |
|---|---|---|
| COUNT FIFTY | On February 21, 2012, defendant GREGORY GORDON knowingly and intentionally distributed approximately 25.7 grams of a mixture and substance containing a detectable amount of crack cocaine. | Estrella Elem.; Aspire Academy |
| COUNT FIFTY-ONE | On March 22, 2012, defendant SHAW knowingly and intentionally distributed approximately 12.4 grams of a mixture and substance containing a detectable amount of crack cocaine. | Main St. Elem.; Pocket Park |
| COUNT FIFTY-TWO | On May 15, 2012, defendants JUAN TYARS and SIMS knowingly and intentionally distributed approximately 27.5 grams of a mixture and substance containing a detectable amount of crack cocaine. | Estrella Elem.; Aspire Academy |
| COUNT FIFTY-THREE | On May 29, 2012, defendant HEARD knowingly and intentionally distributed approximately 28 grams of a mixture and substance containing a detectable amount of crack cocaine. | Bright Elem. |
| COUNT FIFTY-FOUR | On June 12, 2012, defendant KEITH knowingly and intentionally distributed approximately 9.9 grams of a mixture and substance containing a detectable amount of marijuana. | Estrella Elem.; Aspire Academy |

| COUNT | DESCRIPTION | PROTECTED LOCATION(S) |
|---|---|---|
| COUNT FIFTY-FIVE | On June 13, 2012, defendant WEBSTER knowingly and intentionally distributed approximately 17.1 grams of a mixture and substance containing a detectable amount of crack cocaine. | Pocket Park |
| COUNT FIFTY-SIX | On June 21, 2012, defendant WEBSTER knowingly and intentionally distributed approximately 31.4 grams of a mixture and substance containing a detectable amount of crack cocaine. | Pocket Park |
| COUNT FIFTY-SEVEN | On August 7, 2012, defendant KELLY knowingly and intentionally distributed approximately 118 grams of a mixture and substance containing a detectable amount of marijuana. | Main St. Elem.; Pocket Park |
| COUNT FIFTY-EIGHT | On August 15, 2012, defendant PEREZ knowingly and intentionally possessed with intent to distribute approximately 9.9 grams of a mixture and substance containing a detectable amount of crack cocaine. | Main St. Elem. |
| COUNT FIFTY-NINE | On August 21, 2012, defendant SORRELLS knowingly and intentionally distributed approximately 31.6 grams of a mixture and substance containing a detectable amount of crack cocaine. | Main St. Elem.; Pocket Park |

| COUNT | DESCRIPTION | PROTECTED LOCATION(S) |
|---|---|---|
| COUNT SIXTY | On August 22, 2012, defendant GRANVILLE THOMAS knowingly and intentionally distributed approximately 53.9 grams of a mixture and substance containing a detectable amount of crack cocaine. | Estrella Elem. |
| COUNT SIXTY-ONE | On September 6, 2012, defendant SWAFFI knowingly and intentionally distributed approximately 27.4 grams of a mixture and substance containing a detectable amount of crack cocaine. | Main St. Elem. |
| COUNT SIXTY-TWO | On September 18, 2012, defendant MARTINEZ knowingly and intentionally distributed approximately 27.1 grams of a mixture and substance containing a detectable amount of crack cocaine | Pocket Park |
| COUNT SIXTY-THREE | On September 27, 2012, defendant DASHIELL knowingly and intentionally possessed with intent to distribute approximately 20 marijuana plants. | La Salle Elem. |
| COUNT SIXTY-FOUR | On October 3, 2012, defendant BURRELL knowingly and intentionally distributed approximately 41.0 grams of a mixture and substance containing a detectable amount of crack cocaine. | Estrella Elem.; Aspire Academy |

| | | |
|---|---|---|
| COUNT SIXTY-FIVE | On October 10, 2012, defendant JUAN TYARS knowingly and intentionally distributed approximately 27.4 grams of a mixture and substance containing a detectable amount of crack cocaine. | Estrella Elem.; Aspire Academy |
| COUNT SIXTY-SIX | On October 16, 2012, defendants LEGGETT and JUAN TYARS knowingly and intentionally distributed approximately 34.4 grams of a mixture and substance containing a detectable amount of crack cocaine. | Estrella Elem.; Aspire Academy |
| COUNT SIXTY-SEVEN | On November 7, 2012, defendant LEGGETT knowingly and intentionally distributed approximately 35.5 grams of a mixture and substance containing a detectable amount of cocaine. | 52nd Elem. |
| COUNT SIXTY-EIGHT | On December 4, 2012, defendant MARTINEZ knowingly and intentionally distributed approximately 59.9 grams of a mixture and substance containing a detectable amount of crack cocaine. | Main St. Elem.; Angelou H.S. |
| COUNT SIXTY-NINE | On January 8, 2013, defendant HOUSTON knowingly and intentionally distributed approximately 7.8 grams of a mixture and substance containing a detectable amount of crack cocaine. | Estrella Elem.; Aspire Academy |

