STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Public Corruption & Civil Rights Section
MAX B. SHINER (Cal. Bar No. 187125)
Assistant United States Attorney
Violent & Organized Crime Section
     1300/1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091-3308
     Facsimile: (213) 894-6436-3713
     E-mail:    mack.jenkins@usdoj.gov
                max.shiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-338-SJO |
|---|---|
| Plaintiff, | INFORMATION RE: PRIOR CONVICTION FOR A FELONY DRUG OFFENSE FOR DEFENDANT JERMAINE HOUSTON |
| v. | |
| TYRINE MARTINEZ, ET AL., #15) JERMAINE HOUSTON, | [21 U.S.C. § 851: Proceedings to Establish Prior Convictions] |
| Defendants. | |

The United States Attorney charges:

Defendant JERMAINE HOUSTON, also known as "J-Bone" ("HOUSTON"), prior to committing the offenses alleged in Counts Twelve, Sixty-Nine, and Seventy-One of the Indictment in United States v. Tyrine Martinez, et al., CR No. 14-338-SJO, had been finally convicted of a felony drug offense as that term is defined and used in Title 21, United States Code, Sections 802(44), 841, and 851, namely, on or about November 15, 2000, in the United States District Court for the District of Minnesota, case number CR 99-51-JMR, defendant HOUSTON

was convicted of Conspiracy to Distribute Cocaine and Cocaine Base, in violation of Title 21, United States Code, Section 846.

STEPHANIE YONEKURA
Acting United States Attorney

*/s/ E. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ELIZABETH R. YANG
Assistant United States Attorney
Chief, Violent & Organized Crime
   Section

MACK E. JENKINS
Assistant United States Attorney
Public Corruption & Civil Rights
   Section

MAX B. SHINER
Assistant United States Attorney
Violent & Organized Crime Section