## INDICTMENT TABLE OF CONTENTS
(United States V. Martinez, et al., CR 14-338-SJO)

                                                                    PAGE

GENERAL ALLEGATIONS........................................  4

    A.    THE RACKETEERING ENTERPRISE........................  4

    B.    PURPOSES OF THE ENTERPRISE.........................  7

    C.    THE CONDUCT OF THE ENTERPRISE......................  8

    D.    THE MEANS AND METHODS OF THE ENTERPRISE............ 16

COUNT ONE...................................................... 19

    A.    OBJECT OF THE RICO CONSPIRACY...................... 19

    B.    MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO
        BE ACCOMPLISHED.................................... 21

    C.    OVERT ACTS........................................ 24

    SPECIAL SENTENCING ALLEGATIONS......................... 124

COUNT TWO...................................................... 126

COUNT THREE.................................................... 128

COUNT FOUR..................................................... 129

    A.    OBJECT OF THE CONSPIRACY........................... 129

    B.    MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO
        BE ACCOMPLISHED.................................... 129

    C.    OVERT ACTS........................................ 130

COUNT FIVE..................................................... 133

COUNT SIX...................................................... 134

COUNT SEVEN.................................................... 135

COUNT EIGHT.................................................... 136

COUNT NINE..................................................... 137

COUNT TEN...................................................... 138

COUNT ELEVEN................................................... 139

COUNT TWELVE................................................... 140

    A.    OBJECTS OF THE CONSPIRACY......................... 140

B.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE
     TO BE ACCOMPLISHED.................................. 141

C.   OVERT ACTS......................................... 144

COUNT THIRTEEN........................................... 147

COUNT FOURTEEN........................................... 148

COUNT FIFTEEN............................................ 149

COUNT SIXTEEN............................................ 150

COUNT SEVENTEEN.......................................... 151

COUNT EIGHTEEN........................................... 152

COUNT NINETEEN........................................... 153

COUNT TWENTY............................................. 154

COUNT TWENTY-ONE......................................... 155

COUNT TWENTY-TWO......................................... 156

COUNT TWENTY-THREE....................................... 157

COUNT TWENTY-FOUR........................................ 158

COUNT TWENTY-FIVE........................................ 159

COUNT TWENTY-SIX......................................... 160

COUNT TWENTY-SEVEN....................................... 161

COUNT TWENTY-EIGHT....................................... 162

COUNT TWENTY-NINE........................................ 163

COUNT THIRTY............................................. 164

COUNT THIRTY-ONE......................................... 165

COUNTS THIRTY-TWO THROUGH EIGHTY......................... 166

COUNT EIGHTY-ONE......................................... 179

COUNT EIGHTY-TWO......................................... 180

COUNT EIGHTY-THREE....................................... 181

COUNT EIGHTY-FOUR........................................ 182

COUNT EIGHTY-FIVE........................................ 183

COUNT EIGHTY-SIX.............................................. 184

COUNT EIGHTY-SEVEN............................................ 185

COUNT EIGHTY-EIGHT............................................ 186

COUNT EIGHTY-NINE............................................. 187

COUNT NINETY................................................. 188

COUNT NINETY-ONE............................................. 189

COUNT NINETY-TWO............................................. 190

COUNT NINETY-THREE........................................... 191

COUNT NINETY-FOUR............................................ 192

COUNT NINETY-FIVE............................................ 193

COUNT NINETY-SIX............................................. 194

COUNT NINETY-SEVEN........................................... 195

COUNT NINETY-EIGHT........................................... 196

COUNT NINETY-NINE............................................ 197

COUNT ONE HUNDRED............................................ 199

COUNT ONE HUNDRED ONE........................................ 201

COUNT ONE HUNDRED TWO........................................ 202

COUNT ONE HUNDRED THREE...................................... 203

COUNT ONE HUNDRED FOUR....................................... 204

COUNT ONE HUNDRED FIVE....................................... 205

COUNT ONE HUNDRED SIX........................................ 206

COUNT ONE HUNDRED SEVEN...................................... 207

COUNT ONE HUNDRED EIGHT...................................... 208

COUNT ONE HUNDRED NINE....................................... 209

COUNT ONE HUNDRED TEN........................................ 210

COUNT ONE HUNDRED ELEVEN..................................... 211

COUNT ONE HUNDRED TWELVE..................................... 212