# U.S. v. TYRINE MARTINEZ, ET AL.

*GREMLIN RIDERZ*
CR14-338

| Counts | Names | Defense Counsel |
|---|---|---|
| 1 | **ALL DEFENDANTS** (<u>except</u> JERMAINE BURTON (71) and PEDRO SANCHEZ (59)) | |
| 2 | MARQUIS SHAW (4) | |
| 3 | TYRINE MARTINEZ (1) | Frye, Stephen G. |
| 4 | TRAVON JACKSON (27) WILLIAM LUCAS (23) KHALID ALI MUHAMMAD (19) RAVON MURRLEY (40) AKIA PETE (11) CHARLES SMITH (7) | Blake, Paul McLaughlin, Patrick Plummer, Ira Lee |
| 5 | WILLIAM LUCAS (23) | Blake, Paul |
| 6 | CHARLES SMITH (7) KENNETH WASHINGTON (26) | Fan, Amy |
| 7 | TRAYVONE JACKSON (27) CHARLES SMITH (7) | |
| 8 | AKIA PETE (11) CHARLES SMITH (7) | Plummer, Ira Lee |
| 9 | AKIA PETE (11) CHARLES SMITH (7) | Plummer, Ira Lee |
| 10 | CHARLES SMITH (7) | |
| 11 | TRAYVONE JACKSON (27) KHALID ALI MUHAMMAD (19) CHARLES SMITH (7) | |
| 12 | **ALL DEFENDANTS** | |
| 13 | ROBERT PITTS (70) | Araujo, Manuel U. |
| 14 | PATRICK SWAFFI (22) | Jacks, Amy E. |
| 15 | CEDRIC JOHNSON (53) ANTHONY WOOLEY (10) | Reed, David R Windsor, Mark S. |
| 16 | LAMAR BABB (35) ROOSEVELT SUMPTER (3) | Carlton, John L Brody, Steven A. |
| 17 | MARQUIS SHAW (4) | |
| 18 | LAMAR BABB (35) FRANK RILEY (39) | Carlton, John L Chambers, Mark A |
| 19 | MONALISA HENDERSON (33) JOHNNIE LEGGETT (12) | Lannen, Timothy C Griggs, Alexander |
| 20 | ROBERT CURTIS BARNETT (29) LORD KELLY (8) | Chernis, Michael S. Cooper, James P III |
| 21 | ROOSEVELT SUMPTER (3) | Brody, Steven A. |

