# U.S. v. TYRINE MARTINEZ, ET AL.

*GREMLIN RIDERZ*

CR14-338

| Name | Defense Counsel | Counts | Overt Acts |
|---|---|---|---|
| 34. MICHAEL AMOS | Barry, Ellen M | 001, 012 | 170, 240, 253, 343, 350, 574, 601 |
| 35. LAMAR BABB | Carlton, John L | 001, 012, 016, 018, 037, 090 | 54, 55, 169, 184, 197, 222, 500, 627 |
| 29. ROBERT CURTIS BARNETT | Chernis, Michael S. | 001, 012, 020, 038, 091 | 80, 88, 89, 171, 174, 180, 190, 222, 260, 265, 292, 309, 341, 343, 357, 392, 429, 433, 441, 528 |
| 65. MICHAEL A. BELLINGER | Koury, Joel C. | 001, 012, 110 | 193, 194, 197, 222, 570, 620 |
| 60. BOBBY BRAY | Buehler, George W. | 001, 012, 039, 040 | 91, 106, 133, 185, 186 |
| 72. GLENN BROWNLEE | Juarez, Carlos | 001, 012 | 26, 132, 240, 295, 296, 544, 614, 627 |
| 49. TRAVIS ANTONIO BRYANT | Horgan, Paul | 001, 012, 041 | 64, 90, 116, 137, 187, 197, 219, 627 |
| 21. CHRIS DONTE BURRELL | Crain, Michael M | 001, 012, 026, 032, 064 | 20, 40, 92, 152, 157, 197, 210, 211, 221, 222, 258, 628 |
| 71. JERMAINE BURTON | | 001, 012 | 444, 463, 464, 505, 517, 558, 571, 583, 637, 640, 641, 642, 643 |
| 41. KEVIN CAMPBELL | Swarth, Peter C. | 001, 012, 046 | 30, 36, 42, 157, 197, 200, 210, 211, 212, 222, 240, 241, 383, 439, 541, 555, 627 |
| 42. ERSKIN CARTER | Ames, Stephanie | 001, 012 | 5, 117, 210, 211, 221, 222, 595, 616, 627, 629 |
| 54. ANTHONY COLE | Greenberg, Stanley | 001, 012 | 21, 58, 62, 79, 95, 197, 204, 215, 627 |
| 43. ANTWAN COLLINS | Nishi, Thomas | 001, 012 | 3, 4, 5, 9, 16, 47, 114, 197, 198, 199, 222, 631 |
| 6. KEEFE DASHIELL | Targowski, John A. | 001, 012, 063, 077 | 69, 93, 221, 240, 241, 257, 324, 331, 335, 345, 380, 383, 392, 622 |
| 50. ANTONIO DODDS | | 001, 012, 022, 047, 092 | 7, 49, 74, 114, 187, 191, 197, 201, 217, 284, 323, 340, 363, 430, 432, 556, 557, 575 |
| 55. MARCUS GOLDSTON | Solis, Anthony M | 001, 012, 110 | 112, 116, 197, 202, 268, 276, 288, 319, 320, 321, 382, 501, 598, 620 |
| 44. GREGORY GORDON | Sticht, Robert Patrick | 001, 012, 050 | 122, 127, 206, 208, 603, 632 |
| 57. TONY GORDON | Dolan, Zoe | 001, 012 | 39, 81, 94, 124, 128, 173, 179, 180 |

