<u>**U.S. v. TYRINE MARTINEZ, ET AL.**</u>
*GREMLIN RIDERZ*
CR14-338-SJO
<u>Case Tracking Chart</u>

| Defendant Name / Moniker | Defense Attorney | Known/Believed Blood Relative Defendants |
|---|---|---|
| 65.  MICHAEL A. BELLINGER,  aka "Fat Mike," | Koury, Joel C. | Brothers: MARCUS GOLDSTON, GODFREY SORRELLS |
| 21.  CHRIS DONTE BURRELL,  aka "Fly," | Crain, Michael M | Brother: ANTHONY WOOLEY; Aunt: MONALISA HENDERSON |
| 1.  TYRINE MARTINEZ,  aka "Lil' C-Bone," | Frye, Stephen G. | Brother: ANTONIO DODDS |
| 18.  RUFUS MINNIEFIELD,  aka "Bear," | Robertson, John D | Brother: RUFUS MINNIEFIELD |
| 3.  ROOSEVELT SUMPTER,  aka "Tu Tu," | Brody, Steven A. | Nephews: TYRINE MARTINEZ; MARCUS GOLDSTON; Michael BELLINGER; Godfrey SORRELLS |
| 5.  TYRELL THOMAS SR.,  aka "Big Rave," | Shannon, Michael T | Son: TYRELL THOMAS Jr |
| 36.  ANTROINE TYARS SR.,  aka "Big Crazy A," | Robinson, Edward M | Son: ANTROINE TYARS, Jr; (cousin? nephew?) TYRONE TYARS |
| 14.  JUAN TYARS,  aka "Big Brat," | Evans, David R | Cousin: ANDRE GRIFFIN |

Ex.F: <u>Defendants that are Related</u>

1