FILED
2015 MAR -9  AM 10: 25
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| v. | PLAINTIFF | CR 14-338 |
| JERMAINE HOUSTON aka J Bone | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 3/6/15   5:00   ☐ AM  ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 1962(d)  21 USC 846; 860

5. Offense charged is a:  ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes   Language: _____

7. Year of Birth: 1973

8. Defendant has retained counsel:  ☑ No
   ☐ Yes  Name: _____    Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): _____

11. Name: RVa    (please print)

12. Office Phone Number: X1188          13. Agency: USMS

14. Signature: _____           15. Date: 3/9/15

CR-64 (2/14)         REPORT COMMENCING CRIMINAL ACTION