BRIAN A. NEWMAN, ESQ. For
Law Offices of Brian A. Newman
Post Office Box 987
Hermosa Beach, California 90254
(424) 275-4014; Fax: (424) 275-4015
Email: jjnewbee.newman@gmail.com
CA STATE BAR #89975
Attorney for Defendant Ricky Keaton

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR-14-338-SJO-17 |
| Plaintiff, | NOTICE OF JOINDER |
| vs. | |
| RICKY KEATON (#17) | |
| Defendant. | |

TO: THE HONORABLE S. JAMES OTERO, JUDGE, UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY STEPHANIE YONEKURA, ASSISTANT UNITED STATES ATTORNEYS MACK JENKINS, MAX SHINER, AND WILSON PARK, AND TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Defendant Ricky Keaton (defendant #17), by and through his attorney of record, Brian A. Newman, hereby joins in Co-Defendant Jermaine Burton's Motion for Order Directing Disclosure of Original Linesheets and Transcripts (#1066).

//

1

1     PLEASE TAKE FURTHER NOTICE that Defendant Andre Brown Sr.,
2 joins in all relevant motions, objections, and
3 replies filed by the Co-Defendants in the above-entitled
4 matter.
5 DATED: March 30, 2015    Respectfully Submitted,

                        Law Offices of Brian A. Newman
                        Attorneys & Counselors at Law

                        *Brian A. Newman*
                        BRIAN A. NEWMAN
                        Attorney for Defendant
                        Ricky Keaton