**FIRST SUPERSEDING INDICTMENT**

**TABLE OF CONTENTS**

(<u>United States v. Martinez, et al.</u>, 14-338(A)-SJO)

GENERAL ALLEGATIONS........................................... 4
    A.   THE RACKETEERING ENTERPRISE........................... 4
    B.   PURPOSES OF THE ENTERPRISE............................ 6
    C.   THE CONDUCT OF THE ENTERPRISE........................ 7
    D.   THE MEANS AND METHODS OF THE ENTERPRISE............. 15
COUNT ONE..................................................... 18
    A.   OBJECT OF THE RICO CONSPIRACY....................... 18
    B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED..................................... 20
    C.   OVERT ACTS.......................................... 23
    SPECIAL SENTENCING ALLEGATIONS........................... 121
COUNT TWO.................................................... 123
COUNT THREE.................................................. 125
COUNT FOUR................................................... 126
    A.   OBJECT OF THE CONSPIRACY........................... 126
    B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED.................................... 126
    C.   OVERT ACTS......................................... 127
COUNT FIVE................................................... 130
COUNT SIX.................................................... 131
COUNT SEVEN.................................................. 132
COUNT EIGHT.................................................. 133
COUNT NINE................................................... 134
COUNT TEN.................................................... 135
COUNT ELEVEN................................................. 136

**EXHIBIT A**

```
COUNT TWELVE............................................................ 137
     A.   OBJECTS OF THE CONSPIRACY.......................... 137
     B.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE
          TO BE ACCOMPLISHED................................. 138
     C.   OVERT ACTS......................................... 141

COUNT THIRTEEN.......................................................... 144
COUNT FOURTEEN.......................................................... 145
COUNT FIFTEEN........................................................... 146
COUNT SIXTEEN........................................................... 147
COUNT SEVENTEEN......................................................... 148
COUNT EIGHTEEN.......................................................... 149
COUNT NINETEEN.......................................................... 150
COUNT TWENTY............................................................ 151
COUNT TWENTY-ONE........................................................ 152
COUNT TWENTY-TWO........................................................ 153
COUNT TWENTY-THREE...................................................... 154
COUNT TWENTY-FOUR....................................................... 155
COUNT TWENTY-FIVE....................................................... 156
COUNT TWENTY-SIX........................................................ 157
COUNT TWENTY-SEVEN...................................................... 158
COUNT TWENTY-EIGHT...................................................... 159
COUNT TWENTY-NINE....................................................... 160
COUNT THIRTY............................................................ 161
COUNT THIRTY-ONE........................................................ 162
COUNT THIRTY-TWO........................................................ 163
COUNT THIRTY-THREE...................................................... 164
COUNTS THIRTY-FOUR THROUGH EIGHTY-THREE................................. 165
COUNT EIGHT-FOUR........................................................ 179
```

COUNT EIGHTY-FIVE.............................................. 180
COUNT EIGHTY-SIX............................................... 181
COUNT EIGHTY-SEVEN............................................. 182
COUNT EIGHTY-EIGHT............................................. 183
COUNT EIGHTY-NINE.............................................. 184
COUNT NINETY................................................... 185
COUNT NINETY-ONE............................................... 186
COUNT NINETY-TWO............................................... 187
COUNT NINETY-THREE............................................. 188
COUNT NINETY-FOUR.............................................. 189
COUNT NINETY-FIVE.............................................. 190
COUNT NINETY-SIX............................................... 191
COUNT NINETY-SEVEN............................................. 192
COUNT NINETY-EIGHT............................................. 193
COUNT NINETY-NINE.............................................. 194
COUNT ONE HUNDRED.............................................. 195
COUNT ONE HUNDRED ONE.......................................... 196
COUNT ONE HUNDRED TWO.......................................... 197
COUNT ONE HUNDRED THREE........................................ 199
COUNT ONE HUNDRED FOUR......................................... 201
COUNT ONE HUNDRED FIVE......................................... 202
COUNT ONE HUNDRED SIX.......................................... 203
COUNT ONE HUNDRED SEVEN........................................ 204
COUNT ONE HUNDRED EIGHT........................................ 205
COUNT ONE HUNDRED NINE......................................... 206
COUNT ONE HUNDRED TEN.......................................... 207
COUNT ONE HUNDRED ELEVEN....................................... 208
COUNT ONE HUNDRED TWELVE....................................... 209

1   COUNT ONE HUNDRED THIRTEEN..................................... 210
2   COUNT ONE HUNDRED FOURTEEN..................................... 211
3   COUNT ONE HUNDRED FIFTEEN...................................... 212
4   COUNT ONE HUNDRED SIXTEEN...................................... 213
5   COUNT ONE HUNDRED SEVENTEEN.................................... 214
6   COUNT ONE HUNDRED EIGHTEEN..................................... 215
7   COUNT ONE HUNDRED NINETEEN..................................... 216
8   COUNT ONE HUNDRED TWENTY....................................... 218
9   COUNT ONE HUNDRED TWENTY-ONE................................... 219

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28