# U.S. v. TYRINE MARTINEZ, ET AL.

*GREMLIN RIDERZ*
FIRST SUPERSEDING INDICTMENT
CR14-338(A)-SJO

| Name | Defense Counsel | Culpability Tier |
|---|---|---|
| 1. TYRINE MARTINEZ | Frye, Stephen G. | 1 |
| 2. TRACY HARRIS | Raphael, Antoine F. | 1 |
| 3. ROOSEVELT SUMPTER | Brody, Steven A. | 1 |
| 4. MARQUIS SHAW | *State Custody* | 1 |
| 5. TYRELL THOMAS SR. | Shannon, Michael T | 1 |
| 6. KEEFE DASHIELL | Targowski, John A. | 1 |
| 7. CHARLES SMITH | *State Custody* | 1 |
| 8. LORD KELLY | Cooper, James P III | 1 |
| 9. ANTONIO MARSHALL | *State Custody* | 1 |
| 10. ANTHONY WOOLEY | Windsor, Mark S. | 2 |

1
Ex. F: General Culpability Chart

**EXHIBIT F**

## U.S. v. TYRINE MARTINEZ, ET AL.

*GREMLIN RIDERZ*
FIRST SUPERSEDING INDICTMENT
CR14-338(A)-SJO

| | | |
|---|---|---|
| 11. AKIA PETE | Plummer, Ira Lee | 2 |
| 12. JOHNNIE LEGGETT | Griggs, Alexander | 2 |
| 13. JOSHUA PEREZ | Diaz, Humberto | 1 |
| 14. JUAN TYARS | Evans, David R | 1 |
| 15. JERMAINE HOUSTON | Sutton, David | 2 |
| 16. DERREK JONES | Bisnow, James S | 2 |
| 17. RICKY KEATON | Newman, Brian A. | 2 |
| 18. RUFUS MINNIEFIELD | Robertson, John D | 2 |
| 19. KHALID ALI MUHAMMAD | *State Custody* | 1 |
| 20. CAMERON HALL | *State Custody* | 1 |
| 21. CHRIS DONTE BURRELL | Crain, Michael M | 2 |

# U.S. v. TYRINE MARTINEZ, ET AL.

*GREMLIN RIDERZ*
FIRST SUPERSEDING INDICTMENT
CR14-338(A)-SJO

| | | |
|---|---|---|
| 22. PATRICK SWAFFI | Jacks, Amy E. | 1 |
| 23. WILLIAM LUCAS | Blake, Paul | 1 |
| 25. TIMMY LEE MCCOY | *Fugitive* | 2 |
| 26. KENNETH WASHINGTON | Fan, Amy | 2 |
| 27. TRAYVONE JACKSON | *State Custody* | 1 |
| 28. DAMON HOGAN | Walsh, Joseph F | 3 |
| 29. ROBERT CURTIS BARNETT | Chernis, Michael S. | 1 |
| 30. ANDRE GRIFFIN | Bednarski, Marilyn | 2 |
| 31. ANTHONY INGRAM | Eisner, Alan | 3 |
| 36. ANTROINE TYARS SR. | Robinson, Edward M | 1 |
| 37. ANTROINE TYARS JR. | Lasting, Richard P. | 2 |
| 38. LELAND WEBSTER | Chahin, Sonia E | 2 |
| 39. FRANK RILEY | Chambers, Mark A | 3 |

## U.S. v. TYRINE MARTINEZ, ET AL.

*GREMLIN RIDERZ*
FIRST SUPERSEDING INDICTMENT
CR14-338(A)-SJO

| | | |
|---|---|---|
| 40. RAVON MURRLEY | McLaughlin, Patrick | 1 |
| 41. KEVIN CAMPBELL | Kaloyanides, David J.P. | 2 |
| 42. ERSKIN CARTER | Ames, Stephanie | 2 |
| 44. GREGORY GORDON | Johnson, Peter | 3 |
| 45. TYRELL THOMAS JR. | *State Custody* | 3 |
| 46. TYRONE KENNETH TYARS | Potter, Paul | 2 |
| 47. ANTONIO WEST | Callahan, Richard Jr | 2 |
| 48. KEVIN SIMS | Goldstein, Karen L. | 2 |
| 49. TRAVIS ANTONIO BRYANT | Horgan, Paul | 2 |
| 50. ANTONIO DODDS | *State Custody* | 2 |
| 52. ELLIOT WHETSTONE | Nicolaysen, Gregory | 3 |
| 55. MARCUS GOLDSTON | Solis, Anthony M | 2 |

## U.S. v. TYRINE MARTINEZ, ET AL.

*GREMLIN RIDERZ*
FIRST SUPERSEDING INDICTMENT
CR14-338(A)-SJO

| | | |
|---|---|---|
| 56. NAKAWA LEE | McNicholas, John N | 2 |
| 57. TONY GORDON | Dolan, Zoe | 2 |
| 58. ROY RICHARDS | Rubin, Dale | 3 |
| 59. PEDRO SANCHEZ | Khojayan, Shaun | 4 |
| 60. BOBBY BRAY | Buehler, George W. | 3 |
| 63. RONALD KOONCE | Barrera, Yolanda | 3 |
| 64. LAMAR THOMAS | Harris, William S | 3 |
| 65. MICHAEL A. BELLINGER | Koury, Joel C. | 4 |
| 66. KEVIN JAMES | Litman, Lawrence Jay | 4 |
| 67. RYAN SMITH | Tedford II, James R. | 3 |
| 68. SENATAIL GRIMBLE | Cohen, Reuven | 3 |
| 69. MARK KEITH | Meza, Michael S. | 3 |
| 70. ROBERT PITTS | Araujo, Manuel U. | 2 |
| 71. JERMAINE BURTON | Stern, Michael | 4 |
| 72. GLENN BROWNLEE | Juarez, Carlos | 4 |

**U.S. v. TYRINE MARTINEZ, ET AL**.
*GREMLIN RIDERZ*
FIRST SUPERSEDING INDICTMENT
CR14-338(A)-SJO