UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:14-CR-00338(A)-SJO     Recorder: CS 06/07/2016     Date: 06/07/2016

Present: The Honorable Gail J. Standish, U.S. Magistrate Judge

Court Clerk: Earlene Carson                    Assistant U.S. Attorney: Bryant Yang

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 12) JOHNNIE LEGGETT CUSTODY-PRESENT<br>14) JUAN TYARS, aka Big Brat CUSTODY-PRESENT<br>15) JERMAINE HOUSTON, aka J-Bone CUSTODY-PRESENT<br>17) RICKY KEATON, aka Tiny C-Bone, aka Boy CUSTODY-PRESENT<br>29) ROBERT CURTIS BARNETT, aka Baby Ange, aka Lil Rob CUSTODY-PRESENT<br>49) TRAVIS ANTONIO BRYANT, aka Ange, aka Dice, aka Baby Dice CUSTODY-PRESENT<br>55) MARCUS GOLDSTON, aka Deuce Mack CUSTODY-PRESENT<br>66) KEVIN EUGENE JAMES, aka Kevin James CUSTODY-PRESENT<br>70) ROBERT PITTS, aka Doughboy CUSTODY-PRESENT<br>71) JERMAINE BURTON, aka J- Bone CUSTODY-PRESENT | 12) ALEXANDER L. GRIGGS PANEL<br>14) DAVID R. EVANS PANEL<br>15) GEORGINA WAKEFIELD AND DAVID JOSEPH SUTTON DFPD'S<br>17) BRIAN A. NEWMAN PANEL<br>29) MICHAEL S. CHERNIS, special appearance by MICHAEL J. STERN PANEL<br>49) PAUL C. HORGAN PANEL<br>55) ANTHONY M. SOLIS PANEL<br>66) LAWRENCE JAY LITMAN PANEL<br>70) MANUEL U. ARAUJO, special appearance by BRIAN A. NEWMAN PANEL<br>71) MICHAEL J. STERN PANEL | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the First Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case was previously assigned to the calendar of District Judge S. James Otero.
Counsel are ordered to contact clerk regarding the setting of dates.

Counsel are directed to Judge Otero's court clerk Victor Cruz at ( 213 ) 894-1796 regarding the setting of dates for all further proceedings.

First Appearance/Appointment of Counsel: <u>00 : 00</u>
PIA: <u>00 : 25</u>
Initials of Deputy Clerk: <u>EC by TRB</u>

cc: Statistics Clerk, PSALA CJA Supv Attorney, USMLA

| CR-85 (09/12) | CRIMINAL MINUTES - ARRAIGNMENT | Page 1 of 1 |

6/9/2016