HILARY L. POTASHNER (Bar No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
DAVID J. SUTTON (Bar No. 257630)
(E-Mail: David_Sutton@fd.org)
Deputy Federal Public Defender
GEORGINA E. WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1462
Facsimile: (213) 894-0081

Attorneys for Defendant
JERMAINE HOUSTON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-338-SJO -15 |
| Plaintiff, | **ORDER [1845]** |
| v. | |
| TYRINE MARTINEZ, et al., JERMAINE HOUSTON (15), | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Sentencing Hearing be continued to November 7, 2016 at 9:00 a.m.; it is further ordered that sentencing position papers are to be filed by October 17, 2016 .

DATED: September 22 , 2016

*S. James Otero*

HONORABLE S. JAMES OTERO
United States District Judge

Presented by:

 */s/ David Joseph Sutton*
DAVID JOSEPH SUTTON
Deputy Federal Public Defender