# Exhibit A

```
               IN THE MUNICIPAL COURT OF CENTRAL ARRAIGN CTHOUSE JUDICIAL
DISTRICT,
                  COUNTY OF LOS ANGELES, STATE OF CALIFORNIA
NO. 7CR11965                                         PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA    VS.        CURRENT DATE 04/09/15
DEFENDANT 01:  JERMAINE  HOUSTON
LAW ENFORCEMENT AGENCY EFFECTING ARREST: DISTRICT ATTORNEY

BAIL: APPEARANCE  AMOUNT    DATE      RECEIPT OR   SURETY COMPANY    REGISTER
       DATE       OF BAIL   POSTED    BOND NO.                       NUMBER

CASE FILED ON 03/20/97.
 COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 09/01/96 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
    COUNT 01: 270 PC MISD
NEXT SCHEDULED EVENT:
 04/11/97    830 AM   ARRAIGNMENT   DIST CENTRAL ARRAIGN CTHOUSE DIV  082




ON 04/11/97 AT  830 AM  IN CENTRAL ARRAIGN CTHOUSE DIV  082

CASE CALLED FOR ARRAIGNMENT
PARTIES: ROBERT SANDOVAL (JUDGE)   CHRISTINE GYIMESI   (CLERK)
            CHARLES KUHN        (REP)  JOSEPH ROSEN   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MUSE DEPUTY PUBLIC DEFENDER
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  08/12/97    830 AM   ARRAIGNMENT AND PLEA    DIST CENTRAL ARRAIGN CTHOUSE DIV
    082



ON 08/12/97 AT  830 AM  IN CENTRAL ARRAIGN CTHOUSE DIV  082

CASE CALLED FOR ARRAIGNMENT AND PLEA
PARTIES: COMR. JOHN LADNER (JUDGE)   SALLY FLETCHER   (CLERK)
            LAUREN JONES   (REP)      JOSEPH ROSEN   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY O'CONNOR DEPUTY PUBLIC
   DEFENDER
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 270 PC.

   MOTION FOR DISCOVERY;STIPULATED INFORMAL COMPLIANCE DUE 082797
NEXT SCHEDULED EVENT:
09/16/97    830 AM   JURY TRIAL   DIST CENTRAL ARRAIGN CTHOUSE DIV  082



ON 09/16/97 AT  830 AM  IN CENTRAL ARRAIGN CTHOUSE DIV  082

CASE CALLED FOR JURY TRIAL
PARTIES: CMR. KRISTI LOUSTEAU (JUDGE)   MICHELLE KNIPPRATH  (CLERK)
            ARNELLA SIMS        (REP)  JOSEPH ROSEN   (DA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  OWN RECOGNIZANCE RELEASE REVOKED; BENCH WARRANT ORDERED ISSUED.
NEXT SCHEDULED EVENT:
BENCH/WARRANT TO ISSUE

09/16/97 BENCH WARRANT IN THE AMOUNT OF $25,000.00 BY ORDER OF JUDGE CMR.
    KRISTI LOUSTEAU ISSUED. (09/17/97).
```

```
CASE NO. 7CR11965                                       PAGE NO.   2
DEF NO. 01                                              DATE PRINTED 04/09/15

ON 09/18/97 AT  830 AM  IN CENTRAL ARRAIGN CTHOUSE DIV  082

CASE CALLED FOR JURY TRIAL
PARTIES: CMR. KRISTI LOUSTEAU (JUDGE)  MICHELLE KNIPPRATH  (CLERK)
              STEPHEN DONES     (REP)  CHRISTIAN GULLON  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY BURKE DEPUTY PUBLIC DEFENDER
NEXT SCHEDULED EVENT:
  10/23/97   830 AM  JURY TRIAL   DIST CENTRAL ARRAIGN CTHOUSE DIV  082

09/18/97 BENCH WARRANT IN THE AMOUNT OF $25,000.00   RECALLED. (09/18/97).


ON 10/24/97 AT  830 AM  IN CENTRAL ARRAIGN CTHOUSE DIV  082

CASE CALLED FOR JURY TRIAL
PARTIES: COMR. JOHN LADNER (JUDGE)  MICHELLE KNIPPRATH  (CLERK)
              MARY BYRNES         (REP)  LORRAINE M. CAIN  (DA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY BURKE DEPUTY PUBLIC
   DEFENDER
NEXT SCHEDULED EVENT:
  11/03/97   830 AM  JURY TRIAL   DIST CENTRAL ARRAIGN CTHOUSE DIV  082


ON 11/03/97 AT  830 AM  IN CENTRAL ARRAIGN CTHOUSE DIV  082

CASE CALLED FOR JURY TRIAL
PARTIES: DIANA M WHEATLEY (JUDGE)  MICHELLE KNIPPRATH  (CLERK)
              STEPHEN DONES  (REP)     CHRISTIAN GULLON  (DA)
