# Exhibit B

UNCLASSIFIED

| FD-1023 (07/24/2010) | **FEDERAL BUREAU OF INVESTIGATION** CHS REPORTING DOCUMENT |
|---|---|

### HEADER

Source ID: **S-00040703**
Date: **02/19/2013**
Case Agent Name: **Hansberger, Ross**
Field Office/Division: **Los Angeles**
Squad: **CE 04**

Date of Contact: **02/06/2013**
List all present including yourself. (Do not include the CHS.): **SA Ross Hansberger, TFO Jason Marks**
Type of Contact: **In Person**

Country: **UNITED STATES**
City: **Los Angeles**
State: **California**
Date of Report: **02/06/2013**

Substantive Case File Number: **245D-LA-256619-302** -464

Source Reporting: On the morning of Sunday, February 3, 2013, CHS arrived at 626 ½ West Vernon Avenue, Los Angeles to pick up CHS's brother. Upon arriving at the location CHS discovered his brother fighting FDBGC member MICHAEL BAKER aka "CAESAR MIKE" over some missing money and crack cocaine. CHS witnessed CHS' brother begin to lose the fight so CHS jumped in to protect his brother, punching BAKER once in the face and once in the side. BAKER fell to the ground, but was then helped up by CHS and CHS's brother. BAKER quickly left the residence. CHS and CHS's brother attempted to follow BAKER to talk to him.

During the fight between CHS, CHS's brother, and BAKER, ESTHER BENAVIDES and NATALIE MCKENNAN, described as a dark-skinned black female, wearing a white t-shirt and short pants, approximately sixty years old, were fighting in the front yard of a residence. When BENAVIDES and MCKENNAN stopped fighting, BENAVIDES went inside the residence and MCKENNAN departed the residence using a walker.

Shortly thereafter, MCKENNAN returned to the residence with her walker, went inside, and began to argue with BENAVIDES again. CHS, from outside the front of the residence, heard BENAVIDES say "I dare you bitch." CHS then heard a single gunshot from inside the house. CHS observed MCKENNAN flee the scene using her walkers, CHS then entered the house. BENAVIDES stated "the bitch shot me."

Shortly thereafter, CHS received a call from BAKER. BAKER told CHS to come to 218 West 58th Street, Los Angeles to meet him. Also at the location were FDBGC members JUAN TYARS aka "BIG BRAT" and NAKAWA LEE aka "LIL MAN." CHS and CHS's brother went to 218 west 58th Street. CHS, CHS's brother, and BAKER went into a back bedroom. BAKER appeared upset at CHS and stated to CHS "you should have thought first." CHS left the location and went back to 626 ½ West Vernon Avenue.

On February 4, 2013, CHS dropped off CHS's brother at 626 ½ West Vernon Avenue.

DEF.ONLY004189

Page 1 of 2

Shortly after dropping off CHS's brother, CHS received a telephone call from BAKER. BAKER told CHS that everything was "cool" and asked if he could talk to CHS. CHS agreed to talk to BAKER. Less than one minute later, BAKER pulled up in a vehicle in front of the address. BAKER again told CHS that he was okay. BAKER told CHS that he would go over to West 53rd Street and straighten everything out with the "OGs" (senior ranking members of the gang). CHS believes that BAKER was staking out the location due to the time of the call and how fast he pulled up just after CHS arrived.

CHS then went to the 200 block of West 53rd Street to meet with FDBGC member TYRELL THOMAS aka "BIG RAVE." THOMAS stated that CHS was okay but may have to be disciplined by other gang members for putting his hands on BAKER. After talking to THOMAS, CHS went to West 58th Street between South Broadway and South Main Street.

CHS met up with FDBGC member JERMAINE HOUSTON aka "J-BONE" on West 58th Street. HOUSTON told CHS to stay away from the area because FDBGC members TRACY HARRIS aka "WOODY," ANTHONY INGRAM aka "BIG TOON," KEEFE DASHEILL aka "BUGS," First Name Unknown (FNU) Last Name Unknown (LNU) aka "JOHNNY K" and HOUSTON had a meeting on West 58th. During the meeting, the decision was made by the high ranking members in the meeting to kill CHS for his disrespect to BAKER and the gang. Additionally, HOUSTON told CHS that FDBGC members KENNETH HOWARD aka "SHAKEY JAKE" and RODNEY HARDGROVE aka "BABY CAPONE" were very upset at CHS and CHS' brother and wanted to kill them.

After talking to HOUSTON, CHS met with FDBGC member CAMERON HALL aka "DEUCE POUND." While talking to HALL about the situation, CHS received a call from FDBGC member SHERONIA SAUNDERS aka "GG" stating that HOWARD had just shot CHS's brother at 626 ½ West Vernon Avenue.

CHS drove to West Vernon Avenue, but was unable to get past the police crime scene. CHS then went to 122 West 58th Street and met up with HOUSTON again to ask what happened, knowing that the senior ranking members wanted CHS killed. HOUSTON along with FDBGC members DAVID JONES aka "STOOLY" and "JOHNNY K" told CHS that HOWARD just stopped by and stated to them "I just shot the fat nigga" and then departed from the address on a bicycle. HOUSTON yelled at CHS and stated "I told you to stay away." CHS left 58th Street and went to 225 West 53rd Street, where he met FDBGC member LORD KELLY aka "LIL RAVE" who appeared not to know anything about the shooting.

After the shooting, CHS talked to FDBGC member TERESA MCFARLAND aka "BIG T" who is the person that rents out the 626 ½ West Vernon Avenue property. MCFARLAND told CHS that BAKER told her that CHS's brother was not the intended target of the shooting and that CHS was the one that was supposed to be shot. Additionally, MCFARLAND told CHS that HARRIS called her asking her where CHS was.

Signed by:

🖉 Click here to sign this section

🖉 **Signed by RHANSBERGER** View details
on Tuesday, February 19, 2013 2:32 PM (Pacific Daylight Time)

| **FD-1023** (07/24/2010) | FEDERAL BUREAU OF INVESTIGATION |
|---|---|