DEAR JUDGE S. JAMES OTERO

As I begin to write this letter, I pray all is well with you and your family. As for myself, I'm not doing so well, and it's not because of any medical condition, it's because, I have let myself down as well as my mother, father, and my kids who truely need me right now.

I can't complain, I have no one to blame until, I look and seen how I did it to myself. Your Honor, I grew up in South-Central Los Angeles with out a father figuer in my life, do to a real bad drug addiction which lead to my mother having to raise me, and my only sister which is older then me by her-self.

I witness the physical abuse by my father towards my mother as a child, I never knew what the abuse was all behind, until I got a lil older it was my father addiction of "crack-cocaine" that lead to the physical abuse because, he didn't have any money to suport it so, he would take it from my mother.

It's sad when a young kid have to come outside and witness adults having "sex" in cars and people "smoking crack" the same thing I would end up saling, years later, used condoms laying around and used needle's not to far away, yellow tape got the street blocked off and helicopters circling so low you couldn't here your own television.

Your Honor .......... Plase know, I never had a male role-model, my role model was what, I seen on television which was cartoons and, I knew "Bugs Bunny" and the "Road-Runner" and the "Tortoise and the Hare" wasn't real ......... I knew that much, but what I didn't know was the "Tortoise and the Hare" had a very, very real massage behind it which was..... "you can run fast, but not long" and taking short cuts in life don't pay and speed kills.

Your Honor, I definitely have been doing alot of soul searching which lead to me making some real much needed life changing decisions which lead to my bad, and poor choices in life.

So, I made a decision to leave my neighborhood, I grew up in my whole life, was it hard? Yes because this was the place I grew up at, but I also understand, I need to change and place myself in a more safe and careing environment in order to be successful, which will lead to me finding some new friends that has "positive energy" and find a role model that, I can learn more from something, I never had.

Your Honor, I know I had failed supervised release and I now understand why I failed myself, my kids, my mother and father because I didn't have a plan upon my last release and the world ate me up and spited me out because, I didn't have a plan to leave my old neighborhood and find new friends, plus I didn't listen to what my mother had told me and she said "Jermaine you need to stay away from over there it's nothing but trouble, but your Honor I thought I had it all figured out because, I was working a full time job, one foot on the right side of life and the other foot on the wrong side of life which was my neighborhood and the people I was hanging with, But one night I was reading my bible I came across some words which read "a double minded man is unstable in all his ways" and as I look back at my life then I was that double minded man.

I'm done putting myself in a position to be in pain, and causing my kids and family this same pain. My plan now is on point for one I'm moving from my neighborhood and want be returning even when I'm off probation it's nothing there, secondly new friends will be my co-works, a role model / mentor and third the most important committed to my beautiful family and devote all my time to them and to continue to go to school, I'm in college now I been since 2014 my major is in business.

IN CONCLUESION YOUR HONOR I ACCEPT FULL RESPONSIBILTY FOR ALL MY WRONG DOING AND I APOLOGIZE TO MY COMMUNITY BECAUES I OWE THAT TO MY COMMUNITY JUST AS WELL AS TO THE COURTS, ooooooooo

YOUR HONOR WHATEVER MAY HAVE HAPPENED YESTERDAY, TODAY I HAVE OPPORTUNITY. AFTER JOY, DISAPPOINTMENT, GOOD FORTUNE AND BAD, THE OPPORTUNITY OF THE PRESENT MOMENT IS MINES, I WAS SPEEDING OFF ON THE WRONG TRACK BUT NOW, I HAVE THE OPPORTUNITY TO GET ON THE RIGHT ONE.

THOUGH I MAY HAVE MADE PLENTY MISTAKES, TODAY IS THE OPPORTUNITY TO LEARN FROM THEM AND TO STEP FORWARD IN A POSITIVE WAY.oooooooo MY FUTURE HAS NOT BEEN WRITTEN YET, NOW IS WHEN I WRITE IT. FAITH MAKES EVERYTHING POSSIBLE. HOPE MAKES EVERYTHING WORK. LOVE MAKES EVERYTHING BEAUTIFUL. YOUR HONOR I'M A CHANGED MAN.

THANK YOU YOUR HONOR "GOD" BLESS

SINCERELY: [signature]