| | |
|---|---|
| TT: | That's basically why we do this…  A picnic... um...We come together... we supossed to come together every year for that reason, for the homies that's deceased, uh... went to jail for life... you know... for the cause.  What we uh... what we fight for... and I didn't... I didn't really get it.  Mutha fuckas don't wanta come last year... they said they wasn't feelin it.  I don't get it.  People got different reasons now.  Now it's different reasons...what we have it fo… |
| UM: | Shut up. (Talking to dog) |
| UM: | That's cause of that dog over there. |
| UM: | Shut up. (Taking to dog) |
| UM: | Scooby! |
| UM: | [UI] chasin that goddamn dog. |
| CHS: | Shit he smell it! |
| UM: | Smell it! |
| UM: | That's a girl. Girls don't smell a boy. |
| UM: | Man, they smell each other. |
| UM: | Not that thing! |
| CHS: | They smell each other! |
| UM: | [UI] |
| UM: | She want some dick! That's what she want. |

**0043.005- 26:12 SUMMARY: Jermaine Houston discusses with Tyrell Thomas Sr. organization of the annual Hood Day and creating a gang member board.**

| | |
|---|---|
| TT: | I… I don't know man. Then you know… it'd be a lot of like… mutha fuckas always... we come up with ideas… and mutha fuckas always talkin' about, "I don't think we should do that… we should do this." But, they don't have like… they say… well I think, "We should get on a boat… we should go on a boat." That's a idea but then… you have a idea, you need to come up with more than just… uh just… a… a… boat. How much a boat gonna cost? What we gonna do on a boat?  We need an itinerary… we need to know what the fuck is going on. Anybody come up with an idea but you need to do some more research on your |

|   |   |
|---|---|
|   | idea that you come up with. And that's… we need… that's what we need to do this year. I said I wasn't gonna do it cause Solo was talking that shit… [UI]… really Little Solo, he suppose to be doin' it. So… 'cause he running 'round [UI]… |
| CS: | Check on the boat? |
| TT: | Huh? |
| CS: | Check on the boat? |
| TT: | Huh? |
| CS: | Checking on the boat? |
| TT: | Nah… nah… nah… just talkin' bout what he wanted uh… I… I want him to see how easy it is… |
| UM: | Rave… hey Rave. |
| TT: | I want a nigga to see how easy this shit is. Yeah… |
| UM: | Ain't that nigga havin turn himself in, so he ain't gonna have time… |
| UM: | Oh, okay. |
| UM: | [UI] |
| HOUSTON: | [UI] It'a take one nigga to go plan… [UI]… they need to do. Whether a nigga like it or not, he gonna come anyway. |
| UM: | Yeah, that true. |
| HOUSTON: | You know what I'm sayin? A nigga can't complain if he ain't puttin' shit in. But people be sayin' they puttin' shit in at like the meetin's and shit like that, but everybody don't come out the pocket. So a lot of mutha fucka's can't complain, cause a lot of mutha fucka's be miss… |
| TT: | That be the main one complaining… |
| HOUSTON: | Right… [UI]…we might miss 'em, but then you know you ain't put nothin' in and there ain't too much you can say. But… but I believe it should be like a four board committee my nigga, and then whatever it is, is what it is man. Because a nigga gonna come anyway. Whether you do it or not. They gonna come anyway. So it don't matter what him, him, or what the next mutha fucka say… it's about the board… |

11

| | |
|---|---|
| TT: | But then too, we need ideas… you know different little shit. |
| HOUSTON: | Yeah, but you have to bring them in a timely matter though.  Don't bring 'em at the last minute.  And it'll be like you said if you do come with your research… do your research. |
| TT: | Yeah |
| HOUSTON: | For why?  Why?  Because the money's for [UI] and all that shit man.  You know what I mean? [UI]  It's not hard my nigga… we make shit real hard, but it's not hard my nigga. |
| TT: | But it's not hard |
| HOUSTON: | It's not hard man.  It don't… don't take five… it don't take a hundred mutha fuckas to plan something man. |
| TT: | No it don't. |
| HOUSTON: | It don't take all day to plan shit my nigga.  You know what I'm sayin'?  But mutha fuckas need to do it in a timely matter man.  Everything… [UI]… time man. |
| TT: | I guess if I wouldn't a said nothin' this time, then we wouldn't have gotten this far.  Cause I was just seein' how far it was gonna go. |
| HOUSTON: | But see mutha fuckas [UI] position though.  That's why you gotta speak and mutha fuckin' run it man.  You know what I'm sayin? |
| TT: | Shit… I ain't … I ain't the leader now. |
| HOUSTON: | I ain't sayin' no leader.  I'm sayin' you in charge of that. |
| TT: | I ain't in charge… I'm just saying… you know everybody sayin' man we need to have a meetin',  we need to do somethin'… and then all we got to do is do it.  You know a little homie could do it.  I mean it don't matter. |
| HOUSTON: | Where we at with it?  What we gonna do? |
| TT: | We ain't… right now we at thoughts… |
| UM: | A boat? |
| TT: | That was just… I was just talkin'.  A boat is…really… to me ain't… a good idea. |

12

|  |  |
|---|---|
|  | You out there… stuck on the water… you really cain't…do nothin' out there. What is there to do on a boat? |
| UM: | [UI] |
| TT: | They gone… yeah… and if we get one that… |
| HOUSTON: | We get a boat man… 15 dollars a head man… mutha fuckas…make that money back man. |
| CS: | [UI]… on a boat and see what it is… [UI]. |
| UM: | I did two buses. |
| UM: | [OV] We all did [PH]. |
| UM: | [OV] Two buses. I did two buses. |
| UM: | Get a boat…  I mean a bus… where we gonna go? |
| CHS: | Like a party bus? |
| UM: | You gotta have somewhere to go. |
| TT: | On a boat… I really don't… like to go… |

**0043.005- 29:32- (U/M suggest collecting $52 for the picnic)**

|  |  |
|---|---|
| UM: | Fifty two dollars a head… like we always do man. |
| HOUSTON: | Who gonna be in charge of doing it?...right now. |
| UM: | Fifty two dollars a head homie. |
| HOUSTON: | Who gonna be in charge of doing it? |
| TT: | What I'm sayin' about a boat… in May… it's gonna… at night be colder than a mutha fucka and ya'll in that water. It's… it's still cold… it's gonna be cold. |
| UM: | That's all he talking about cold… cold… |
| UM: | [UI] |
| UM: | You want to go get hot [PH]! They [UI] and shit nigga! |