**0043.006- 06:09- SUMMARY: Jermaine Houston states that fellow gang members that don't pay their dues will get disciplined.**

HOUSTON: No, twenty-five dollars. From here on out, they got twenty-five dollars.

TT: That's…that's what I said, a week.

HOUSTON: Yeah… every Friday. Twenty five dollars.

UM: Every Friday.

UM: Niggas don't show up [UI]…

UM: Every Friday.

HOUSTON: Nigga that don't show up, you get twenty five dollar, you get fined. And after that you gonna get DP'd [disciplined]…

TT: There's enough homies here to… spread… spread it to the rest that's not here.

HOUSTON: Yeah. Twenty five dollar, it ain't [UI]…

TT: You know?

HOUSTON: They got twenty five dollars.

UM: [UI] you start it [UI]

TT: No more buying weed, pills, drank, you know… everyday…

UM: There's no excuse…you wanna party… you gotta pay your money my nigga, you know I'm saying?

TT: [UI] party… [UI] got that money for that party about to blow. You know… this… this picnic ain't for me… it ain't for him… it's for the community. It's… it's for all of us. So… you know everybody need to pitch in for us! You know? So you can't say… this… you… this… this…it's yours. You know?

UM: It's yours.

TT: Yeah.

HOUSTON: Hey… hey… look… man…

UM: It's yours.

22