**0043.006- 06:55: SUMMARY Houston says that other members aren't protecting the neighborhood and explains how other members should conduct themselves. He also discusses violence between Broadway members and snitching to the police.**

HOUSTON: Like… like… like… like… like [UI] was saying man… things gotta tighten up man. Hey, I know I've been born and raised mutha fucka my nigga. Did we… hey look… nigga we hard as a mutha fucka man but right now… it's... it… it… everybody… everybody on… on some different shit. We got niggas riding down 53rd pullin' up to fuckin' niggas house…talkin' bout where's such and such at…niggas from Coast. That should never happen my nigga.

TT: Never.

HOUSTON: That should never happen man. And niggas [UI] they own thing. The shit ya'll see homie…you gotta acknowledge homies man. Let mutha fuckas know… know you…you acknowledge a mutha fucka… you know I mean? You know who he is man. And know… and know what's going on man. A nigga like walkin' around with headphones on they ears man and playin' and shit. Nigga…

TT: Huh. Huh.

HOUSTON: Man look… I don't give a fuck if… if… if a bum get killed on this mutha fucka. This nigga die and they gonna say, "Man these niggas gonna knock one down."

TT: Yeah… and it was meant for… if a bum get killed… it was meant for us anyway…one of us.

HOUSTON: It's a fucked up look. You know I mean? But hold on… I'm… I'm a say it like this here. Any homeboy man… any homeboy have [UI] and put his hands on me… or he talkin' bout doing somethin'… he ain't my homeboy. I'm gonna fuck over. I'm gonna knock him down. I'm gonna fuck [UI] over. And I'm saying that because a lot of homeboys have a tendency to all want to fight each other, pull guns and shit…and shit happened yesterday.

UM: [UI]

HOUSTON: You know I mean? And that shit ain't cool my nigga. That shits not…man nigga better not brandish no gun on homeboy man.

UM: Yeah.

HOUSTON: Cause you could brandish that mutha fucka and go off and kill that nigga man. Then what you gonna do then? You gonna… you gonna rat to the police? You

23

|  |  |
|---|---|
|  | ain't never rat in this mutha fucka ever… ever again my nigga. So…there's a lot of shit we gotta tighten up on man… tighten up. |
| THOMAS: | Yeah…that situation was crazy too… from beginning.  Cause of Wodi [TONY GORDON] and his bitch… I mean… bitch daughter… she shouldn't be… she's been dissing the hood too anyway… that… that ain't cool on his half…that she's doing that. |
| HOUSTON: | No. |
| TT: | But they get into it because he tell her something. So they get into it, you know? He's right cause, she shouldn't be around here to do it. My bitch can't come 'round and do it. |
| UM: | No he suppose… right… right… right… |
| TT: | Sister…nobody… nobody… You know? That ain't a good look for me! |
| UM: | That's not a good look for me. |
| TT: | No… And um… |
| UM: | He suppose a check his own bitch about some shit like that…knock her down. |

**0043.006- 08:46- (Thomas talks about problems in the neighborhood and how other members resort to DP's.  Houston comments on the issue as well)**

|  |  |
|---|---|
| TT: | [UI] hold on… hold up. So I guess they get into it… so anyway they fight. But you know they fight… ain't no homies over there stoppin' em.  Nigga pick up a rock.  Ain't nobody stoppin' em. I mean… how… how do uh… if a nigga pick up somethin'… but… |
| UM: | What? |
| TT: | …then to…how you suppose to defend yourself? Now… the homies sitting around now… when the shits over… "Oh, niggas need DP."  But these niggas around… ain't doing… ain't stoppin' the fight or nothing.  [UI]… you know. |
| UM: | Yeah. |
| TT: | You suppose to…you know Wodi wrong from the beginning so it should've been… that he brang it up like at the meeting. |
| UM: | Okay.  Where Wodi [PH] at? |