ain't never rat in this mutha fucka ever… ever again my nigga. So…there's a lot of shit we gotta tighten up on man… tighten up.

THOMAS:     Yeah…that situation was crazy too… from beginning.  Cause of Wodi [TONY GORDON] and his bitch… I mean… bitch daughter… she shouldn't be… she's been dissing the hood too anyway… that… that ain't cool on his half…that she's doing that.

HOUSTON:     No.

TT:     But they get into it because he tell her something. So they get into it, you know? He's right cause, she shouldn't be around here to do it. My bitch can't come 'round and do it.

UM:     No he suppose… right… right… right…

TT:     Sister…nobody… nobody… You know? That ain't a good look for me!

UM:     That's not a good look for me.

TT:     No… And um…

UM:     He suppose a check his own bitch about some shit like that…knock her down.

**0043.006- 08:46- (Thomas talks about problems in the neighborhood and how other members resort to DP's.  Houston comments on the issue as well)**

TT:     [UI] hold on… hold up. So I guess they get into it… so anyway they fight. But you know they fight… ain't no homies over there stoppin' em.  Nigga pick up a rock.  Ain't nobody stoppin' em. I mean… how… how do uh… if a nigga pick up somethin'… but…

UM:     What?

TT:     …then to…how you suppose to defend yourself? Now… the homies sitting around now… when the shits over… "Oh, niggas need DP."  But these niggas around… ain't doing… ain't stoppin' the fight or nothing.  [UI]… you know.

UM:     Yeah.

TT:     You suppose to…you know Wodi wrong from the beginning so it should've been… that he brang it up like at the meeting.

UM:     Okay.  Where Wodi [PH] at?

TT:           He not here.

UM:           Never.

UM:           Hey Rave…

TT:           [UI]

UM:           But that's alright though.  He gonna answer to this one today… [UI]…

TT:           That's what I'm talking about…from the beginning, what started this shit?

HOUSTON:      Some broad shit!

TT:           Yeah I know but…

HOUSTON:      [UI]… and that's why I told the homie…when it's broad shit man… it… two homies can never collide heads… with some broad shit.

TT:           Nigga kill [UI].

HOUSTON:      Listen… listen man listen… it should never… look… it should never collide like that my nigga, you know I'm saying? If it's your bitch nigga… check your bitch… tell your bitch to shut the fuck up. You know I'm saying?

TT:           It ain't the first time.

UM:           [UI]

TT:           It ain't a first time.

HOUSTON:      So therefore… so therefore he's not… he's not doing what he's supposed to do. So [UI] gonna holla at Wodi man…we gonna holla at Wodi.

UM:           Yeah, keep your bitch friend from over here. That's it.

UM:           Yeah.

TT:           [UI] the way she left her baby out there that time.  It's the same bitch.

UM:           It's the same bitch?

UM:           Yeah.

UM:           Hey cuz.

25