UM:        [UI]

UM:        Hey Rave. How you feel about it if you get into it with a homie, then he start...he start bringing foul shit into the game like trying to knee you, and kick you, and stomp you, and all this other crazy shit though.

UM:        How you do… what's that again?

UM:        [UI]

UM:        If you fight… if you fight with a homie and he doin' foul shit though… like trying to knee you… kick you… stomp you.

UM:        [UI]

UM:        If you on the ground or something?

UM:        Yeah. [UI].

UM:        Nah, we don't get down like that with no homie. You gotta get… get back up on your feet. Ya'll do it again.

UM:        [UI] though. Like you would feel like you're wrong if you want to really hurt him though?

UM:        That's what I [UI]…

CHS:       Regardless though, you know you ain't posed to hurt him though...

UM:        [UI]

CHS:       Nigga just trying to make up excuses [UI]…

**0043.006- 10:22 SUMMARY: Jermaine Houston discusses violence.**

HOUSTON:   Any nigga… I'm…I'm saying me. Any nigga ever brandish a gun on me my nigga…

CHS:       Yeah, you're not suppose a do it.

UM:        [UI]

HOUSTON:   I'm a kill you my nigga. [UI] homeboy, my nigga. Fuck you… fuck your family…and everything else my nigga. That's just me.

| | |
|---|---|
| UM: | When you're really trying to hurt me. |
| HOUSTON: | My homeboy's [UI] hands on man. |
| UM: | … or… or… hurt me. |
| UM: | [UI] or threaten to kill me and shoot me. |
| HOUSTON: | … choke me my nigga… all that type of shit my nigga… |
| UM: | Yeah, yeah. |
| HOUSTON: | That's out the game my nigga.  A lot of niggas don't know a lot of older homies my nigga…like [UI] and them… uh… uh… uh Lil Wigs.  A lot of mutha fuckas don't know that shit cause [UI] around.  Niggas better tone it down cause nigga get smashed fuckin' with the wrong mutha fuckas man. Don't… |
| UM: | Ya'll… a lot of mutha fuckas don't know who they are. |
| UM: | Yeah. |
| HOUSTON: | Especially your homeboys. Don't fuck with your homeboys man! |
| UM: | Yeah. |
| CHS: | Yeah. |
| HOUSTON: | What the fuck you fighting your homeboys for? When we go somewhere… |
| UM: | Exactly. Yeah. |
| HOUSTON: | … niggas don't want to do nothin'. |
| UM: | Yeah! |
| CHS: | Yeah. |
| HOUSTON: | … nigga's see a nigga, don't want to do nothing… but you quick to fight your own [UI] my nigga. |
| UM: | Right. |