Cooley's right… I'm… I'm a Loc my nigga… I've been doing time in the pen… like twelve years cuz… you know what I'm saying? Lil Zip is a Loc cuz. I'm not taking that from him…at the same time though… I presented paperwork and the homies like, "Well cuz was young when he did that." [UI] the meeting in '09… I did some umm…I did from '02 to '09. I just got out in '09. Then I went right back and did two bullets. I've been doing time cuz but at the same time though, me and cuz got down. But it's like…homies savin' cuz…okay he did that…he was young… but how you gonna justify that cuz. JD and Big Fred Dawg did…they did Rave like that my nigga… you know what I'm saying? So homies saving homies… in a [UI]… and they… they… they… homies talkin' about niggas skippin' and shit… that ain't cool my nigga… and then homies want to get into it with homies… know I'm saying? But like… as I was saying, nigga want to go across the tracks… I've been doing that…nigga everytime I get out, I go across the tracks. Know what I'm saying? Whether it's the Four Treys or the Toast…I do my shit. I don't tell homies I… I… I do my thing…you what I'm saying though? But at the same time my nigga, that shit ain't cool though, you feel me?

**(Charles Smith talks about "going across the tracks", which means into ECC hood. Four Treys and Coast are reference to rival gangs. He says he does his shit referring to putting in work.)**

HOUSTON: It ain't. So what… what… what… what outcome…like I say…I was…I was…I was locked up my nigga.

CS: Know what I'm saying? But…that's why…

HOUSTON: … it's…it's…it's no favoritism.

CS: It is though! Niggas stuck in they own little crews my nigga.

HOUSTON: … but [UI]… I'm… I'm not… I'm look like this here man…

CS: I know but niggas…

**0043.006- 18:39: SUMMARY: Jermaine Houston and Charles Smith discuss how snitches are to be handled within the gang.**

HOUSTON: I know how it is to get told on my nigga so therefore I don't give a fuck who it is so…

CS: I got snitched on homies twice cuz! You know what I'm saying?

HOUSTON: So therefore… I can't… I can't really… I can't really…I can't really [UI]…you know what I'm saying? But whatever took place or whoever was here at the time,

37

|   |   |
|---|---|
|   | they supposed to handle they business… whatever it… whatever it was! That just how it is homie. |
| CS: | But then what? So they… |
| HOUSTON: | Know what I'm saying? |
| CS: | …They could tell on me again and I'm gone for life…and I represent Broadway since day one my nigga. |
| HOUSTON: | Homie…you got…that's something you gotta think about… how you gonna handle your business… |
| CS: | You know what I'm saying? That shit crazy cuz! That shit… I'm… I'm… I'm hurtin' to this day… |
| UM: | Yeah. Yeah. |
| CS: | … my nigga… on Broadway my nigga… I'm loccin' behind the pen walls cuz! You know what I'm saying? |
| HOUSTON: | You didn't do eleven years…a homie told on me my nigga. |
| CS: | That's crazy though. You feel me? |
| HOUSTON: | You didn't do eleven my nigga. So…so…so how you feel…I feel the same thing! |
| TT: | That is true though… |
| CS: | I'm hurt… that's on Broadway… I'm hurting right now… and I'm feeling… and I'm saving homies and shit… |
| TT: | [UI] different place… [UI] different place so I'm… |
| CS: | … you know what I'm saying? But I didn't [UI] for the homie Too Cool…Broadway in peace…who did his shit… but how you gonna justify it though my nigga? I know you… |
| UM: | Hey… |
| CS: | …fuck with certain niggas around here…that umm… that look up to him…you know I'm saying? Cuz with the business. At the same time…cuz was wrong. |
| CHS: | Who you talking to cuz? |