**0043.006- 23:36 SUMMARY Houston, Pete, and Thomas advise protecting the neighborhood from rival gangs by using violence.**

HOUSTON: Hey it's a… ay… it's a different… different… it's a different crowd of mutha fuckas man… young niggas man… they… they… supposed to be out here man… on daily my nigga…for real for real…man protecting this mutha fucka man… niggas is slacking…and playing with these bitches… running down the street off these…off these pills my nigga… we gotta stay focused man. Nigga that's [UI]… this mutha fucking crowd…[UI] shoulder to shoulder…

UM: Yeah man… we need to love each other…

HOUSTON: … shoulder to shoulder my nigga… it… it… it… it's like… it's like… it's like… it's like…mutha fucka take this shit serious man…

UM: Especially try to…

HOUSTON: … these niggas down here is weak as a mutha fucka.  We… we… we lookin' weak as a mutha fucka… [UI] niggas come around here… some niggas other day… oth… other morning… [UI] save Sneak mutha fucking ass.  Some nigga in a gray…gray…

AP: Monte Carlo…

HOUSTON: Monte Carlo!

AP: 2000.

HOUSTON: Yeah!

AP: Like 2001.

HOUSTON: I go back and look for a mutha fucka on the thang… I'm in the cut waiting on a nigga… nigga… I guess he done left… he was coming back on the wrong side to get you too…

HOUSTON: Yeah I know man.

HOUSTON: Ya'll niggas better watch these cars man.

**0043.006- 24:23- (Akia Pete talks about getting a gun)**

AP: I went back to get that burner!  [UI]… nigga gone…

UM: Yeah… yeah….