**0043.006- 25:19 SUMMARY Thomas, Pete, and Houston talk about disciplining gang members**

TT: Niggas don't fear shit around here no more… you know? Niggas used to fear shit… like this… like this meetin'… niggas man… niggas everybody be scared. I used to think…I used to think I'd get DP'd or something…you know…not DP'd…but get fucked up or somethin'…you know?  Shit. Niggas don't miss meetin's, fuck it. Oh well.

UM: Hey look…

TT: Sick two niggas on me and that's it.  Cool.  Nah… nigga get the shit knocked out his ass…

UM: Yeah.

TT: …Nigga be sitting [UI]… shoes be sitting…his ass be over there some fuckin' where.

UM: (Laughs)

AP: A lot of niggas used to get DP'd, thinking it's a put-off but just discipline…don't come back around no more.

TT: There wasn't no DP...we didn't even call it DP.

HOUSTON: Whoop a nigga ass… fuck em up real fast.

TT: It was called whoop a nigga ass.

HOUSTON: You come back…you come back.

TT: Come down to the little Pueblos down there and see what happens.

UM: Damn.

**0043.006- 25:58- (Houston, Thomas, and Pete discuss collecting money for the upcoming picnic/ hood day)**

HOUSTON: Hey, I… I… so… what's a… what's a…what's up as far as… from this date…from today…on up to the deadline for the picnic…we need twenty-five dollars…

TT: Twenty-five dollars…