Name: David J. Sutton, DFPD
Address: 321 East 2nd Street,
City, State, Zip: Los Angeles, CA 90012
Phone: 213-894-2854
Fax: 213-894-0081
E-Mail: David_Sutton@fd.org

☒ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
             PLAINTIFF(S),
         v.
JERMAINE HOUSTON,
             DEFENDANT(S).

CASE NUMBER: CR 14-0338-SJO

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that _____JERMAINE HOUSTON_____ hereby appeals to
*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☒ Judgment

☐ Interlocutory Appeals

☒ Bail status:
   In custody

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___11-7-16___. Entered on the docket in this action on _____.

A copy of said judgment or order is attached hereto.

November 10, 2016
Date

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                    NOTICE OF APPEAL