FILED

JUL 13 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-50417 |
| Plaintiff-Appellee, | D.C. No. 2:14-cr-00338-SJO-15 |
| v. | Central District of California, Los Angeles |
| JERMAINE HOUSTON, AKA J-Bone, | |
| Defendant-Appellant. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant Jermaine Houston's motion (Docket Entry No. 21) for the appointment of counsel is construed as a request to withdraw the request (Docket Entry Nos. 16 &17) to represent himself. The request to withdraw is also construed as a motion by appellant's counsel to be relieved and for the appointment of substitute counsel. So construed, the motion is granted. New counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the Central District of California, who will locate appointed counsel. The appointing authority shall send notification of the name, address, and telephone

gml/Appellate Commissioner                                                                 17-50417

number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

Appellant Houston is advised that counsel is vested with the authority to determine which issues should be raised on appeal. *See Jones v. Barnes*, 463 U.S. 745, 751-53 (1983).

Appellant's opening brief and excerpts of record are due September 18, 2017; appellee's answering brief is due October 18, 2017; and the optional reply brief is due within 21 days after service of the answering brief.

The Clerk shall serve this order on appellant individually: Jermaine Houston, Reg. No. 08803-041, USP Victorville, U.S. Penitentiary, P.O. Box 3900, Adelanto, CA 92301.