```
 1                    UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3         HONORABLE JACQUELINE CHOOLJIAN, U.S. MAGISTRATE JUDGE

 4

 5  UNITED STATES OF AMERICA,      )
                                   )
 6              Plaintiff,         )   Case No.
                                   )
 7        vs.                      )   CR 14-00338-SJO
                                   )
 8  JERMAINE HOUSTON,              )   PAGES 1 to 13
                                   )
 9              Defendant.         )
    _____)
10

11

12
                         REPORTER'S TRANSCRIPT OF
13                      POST-INDICTMENT ARRAIGNMENT
                          MONDAY, MARCH 9, 2015
14                              2:39 P.M.
                         LOS ANGELES, CALIFORNIA
15

16

17

18

19

20

21

22  _____

23                         MIRANDA ALGORRI,
                         CSR 12743, RPR, CRR
24                  FEDERAL OFFICIAL COURT REPORTER
                   350 WEST 1ST STREET, SUITE 4455
25                 LOS ANGELES, CALIFORNIA 90012
                       MIRANDAALGORRI@GMAIL.COM
```

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:**

    SANDRA R. BROWN
    Acting United States Attorney
    BY:  VANESSA BAEHR-JONES
    Assistant United States Attorney
    United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012


**FOR THE DEFENDANT:**

    HILARY L. POTASHNER
    Federal Public Defender
    BY:  DAVID JOSEPH SUTTON
    Deputy Federal Public Defender
    Central District of California
    321 East Second Street
    Los Angeles, California 90012

**LOS ANGELES, CALIFORNIA; MONDAY, MARCH 9, 2015**

**2:39 P.M.**

---

THE COURT: Good afternoon. Are there any interpreters present?

THE INTERPRETER: Yes, Your Honor.

Juan Carlos Morales, Spanish language interpreter, oath on file.

THE COURT: All right. Any other interpreters? All right.

Just for the information of the collective gathering, I'm going to go ahead and do the reading of the rights that covers the rights for both the 1:00 o'clock and 2:00 o'clock calendar. And then if we need to individually advise later, we can do that.

So at this time I will advise all defendants present of their constitutional and statutory rights in connection with these proceedings. Please listen carefully.

You are here because you are charged with a criminal offense against the United States or with a supervised release, probation, or pretrial release violation. You have received or will receive a copy of the charging document. You have the following constitutional and statutory rights:

You have the right to retain and be represented

1  by an attorney of your own choosing at each and every stage of
2  the proceedings.
3              If you cannot afford an attorney, you have a
4  right to request that the Court appoint an attorney to
5  represent you.  An appointed attorney will be paid by the
6  Government at no cost to you.  You must, however, submit a
7  financial affidavit to the Court before counsel will be
8  appointed.  If you make any false or misleading statements in
9  that affidavit or if you willfully omit pertinent information,
10 you'll be subject to further prosecution for violating federal
11 law.
12             You have a right to remain silent.  Anything you
13 say, sign, or write may be introduced against you in this or in
14 any other court proceeding.
15             You have a right to have bail determined in
16 accordance with the provisions of the Bail Reform Act.  If the
17 Government seeks detention, you have the right to have a
18 hearing on the first day of your appearance or within three to
19 five court days of your appearance if a continuance is
20 requested and granted.
21             In the event you are detained, you have a right
22 upon written application to have the detention order reviewed
23 by an assigned district judge.  You may be present at any
24 hearing where further argument may be heard regarding
25 detention.

1            If you are not a United States citizen, you have
2   the right to request that an attorney for the Government or a
3   federal law enforcement official notify a consulate office
4   official from your country of nationality that you have been
5   arrested.  But even without such a request, a treaty or other
6   international agreement may require consulate notification.
7            If you are here on a complaint and affidavit, you
8   have a right to a preliminary hearing or to have the case
9   presented to the grand jury within 14 days of this date if you
10  remain in custody and 21 days if you are released on bond.  A
11  preliminary hearing is a proceeding in which the Government
12  presents its evidence and a judge decides if there's probable
13  cause to believe that the offense charged has been committed
14  and that you have committed it.  If probable cause is not
15  found, the matter will be dismissed.  If probable cause is
16  found, you will be required to enter a plea to the charges.
17           Probable cause also may be established by the
18  return of an indictment by the grand jury.  If an indictment is
19  returned prior to or on the date set for the preliminary
20  hearing, the probable cause requirement is satisfied, and no
21  preliminary hearing will be held.  You'll then appear to plead
22  to the indictment.
23           If you are here on a Central District indictment,
24  that is one which was filed in this district, you are entitled
25  to a speedy and public trial by jury or by a judge alone if

