1               UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
2               WESTERN DIVISION - LOS ANGELES

3

4    UNITED STATES OF AMERICA,    )  Case No. CR 14-338-A-SJO
                                  )
5         Plaintiff,              )  Los Angeles, California
                                  )  Tuesday, June 7, 2016
6            v.                   )  1:27 P.M. to 1:42 P.M.
                                  )
7    JOHNNIE LEGGETT, JUAN TYARS, )
     JERMAINE HOUSTON, RICKY      )
8    KEATON, ROBERT CURTIS        )
     BARNETT,TRAVIS ANTONIO       )
9    BRYANT, MARCUS GOLDSTON,     )
     KEVIN EUGENE JAMES, ROBERT   )
10   PITTS, and JERMAINE BURTON,  )
                                  )
11        Defendants.             )
     _____)

12

13

14                 TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE GAIL J. STANDISH,
15             UNITED STATES MAGISTRATE JUDGE.

16

17   Appearances:              See Page 2

18   Deputy Clerk:             Earlene Carson

19   Court Reporter:           Recorded; CourtSmart

20   Transcription Service:    JAMS Certified Transcription
                               16000 Ventura Boulevard #1010
21                             Encino, California  91436
                               (661) 609-4528

22

23

24
     Proceedings recorded by electronic sound recording;
25   transcript produced by transcription service.

```
 1   APPEARANCES:

 2

 3   For the Plaintiff:       Office of the U.S. Attorney
                              By:  BRYANT YANG
 4                            312 North Spring Street, 14th Floor
                              Los Angeles, California  90012
 5                            bryant.yang@usdoj.gov

 6

 7   For the Defendants:      Law Offices of Alexander L. Griggs
                              By:  ALEXANDER L. GRIGGS
 8                            2785 Pacific Coast Highway, Suite 298
                              Torrance, California  90505
 9                            (310) 308-1643
                              alexandergriggs@hotmail.com
10
                              Law Offices of David R. Evans
11                            By:  DAVID R. EVANS
                              7462 North Figueroa Street, Suite 201
12                            Los Angeles, California  90041
                              (323) 257-5100
13                            dre@drelaw.org

14                            Federal Public Defenders Office
                              By:  GEORGINA WAKEFIELD
15                            321 East 2nd Street
                              Los Angeles, California  90012
16                            (213) 894-2854
                              georgina_wakefield@fd.org
17
                              Law Offices of Brian A. Newman
18                            By:  BRIAN A. NEWMAN
                              P.O. Box 987
19                            Hermosa Beach, California  90254
                              (424) 275-4014
20                            jjnewbee.newman@gmail.com

21                            Stern Law Practice
                              By:  MICHAEL J. STERN
22                            137 North Larchmont Boulevard
                              Suite 202
23                            Los Angeles, California 90004
                              (310) 381-6661
24                            Sternlawpractice@gmail.com

25
```

| | | |
|---|---|---|
| 1 | For the Defendants (Con't): | Law Offices of Paul Horgan<br>By:  PAUL C. HORGAN |
| 2 | | 20422 Beach Boulevard, Suite 320<br>Huntington Beach, California  92648 |
| 3 | | (714) 916-4009<br>pchorgan@gmail.com |
| 4 | | |
| | | Law Offices of Anthony M. Solis APLC |
| 5 | | By:  ANTHONY M. SOLIS<br>1055 West 7th Street, Suite 2140 |
| 6 | | Los Angeles, California  90017<br>(213) 489-5880 |
| 7 | | anth500@earthlink.net |
| 8 | | Law Offices of Lawrence Jay Litman<br>By:  LAWRENCE JAY LITMAN |
| 9 | | 515 South Flower Street, Suite 3600<br>Los Angeles, California  90071 |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

1     <u>LOS ANGELES, CALIFORNIA, TUESDAY, JUNE 7, 2016, 1:27 P.M.</u>

2          THE COURT:  Yeah, why don't you go ahead.

3          My understanding is that for this calendar we're

4     here on a single case with multiple defendants for a post-

5     indictment arraignment and that all defendants made their

6     initial appearance previously and have had the initial

7     reading of rights and their detention hearings; is that

8     correct?

9          MR. YANG:  That's right, Your Honor.

10          THE COURT:  Okay.  So let's go ahead and just call

11     the matter.