| COUNT | DESCRIPTION | PROTECTED LOCATION(S) |
|---|---|---|
| COUNT SEVENTY | On January 10, 2013, defendant KELLY knowingly and intentionally distributed approximately 5.7 grams of a mixture and substance containing a detectable amount of marijuana. | Main St. Elem.; Pocket Park |
| COUNT SEVENTY-ONE | On March 27, 2013, defendant HOUSTON knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine. | Pocket Park |
| COUNT SEVENTY-TWO | On March 27, 2013, defendant HOGAN knowingly and intentionally possessed with intent to distribute approximately 6.38 grams of a mixture and substance containing a detectable amount of crack cocaine, approximately 6.12 grams of a mixture and substance containing a detectable amount of cocaine, and approximately 115.34 grams of a mixture and substance containing a detectable amount of marijuana. | Estrella Elem.; Aspire Academy |
| COUNT SEVENTY-THREE | On March 27, 2013 defendant WEST knowingly and intentionally distributed approximately 2.06 grams of a mixture and substance containing a detectable amount of crack cocaine. | Pocket Park |

| COUNT | DESCRIPTION | PROTECTED LOCATION(S) |
|---|---|---|
| COUNT SEVENTY-FOUR | On September 27, 2013, defendant JONES knowingly and intentionally distributed approximately 25.8 grams of a mixture and substance containing a detectable amount of crack cocaine. | Angelou H.S. |
| COUNT SEVENTY-FIVE | On November 26, 2013, defendant JONES knowingly and intentionally distributed approximately 38.5 grams of a mixture and substance containing a detectable amount of crack cocaine. | Angelou H.S. |
| COUNT SEVENTY-SIX | On December 5, 2013, defendant JONES knowingly and intentionally possessed with intent to distribute approximately 102.2 grams of a mixture and substance containing a detectable amount of crack cocaine. | Angelou H.S. |
| COUNT SEVENTY-SEVEN | On December 11, 2013, defendant DASHIELL knowingly and intentionally possessed with  intent to distribute approximately 50 marijuana plants. | Wisdom Pre. |
| COUNT SEVENTY-EIGHT | On January 14, 2014, defendant HARRIS knowingly and intentionally distributed approximately 13.5 grams of actual methamphetamine. | Main St. Elem; Pocket Park |

| COUNT | DESCRIPTION | PROTECTED LOCATION(S) |
|---|---|---|
| COUNT SEVENTY-NINE | On January 15, 2014, defendant HARRIS knowingly and intentionally distributed approximately 10.3 grams of methamphetamine. | Main St. Elem; Pocket Park |
| COUNT EIGHTY | On May 28, 2014, defendant MURRLEY knowingly and intentionally distributed crack cocaine. | W. Vernon Elem. |

178

COUNT EIGHTY-ONE

[18 U.S.C. §§ 924(c)(1)(A)(iii), (j)(i), 2]

On or about March 10, 2003, in Los Angeles County, within the Central District of California, defendant MARQUIS SHAW, also known as "T-Loon" ("SHAW"), while aiding and abetting others known and unknown to the Grand Jury, knowingly used and carried at least one of the following firearms, namely, a Glock 9mm caliber semi-automatic handgun, bearing serial number CY580US, and a .40 caliber handgun of an unknown manufacturer, during and in relation to, and possessed at least one of those firearms in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One of this Indictment, and murder in aid of racketeering activity, in violation of Title 18, United States Code, Section 1959(a)(1), as charged in Count Two of this Indictment, and in so doing, brandished and discharged at least one of those firearms.

In the commission of these offenses, and through the use and discharge of at least one of those firearms, defendant SHAW, while aiding and abetting others known and unknown to the Grand Jury, caused the death of L.R., and L.R.'s death constituted a murder, as defined in Title 18, United States Code, Section 1111(a), namely, a killing with malice aforethought.