Ex. B: Defendants by Count

# U.S. v. TYRINE MARTINEZ, ET AL.

*GREMLIN RIDERZ*
CR14-338

| | | |
|---|---|---|
| 22 | ANTONIO DODDS (50) | |
| | ANDRE GRIFFIN (30) | Roske, Randall |
| 23 | LELAND WEBSTER (38) | Chahin, Sonia E |
| 24 | JOSHUA PEREZ (13) | |
| 25 | GODFREY SORRELLS (24) | Navarro, Angel |
| 26 | CHRIS DONTE BURRELL (21) | Crain, Michael M |
| | ANTHONY WOOLEY (10) | Windsor, Mark S. |
| 27 | TYRINE MARTINEZ (1) | Frye, Stephen G. |
| | PEDRO SANCHEZ (59) | Khojayan, Shaun |
| | ROOSEVELT SUMPTER (3) | Brody, Steven A. |
| 28 | ROOSEVELT SUMPTER (3) | Brody, Steven A. |
| 29 | PATRICK SWAFFI (22) | Jacks, Amy E. |
| 30 | DEREK JONES (16) | Bisnow, James S |
| 31 | DEREK JONES (16) | Bisnow, James S |
| 32 | CHRIS DONTE BURRELL (21) | Crain, Michael M |
| | MONALISA HENDERSON (33) | Lannen, Timothy C |
| 33 | MONALISA HENDERSON (33) | Lannen, Timothy C |
| 34 | ANTHONY WOOLEY (10) | Windsor, Mark S. |
| 35 | ANTHONY WOOLEY (10) | Windsor, Mark S. |
| 36 | MARQUIS SHAW (4) | |
| 37 | LAMAR BABB (35) | Carlton, John L |
| 38 | ROBERT CURTIS BARNETT (29) | Chernis, Michael S. |
| 39 | BOBBY BRAY (60) | Buehler, George W. |
| | ANTROINE TYARS JR. (37) | Lasting, Richard P. |
| 40 | BOBBY BRAY (60) | Buehler, George W. |
| 41 | TRAVIS ANTONIO BRYANT (49) | Horgan, Paul |
| | ANDRE GRIFFIN (30) | Roske, Randall |
| 42 | ANDRE GRIFFIN (30) | Roske, Randall |
| 43 | MONALISA HENDERSON (33) | Lannen, Timothy C |
| | JOHNNIE LEGGETT (12) | Griggs, Alexander |
| 44 | ANDRE GRIFFIN (30) | Roske, Randall |
| 45 | ROOSEVELT SUMPTER (3) | Brody, Steven A. |
| 46 | KEVIN CAMPBELL (41) | Swarth, Peter C. |
| 47 | ANTONIO DODDS (50) | |
| | ANDRE GRIFFIN (30) | Roske, Randall |
| 48 | PATRICK SWAFFI (22) | Jacks, Amy E. |
| 49 | SHERONIA SAUNDERS (51) | Lichtman, Jay L |
| 50 | GREGORY GORDON (44) | Sticht, Robert Patrick |
| 51 | MARQUIS SHAW (4) | |

Ex. B: Defendants by Count

# U.S. v. TYRINE MARTINEZ, ET AL.
*GREMLIN RIDERZ*
CR14-338

| | | |
|---|---|---|
| 52 | KEVIN SIMS (48) | Goldstein, Karen L. |
|  | JUAN TYARS (14) | Evans, David R |
| 53 | ERIC HEARD (61) | Rochlin, Judith |
| 54 | MARK KEITH (69) | |
| 55 | LELAND WEBSTER (38) | Chahin, Sonia E |
| 56 | LELAND WEBSTER (38) | Chahin, Sonia E |
| 57 | LORD KELLY (8) | Cooper, James P III |
| 58 | JOSHUA PEREZ (13) | |
| 59 | GODFREY SORRELLS (24) | Navarro, Angel |
| 60 | GRANVILLE THOMAS (25) | |
| 61 | PATRICK SWAFFI (22) | Jacks, Amy E. |
| 62 | TYRINE MARTINEZ (1) | Frye, Stephen G. |
| 63 | KEEFE DASHIELL (6) | Targowski, John A. |
| 64 | CHRIS DONTE BURRELL (21) | Crain, Michael M |
| 65 | JUAN TYARS (14) | Evans, David R |
| 66 | JOHNNIE LEGGETT (12) | Griggs, Alexander |
|  | JUAN TYARS (14) | Evans, David R |
| 67 | JOHNNIE LEGGETT (12) | Griggs, Alexander |
| 68 | TYRINE MARTINEZ (1) | Frye, Stephen G. |
| 69 | JERMAINE HOUSTON (15) | |
| 70 | LORD KELLY (8) | Cooper, James P III |
| 71 | JERMAINE HOUSTON (15) | |
| 72 | DAMON HOGAN (28) | Walsh, Joseph F |
| 73 | ANTONIO WEST (47) | Callahan, Richard Jr |
| 74 | DERREK JONES (16) | Bisnow, James S |
| 75 | DERREK JONES (16) | Bisnow, James S |
| 76 | DERREK JONES (16) | Bisnow, James S |
| 77 | KEEFE DASHIELL (6) | Targowski, John A. |
| 78 | TRACY HARRIS (2) | Raphael, Antoine F. |
| 79 | TRACY HARRIS (2) | Raphael, Antoine F. |
| 80 | RAVON MURRLEY (40) | McLaughlin, Patrick |
| 81 | MARQUIS SHAW (4) | |
| 82 | JOSHUA PEREZ (13) | |
| 83 | ROBERT PITTS (70) | Araujo, Manuel U. |
| 84 | TRAYVONE JACKSON (27) | McLaughlin, Patrick |
|  | RAVON MURRLEY (40) | |
|  | CHARLES SMITH (7) | |
| 85 | PATRICK SWAFFI (22) | Jacks, Amy E. |
| 86 | PATRICK SWAFFI (22) | Jacks, Amy E. |