Ex. C: Defendants Alphabetically

# U.S. v. TYRINE MARTINEZ, ET AL.
*GREMLIN RIDERZ*
CR14-338

| | | | |
|---|---|---|---|
| 30. ANDRE GRIFFIN | Roske, Randall | 001, 012, 022, 041, 042, 044, 047 | 88, 89, 187, 188, 191, 197, 201, 203, 210, 211, 240, 267, 268, 272, 275, 610 |
| 68. SENATAIL GRIMBLE | | 001, 012 | 35, 50, 111, 158, 305, 333, 338, 346, 347, 351, 356, 360, 361, 367, 392, 402, 528, 552 |
| 20. CAMERON HALL | | 001, 012, 099, 100 | 195, 276, 292, 306, 307, 308, 309, 316, 329, 338, 341, 342, 343, 344, 348, 349, 352, 353, 357, 359, 360, 361, 364, 368, 369, 370, 371, 372, 373, 375, 376, 377, 378, 385, 386, 387, 389, 390, 391, 392, 393, 395, 397, 398, 403, 408, 410, 414, 418, 420, 429, 431, 433, 440, 612 |
| 2. TRACY HARRIS | Raphael, Antoine F. | 001, 012, 078, 079 | 10, 170, 222, 227, 228, 229, 230, 239, 240, 241, 383, 601, 624, 625 |
| 61. ERIC HEARD | Rochlin, Judith | 001, 012, 053 | 226, 236, 237, 242, 326, 471, 483, 490, 499, 503, 522, 559, 566, 567, 576 |
| 33. MONALISA HENDERSON | Lannen, Timothy C | 001, 012, 019, 032, 033, 043 | 148, 152, 153, 161, 176, 189, 250 |
| 28. DAMON HOGAN | Walsh, Joseph F | 001, 012, 072 | 130, 197, 202, 210, 211, 221, 222, 228, 263, 484, 585, 627 |
| 15. JERMAINE HOUSTON | | 001, 012, 069, 071 | 15, 179, 180, 197, 210, 211, 212, 221, 279, 450, 458, 472, 586 |
| 31. ANTHONY INGRAM | Eisner, Alan | 001, 012 | 445, 449, 470, 474, 533 |
| 27. TRAYVONE JACKSON | | 001, 004, 007, 011, 012, 084, 099, 100, 101, 108 | 1, 3, 7, 8, 10, 11, 57, 135, 157, 222, 329, 520, 599, 600, 607, 608 |
| 66. KEVIN JAMES | Litman, Lawrence Jay | 001, 012, 099, 100, 112 | 327, 331 |
| 53. CEDRIC JOHNSON | Reed, David R | 001, 012, 015, 105 | 11, 155, 197, 204, 222, 602 |
| 16. DERREK JONES | Bisnow, James S | 001, 012, 030, 031, 074, 075, 076, 099, 100 | 1, 22, 157, 197, 210, 211, 212, 221, 329, 391, 617, 619, 621, 627, 629 |

## U.S. v. TYRINE MARTINEZ, ET AL.

*GREMLIN RIDERZ*

CR14-338

| | | | |
|---|---|---|---|
| 17.  RICKY KEATON | Newman, Brian A. | 001, 012, 099, 100 | 56, 68, 88, 89, 292, 305, 329, 529, 530, 532, 537, 549, 551, 552, 554, 560, 562, 564, 565, 567, 568, 569, 570, 572, 573, 574, 578, 579, 580, 627 |
| 69.  MARK KEITH | | 001, 012, 054, 098, 099, 100 | 33, 113, 140, 221, 222, 228, 231, 234, 240, 328, 577 |
| 8.  LORD KELLY | Cooper, James P III | 001, 012, 020, 057, 070, 091, 096, 098, 100 | 2, 53, 190, 210, 211, 212, 214, 222, 231, 246, 251, 280, 288, 328, 331, 340 |
| 63.  RONALD KOONCE | Barrera, Yolanda | 001, 012 | 115, 151, 276, 510, 554, 565, 574, 627 |
| 56.  NAKAWA LEE | McNicholas, John N | 001, 012 | 73, 93, 120, 157, 172, 190, 210, 211, 213, 214, 231, 620 |
| 12.  JOHNNIE LEGGETT | Griggs, Alexander | 001, 012, 019, 043, 066, 067 | 176, 189, 262, 264, 270, 409, 411, 417, 491 |
| 23.  WILLIAM LUCAS | Blake, Paul | 001, 004, 005, 012, 087 | 2, 126, 145, 210, 211, 245 |
| 9.  ANTONIO MARSHALL | | 001, 012 | 14, 19, 23, 144, 150, 157, 197, 221, 222, 289, 290, 291, 297, 314, 322, 330, 337, 345, 409, 411, 416, 465, 468, 479, 486, 488, 489, 496, 518, 535, 542, 543, 545 |