STIPULATED THAT DIANA M WHEATLEY (JUDGE) MAY HEAR THE CAUSE AS TEMPORARY JUDGE.
DEFENDANT DEMANDS COUNSEL.
COURT REFERS DEFENDANT TO THE PUBLIC DEFENDER.
PUBLIC DEFENDER APPOINTED.  BURKE - P.D.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY BURKE DEPUTY PUBLIC DEFENDER
DEFENDANT STATES HIS/HER TRUE NAME AS CHARGED.
DEFENDANT ADVISED OF THE FOLLOWING RIGHTS VIA VIDEO CASSETTE:
 DEFENDANT ARRAIGNED AND ADVISED OF THE FOLLOWING RIGHTS AT MASS
   ADVISEMENT:  SPEEDY PUBLIC TRIAL, TRIAL WITHIN 30/45 DAYS, RIGHT

   TO REMAIN SILENT, SUBPOENA POWER OF COURT, CONFRONTATION AND
   CROSS EXAMINATION, JURY TRIAL, COURT TRIAL, RIGHT TO ATTORNEY,
   SELF REPRESENTATION, REASONABLE BAIL, CITIZENSHIP, EFFECT OF
   PRIORS, PLEAS AVAILABLE PROBATION.
A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.
DEFENDANT ADVISED THAT IN ANY CASE IN WHICH YOU ARE FURNISHED A LAWYER, EITHER
  THROUGH THE PUBLIC DEFENDER OR PRIVATE COUNSEL APPOINTED BY THE COURT, UPON
  CONCLUSION OF THE CRIMINAL PROCEEDINGS IN THE TRIAL COURT, THE COURT SHALL
  MAKE A DETERMINATION OF YOUR PRESENT ABILITY TO PAY ALL OR A PORTION OF THE
  COST OF COUNSEL.  IF THE COURT DETERMINES THAT YOU HAVE THE PRESENT ABILITY
  TO PAY ALL OR PART OF THE COST, IT SHALL ORDER YOU TO PAY THE SUM TO THE
  COUNTY IN ANY INSTALLMENTS AND MANNER WHICH IT BELIEVES REASONABLE AND
  COMPATIBLE WITH YOUR FINANCIAL ABILITY.  EXECUTION MAY BE ISSUED ON THE ORDER
  IN THE SAME MANNER AS ON A JUDGEMENT IN A CIVIL ACTION;
DEFENDANT WAIVES FURTHER ARRAIGNMENT.
```

```
CASE NO. 7CR11965                                    PAGE NO.   3
DEF NO.  01                                          DATE PRINTED 04/09/15

DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:
   WRITTEN ADVISEMENT OF RIGHTS AND WAIVERS FILED, INCORPORATED BY REFERENCE
HEREIN
TRIAL BY COURT AND TRIAL BY JURY
     CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;
     SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;
     AGAINST SELF-INCRIMINATION;
DEFENDANT ADVISED OF THE FOLLOWING:
  THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENTS OF THE OFFENSE IN THE
    COMPLAINT, AND POSSIBLE DEFENSES TO SUCH CHARGES;
  THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING
    THE MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL
    EFFECTS AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE
    SAME OR SIMILAR OFFENSES;
  THE EFFECTS OF PROBATION;
  IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE
    OFFENSE FOR WHICH YOU HAVE BEEN CHARGED MAY HAVE THE CONSEQUENCES OF
    DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF

    NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.
COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND EXPLICITLY
    MADE;
THE DEFENDANT PERSONALLY WITHDRAWS PLEA OF NOT GUILTY TO COUNT 01 AND PLEADS
   NOLO CONTENDERE WITH THE APPROVAL OF THE COURT TO A VIOLATION OF SECTION 270
   PC IN COUNT 01.  THE COURT FINDS THE DEFENDANT GUILTY.
COUNT (01) : DISPOSITION: CONVICTED
COURT ACCEPTS PLEA
NEXT SCHEDULED EVENT:
    SENTENCING
    DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE
    WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
    JUDGMENT:
AS TO COUNT   (01):
IMPOSITION OF SENTENCE SUSPENDED
DEFENDANT PLACED ON SUMMARY PROBATION
    FOR A PERIOD OF 036 MONTHS UNDER THE FOLLOWING TERMS AND CONDITIONS:
    PLUS $76.00 987.8 P.C. - ATTORNEY FEES
    DEFENDANT SHALL PAY A RESTITUTION FINE IN THE AMOUNT OF $100.00 TO THE COURT
        TOTAL DUE: $176.00