1  jury is waived.  You're entitled to be present at this
2  arraignment and all proceedings which follow including, without
3  limitation, the time of the plea, every stage of the trial
4  including the impaneling of the jury and the return of the
5  verdict, and at the imposition of any sentence.
6              You are entitled to see and hear the evidence and
7  witnesses against you and to cross-examine those witnesses.
8              You are entitled to subpoena witnesses and to
9  compel the production of other evidence on your own behalf.
10 It's not necessary to prove your innocence.  It is the burden
11 of the Government to prove guilt by proof beyond a reasonable
12 doubt.
13             For your plea and further proceedings, your case
14 has been or will be assigned to a district judge.  The
15 particular judge for your case has been or will be selected
16 randomly and will be announced after you are arraigned.
17             All motions other than those relating to bail or
18 detention are reserved and must be made before the district
19 judge to whom the case is assigned.  However, if that judge has
20 asked that I take your not guilty pleas, you'll be asked to
21 enter a plea today, and a trial date will be set.
22             The clerk has designated the Federal Public
23 Defender and members of the indigent panel to represent certain
24 defendants.  The attorney so designated are hereby appointed in
25 the respective cases to which they've been assigned.  If

1   private counsel is appearing for any defendant for whom a
2   deputy public defender or panel attorney was designated,
3   private counsel should make his or her presence known and file
4   an appearance, and the court designated attorney will then be
5   relieved.
6              When I announce the assignment of a case to a
7   district judge of this court and the time of appearance, all
8   defendants and counsel of record are ordered to appear before
9   that judge on the date and time specified.  If counsel have
10  appearances at the same time in more than one court, counsel
11  are directed to appear first in the court of the judge who has
12  more senior status, but if counsel is directed to appear in two
13  or more courts at different times, counsel shall first attend
14  the court which has affixed the earlier hour of convening.
15             If you are here because you have been charged in
16  an out-of-district complaint, indictment, or other charging
17  document, that is one that originated in a district other than
18  this district, then, in addition to the rights I've already
19  explained, you have a right to stay here in this district until
20  the Court receives a certified copy of the charges from the
21  charging district.  That's called arrival of process.
22             If you wish, you may waive all further
23  proceedings here in this district and request that you either
24  be transported or permitted to appear in the charging district
25  for further proceedings.

1           If you presently do not wish to waive all further
2  proceedings here in this district and to return to the charging
3  district, you then have a right to a removal hearing which
4  includes a determination of probable cause and identity before
5  you can be ordered to appear in the charging district.  If
6  probable cause has been established by the return of an
7  indictment by a grand jury, then you're entitled only to an
8  identity hearing here in this district.
9           If you wish to consider pleading guilty to the
10 charges filed in the other district here in this district, your
11 attorney may request a continuance because it may be possible
12 for you to plead guilty here in this district under the
13 provisions of Rule 20 of the Federal Rules of Criminal
14 Procedure.  However, the consent of both the United States
15 Attorney of this district and the charging district must be
16 obtained first.
17          If you are here on an alleged out-of-district
18 violation of probation, supervised release, or pretrial
19 release, you may request arrival of process and an identity
20 hearing before removal.
21          If you are here on a Central District alleged
22 violation of provision or supervised release, you are entitled
23 to a preliminary hearing.
24          All defendants who have not yet been processed by
25 the U.S. Marshal Service and who are ordered released on bond