12          THE CLERK:  Calling Case No. CR 14-338-A-SJO,

13     *U.S.A. v. Johnnie Leggett, Juan Tyars, Jermaine Houston,*

14     *Ricky Keaton, Robert Curtis Barnett, Travis Antonio Bryant,*

15     *Marcus Goldston, Kevin Eugene James, Robert Pitts, and*

16     *Jermaine Burton.*

17          Counsel, please state your appearances.

18          MICHAEL J. STERN:  Good afternoon, Your Honor.

19     Michael Stern appearing on behalf of Jermaine Burton, and I'm

20     also standing in for Michael Chernis who is --

21          THE COURT:  Let me get the U.S. attorney to put his

22     appearance on the record because I know I spoke to him

23     beforehand but -- just so that I can try to keep track of

24     everybody.  I apologize.

25          BRYANT YANG:  Good afternoon, Your Honor.

1    Bryant Yang appearing on behalf of the United States of

2    America.

3              THE COURT:  Good afternoon.

4              Mr. Stern?

5              MR. STERN:  Yes.  I'm appearing on behalf of my

6    client, Jermaine Burton, and I'm also standing in for

7    Michael Chernis on Robert Barnett.

8              THE COURT:  All right.  Mr. Burton and Mr. Barnett,

9    would you just please identify yourself so I know whose

10   attorney goes with who here?

11             You Mr. Burton?

12             MR. STERN:  Mr. Burton.

13             THE COURT:  Mr. Burton and Mr. Barnett?

14             All right.  Thank you.

15             Why don't we just go down the row here.

16             PAUL C. HORGAN:  Yes.  Good afternoon, Your Honor.

17   Paul Horgan for Travis Bryant.

18             THE COURT:  Good afternoon, sir.

19             Mr. Bryant?

20             Thank you, Mr. Bryant.

21             ALEXANDER L. GRIGGS:  Good afternoon, Your Honor.

22   Alexander Griggs on behalf of Mr. Leggett.

23             THE COURT:  Mr. Griggs.

24             Mr. Leggett?

25             Thank you, sir.

1        LAWRENCE JAY LITMAN:  Good afternoon, Your Honor.

2   Lawrence Jay Litman appearing for Kevin Eugene James.

3        THE COURT:  Mr. Litman.

4        And, Mr. James?

5        Thank you, sir.

6        BRIAN A. NEWMAN:  Good afternoon, Your Honor.

7   Brian Newman on behalf of Ricky Keaton, who's present in

8   court, and also making a special appearance on behalf of

9   Manuel Araujo on behalf of Robert Pitts.

10        THE COURT:  Mr. Newman.

11        So Mr. Pitts?

12        And who was your defendant, Mr. Newman?

13        MR. NEWMAN:  Ricky Keaton, Your Honor.

14        THE COURT:  Mr. Keaton?

15        Thank you, sirs.

16        DAVID R. EVANS:  Good afternoon, Your Honor.

17   David Evans appearing on behalf of Juan Tyars, No. 14.  He's

18   present in court.

19        THE COURT:  Mr. Tyars, thank you, also.

20        ANTHONY M. SOLIS:  Anthony Solis on behalf of

21   Marcus Goldston, who's present.  He's standing.

22        THE COURT:  Thank you.  Thank you, both.

23        GEORGINA WAKEFIELD:  Georgina Wakefield on behalf

24   of Jermaine Houston, who's present in court.

25        THE COURT:  Ms. Wakefield, thank you.

1          And thank you, sir.

2          What we're going to do today to try to expedite

3    things is I will speak with each defendant individually to do

4    the arraignment.  What the purpose is today is to make sure

5    that I have the written waivers, and this case has previously

6    already been assigned to the calendar of The Honorable James

7    Otero.

8          For the attorneys, if your defendant intends to

9    plead not guilty, Judge Otero would like the Court to take

10   that guilty plea -- or that not guilty plea -- I'm sorry --

11   today, and then, at the end of the proceedings, if everything

12   goes as expected, all counsel are directed to contact

13   Judge Otero's courtroom deputy, who is Victor Cruz, at

14   (213) 894-1796 regarding the setting of any dates, and

15   Judge Otero, as I think everybody -- all the attorneys know,

16   is located in Courtroom 1 on the Second Floor of the

17   Spring Street Courthouse.

18         But -- so I'm going to go through the defendants

19   one at a time here.