1

2

## COUNT EIGHTY-TWO

[18 U.S.C. § 924(c)(1)(A)(i)]

3      On or about June 19, 2009, in Los Angeles County, within

4   the Central District of California, defendant JOSHUA PEREZ, also

5   known as "Tiny Ange," knowingly used and carried a firearm,

6   namely, a loaded Smith & Wesson 9mm caliber semi-automatic

7   handgun, bearing serial number TFR0912, during and in relation

8   to, and possessed that firearm in furtherance of, a crime of

9   violence, namely, conspiracy to engage in racketeering activity,

10  in violation of Title 18, United States Code, Section 1962(d),

11  as charged in Count One of this Indictment.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT EIGHTY-THREE

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about July 16, 2009, in Los Angeles County, within the Central District of California, defendant ROBERT PITTS, also known as "Doughboy," knowingly possessed a loaded Beretta semi-automatic handgun in furtherance of a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One of this Indictment, and a drug trafficking crime, namely, conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count Twelve of this Indictment, and possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Fifteen of this Indictment.

COUNT EIGHTY-FOUR

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about December 7, 2009, in Los Angeles County, within the Central District of California, defendants CHARLES SMITH, also known as ("aka") "Big Solo," TRAYVONE JACKSON, aka "Deuce Von," aka "Trey," and RAVON MURRLEY, aka "Crook," knowingly used and carried a firearm, namely, a loaded Rossi .38 caliber revolver, bearing serial number D606211, during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One this Indictment.

182

COUNT EIGHTY-FIVE

[18 U.S.C. § 924(c)(1)(A)(iii)]

On or about April 6, 2010, in Los Angeles County, within the Central District of California, defendant PATRICK SWAFFI, also known as "Pat," knowingly used and carried a firearm, namely, a Sig Sauer model P220 .45 caliber semi-automatic handgun, bearing serial number G238104, during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One of this Indictment, and in so doing, brandished and discharged that firearm.

COUNT EIGHTY-SIX

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about April 6, 2010, in Los Angeles County, within the Central District of California, defendant PATRICK SWAFFI, also known as "Pat," knowingly possessed a firearm, namely, a Ruger model P90 .45 caliber semi-automatic handgun, bearing serial number 66155134, in furtherance of a drug trafficking crime, namely, conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count Twelve of this Indictment, and possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Fourteen of this Indictment.

184

COUNT EIGHTY-SEVEN

[18 U.S.C. §§ 924(c)(1)(A)(ii), 2]

On or about August 19, 2010, in Los Angeles County, within the Central District of California, defendant WILLIAM LUCAS, also known as "Knockout," while aiding and abetting others known and unknown to the Grand Jury, knowingly used and carried a firearm during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One this Indictment, conspiracy to interfere with commerce by threats or violence, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Four of this Indictment, and interference with commerce by threats or violence, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Five of this Indictment, and in so doing, brandished that firearm.

## COUNT EIGHTY-EIGHT

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about January 2, 2011, in Los Angeles County, within the Central District of California, defendant ROY RICHARDS, also known as "Awful," knowingly used and carried a firearm, namely, a loaded Springfield model XD 9mm caliber pistol, bearing serial number US805474, during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One of this Indictment.

## COUNT EIGHTY-NINE

### [18 U.S.C. § 924(c)(1)(A)(i)]

On or about April 27, 2011, in Los Angeles County, within the Central District of California, defendant ANTHONY WOOLEY, also known as ("aka") "Big Sneak," aka "Sneak," knowingly used and carried a firearm, namely, a loaded Beretta model 20 .25 caliber handgun, bearing serial number BE08017V, during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One of this Indictment, and a drug trafficking crime, namely, conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count Twelve of this Indictment, and possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Fifteen of this Indictment.

COUNT NINETY

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about September 28, 2011, in Los Angeles County, within the Central District of California, defendants LAMAR BABB, also known as ("aka") "Lamar Orkees Watkins," aka "Pork Chop," aka "Lamb Chop," and FRANK RILEY, aka "Unc," aka "Old Man," aka "OJ," knowingly possessed a firearm, namely, a loaded and stolen Glock model 22 .40 caliber semi-automatic handgun, bearing serial number HHC316, in furtherance of a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One of this Indictment, and a drug trafficking crime, namely, conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count Twelve of this Indictment, and possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Eighteen of this Indictment.