Ex. B: Defendants by Count

# U.S. v. TYRINE MARTINEZ, ET AL.

*GREMLIN RIDERZ*
CR14-338

| | | |
|---|---|---|
| 87 | WILLIAM LUCAS (23) | Blake, Paul |
| 88 | ROY RICHARDS (58) | Rubin, Dale |
| 89 | ANTHONY WOOLEY (10) | Windsor, Mark S. |
| 90 | LAMAR BABB (35) | Carlton, John L |
| 91 | ROBERT CURTIS BARNETT (29)<br>LORD KELLY (8) | Chernis, Michael S.<br>Cooper, James P III |
| 92 | ANTONIO DODDS (50) | |
| 93 | CHARLES SMITH (7)<br>KENNETH WASHINGTON (26) | Fan, Amy |
| 94 | RAVON MURRLEY (40) | McLaughlin, Patrick |
| 95 | JOSHUA PEREZ (13) | |
| 96 | LORD KELLY (8) | Cooper, James P III |
| 97 | TYRELL THOMAS JR. (45) | |
| 98 | MARK KEITH (69)<br>LORD KELLY (8) | Cooper, James P III |
| 99 | CAMERON HALL (20)<br>TRAYVONE JACKSON (27)<br>KEVIN JAMES (66)<br>DERREK JONES (16)<br>RICKY KEATON (17)<br>MARK KEITH (69) | Litman, Lawrence Jay<br>Bisnow, James S<br>Newman, Brian A. |
| 100 | CAMERON HALL (20)<br>TRAYVONE JACKSON (27)<br>KEVIN JAMES (66)<br>DERREK JONES (16)<br>RICKY KEATON (17)<br>MARK KEITH (69)<br>LORD KELLY (8) | Litman, Lawrence Jay<br>Bisnow, James S<br>Newman, Brian A.<br><br>Cooper, James P III |
| 101 | TRAYVONE JACKSON (27)<br>CHARLES SMITH (7) | |
| 102 | ANTROINE TYARS SR. (36) | Robinson, Edward M |
| 103 | FRANK RILEY (39) | Chambers, Mark A |
| 104 | ROOSEVELT SUMPTER (3) | Brody, Steven A. |
| 105 | CEDRIC JOHNSON (53) | Reed, David R |
| 106 | AKIA PETE (11)<br>CHARLES SMITH (7) | Plummer, Ira Lee |
| 107 | CHARLES SMITH (7) | |
| 108 | TRAYVONE JACKSON (27)<br>KHALID ALI MUHAMMAD (19)<br>CHARLES SMITH (7) | |

Ex. B: Defendants by Count

# U.S. v. TYRINE MARTINEZ, ET AL.

*GREMLIN RIDERZ*
CR14-338

| | | |
|---|---|---|
| 109 | PATRICK SWAFFI (22) | Jacks, Amy E. |
| 110 | MICHAEL A. BELLINGER (65) | Koury, Joel C. |
| | MARCUS GOLDSTON (55) | Solis, Anthony M |
| | ROOSEVELT SUMPTER (3) | Brody, Steven A. |
| 111 | GRADY MYERS (62) | Haig, Jerome |
| 112 | KEVIN JAMES (66) | Litman, Lawrence Jay |

Ex. B: Defendants by Count