## U.S. v. TYRINE MARTINEZ, ET AL.
*GREMLIN RIDERZ*
CR14-338

| | | | |
|---|---|---|---|
| 1. TYRINE MARTINEZ | Frye, Stephen G. | 001, 003, 012, 027, 062, 068 | 59, 67, 98, 179, 180, 232, 252, 255, 259, 263, 267, 268, 272, 274, 276, 277, 278, 281, 283, 284, 285, 286, 287, 288, 289, 290, 291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 303, 304, 305, 306, 307, 308, 309, 310, 311, 312, 313, 314, 315, 316, 317, 319, 320, 321, 323, 324, 325, 326, 330, 331, 332, 333, 334, 335, 336, 337, 338, 339, 340, 341, 342, 343, 344, 345, 346, 347, 348, 349, 350, 351, 352, 353, 354, 355, 356, 357, 358, 359, 360, 361, 362, 363, 364, 365, 366, 367, 368, 369, 370, 371, 372, 373, 374, 375, 376, 377, 378, 379, 380, 381, 382, 383, 384, 385, 386, 387, 388, 389, 390, 391, 392, 393, 394, 395, 396, 397, 398, 399, 400, 401, 402, 403, 404, 405, 406, 407, 408, 409, 410, 411, 412, 413, 414, 415, 416, 418, 419, 420, 421, 422, 423, 424, 425, 426, 427, 428, 429, 430, 431, 432, 433, 434, 435, 436, 437, 438, 439, 440, 441, 442, 451, 452, 453, 454, 456, 457, 460, 461, 462, 463, 466, 476, 479, 484, 486, 489, 490, 493, 494, 495, 501, 503, 508, 510, 515, 516, 518, 519, 522, 525, 526, 528, 529, 530, 532, 534, 537, 538, 541, 542, 543, 544, 545, 549, 550, 551, 552, 553, 554, 555, 556, 557, 559, 560, 561, 562, 563, 564, 565, 566, 567, 568, 569, 570, 571, 572, 574, 575, 576, 578, 579, 581, 584, 589, 590, 593, 627, 629 |
| 18. RUFUS MINNIEFIELD | Robertson, John D | 001, 012 | 105, 221, 240, 241, 433, 480, 481, 482, 487, 507, 511, 512, 513, 579 |
| 19. KHALID ALI MUHAMMAD | | 001, 004, 011, 012, 108 | 11, 232, 606, 608 |
| 40. RAVON MURRLEY | McLaughlin, Patrick | 001, 004, 012, 080, 084, 094 | 1, 8, 60, 135, 222, 223, 623, 627, 629, 630 |

Ex. C: Defendants Alphabetically

## U.S. v. TYRINE MARTINEZ, ET AL.
*GREMLIN RIDERZ*
CR14-338

| | | | |
|---|---|---|---|
| 62. GRADY MYERS | Haig, Jerome | 001, 012, 111 | 12, 31, 136, 261 |
| 13. JOSHUA PEREZ | | 001, 012, 024, 058, 082, 095 | 97, 99, 108, 121, 157, 159, 168, 179, 180, 197, 222, 240, 244, 247, 276, 315, 434, 443, 618 |
| 11. AKIA PETE | Plummer, Ira Lee | 001, 004, 008, 009, 012, 106 | 4, 5, 6, 10, 18, 27, 32, 38, 157, 181, 182, 210, 211, 212, 221, 222, 228, 283, 325, 434, 594, 595, 596, 607, 623, 627 |
| 70. ROBERT PITTS | Araujo, Manuel U. | 001, 012, 013, 083 | 75, 123, 183, 197, 243, 422, 476, 525, 526 |
| 58. ROY RICHARDS | Rubin, Dale | 001, 012, 088 | 149, 157, 276, 326, 393, 397, 398, 405, 406, 419, 436, 560 |
| 39. FRANK RILEY | Chambers, Mark A | 001, 012, 018, 103 | 184, 282, 286, 287, 313, 348, 349, 358, 364, 366, 373, 376, 378, 384, 389, 394, 404, 421, 435, 446, 452, 455, 457, 459, 460, 461, 462, 466, 467, 475, 482, 492, 494, 497, 498, 504, 513, 514, 516, 523, 524, 546, 591 |
| 59. PEDRO SANCHEZ | Khojayan, Shaun | 001, 012, 027 | 274, 488, 506, 521, 634, 635, 636, 638, 639 |
| 51. SHERONIA SAUNDERS | Lichtman, Jay L | 001, 012, 049 | 76, 85, 96, 197, 206, 228, 627, 632 |
| 4. MARQUIS SHAW | | 001, 002, 012, 017, 036, 051, 081 | 24, 29, 33, 43, 44, 157, 166, 167, 171, 175, 197, 209, 213, 216, 224, 231, 268, 355, 601 |
| 48. KEVIN SIMS | Goldstein, Karen L. | 001, 012, 052 | 52, 63, 109, 120, 122, 138, 197, 210, 211, 225, 233 |
| 7. CHARLES SMITH | | 001, 004, 006, 007, 008, 009, 010, 011, 012, 084, 093, 101, 106, 107, 108 | 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 20, 49, 126, 135, 210, 211, 212, 218, 222, 520, 594, 595, 596, 599, 600, 605, 607, 608, 609 |
| 67. RYAN SMITH | Tedford II, James R. | 001, 012 | 103, 139, 148, 157, 163, 164, 197, 221 |
| 24. GODFREY SORRELLS | Navarro, Angel | 001, 012, 025, 059 | 100, 101, 177, 197, 222, 248, 320, 321, 627 |