    IN ADDITION:

    -NOTIFY THE DISTRICT ATTORNEY, BUREAU OF FAMILY SUPPORT
       OPERATIONS AT 311 S. SPRING ST. 10TH FLOOR, CRIMINAL
       PROSECUTION UNIT, LOS ANGELES, CA 90013, OF ANY CHANGE IN
       EMPLOYMENT OR RESIDENCE WITHIN FIVE DAYS OF ANY SUCH CHANGE.
       NOTIFICATION IS TO BE MADE IN PERSON OR BY CERTIFIED OR
       REGISTERED MAIL.
    -THE DEFENDANT IS TO PAY A RESTITUTION FINE PURSUANT TO SECTION
       1202.4(B) PENAL CODE IN THE AMOUNT OF  $100
     OBEY ALL LAWS AND ORDERS OF THE COURT;CHILD SUPPORT AND ARREARS
     ARE RESERVED;DEFENDANT TO COMPLETE 30 JOB SEARCHES PER MONTH
COUNT (01): DISPOSITION: CONVICTED
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
  02/03/98    830 AM  PROGRESS REPORT    DIST CENTRAL ARRAIGN CTHOUSE DIV  082
NEXT SCHEDULED EVENT:
```

```
CASE NO. 7CR11965                                    PAGE NO.   4
DEF NO.  01                                          DATE PRINTED 04/09/15

   11/02/98  0830   PROOF: RESTITUTION FINE PAYMNT   DIST CENTRAL ARRAIGN CTHOUSE
       DIV  CKA



ON 02/03/98 AT  830 AM  IN CENTRAL ARRAIGN CTHOUSE DIV  082

CASE CALLED FOR PROGRESS REPORT
PARTIES: COMR. JOHN LADNER (JUDGE)  MICHELLE KNIPPRATH  (CLERK)
              VALERIE JONES         (REP)  LORRAINE M. CAIN   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY RACUSIN DEPUTY PUBLIC
   DEFENDER
   DEFENDANT TO DO 25 JOB SEARCHES PER MONTH
NEXT SCHEDULED EVENT:
   06/03/98    830 AM  PROGRESS REPORT    DIST CENTRAL ARRAIGN CTHOUSE DIV  082



ON 06/03/98 AT  830 AM  IN CENTRAL ARRAIGN CTHOUSE DIV  082

CASE CALLED FOR PROGRESS REPORT
PARTIES: COMR. JOHN LADNER (JUDGE)  ROBERT VELASQUEZ  (CLERK)
              VALERIE JONES         (REP)  LORRAINE M. CAIN   (DA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY RACUSIN DEPUTY PUBLIC
   DEFENDER
   25 JOB SEARCHES DUE
NEXT SCHEDULED EVENT:
   09/03/98    830 AM  PROGRESS REPORT    DIST CENTRAL ARRAIGN CTHOUSE DIV  082



ON 09/03/98 AT  830 AM  IN CENTRAL ARRAIGN CTHOUSE DIV  082

CASE CALLED FOR PROGRESS REPORT
PARTIES: DIANA M WHEATLEY (JUDGE)  ROBERT VELASQUEZ  (CLERK)
              CHARMAIN D. CAMPBELL       (REP)  LORRAINE M. CAIN   (DA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY MORGENSTERN DEPUTY
   PUBLIC DEFENDER
NEXT SCHEDULED EVENT:

   12/04/98    830 AM  PROOF OF COMPLETION   DIST CENTRAL ARRAIGN CTHOUSE DIV
      082



ON 12/04/98 AT  830 AM  IN CENTRAL ARRAIGN CTHOUSE DIV  082

CASE CALLED FOR PROOF OF COMPLETION
PARTIES: COMR. JOHN LADNER (JUDGE)  ROBERT VELASQUEZ  (CLERK)
              DONNA NISHIMURA       (REP)  LORRAINE M. CAIN   (CA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY RACUSIN DEPUTY PUBLIC
   DEFENDER
NEXT SCHEDULED EVENT:
   12/11/98    830 AM  FTP/FINANCIAL REVIEW   DIST CENTRAL ARRAIGN CTHOUSE DIV
      082



ON 12/11/98 AT  830 AM  IN CENTRAL ARRAIGN CTHOUSE DIV  082

CASE CALLED FOR FTP/FINANCIAL REVIEW
```

```
CASE NO. 7CR11965                                   PAGE NO.   5
DEF NO.  01                                         DATE PRINTED 04/09/15

PARTIES: DIANA M WHEATLEY (JUDGE)  ROBERT VELASQUEZ  (CLERK)
              JANICE CORRADI       (REP)  LORRAINE M. CAIN  (CA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY RACUSIN DEPUTY PUBLIC
   DEFENDER
   DEFENDANT TO ATTEMPT TO ENROLL IN PARENT FAIR SHARE.
NEXT SCHEDULED EVENT:
  12/31/98    830 AM  FTP/FINANCIAL REVIEW   DIST CENTRAL ARRAIGN CTHOUSE DIV
     082


ON 12/31/98 AT  830 AM  IN CENTRAL ARRAIGN CTHOUSE DIV  082