1  or who appear here for the first time on bond shall report to
2  the Office of the U.S. Marshal Service for processing before
3  leaving the courthouse today.
4              THE CLERK:  Calling case 14 CR-338, United States
5  of America versus Jermaine Houston.
6              Counsel, please state your appearances for the
7  record.
8              MS. MYERS:  Good afternoon, Your Honor.
9  Devon Myers on behalf of the United States.
10             MR. SUTTON:  Good afternoon, Your Honor.
11             David Joseph Sutton with Mr. Houston who is
12 present in custody before the Court.
13             THE COURT:  All right.  Good afternoon.
14             Sir, is your true name Jermaine Houston?
15             THE DEFENDANT:  Yes, ma'am.
16             THE COURT:  Did you hear and understand the
17 Statement of Rights that I read earlier today?
18             THE DEFENDANT:  Yes, ma'am.
19             THE COURT:  And did you see and sign this
20 Constitutional Statement of Rights form?
21             THE DEFENDANT:  Yes, ma'am.
22             THE COURT:  All right.  The Court has received a
23 financial affidavit and, based on the review of that, is
24 inclined to appoint counsel and will appoint the Federal Public
25 Defenders Office and the person of Mr. Sutton.

|   |   |
|---|---|
| 1 | MR. SUTTON: Thank you, Your Honor. |
| 2 | THE COURT: All right. Sir, there's a very thick |
| 3 | Indictment in this case. Have you had a chance to review at |
| 4 | least the portions of that Indictment that relate to you? |
| 5 | THE DEFENDANT: Yes, ma'am. |
| 6 | THE COURT: Do you understand the nature of the |
| 7 | charges against you? |
| 8 | THE DEFENDANT: Yes. |
| 9 | THE COURT: All right. The Government has filed |
| 10 | a request for detention in this matter. Mr. Sutton, what is |
| 11 | the defense's position on that request at this point in time? |
| 12 | MR. SUTTON: Your Honor, at this point in time |
| 13 | Mr. Houston is still in federal custody on unrelated matters. |
| 14 | So we would not be challenging that request. |
| 15 | THE COURT: All right. Ms. Myers, very brief |
| 16 | proffer, and if you could tell me if this is a presumption |
| 17 | case. |
| 18 | MS. MYERS: Yes, Your Honor. The Government does |
| 19 | move for detention as you mentioned. I proffer the Indictment, |
| 20 | the Pretrial Services report and its request of detention, and |
| 21 | I do believe this is a presumption case, Your Honor. |
| 22 | THE COURT: All right. Then the Court will grant |
| 23 | the Government's motion and basically find at this point in |
| 24 | time the defendant has not rebutted the presumption that exists |
| 25 | in this kind of case that he is a flight risk and a danger to |

1    the community and will, again, grant that request.  It's
2    without prejudice; so should there be facts that come to light
3    that cause the defense to believe it's appropriate to seek
4    reconsideration, nothing in the order today prevents the
5    defense from doing so.
6               This is a complex case or part of a complex case,
7    and that case was previously assigned to the calendar of
8    District Judge S. James Otero.  Judge Otero has asked that we
9    take Mr. Houston's not guilty plea at this time.  I will ask
10   the clerk to do that.
11              THE CLERK:  Jermaine Houston, how do you plead to
12   the charges contained in the Indictment?
13              THE DEFENDANT:  Not guilty.
14              THE COURT:  All right.  Thank you, sir.
15              The jury trial, which is the only date
16   Judge Otero asks that we advise you of, is May 5, 2015, at
17   9:00 a.m.  Again, 5/5/15 at 9:00 a.m.
18              Judge Otero's clerk has asked that we refer
19   counsel to the judge's standing order that's on the court's
20   website under Judge Otero's procedures and schedules.  So you
21   folks are directed to review that standing order for updates
22   and modifications.
23              Judge Otero is located in the other courthouse,
24   312 North Spring Street, in Courtroom 1 on the second floor.
25              Anything else in this matter at this time?

1     MS. MYERS:  Nothing further on behalf of the
2  Government.
3     MR. SUTTON:  Nothing further.
4     THE COURT:  You can make your 3:00 o'clock,
5  Mr. Sutton.
6     MR. SUTTON:  I can.  Thank you very much,
7  Your Honor.
8     (Proceedings concluded at 2:42 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
1              CERTIFICATE OF OFFICIAL REPORTER
2
3
4
5         I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME
6  COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR
7  THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT
8  PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE
9  FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE
10 STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE
11 ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
12 CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
13 THE UNITED STATES.
14
15                    DATED THIS  31ST  DAY OF OCTOBER, 2017.
16
17
18                    /S/ MIRANDA ALGORRI
19                    _____
                      MIRANDA ALGORRI, CSR NO. 12743, CRR
                      FEDERAL OFFICIAL COURT REPORTER
20
21
22
23
24
25
```