20         Mr. Barnett, if you could stand, please, sir.

21         So did you see and sign a statement of your

22   constitutional rights earlier?

23         DEFENDANT BARNETT:  Yes, ma'am.

24         THE COURT:  I have a document in my hand that

25   appears to have your signature on it.  I know you can't

1  really see it from here, but is this the document that you

2  signed?

3          DEFENDANT BARNETT:  Yes, ma'am.

4          THE COURT:  Do you -- have you been provided with a

5  copy of the charging document, the Indictment, in this case?

6          DEFENDANT BARNETT:  No, I have not.

7          THE COURT:  You have not.  So you've not had a

8  chance to see it and discuss it with your counsel?

9          DEFENDANT BARNETT:  No.  I --

10         THE COURT:  Let me ask that generally because I

11 can't proceed with the indictment if -- and I realize this is

12 a very long document -- if the defendants have not reviewed

13 it and seen it with their counsel --

14         MR. NEWMAN:  Your Honor, this is a superseding

15 indictment.  It actually was handed down almost a year ago.

16 So -- about six months ago, Your Honor.  I'm sorry.  So at

17 least my client has reviewed it with me.

18         MR. STERN:  My client has reviewed it with me as

19 well, and so to the extent that there is any

20 misunderstanding, this is not something new that we just got.

21 Most of the attorneys, I would presume -- I can speak on my

22 behalf for Mr. Burton -- have already met with their clients

23 and explained to them the difference.

24         THE COURT:  And had an opportunity to.

25         MR. STERN:  Yes.

1          THE COURT:  So I tell you what, Mr. Barnett.  Are

2   there --

3          DEFENDANT BARNETT:  Okay.  I wasn't aware of that,

4   Your Honor.  I --

5          THE COURT:  I understand.  So what I want is you to

6   be able to speak with your counsel and have a chance to

7   review it because I also -- I need to ask if you've had a

8   chance to review it and also if you want that thing read in

9   open court.  It's your right.

10          So if there are any other defendants who have not

11   had the opportunity to see the charging document, please let

12   the Court and your counsel know, and then we can go -- so

13   that we -- I can proceed with the other defendants.

14          MR. STERN:  Your Honor, I've spoken on behalf of

15   Mr. Chernis, who I'm standing in for with Mr. Barnett, and

16   he's indicated that he's already reviewed with his counsel

17   the document.  He wasn't aware that this was essentially the

18   same document.

19          THE COURT:  I understand.  So let me just make sure

20   that Mr. Barnett does understand.

21          You reviewed a charging document.  You just thought

22   I was asking about a new one today?

23          DEFENDANT BARNETT:  Yes, ma'am.

24          THE COURT:  Okay.  Thank you, sir.

25          MR. STERN:  Your Honor, may we be seated if you're

1    not addressing our defendant?

2              THE COURT:  Well, I'm going to try to go through

3    this very quickly.

4              MR. STERN:  Oh, okay.

5              THE COURT:  It's an arraignment.

6              MR. STERN:  Okay.

7              THE COURT:  It's only, you know -- it's going to be

8    the same three questions to every defendant.  If you -- were

9    you the one whose on crutches because then -- that person can

10   -- oh, that -- sorry -- that's one of the defendants.

11             You may remain seated, sir, for all of this.

12             So, Mr. Barnett, you've seen and signed -- you've

13   confirmed you've seen and signed a statement of your rights,

14   and we just talked about you -- you've seen the copy of the

15   charging document --

16             DEFENDANT BARNETT:  Yes, ma'am.

17             THE COURT:  -- in this case; is that correct?

18             DEFENDANT BARNETT:  Yes, ma'am.

19             THE COURT:  Okay.  You're going to have to speak up

20   a little because we're just -- we're recording here.

21             DEFENDANT BARNETT:  Yes, ma'am.

22             THE COURT:  Thank you, sir.

23             Do you want that document read in court today?

24             DEFENDANT BARNETT:  No, ma'am.

25             THE COURT:  As I indicated previously -- I'm going

1   to ask your counsel.

2           Does your defendant intend to plead not guilty

3   today?

4           MR. STERN:  That's correct.

5           THE COURT:  Okay.

6           MR. STERN:  He does intend to plead not guilty.

7           THE COURT:  Okay.  Because Judge Otero has asked me

8   to take the plea, sir, how do you plead to the charges

9   contained in the charging document?