## COUNT NINETY-ONE

### [18 U.S.C. § 924(c)(1)(A)(i)]

On or about October 13, 2011, in Los Angeles County, within the Central District of California, defendants LORD KELLY, also known as ("aka") "Lil' Rave," and ROBERT CURTIS BARNETT, aka "Baby Ange," aka "Lil' Rob," knowingly used and carried firearms, namely, a Ruger model P89 9mm semi-automatic handgun, bearing serial number 30710221, and a Beretta model 21A .22 caliber semi-automatic handgun, bearing serial number BES02695U, during and in relation to, and possessed those firearms in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One of this Indictment, and a drug trafficking crime, namely, conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count Twelve of this Indictment, and possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Twenty of this Indictment.

COUNT NINETY-TWO

[18 U.S.C. § 924(c)(1)(A)(ii)]

On or about March 24, 2012, in Los Angeles County, within the Central District of California, defendant ANTONIO DODDS, also known as "Tone," knowingly used and carried a firearm during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One of this Indictment, and in so doing, brandished that firearm.

## COUNT NINETY-THREE

[18 U.S.C. §§ 924(c)(1)(A)(ii), 2]

On or about March 26, 2012, in Los Angeles County, within the Central District of California, defendants CHARLES SMITH, also known as ("aka") "Big Solo," and KENNETH WASHINGTON, aka "Tiny Dulow," aka "Little Ken Dog," knowingly used and carried a firearm during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One this Indictment, and interference with commerce by threats or violence, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Six of this Indictment, and by so doing, brandished that firearm.

1
2

## COUNT NINETY-FOUR

[18 U.S.C. § 924(c)(1)(A)(i)]

3     On or about May 11, 2012, in Los Angeles County, within the
4 Central District of California, defendant RAVON MURRLEY, also
5 known as "Crook," knowingly used and carried at least one of the
6 following firearms during and in relation to, and possessed at
7 least one of those firearms in furtherance of, a crime of
8 violence, namely, conspiracy to engage in racketeering activity,
9 in violation of Title 18, United States Code, Section 1962(d),
10 as charged in Count One of this Indictment:

11     (1)  an Action Arm LTD Uzi Model B 9mm caliber submachine
12 gun, bearing serial number SA49684;

13     (2)  a Glock model 22 .40 caliber semi-automatic handgun,
14 bearing serial number BFT384; and

15     (3)  a Dan Wesson Arms .44 caliber magnum revolver, bearing
16 serial number SB014311.

COUNT NINETY-FIVE

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about August 15, 2012, in Los Angeles County, within the Central District of California, defendant JOSHUA PEREZ, also known as "Tiny Ange," knowingly used and carried a firearm, namely, a loaded Smith & Wesson model 4004 .40 caliber semi-automatic handgun, bearing serial number TVC9054, during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One of this Indictment, and a drug trafficking crime, namely, conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count Twelve of this Indictment, possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Twenty-Four of this Indictment, and possession with intent to distribute controlled substances within 1,000 feet of a school or park, in violation of Title 21, United States Code, Section 860, as charged in Count Fifty-Eight of this Indictment.

COUNT NINETY-SIX

[18 U.S.C. § 924(o)]

Beginning on date unknown to the Grand Jury, and continuing to on or about August 27, 2012, in Los Angeles County, within the Central District of California, defendant LORD KELLY, also known as "Lil' Rave," and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly use and carry a firearm, namely, a loaded CN ROMARM Romanian AK-47 assault rifle with a high capacity 30-round magazine, bearing serial number SAO-3815-80, during and in relation to, and possess that firearm in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One this Indictment.

## COUNT NINETY-SEVEN

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about January 29, 2013, in Los Angeles County, within the Central District of California, defendant TYRELL THOMAS JR., also known as "Tiny Rave," knowingly used and carried a firearm, namely, a FEG Union model SA85 9mm caliber semi-automatic assault rifle, bearing serial number SM13947, during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One this Indictment.