# U.S. v. TYRINE MARTINEZ, ET AL.
*GREMLIN RIDERZ*
CR14-338

| | | | |
|---|---|---|---|
| 3. ROOSEVELT SUMPTER | Brody, Steven A. | 001, 012, 016, 021, 027, 028, 045, 104, 110 | 41, 45, 61, 98, 157, 169, 196, 197, 221, 274, 278, 282, 289, 291, 294, 297, 298, 299, 301, 302, 310, 316, 319, 322, 333, 341, 343, 345, 348, 349, 350, 352, 369, 372, 378, 383, 385, 392, 393, 400, 409, 411, 416, 417, 418, 426, 427, 433, 441, 444, 445, 446, 447, 448, 449, 450, 451, 455, 458, 459, 464, 465, 467, 468, 469, 470, 471, 472, 473, 474, 475, 477, 478, 480, 481, 482, 483, 485, 486, 487, 488, 491, 492, 496, 497, 498, 499, 500, 502, 503, 504, 505, 506, 507, 508, 509, 511, 512, 513, 514, 517, 521, 523, 524, 526, 527, 531, 533, 535, 536, 539, 540, 546, 547, 548, 558, 561, 566, 573, 574, 575, 580, 582, 583, 589, 590, 592, 620, 627, 628, 634, 635, 636, 637, 638, 639, 640, 641, 642, 643 |
| 22. PATRICK SWAFFI | Jacks, Amy E. | 001, 012, 014, 029, 048, 061, 085, 086, 109 | 73, 104, 141, 142, 193, 205, 254, 611, 613, 615, 627 |
| 45. TYRELL THOMAS JR. | | 001, 012, 097 | 197, 293, 298, 299, 301, 316, 317, 318, 355, 396, 397, 398, 425 |
| 5. TYRELL THOMAS SR. | Shannon, Michael T | 001, 012 | 146, 157, 165, 210, 211, 212, 221, 222, 228, 240, 241, 355, 380, 383, 438, 439, 519, 532, 541, 542, 555, 628, 629 |
| 25. GRANVILLE THOMAS | | 001, 012, 060 | 25, 222, 249, 250, 627 |
| 64. LAMAR THOMAS | Harris, William S | 001, 012 | 48, 72, 82, 84, 93, 197, 273 |
| 37. ANTROINE TYARS JR. | Lasting, Richard P. | 001,012, 039 | 17, 37, 65, 71, 78, 83, 115, 160, 185, 197, 207, 240 |
| 36. ANTROINE TYARS SR. | Robinson, Edward M | 001, 012, 102 | 51, 240, 294, 315, 407, 427, 451, 478, 515, 527, 536, 538, 539, 540, 544, 548, 550, 551, 559, 561, 562, 568, 584, 588 |

## U.S. v. TYRINE MARTINEZ, ET AL.
*GREMLIN RIDERZ*
CR14-338

| 14. JUAN TYARS | Evans, David R | 001, 012, 052, 065, 066 | 28, 34, 70, 110, 192, 222, 225, 228, 262, 264, 271, 284, 365, 391, 417, 428, 556, 557, 575, 590, 627 |
|---|---|---|---|
| 46. TYRONE KENNETH TYARS | | 001, 012 | 118, 143, 147, 276, 278, 292, 371, 372, 392, 395, 397, 398, 442, 510, 552, 597 |
| 26. KENNETH WASHINGTON | Fan, Amy | 001, 006, 012, 093 | 77, 102, 129, 134, 154, 197, 210, 211, 218, 240, 528, 529, 534, 604, 626, 627, 633 |
| 38. LELAND WEBSTER | Chahin, Sonia E | 001, 012, 023, 055, 056 | 13, 46, 157, 197, 222, 235, 238, 627 |
| 47. ANTONIO WEST | Callahan, Richard Jr | 001, 012, 073 | 157, 197, 222, 240, 447, 459, 473, 504, 514, 524, 536, 539, 540, 546, 587, 628 |
| 52. ELLIOT WHETSTONE | Nicolaysen, Gregory | 001, 012 | 53, 66, 87, 107, 125, 302, 303, 369, 407, 410, 437, 448, 452, 460, 466, 485, 494, 495, 499, 503, 507, 508, 509, 512, 523, 539, 546, 551, 553, 562, 568, 572, 580 |
| 32. ANDRE WILLIAMS | Gonzalez, Jason P. | 001, 012 | 119, 131, 163, 164, 197, 203, 220, 255, 266, 268, 269 |
| 10. ANTHONY WOOLEY | Windsor, Mark S. | 001, 012, 015, 026, 034, 035, 089 | 6, 86, 92, 155, 161, 162, 178, 204, 258, 380, 438, 469, 477, 497, 498, 502, 531, 545, 547, 581, 582, 592, 627, 628 |