CASE CALLED FOR FTP/FINANCIAL REVIEW
PARTIES: COMR. JOHN LADNER (JUDGE)  ROBERT VELASQUEZ  (CLERK)
              STEPHEN DONES        (REP)  LORRAINE M. CAIN  (CA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY RACUSIN DEPUTY PUBLIC
   DEFENDER

   360 HOURS COMMUNITY SERVICE.FEE WAIVER.
   PROOF OF 100 HOURS COMMUNITY SERVICE.
   PROBATION TO TERMINATE ON 360 COMMUNITY SERVICE COMPLETION.
NEXT SCHEDULED EVENT:
  03/03/99    830 AM  PROOF OF COMPLETION   DIST CENTRAL ARRAIGN CTHOUSE DIV
     271


ON 03/03/99 AT  830 AM  IN CENTRAL ARRAIGN CTHOUSE DIV  271

CASE CALLED FOR PROOF OF COMPLETION
PARTIES: ROBERT P APPLEGATE (JUDGE) MARY LARIOS    (CLERK)
              CHRISTOPHER MARR  (REP)     RUTH BECKER ROTH  (CA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   PROBATION REVOKED
AS TO COUNT  (01):
   DEFENDANT TO PAY FINE TO THE COURT CLERK
   CASE WAS SET FOR DIVISION 271 AT CCW.
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:

   BENCH/WARRANT TO ISSUE

03/03/99 BENCH WARRANT IN THE AMOUNT OF $25,000.00 BY ORDER OF JUDGE ROBERT P
     APPLEGATE ISSUED. (03/08/99).

03/03/99 BENCH WARRANT IN THE AMOUNT OF $25,000.00 BY ORDER OF JUDGE ROBERT P
     APPLEGATE ISSUED. (03/11/99).


ON 03/11/99 AT  830 AM :

 BENCH WARRANT RECALLED
   WARRANT ISSUED IN ERROR WITH THE WRONG DIVISION. WARRANT
   RECALLED AND REISSUED.
BENCH/WARRANT TO ISSUE

03/11/99 BENCH WARRANT IN THE AMOUNT OF $25,000.00    RECALLED. (03/11/99).
```

```
CASE NO. 7CR11965                              PAGE NO.   6
DEF NO.  01                                    DATE PRINTED 04/09/15

ON 12/13/99 AT  830 AM   IN CENTRAL ARRAIGN CTHOUSE DIV  083

CASE CALLED FOR PROGRESS REPORT
PARTIES: MARK C. KIM (JUDGE) MARY COLLINS    (CLERK)
              ELECTRONIC RECORDING  (REP)    DONALD MATTHEWS JR.   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY J. RACUSSIN DEPUTY PUBLIC
   DEFENDER
 THE DEFENDANT IS ADVISED OF RIGHTS RE HEARING ON VIOLATION AND WAIVES RIGHTS
TO A REVOCATION HEARING.
  DEFENDANT AND COUNSEL STIPULATE TO VIOLATION OF PROBATION IN OPEN COURT.
    PROBATION REVOKED
    PROBATION MODIFIED AS FOLLOWS:
PROBATION TERMINATED
AS TO COUNT  (01):
   DEFENDANT WAIVES ARRAIGNMENT ON THE PROBATION VIOLATION.  SERVE
   90 DAYS IN JAIL FORTHWITH CONSECUTIVE, CREDIT 6 DAYS PLUS 2 GOOD
   TIME WORK TIME DAYS.  JAIL TIME INCLUDING FEDERAL PEROL
   INSTITUTION.  DEFENDANT FAILED TO RETURN TO COURT AS ORDERED AND

   PAY CHILD SUPPORT.  DEFENDANT COMMITTED, COMMITMENT ISSUED.
   PROBATION TO TERMINATE UPON COMLETION OF JAIL TIME.
   E.R.M. WAS JOHN CRUSE.
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
   PROCEEDINGS TERMINATED

12/13/99 BENCH WARRANT IN THE AMOUNT OF $25,000.00   RECALLED. (12/13/99).


ON 12/30/99 AT 1000 AM   IN CENTRAL ARRAIGN CTHOUSE DIV  COL

CASE CALLED FOR 987.8 - ATTORNEY FEES PAYMENT
PARTIES: NONE (JUDGE)   NONE   (CLERK)
              NONE          (REP)  NONE   (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT HAS FAILED TO PAY RAB/EPA/DVC CIVIL ASSESSMENT $250
   ADDED AND REFERRED TO COLLECTION AGENCY.
   ENTRY MADE BY L.C.
NEXT SCHEDULED EVENT:

PROCEEDINGS TERMINATED



04/09/15


I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC DOCKET
ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.
SHERRI R. CARTER ,EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA
BY _____, DEPUTY
```

```
                MUNICIPAL COURT OF THE LOS ANGELES JUDICIAL DISTRICT
                        COUNTY OF LOS ANGELES, STATE OF CALIFORNIA
```