10          DEFENDANT BARNETT:  Not guilty.

11          THE COURT:  All right.  And the instructions were

12  previously given.

13          Mr. Pitts, you may -- you may be seated, Mr. Pitts.

14  Thank you.

15          Mr. Newman?

16          MR. NEWMAN:  Yes.

17          THE COURT:  So, Mr. Pitts, have you also seen and

18  signed a written statement of your constitutional rights?

19          DEFENDANT PITTS:  Yes, ma'am.

20          THE COURT:  And have you also seen a copy of the

21  charging document in this case?

22          DEFENDANT PITTS:  Yes, ma'am.

23          THE COURT:  Do you want that charging document read

24  here in open court?

25          DEFENDANT PITTS:  No, ma'am.

 1             THE COURT:  Does your defendant intend to plead not

 2   guilty?

 3             MR. NEWMAN:  Yes, Your Honor.

 4             THE COURT:  Sir, how do you plead to the charges

 5   contained in that document?

 6             DEFENDANT PITTS:  Not guilty.

 7             THE COURT:  All right.  Thank you, sir.

 8             DEFENDANT PITTS:  Thank you.

 9             THE COURT:  Mr. Goldston?

10             DEFENDANT GOLDSTON:  Hello.

11             THE COURT:  Good afternoon, sir.  And your attorney

12   -- there you go.

13             Sir, I also have a document that appears to contain

14   your signature on it.  Have you seen and signed a statement

15   of your constitutional rights?

16             DEFENDANT GOLDSTON:  Yes, ma'am.

17             THE COURT:  And have you also had a chance to see

18   the charging document in this case?  So the Indictment in

19   this case?

20             DEFENDANT GOLDSTON:  Yes, ma'am.

21             THE COURT:  And you've -- have you discussed that

22   with your counsel -- that Indictment?

23             DEFENDANT GOLDSTON:  Yes, ma'am.

24             THE COURT:  Do you understand -- you're looking at

25   me like -- a little bit like you don't understand.  Do you

1  understand what I'm asking?  Because I want to make it clear.

2  This is -- I understand that this is kind of a heck of a

3  proceeding and there's a lot of people here, but you have

4  constitutional rights.  I want to make sure you know what

5  they are, and that you've signed that paper, and that you

6  know what the Government has charged you with, and have had

7  some opportunity to talk to your attorney about that.

8          So do you understand what I mean when I say have

9  you seen the Indictment in this case?

10         DEFENDANT GOLDSTON:  Yes, ma'am.

11         THE COURT:  Okay.  Do you want the Court to read

12  that here in open court?

13         DEFENDANT GOLDSTON:  Yes, ma'am.

14         THE COURT:  You want me to read the charging

15  document?

16         DEFENDANT GOLDSTON:  Oh.  No.  No.

17         THE COURT:  Oh, okay.  Thank you.

18         Is your defendant intending, sir, to plead not

19  guilty today?

20         MR. SOLIS:  Yes, Your Honor.

21         THE COURT:  So, Mr. Goldston, how is it that you

22  plead to the charges contained in the Indictment?

23         DEFENDANT GOLDSTON:  Not guilty.

24         THE COURT:  Okay.  And, again, all the defendants

25  in this case are assigned to the same judge, to Judge Otero.

1          Mr. Burton?

2          MR. STERN:  Michael Stern on behalf of Mr. Burton.

3          THE COURT:  Good afternoon, Mr. Burton.

4          And that actually -- thank you, Mr. Stern.

5          That would be helpful for the record.  I know

6    everybody identified themselves but -- even though I'm trying

7    to go through this quickly, let's make sure that we've got

8    the -- when I -- I'll ask the defendant to stand, and then if

9    you can re-identify yourself if it's your defendant, that

10   would be -- make the record clearer.

11         Mr. Burton, have you also seen and signed a

12   statement of your constitutional rights?

13         DEFENDANT BURTON:  Yes, ma'am.

14         THE COURT:  And have you seen a copy or discussed

15   with your counsel the charging document, the Indictment

16         DEFENDANT BURTON:  Yes, ma'am.

17         THE COURT:  -- in this case?

18         Do you want that read in open court today?

19         DEFENDANT BURTON:  (Inaudible.)

20         THE COURT:  And I'm assuming, sir, that your

21   defendant intends to enter a not guilty plea today?