## COUNT NINETY-EIGHT

### [18 U.S.C. § 924(c)(1)(A)(i)]

On or about January 30, 2013, in Los Angeles County, within the Central District of California, defendants LORD KELLY, also known as ("aka") "Lil' Rave," and MARK KEITH, aka "Baby Too Cool," knowingly used and carried a firearm, namely, a loaded Cobra Enterprises model Patriot .45 caliber semi-automatic handgun with an obliterated serial number, during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One this Indictment, and a drug trafficking crime, namely, conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count Twelve of this Indictment.

COUNT NINETY-NINE

[18 U.S.C. § 924(o)]

Beginning on date unknown to the Grand Jury, and continuing to on or about January 30, 2013, in Los Angeles County, within the Central District of California, defendants LORD KELLY, also known as ("aka") "Lil' Rave," DERREK JONES, aka "Dirty D," RICKY KEATON, aka "Tiny C-Bone," aka "Boy," CAMERON HALL, aka "Deuce Pound," TRAYVONE JACKSON, aka "Deuce Von," aka "Trey," KEVIN JAMES, aka MARK KEITH, aka "Baby Too Cool," conspired and agreed with each other to knowingly use and carry at least one of the following firearms during and in relation to, and to possess at least one of those firearms in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One this Indictment, and a drug trafficking crime, namely, conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count Twelve of this Indictment:

(1)   a loaded Beretta model Corto 9mm caliber semi-automatic handgun, bearing serial number E59786;

(2)   a loaded Sig Sauer model P226 9mm caliber semi-automatic handgun, bearing serial number UU683108;

(3)   a loaded Springfield Armory model XD 9mm caliber semi-automatic handgun, bearing serial number XD200090;

(4)   a loaded Sturm, Ruger & Co. model P94 .40 caliber semi-automatic handgun, bearing serial number 340-72229;

197

1    (5)   a Beretta model 92FS 9mm caliber semi-automatic

2  handgun, bearing serial number C73925Z, loaded with hollow point

3  ammunition; and

4    (6)   a Dakota Magnum .357 caliber revolver, bearing serial

5  number 23600, loaded with hollow point ammunition.

COUNT ONE HUNDRED

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about January 30, 2013, in Los Angeles County, within the Central District of California, defendants LORD KELLY, also known as ("aka") "Lil' Rave," DERREK JONES, aka "Dirty D," RICKY KEATON, aka "Tiny C-Bone," aka "Boy," CAMERON HALL, aka "Deuce Pound," TRAYVONE JACKSON, aka "Deuce Von," aka "Trey," KEVIN JAMES, and MARK KEITH, aka "Baby Too Cool," knowingly used and carried at least one of the following firearms during and in relation to, and possessed at least one of those firearms in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One this Indictment, and a drug trafficking crime, namely, conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count Twelve of this Indictment:

(1)   a loaded Beretta model Corto 9mm caliber semi-automatic handgun, bearing serial number E59786;

(2)   a loaded Sig Sauer model P226 9mm caliber semi-automatic handgun, bearing serial number UU683108;

(3)   a loaded Springfield Armory model XD 9mm caliber semi-automatic handgun, bearing serial number XD200090;

(4)   a loaded Sturm, Ruger & Co. model P94 .40 caliber semi-automatic handgun, bearing serial number 340-72229;

1         (5)   a Beretta model 92FS 9mm caliber semi-automatic

2  handgun, bearing serial number C73925Z, loaded with hollow point

3  ammunition; and

4         (6)   a Dakota Magnum .357 caliber revolver, bearing serial

5  number 23600, loaded with hollow point ammunition.

## COUNT ONE HUNDRED ONE

[18 U.S.C. §§ 924(c)(1)(A)(ii), 2]

On or about March 12, 2013, in Los Angeles County, within the Central District of California, defendants CHARLES SMITH, also known as ("aka") "Big Solo," and TRAYVONE JACKSON, aka "Deuce Von," aka "Trey," while aiding and abetting each other, knowingly used and carried a firearm, namely, a silver revolver, during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One this Indictment, conspiracy to interfere with commerce by threats or violence, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Four of this Indictment, and interference with commerce through threats or violence, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Seven of this Indictment, and in so doing, brandished that firearm.

201

COUNT ONE HUNDRED TWO

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about March 27, 2013, in Los Angeles County, within the Central District of California, defendant ANTROINE TYARS SR., also known as ("aka") "Big Crazy A," aka "Twan," aka "Tweezy," knowingly used and carried a firearm, namely, a loaded Jennings model J-22 .22 caliber semi-automatic handgun, bearing serial number 1114259, during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One this Indictment, and a drug trafficking crime, namely, conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count Twelve of this Indictment.