THE PEOPLE OF THE STATE OF CALIFORNIA ) M.C. No. 7CR11965
)
Plaintiff ) D.A. No. 640-66-13/780
)
v. ) COMPLAINT –
) MISDEMEANOR
)
JERMAINE HOUSTON )
)  FILED
)  MUNICIPAL COURT
Defendant )
                                        )  MAR 20 1997

                                        LOS ANGELES JUDICIAL DIST
                                        FREDERICK K. OHLRICH, CLERK

## COUNT I

The undersigned declarant and complainant ~~states~~ upon   DEPUTY
information and belief based upon the Declaration filed herewith, which is incorporated by reference as if fully set forth herein, that upon OCTOBER 1, 1995 to SEPTEMBER 1, 1996 and prior thereto in the County of Los Angeles, State of California, the crime of violation of Section 270 of the California Penal Code, to wit: **FAILURE TO PROVIDE**, was committed by the above-named defendant who at the time and place aforesaid did willfully, unlawfully and without lawful excuse omit to furnish necessary clothing, food, shelter, medical attendance and other remedial care for his minor child, to wit:

| **NAME** | **AGE** | **DATE OF BIRTH** |
|---|---|---|
| NEHEMIAH JERMAINE JONES | 5 | APRIL 29, 1991 |

and the said defendant being then and there, and still is, the parent of said minor child.