22         MR. STERN:  That's correct, Your Honor.

23         THE COURT:  In that case, sir, how do you plead to

24   the charges contained in the Indictment?

25         DEFENDANT BURTON:  Not guilty.

1           THE COURT:  Okay.  Thank you, sir.

2           Mr. Bryant?

3           MR. HORGAN:  This is Paul Horgan for Mr. Bryant.

4           THE COURT:  Good afternoon, again, Mr. Horgan.

5           Mr. Bryant, I have a document that I think has your

6    signature on it as well.  Have you actually seen and signed a

7    statement of your constitutional --

8           DEFENDANT BRYANT:  Yes, ma'am.

9           THE COURT:  -- rights in this case?

10          And have you also been provided with a copy of the

11   charging document or, at least, seen it and discussed it with

12   your counsel?

13          DEFENDANT BRYANT:  Yes, ma'am.

14          THE COURT:  Would you like that read here in open

15   court today?

16          DEFENDANT BRYANT:  No, ma'am.

17          THE COURT:  Does your defendant, Mr. Horgan, intend

18   to plead not guilty today?

19          MR. HORGAN:  Yes, Your Honor.

20          THE COURT:  So, sir, how do you plead to the

21   charges contained in the Indictment?

22          DEFENDANT BRYANT:  Not guilty.

23          THE COURT:  Thank you, sir.

24          Mr. Keaton?

25          MR. NEWMAN:  Yes, Your Honor.  Brian Newman for

1  Mr. Keaton.

2          THE COURT:  Thank you, Mr. Newman.

3          Mr. Keaton, have you also seen and signed a

4  statement of your constitutional rights?

5          DEFENDANT KEATON:  Yes, ma'am.

6          THE COURT:  And have you seen or had a chance to

7  discuss with Mr. Newman the Indictment containing the charges

8  pending against you?

9          DEFENDANT KEATON:  Yes, ma'am.

10         THE COURT:  Do you want those charges read here in

11  open court?

12         DEFENDANT KEATON:  No, ma'am.

13         THE COURT:  Mr. Newman, does your defendant intend

14  to plead not guilty today?

15         MR. NEWMAN:  Yes, Your Honor.

16         THE COURT:  Mr. Keaton, how is it you plead to the

17  charges in the Indictment?

18         DEFENDANT KEATON:  Not guilty.

19         THE COURT:  Thank you, sir.

20         Mr. Houston?

21         Good afternoon, Mr. Houston.

22         MS. WAKEFIELD:  Georgina Wakefield on behalf of

23  Jermaine Houston, again.

24         THE COURT:  Thank you, Ms. Wakefield.

25         Sir, have you also seen and signed a statement of

 1   your constitutional rights?

 2              DEFENDANT HOUSTON:  Yes, ma'am.

 3              THE COURT:  And have you had the opportunity to see

 4   or discuss with your counsel the charges in the pending

 5   Indictment?

 6              DEFENDANT HOUSTON:  Yes, ma'am.

 7              THE COURT:  Do you want that read in open court

 8   today?

 9              DEFENDANT HOUSTON:  No.

10              THE COURT:  Ms. Wakefield, how does your -- does

11   your defendant intend to plead not guilty today?

12              MS. WAKEFIELD:  Yes, Your Honor.

13              THE COURT:  Sir -- Mr. Houston, how do you plead to

14   the charges contained in the charging document?

15              DEFENDANT HOUSTON:  Not guilty.

16              THE COURT:  Thank you, sir.

17              Mr. Kevin James?

18              DEFENDANT JAMES:  Good afternoon.

19              MR. LITMAN:  Your Honor, Lawrence Jay Litman for

20   Mr. James.

21              THE COURT:  Good afternoon, again, Mr. Litman.

22              Mr. James, have you seen and signed a statement of

23   your constitutional rights?

24              DEFENDANT JAMES:  Yes, ma'am.

25              THE COURT:  And, sir, have you had a chance to

 1    review or discuss with your counsel the Indictment in this

 2    case?

 3             DEFENDANT JAMES:  Yes, ma'am.

 4             THE COURT:  And do you want that document read in

 5    open court today?

 6             DEFENDANT JAMES:  No, ma'am.

 7             THE COURT:  Does your defendant, Mr. Litman, intend

 8    to plead not guilty today?