## COUNT ONE HUNDRED THREE

### [18 U.S.C. § 924(c)(1)(A)(i)]

On or about March 27, 2013, in Los Angeles County, within the Central District of California, defendant FRANK RILEY, also known as ("aka") "Unc," aka "Old Man," aka "OJ," knowingly possessed a firearm, namely, a Smith & Wesson .44 caliber magnum revolver, bearing serial number N664628, loaded with hollow point ammunition, in furtherance of a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One this Indictment, and a drug trafficking crime, namely, conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count Twelve of this Indictment.

## COUNT ONE HUNDRED FOUR

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about March 27, 2013, in Los Angeles County, within the Central District of California, defendant ROOSEVELT SUMPTER, also known as ("aka") "Tu Tu," aka "T-Dog," knowingly used and carried at least one of the following firearms, namely, a Smith & Wesson model 29-2 .44 magnum caliber revolver, bearing serial number N744473, loaded with hollow point ammunition, and a loaded Mossberg 12-gauge shotgun, bearing serial number H416990, during and in relation to, and possessed at least one of those firearms in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One this Indictment, and a drug trafficking crime, namely, conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count Twelve of this Indictment.

1

## COUNT ONE HUNDRED FIVE

2

[18 U.S.C. § 924(c)(1)(A)(i)]

3   On or about May 24, 2013, in Los Angeles County, within the

4   Central District of California, defendant CEDRIC JOHNSON, also

5   known as "Baby C-Dog" knowingly used and carried a firearm,

6   namely, a Beretta model Tomcat semi-automatic handgun, bearing

7   serial number DAA379210, loaded with hollow point ammunition,

8   during and in relation to, and possessed that firearm in

9   furtherance of, a crime of violence, namely, conspiracy to

10  engage in racketeering activity, in violation of Title 18,

11  United States Code, Section 1962(d), as charged in Count One

12  this Indictment, and a drug trafficking crime, namely,

13  conspiracy to possess with intent to distribute and to

14  distribute controlled substances, in violation of Title 21,

15  United States Code, Section 846, as charged in Count Twelve of

16  this Indictment.

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT ONE HUNDRED SIX

[18 U.S.C. § 924(c)(1)(A)(ii)]

On or about April 19, 2013, in Los Angeles County, within the Central District of California, defendants CHARLES SMITH, also known as ("aka") "Big Solo," and AKIA PETE, aka "Studda Box," knowingly used and carried a firearm, namely, a silver handgun, during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One this Indictment, conspiracy to interfere with commerce by threats or violence, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Four of this Indictment, and interference with commerce through threats or violence, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Nine of this Indictment, and in so doing, brandished that firearm.

## COUNT ONE HUNDRED SEVEN

### [18 U.S.C. § 924(c)(1)(A)(i)]

On or about July 15, 2013, in Los Angeles County, within the Central District of California, defendant CHARLES SMITH, also known as "Big Solo," knowingly used and carried a firearm, namely, a silver revolver, during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One this Indictment, conspiracy to interfere with commerce by threats or violence, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Four of this Indictment, and interference with commerce through threats or violence, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Ten of this Indictment, and in so doing, brandished that firearm.

COUNT ONE HUNDRED EIGHT

[18 U.S.C. § 924(c)(1)(A)(ii)]

On or about August 16, 2013, in Los Angeles County, within the Central District of California, defendants CHARLES SMITH, also known as ("aka") "Big Solo," KHALID ALI MUHAMMAD, aka "Juice," and TRAYVONE JACKSON, aka "Deuce Von," aka "Trey," knowingly used and carried a firearm, namely, a loaded Smith & Wesson .38 caliber silver revolver, bearing serial number 461210, during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One this Indictment, conspiracy to interfere with commerce by threats or violence, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Four of this Indictment, and interference with commerce through threats or violence, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Eleven of this Indictment, and in so doing, brandished that firearm.

COUNT ONE HUNDRED NINE

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about September 19, 2013, in Los Angeles County, within the Central District of California, defendant PATRICK SWAFFI, also known as "Pat," knowingly used and carried at least one of the following firearms, namely, a loaded Colt model Officer's ACP .45 caliber handgun with an obliterated serial number, and a loaded A.A. Arms Inc. model AP9 9mm caliber handgun, bearing serial number 046328, during and in relation to, and possessed at least one of those firearms in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One this Indictment, and a drug trafficking crime, namely, conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count Twelve of this Indictment.