Said declarant therefore prays that based upon the Complaint and Declaration, a warrant may be issued for the arrest of said defendant who may then be dealt with according to the law.

1 | Executed on 1/22/97 in the County of Los Angeles,
2 | State of California.
3 | I declare under penalty of perjury that the foregoing is true
4 | and correct.

_____
JON KRUIZENGA
Declarant and Complainant

_____
WITNESS

DIVISION __82__    SR # __7CR11965__    __11/3/97__

Defendant's Name - print: __Jermaine Houston__    Attorney's Name: __Burke__    Judge: __Ladner__

DEFENDANT: PUT YOUR INITIALS IN EACH SET OF BRACKETS IF YOU HAVE READ AND UNDERSTAND THE STATEMENTS WHICH APPEAR BEFORE IT.

1. CHARGE(S). I understand that I am charged with the offense(s) of __166 PC__ and further a prior conviction of _____ on _____ . __Disobeying a court order__   [JH]

2. PENALTY. I understand that the maximum penalty for the offense(s) charged is __6 mo, 1,000__ and the consequences are _____ .   [JH]

3A. WAIVER OF ATTORNEY. I understand that I have the right to be represented or assisted by an attorney at all stages of this case and that if I cannot afford an attorney, one will be appointed at no cost to me. I understand that by proceeding without an attorney and representing myself instead, that there may be certain defenses of which I may be unaware and fail to assert which an attorney could use to acquit me. I understand that it is almost always unwise to proceed without an attorney, that I will not be shown any special favors by this court or the experienced prosecutor and that if I make a mistake in these proceedings, I cannot later claim that I make a mistake in deciding to represent myself. I give up my right to an attorney.   [JH]

OR

3B. DISCUSSION WITH ATTORNEY. I have discussed my case with my attorney. We discussed the rights I am giving up by my plea, the elements of the offense(s), possible legal and factual defenses available and the possible consequences of my plea.   [JH]

4. JURY TRIAL. I understand that I have the right to a speedy and public trial by a jury. I give up this right.   [JH]

5. COURT TRIAL. I understand that if the prosecution agrees, I may have a court trial instead of a jury. I give up this right.   [JH]

6. CONFRONTATION. I understand that I have the right to confront and cross-examine the witnesses against me at the trial. I give up this right.   [JH]

7. SELF-INCRIMINATION. I understand that I have the constitutional right not to incriminate me and that I may remain silent, and that by pleading guilty or no contest I am incriminating myself. I give up this right.   [JH]

8. RIGHT TO SUBPOENA AND PRODUCE EVIDENCE. I understand that I have the right to testify in my own behalf and to use the power of the court to subpoena witnesses and produce other evidence for me at the trial. I give up this right.   [JH]

9. PLEA OF NO CONTEST. I understand that a plea of "no contest" is the same as a "guilty" plea.   [JH]

10. PROBATION. I understand that the court may place me on probation instead of imposing a sentence; that if I accept probation with its terms and conditions, the maximum sentence can be imposed if I am later found to have disobeyed any terms or conditions of probation.   [JH]

11. CITIZENSHIP. I understand that if I am not now a United States citizen, a guilty or no contest plea to the charge(s) can result in my deportation or denial of immigration or naturalization.   [JH]

12. I understand that a subsequent filing of a violation of Penal Code Section 270 can be filed as a felony.   [JH]

13. There have been no promises or threats made to me to cause me to plead. I am aware of and understand what I am charged with, the elements of the offenses, the defenses available to me and consequences of my plea. I have initialed the above paragraphs. I signed below to show my understanding of same and my waiver of rights.   [JH]

14. I now plead __No contest__ to the charge(s).   [JH]

15. I understand that the above rights apply with equal force to any priors alleged. I expressly and explicitly give up each and everyone of the above rights and admit to the following priors: _____   [JH]

16. I stipulate to a commissioner for sentencing.   [JH]

DATE: __11/3/97__    SIGNED __Jermaine Houston__

SEE REVERSE

CRIM. M-41 (6/97)