 9             MR. LITMAN:  Yes.  Correct.

10             THE COURT:  Mr. James, how is it that you plead to

11    the charges in the Indictment today?

12             DEFENDANT JAMES:  Not guilty.

13             THE COURT:  Thank you, sir.

14             Mr. Juan Tyars?

15             DEFENDANT TYARS:  Your Honor -- yes, ma'am.

16             THE COURT:  Did I pronounce your name correctly,

17    sir?

18             DEFENDANT TYARS:  Tyars.  Tyars.  (Pronouncing.)

19             THE COURT:  Tyars.

20             MR. EVANS:  That's correct, Your Honor.

21             David Evans for Mr. Tyars.

22             THE COURT:  Okay.  Mr. Tyars.

23             Did you also see and sign a statement of your

24    constitutional rights?

25             DEFENDANT TYARS:  Yes, ma'am.

1          THE COURT:  And have you had an opportunity to

2   review or discuss with your counsel the --

3          DEFENDANT TYARS:  Yes, ma'am.

4          THE COURT:  -- charging document?

5          Would you like that read in open court today?

6          DEFENDANT TYARS:  No, ma'am.

7          THE COURT:  Does your defendant intend to plead not

8   guilty to the charges --

9          MR. EVANS:  He does.

10          THE COURT:  -- today?

11          So, Mr. Tyars, how do you plead to the charges --

12          DEFENDANT TYARS:  Not guilty.

13          THE COURT:  -- in the Indictment?

14          DEFENDANT TYARS:  Not guilty.

15          THE COURT:  Thank you, sir.

16          MR. EVANS:  Thank you, Your Honor.

17          THE COURT:  And Mr. Leggett?  Is it Leggett or

18   Leggett? (Pronouncing.)

19          DEFENDANT LEGGETT:  Leggett.

20          THE COURT:  Mr. Leggett.

21          MR. GRIGGS:  Alexander Griggs on behalf of

22   Mr. Leggett.

23          THE COURT:  Good afternoon, Mr. Griggs.

24          Mr. Leggett, have you seen and signed a statement

25   of your constitutional rights?

1          DEFENDANT LEGGETT:  Yes, ma'am.

2          THE COURT:  And have you had an opportunity to

3    review the Indictment with your counsel or review --

4          DEFENDANT LEGGETT:  Yeah.

5          THE COURT:  -- the document and talk --

6          DEFENDANT LEGGETT:  Yeah.

7          THE COURT:  -- to your counsel about it?

8          DEFENDANT LEGGETT:  Yes, ma'am.

9          THE COURT:  You have?

10          And do you want that document read here in open

11    court?

12          DEFENDANT LEGGETT:  No, ma'am.

13          THE COURT:  Sir, how does your defendant -- your

14    client intend to plead today?

15          MR. GRIGGS:  Not guilty.

16          THE COURT:  So, Mr. Leggett, how do you plead to

17    the charges --

18          DEFENDANT LEGGETT:  Not guilty.

19          THE COURT:  -- in the Indictment?

20          Thank you, sir.

21          And we'll sign all of these.

22          Again, it was the courtroom of Judge Otero, and

23    please contact Victor Cruz, his courtroom deputy, at

24    (213) 894-1796, for all further dates in this proceeding.

25    Courtroom 1, Second Floor of the Spring Street Courthouse.

 1              Before I ask of the defense counsel, is there

 2    anything else from the Government at this time?

 3              MR. YANG:  Nothing to add, Your Honor.

 4              THE COURT:  Okay.  Are -- I'm going to ask by a

 5    show of hands if any of the defense counsel need to speak to

 6    the Court.

 7              Seeing no hands, I think that we are completed with

 8    this, and I appreciate everybody's patience while we got all

 9    of the paperwork together to have this hearing.

10              Thank you.

11              MULTIPLE VOICES:  Thank you, Your Honor.

12              THE CLERK:  Court is in recess.

13         (Proceedings adjourned at 1:42 p.m.)

14    ///

15    ///

16

17

18

19

20

21

22

23

24

25

1

2

3

4                               CERTIFICATE

5          I certify that the foregoing is a correct transcript

6    from the electronic sound recording of the proceedings in the

7    above-entitled matter.

8

9    /s/ Julie Messa_____            October 27, 2017
     Julie Messa, CET**D-403             Date
10   Transcriber

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25