## COUNT ONE HUNDRED TEN

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about November 27, 2013, in Los Angeles County, within the Central District of California, defendants ROOSEVELT SUMPTER, also known as ("aka") "Tu Tu," aka "T-Dog," MARCUS GOLDSTON, aka "Deuce Mack," and MICHAEL A. BELLINGER, aka "Fat Mike," aka "Big Mike," knowingly used and carried at least one of the following firearms, namely, a stolen Smith & Wesson model 686 .357 caliber revolver, bearing serial number BHD0559, and a loaded semi-automatic handgun of an unknown manufacturer, bearing serial number 02754, during and in relation to, and possessed at least one of those firearms in furtherance of, a crime of violence, namely, conspiracy to engage in racketeering activity, in violation of Title 18, United States Code, Section 1962(d), as charged in Count One this Indictment, and a drug trafficking crime, namely, conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count Twelve of this Indictment.

210

## COUNT ONE HUNDRED ELEVEN

### [18 U.S.C. § 922(g)(1)]

On or about October 9, 2012, in Los Angeles County, within the Central District of California, defendant GRADY MYERS, also known as "Too Tall" ("MYERS"), knowingly possessed a firearm, namely, a Norinco SKS 7.62 assault rifle, bearing serial number 8009367, in and affecting interstate and foreign commerce.

Such possession occurred after defendant MYERS had been convicted of at least one of the following felonies, each punishable by a term of imprisonment exceeding one year:

(1) Murder, in violation of California Penal Code Section 187(A), in the Juvenile Court of the State of California, County of Los Angeles, case number TJ03602930305, on or about August 20, 1993;

(2) Possession of Firearm by Felon, in violation of California Penal Code Section 12021(A)(1), in the Superior Court of the State of California, County of Los Angeles, case number XSCTA03677001, on or about January 13, 1997;

(3) Possession of Controlled Substance for Sale, in violation of California Health and Safety Code Section 11351, in the Superior Court of the State of California, County of Los Angeles, case number XSCTA03947501, on or about August 4, 1998.

COUNT ONE HUNDRED TWELVE

[18 U.S.C. § 922(g)(1)]

On or about January 30, 2013, in Los Angeles County, within the Central District of California, defendant KEVIN JAMES ("JAMES"), knowingly possessed at least one of the following firearms in and affecting interstate and foreign commerce, namely:

(1)  a Beretta model Corto 9mm caliber semi-automatic handgun, bearing serial number E59786;

(2)  a Sig Sauer model P226 9mm caliber semi-automatic handgun, bearing serial number UU683108;

(3)  a Springfield Armory model XD 9mm caliber semi-automatic handgun, bearing serial number XD200090;

(4)  a Sturm, Ruger & Co. model P94 .40 caliber semi-automatic handgun, bearing serial number 340-72229;

(5)  a Beretta model 92FS 9mm caliber semi-automatic handgun, bearing serial number C73925Z; and

(6)  a Dakota Magnum .357 caliber revolver, bearing serial number 23600.

Such possession occurred after defendant JAMES had been convicted of at least one of the following felonies, each punishable by a term of imprisonment exceeding one year:

(1)  Taking Vehicle without Owner's Consent, in violation of California Vehicle Code Section 10851(A), in the Superior Court of the State of California, County of Los Angeles, case number SA009480, on or about March 11, 1992;

1      (2)   Petty Theft with Prior, in violation of California

2   Penal Code Section 666, in the Superior Court of the State of

3   California, County of San Bernardino, case number FSB20360, on

4   or about December 2, 1998.

5

6                                    A TRUE BILL

7

8                                    /S/
                                     _____
9                                    Foreperson

10

11   ANDRÉ BIROTTE JR.
     United States Attorney
12

13

14   ROBERT E. DUGDALE
     Assistant United States Attorney
15   Chief, Criminal Division

16   ELIZABETH R. YANG
     Assistant United States Attorney
17   Chief, Violent and Organized Crime Section

18   MACK E. JENKINS
     Assistant United States Attorney
19   Public Corruption and Civil Rights Section

20   MAX B. SHINER
     Assistant United States Attorney
21   Violent and Organized Crime Section

22

23

24

25

26

27

28

                                    213