1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3                                ---

4                    HONORABLE ALICIA G. ROSENBERG

5                     MAGISTRATE JUDGE PRESIDING

6                                ---

7

8

9    UNITED STATES OF AMERICA,            )
                                          )
10                                        )
                                          )
11                   Plaintiff;           )
                                          )No. CR 14-338SJO
12           VS                           )
                                          )
13   ANDRE WILLIAMS,                      )
                                          )
14                   Defendant.           )
     _____)

15

16

17             Reporter's Transcript of Proceedings
                       CRIMINAL MINUTES
18                     **ARRAIGNMENT**
                   Los Angeles, California
19             TUESDAY, JULY 15, 2014, 2017
                         4:57 P.M.

20

21

22

23             Anne Kielwasser, CRR, RPR, CSR
                Federal Official Court Reporter
24             350 West First Street, Suite 4455
                Los Angeles, California 90012
25              Telephone: (213) 894-2969
                 anne.kielwasser@gmail.com
                     AKtranscripts.com

1
2

A P P E A R A N C E S

3

4          ON BEHALF OF THE PLAINTIFF:

5          ASSISTANT U.S. ATTORNEY, MACK JENKINS

6

7

8          ON BEHALF OF THE DEFENDANT:

9          JASON P. GONZALEZ (PANEL)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

```
 1   TUESDAY, JULY 15, 2014, 2017                    4:57 P.M.

 2                          ~ ~ ~

 3                  P R O C E E D I N G S

 4                          ~ ~ ~

 5        THE COURT:  Before we call the calendar this

 6   afternoon, I will advise the defendants present of their

 7   constitutional and statutory rights in connection with these

 8   proceedings.

 9               Please listen carefully.

10               You are here because you are charged with a

11   criminal offense against the United States or with a pretrial

12   release violation.

13               You have received or will receive a copy of

14   the charging documents.

15               You have the right to retain and be

16   represented by an attorney of your choosing at each and every

17   stage of the proceedings.  If you cannot afford an attorney,

18   you have the right to request that the Court appoint an

19   attorney to represent you.

20               An appointed attorney will be paid by the

21   government at no cost to you.  You must, however, submit a

22   financial affidavit to the Court showing eligibility before

23   counsel will be appointed.

24               If you make any false or misleading

25   statements in that affidavit, or if you willfully omit
```

```
 1    pertinent information, you will be subject to further
 2    prosecution for violating federal law.
 3                    You have the right to remain silent.
 4    Anything you say, sign or write may be introduced against you
 5    in this or in any other court proceeding.
 6                    You have the right to have bail determined in
 7    accordance with the provisions of the Bail Reform Act.  If
 8    the government seeks detention, you have the right to have a
 9    hearing on the first date of your appearance or within three
10    to five court days of your appearance if a continuance is
11    requested by either the defense or the prosecution and that
12    request is granted.
13                    In the event you are detained, you have the
14    right upon written application to have the detention order
15    reviewed by an assigned district judge.
16                    You may be present at any hearing where
17    further argument may be heard regarding detention.
18                    If you are here on a Complaint and Affidavit,
19    you have the right to a preliminary hearing or to have the
20    case presented to the grand jury within 14 days of this date
21    if you remain in custody and 21 days if you are released on
22    bond.
23                    A preliminary hearing is a proceeding where
24    the government -- that the government presents its evidence
25    and a decision is reached as to whether there is probable or
```

1   reasonable cause to believe the offense charged has been

2   committed and that you have committed it.

3           If probable cause is not found, the matter

4   will be dismissed.  If probable cause is found, you will be

5   required to enter a plea to the charges.

6           If you are here on a Central District

7   Indictment or Information, you are entitled to a speedy and

8   public trial by a jury or by a judge alone if jury is waived.

9           You are entitled to be present at this

10  arraignment and all the proceedings which follow including

11  without limitation the time of the plea, every stage of the

12  trial, including the empaneling of the jury and the return of

13  the verdict and at imposition of sentence.

14          You are entitled to see and hear the evidence

15  and witnesses against you and cross-examine those witnesses.

16          You are entitled to subpoena witnesses and

17  compel the production of other evidence on your own behalf.

18          It is not necessary to prove your innocence.

19  It is the burden of the government to prove you guilty beyond

20  a reasonable doubt.

21          For your plea and further proceedings, your

22  case has been transferred to a district judge.  The

23  particular district judge for your case has been selected

24  randomly and will be announced after you are arraigned.

25          All motions other than a government request

6

1    for detention are reserved and must be made before the

2    district judge to whom the case is transferred.

3              When a particular case involves more than one

4    defendant, all defendants are required to appear before that

5    district judge to whom that case was transferred.

6              However, if the district judge has requested

7    that I receive not guilty pleas and you will be entering a

8    not guilty plea, you will be asked to enter a plea and a

9    trial date shall be set.

10            The clerk has designated the Federal Public

11    Defender and members of the indigent panel to represent

12    certain defendants.

13            If private counsel is appearing for any

14    defendant for whom a deputy Federal Public Defender or a

15    panel attorney was previously designated, private counsel

16    should make his or her presence known and file a formal

17    appearance.  The court designated attorney will then be

18    released.

19            When I transfer a case to a district judge of

20    this court and announce the time for appearance, all

21    defendants and counsel of record in that case are ordered to

22    appear before that district judge on the date and time

23    specified.

24            If counsel have appearances on -- at the same

25    day and time in more than one court, counsel are directed to

```
 1    appear first in the court of the district judge who has more
 2    senior status on the Court.  However, if counsel is directed
 3    to appear into more courts at different times, counsel shall
 4    first attend the Court which has affixed the earlier hour of
 5    convening.
 6                      If you are here on an out-of-district
 7    violation of pretrial release, you may request arrival of
 8    process and an identity hearing before removal to the
 9    charging district.
10                      I will now ask the clerk to call the
11    calendar.
12                 (UNRELATED CASES CALLED)
13                 COURT CLERK:  Calling Case No. CR 14-00338SJO.
14    United States of America Andre Williams.
15                      Counsel, please state your appearances for
16    the record.
17            MR. JENKINS:  Good afternoon, Your Honor.  Mack
18    Jenkins on behalf of the United States.
19            MR. GONZALEZ:  Good afternoon, Your Honor.  Jason
20    Gonzalez appearing for Mr. Williams.  And he's present in
21    custody and seeking appointment of counsel.
22            THE COURT:  Sir, please state your true name for
23    the record.
24            THE DEFENDANT:  Say again?
25            THE COURT:  Please state your true name for the
```

```
 1    record.
 2              THE WITNESS:  Andre Michael Williams.
 3              THE COURT:  And did you hear and understand your
 4    rights as I read them earlier?
 5              THE DEFENDANT:  Yes, ma'am.
 6              THE COURT:  Is this your signature on the
 7    financial affidavit?
 8              THE DEFENDANT:  Yes, ma'am.
 9              THE COURT:  The Court finds that the defendant is
10    entitled to appointment of counsel and appoints Mr. Gonzalez
11    to represent the defendant.
12                   Have you received and read a copy of the
13    charges against you?
14              THE DEFENDANT:  Yes, ma'am.
15              THE COURT:  And do you understand what the
16    government claims you did?
17              THE DEFENDANT:  Yes, ma'am.
18              THE COURT:  Okay.  I have the government's notice
19    of request for detention.
20                   Is the defense prepared to proceed this
21    afternoon?
22              MR. GONZALEZ:  We're going to be submitting, Your
23    Honor.
24              THE COURT:  Okay.  Then let me ask the government
25    to state its proffer in support of the request.
```

1          **MR. JENKINS:**  Yes, Your Honor.  In support of our

2    request for detention, the government proffers the indictment

3    in this case, the Pretrial Services Report and the

4    Recommendation which is for detention.  And the government

5    would note that this is a presumption case, that defendant

6    represents a danger to the community and a flight risk

7    because this is a racketeering offense where the maximum

8    penalty is life in prison.

9          **THE COURT:**  The Court orders detention.  The Court

10   finds that no condition or combination of conditions will

11   reasonably assure the appearance of the defendant as required

12   and the safety of any person or the community.

13          The Court bases its findings as to flight

14   risk on the nature of the offenses and insufficient bail

15   resources; and as to danger, on the nature of the offenses,

16   criminal history and gang affiliation.

17          All right, we will go to the arraignment

18   portion.

19          **COURT CLERK:**  Is Andre Williams your true name?

20          **THE DEFENDANT:**  Yes, ma'am.

21          **COURT CLERK:**  Did you hear and understand the

22   statement of this Court pertaining to your rights and the

23   appointment of counsel?

24          **THE DEFENDANT:**  Yes, ma'am.

25          **COURT CLERK:**  Did you see and sign the statement

1    of your rights?

2              **THE DEFENDANT:**  Yes, ma'am.

3              **COURT CLERK:**  Did you receive a copy of the

4    indictment?

5              **THE DEFENDANT:**  Yes, ma'am.

6              **COURT CLERK:**  Do you understand the substance of

7    the charges pending against you?

8              **THE DEFENDANT:**  Yes, ma'am.

9              **COURT CLERK:**  This case has been previously

10   assigned to the calendar of Honorable S. James Otero.

11              Counsel, how does the defendant intend to

12   plea?

13              **MR. GONZALEZ:**  Not guilty, Your Honor.

14              **COURT CLERK:**  Andre Williams, how do you plea to

15   the charges pending against you --

16              **THE DEFENDANT:**  Not guilty.

17              **COURT CLERK:**  -- contained in the indictment.

18              **THE DEFENDANT:**  Not guilty.

19              **COURT CLERK:**  Jury trial is set for September 9,

20   2014 at 9:00 a.m.

21              Judge Otero's court will refer counsel to the

22   court standing order found on the Court's web site under

23   Judge Otero's proceedings and schedules.  The parties are to

24   review Judge Otero's standing order for updates and

25   modification.

```
 1                    Judge Otero is located in Courtroom 1, Second
 2    Floor in the Los Angeles Spring Street courthouse.
 3            THE COURT:  All right.  So, the defendant is
 4    remanded to the custody of the US Marshal.
 5                    And is there anything further in this matter?
 6            MR. GONZALEZ:  No, Your Honor.  Thank you.
 7            MR. JENKINS:  Nothing from the government, thank
 8    you, Your Honor.
 9                             ~ ~ ~
10            (Proceedings concluded.)
11                             ~ ~ ~
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                     C E R T I F I C A T E

2    I hereby certify that the foregoing is a true and correct

3    transcript of the stenographically recorded proceedings in

4    the above matter.

5    Fees charged for this transcript, less any circuit fee

6    reduction and/or deposit, are in conformance with the

7    regulations of the judicial conference of the United States.

8

9

10   /S/Anne Kielwasser                  11/15/2017
     _____         _____
11   Anne Kielwasser, CRR, RPR, CSR      Date
     Official Court Reporter
12

13

14

15

16

17

18

19

20

21

22

23

24

25

## /

/S/Anne [1] - 12:10

## 1

1 [1] - 11:1
11/15/2017 [1] - 12:10
14 [1] - 4:20
14-00338SJO [1] - 7:13
14-338SJO [1] - 1:11
15 [2] - 1:18, 3:1

## 2

2014 [3] - 1:18, 3:1, 10:20
2017 [2] - 1:18, 3:1
21 [1] - 4:21
213 [1] - 1:24

## 3

350 [1] - 1:23

## 4

4455 [1] - 1:23
4:57 [2] - 1:19, 3:1

## 8

894-2969 [1] - 1:24

## 9

9 [1] - 10:19
90012 [1] - 1:24
9:00 [1] - 10:20

## A

a.m [1] - 10:20
accordance [1] - 4:7
Act [1] - 4:7
advise [1] - 3:6
Affidavit [1] - 4:18
affidavit [3] - 3:22, 3:25, 8:7
affiliation [1] - 9:16
affixed [1] - 7:4
afford [1] - 3:17
afternoon [4] - 3:6,

7:17, 7:19, 8:21
AKtranscripts.com [1] - 1:25
ALICIA [1] - 1:4
alone [1] - 5:8
America [1] - 7:14
AMERICA [1] - 1:9
Andre [4] - 7:14, 8:2, 9:19, 10:14
ANDRE [1] - 1:13
Angeles [2] - 1:18, 1:24, 11:2
Anne [2] - 1:22, 12:11
anne.kielwasser@ gmail.com [1] - 1:25
announce [1] - 6:20
announced [1] - 5:24
appear [4] - 6:4, 6:22, 7:1, 7:3
appearance [5] - 4:9, 4:10, 6:17, 6:20, 9:11
appearances [2] - 6:24, 7:15
appearing [2] - 6:13, 7:20
application [1] - 4:14
appoint [1] - 3:18
appointed [2] - 3:20, 3:23
appointment [3] - 7:21, 8:10, 9:23
appoints [1] - 8:10
argument [1] - 4:17
arraigned [1] - 5:24
ARRAIGNMENT [1] - 1:17
arraignment [2] - 5:10, 9:17
arrival [1] - 7:7
assigned [2] - 4:15, 10:10
ASSISTANT [1] - 2:4
assure [1] - 9:11
attend [1] - 7:4
ATTORNEY [1] - 2:4
attorney [6] - 3:16, 3:17, 3:19, 3:20, 6:15, 6:17

## B

bail [2] - 4:6, 9:14
Bail [1] - 4:7
bases [1] - 9:13
behalf [2] - 5:17, 7:18
BEHALF [2] - 2:3, 2:8
beyond [1] - 5:19
bond [1] - 4:22

burden [1] - 5:19

## C

calendar [3] - 3:5, 7:11, 10:10
CALIFORNIA [1] - 1:2
California [2] - 1:18, 1:24
CALLED [1] - 7:12
cannot [1] - 3:17
carefully [1] - 3:9
case [11] - 4:20, 5:22, 5:23, 6:2, 6:3, 6:5, 6:19, 6:21, 9:3, 9:5, 10:9
Case [1] - 7:13
CASES [1] - 7:12
Central [1] - 5:6
CENTRAL [1] - 1:2
certain [1] - 6:12
certify [1] - 12:2
charged [3] - 3:10, 5:1, 12:5
charges [4] - 5:5, 8:13, 10:7, 10:15
charging [2] - 3:14, 7:9
choosing [1] - 3:16
circuit [1] - 12:5
claims [1] - 8:16
clerk [2] - 6:10, 7:10
CLERK [10] - 7:13, 9:19, 9:21, 9:25, 10:3, 10:6, 10:9, 10:14, 10:17, 10:19
combination [1] - 9:10
committed [2] - 5:2
community [2] - 9:6, 9:12
compel [1] - 5:17
Complaint [1] - 4:18
concluded [1] - 11:10
condition [1] - 9:10
conditions [1] - 9:10
conference [1] - 12:7
conformance [1] - 12:6
connection [1] - 3:7
constitutional [1] - 3:7
contained [1] - 10:17
continuance [1] - 4:10
convening [1] - 7:5
copy [3] - 3:13, 8:12, 10:3
correct [1] - 12:2
cost [1] - 3:21
Counsel [1] - 7:15

counsel [13] - 3:23, 6:13, 6:15, 6:21, 6:24, 6:25, 7:2, 7:3, 7:21, 8:10, 9:23, 10:11, 10:21
COURT [22] - 1:1, 3:5, 7:13, 7:22, 7:25, 8:3, 8:6, 8:9, 8:15, 8:18, 8:24, 9:9, 9:19, 9:21, 9:25, 10:3, 10:6, 10:9, 10:14, 10:17, 10:19, 11:3
court [8] - 4:5, 4:10, 6:17, 6:20, 6:25, 7:1, 10:21, 10:22
Court [11] - 1:23, 3:18, 3:22, 7:2, 7:4, 8:9, 9:9, 9:13, 9:22, 12:11
Court's [1] - 10:22
courthouse [1] - 11:2
Courtroom [1] - 11:1
courts [1] - 7:3
CR [2] - 1:11, 7:13
criminal [2] - 3:11, 9:16
CRIMINAL [1] - 1:17
cross [1] - 5:15
cross-examine [1] - 5:15
CRR [2] - 1:22, 12:11
CSR [2] - 1:22, 12:11
custody [3] - 4:21, 7:21, 11:4

## D

danger [2] - 9:6, 9:15
Date [1] - 12:11
date [4] - 4:9, 4:20, 6:9, 6:22
days [3] - 4:10, 4:20, 4:21
decision [1] - 4:25
DEFENDANT [13] - 2:8, 7:24, 8:5, 8:8, 8:14, 8:17, 9:20, 9:24, 10:2, 10:5, 10:8, 10:16, 10:18
defendant [9] - 1:14, 6:4, 6:14, 8:9, 8:11, 9:5, 9:11, 10:11, 11:3
defendants [2] - 3:6, 6:4, 6:12, 6:21
Defender [2] - 6:11, 6:14
defense [2] - 4:11, 8:20

deposit [1] - 12:6
deputy [1] - 6:14
designated [3] - 6:10, 6:15, 6:17
detained [1] - 4:13
detention [8] - 4:8, 4:14, 4:17, 6:1, 8:19, 9:2, 9:4, 9:9
determined [1] - 4:6
different [1] - 7:3
directed [2] - 6:25, 7:2
dismissed [1] - 5:4
DISTRICT [2] - 1:1, 1:2
District [1] - 5:6
district [11] - 4:15, 5:22, 5:23, 6:2, 6:5, 6:6, 6:19, 6:22, 7:1, 7:6, 7:9
documents [1] - 3:14
doubt [1] - 5:20

## E

either [1] - 4:11
eligibility [1] - 3:22
empaneling [1] - 5:12
enter [2] - 5:5, 6:8
entering [1] - 6:7
entitled [5] - 5:7, 5:9, 5:14, 5:16, 8:10
event [1] - 4:13
evidence [3] - 4:24, 5:14, 5:17
examine [1] - 5:15

## F

false [1] - 3:24
Federal [3] - 1:23, 6:10, 6:14
federal [1] - 4:2
fee [1] - 12:5
fees [1] - 12:5
file [1] - 6:16
financial [2] - 3:22, 8:7
findings [1] - 9:13
first [3] - 4:9, 7:1, 7:4
First [1] - 1:23
five [1] - 4:10
flight [2] - 9:6, 9:13
Floor [1] - 11:2
follow [1] - 5:10
foregoing [1] - 12:2
formal [1] - 6:16

## G

gang [1] - 9:16
GONZALEZ [5] - 2:9, 7:19, 8:22, 10:13, 11:6
Gonzalez [2] - 7:20, 8:10
government [11] - 3:21, 4:8, 4:24, 5:19, 5:25, 8:16, 8:24, 9:2, 9:4, 11:7
government's [1] - 8:18
grand [1] - 4:20
granted [1] - 4:12
guilty [6] - 5:19, 6:7, 6:8, 10:13, 10:16, 10:18

## H

hear [3] - 5:14, 8:3, 9:21
heard [1] - 4:17
hearing [5] - 4:9, 4:16, 4:19, 4:23, 7:8
hereby [1] - 12:2
history [1] - 9:16
Honor [7] - 7:17, 7:19, 8:23, 9:1, 10:13, 11:6, 11:8
HONORABLE [1] - 1:4
Honorable [1] - 10:10
hour [1] - 7:4

## I

identity [1] - 7:8
imposition [1] - 5:13
including [2] - 5:10, 5:12
indictment [3] - 9:2, 10:4, 10:17
Indictment [1] - 5:7
indigent [1] - 6:11
information [1] - 4:1
Information [1] - 5:7
innocence [1] - 5:18
insufficient [1] - 9:14
intend [1] - 10:11
introduced [1] - 4:4
involves [1] - 6:3

## J

James [1] - 10:10

Jason [1] - 7:19
JASON [1] - 2:9
Jenkins [1] - 7:18
JENKINS [4] - 2:4, 7:17, 9:1, 11:7
Judge [3] - 10:23, 10:24, 11:1
judge [11] - 4:15, 5:8, 5:22, 5:23, 6:2, 6:5, 6:6, 6:19, 6:22, 7:1, 10:21
JUDGE [1] - 1:5
judicial [1] - 12:7
JULY [2] - 1:18, 3:1
jury [5] - 4:20, 5:8, 5:12, 10:19

## K

Kielwasser [3] - 1:22, 12:10, 12:11
known [1] - 6:16

## L

law [1] - 4:2
less [1] - 12:5
life [1] - 9:8
limitation [1] - 5:11
listen [1] - 3:9
located [1] - 11:1
Los [3] - 1:18, 1:24, 11:2

## M

ma'am [9] - 8:5, 8:8, 8:14, 8:17, 9:20, 9:24, 10:2, 10:5, 10:8
MACK [1] - 2:4
Mack [1] - 7:17
MAGISTRATE [1] - 1:5
Marshal [1] - 11:4
matter [3] - 5:3, 11:5, 12:4
maximum [1] - 9:7
members [1] - 6:11
Michael [1] - 8:2
MINUTES [1] - 1:17
misleading [1] - 3:24
modification [1] - 10:25
motions [1] - 5:25
MR [7] - 7:17, 7:19, 8:22, 9:1, 10:13, 11:6, 11:7
must [2] - 3:21, 6:1

## N

name [3] - 7:22, 7:25, 9:19
nature [2] - 9:14, 9:15
necessary [1] - 5:18
note [1] - 9:5
nothing [1] - 11:7
notice [1] - 8:18

## O

OF [4] - 1:2, 1:9, 2:3, 2:8
offense [3] - 3:11, 5:1, 9:7
offenses [2] - 9:14, 9:15
Official [1] - 1:23
official [1] - 12:11
omit [1] - 3:25
ON [2] - 2:3, 2:8
one [2] - 6:3, 6:25
order [3] - 4:14, 10:22, 10:24
ordered [1] - 6:21
orders [1] - 9:9
Otero [2] - 10:10, 11:1
Otero's [3] - 10:21, 10:23, 10:24
out-of-district [1] - 7:6
own [1] - 5:17

## P

P.M [2] - 1:19, 3:1
paid [1] - 3:20
panel [2] - 6:11, 6:15
PANEL [1] - 2:9
particular [2] - 5:23, 6:3
parties [1] - 10:23
penalty [1] - 9:8
pending [2] - 10:7, 10:15
person [1] - 9:12
pertaining [1] - 9:22
pertinent [1] - 4:1
plaintiff [1] - 1:11
PLAINTIFF [1] - 2:3
plea [7] - 5:5, 5:11, 5:21, 6:8, 10:12, 10:14
pleas [1] - 6:7
portion [1] - 9:18
preliminary [2] - 4:19, 4:23

prepared [1] - 8:20
presence [1] - 6:16
present [4] - 3:6, 4:16, 5:9, 7:20
presented [1] - 4:20
presents [1] - 4:24
PRESIDING [1] - 1:5
presumption [1] - 9:5
Pretrial [1] - 9:3
pretrial [3] - 3:11, 7:7
previously [2] - 6:15, 10:9
prison [1] - 9:8
private [2] - 6:13, 6:15
probable [3] - 4:25, 5:3, 5:4
proceed [1] - 8:20
proceeding [2] - 4:5, 4:23
Proceedings [1] - 1:16
proceedings [7] - 3:8, 3:17, 5:10, 5:21, 10:23, 11:10, 12:3
process [1] - 7:8
production [1] - 5:17
proffer [1] - 8:25
proffers [1] - 9:2
prosecution [2] - 4:2, 4:11
prove [2] - 5:18, 5:19
provisions [1] - 4:7
public [1] - 5:8
Public [2] - 6:10, 6:14

## R

racketeering [1] - 9:7
randomly [1] - 5:24
reached [1] - 4:25
read [2] - 8:4, 8:12
reasonable [2] - 5:1, 5:20
reasonably [1] - 9:11
receive [3] - 3:13, 6:7, 10:3
received [2] - 3:13, 8:12
Recommendation [1] - 9:4
record [4] - 6:21, 7:16, 7:23, 8:1
recorded [1] - 12:3
reduction [1] - 12:6
refer [1] - 10:21
Reform [1] - 4:7
regarding [1] - 4:17
regulations [1] - 12:7
release [2] - 3:12, 7:7

released [2] - 4:21, 6:18
remain [2] - 4:3, 4:21
remanded [1] - 11:4
removal [1] - 7:8
Report [1] - 9:3
Reporter [2] - 1:23, 12:11
Reporter's [1] - 1:16
represent [3] - 3:19, 6:11, 8:11
represented [1] - 3:16
represents [1] - 9:6
request [3] - 3:18, 4:12, 5:25, 7:7, 8:19, 8:25, 9:2
requested [2] - 4:11, 6:6
required [3] - 5:5, 6:4, 9:11
reserved [1] - 6:1
resources [1] - 9:15
retain [1] - 3:15
return [1] - 5:12
review [1] - 10:24
reviewed [1] - 4:15
rights [4] - 3:7, 8:4, 9:22, 10:1
risk [2] - 9:6, 9:14
ROSENBERG [1] - 1:4
RPR [2] - 1:22, 12:11

## S

safety [1] - 9:12
schedules [1] - 10:23
Second [1] - 11:1
see [2] - 5:14, 9:25
seeking [1] - 7:21
seeks [1] - 4:8
selected [1] - 5:23
senior [1] - 7:2
sentence [1] - 5:13
September [1] - 10:19
Services [1] - 9:3
set [2] - 6:9, 10:19
shall [2] - 6:9, 7:3
showing [1] - 3:22
sign [2] - 4:4, 9:25
signature [1] - 8:6
silent [1] - 4:3
site [1] - 10:22
specified [1] - 6:23
speedy [1] - 5:7
Spring [1] - 11:2
stage [2] - 3:17, 5:11
standing [2] - 10:22, 10:24
state [4] - 7:15, 7:22,

7:25, 8:25
**statement** [2] - 9:22, 9:25
**statements** [1] - 3:25
**STATES** [2] - 1:1, 1:9
**States** [4] - 3:11, 7:14, 7:18, 12:7
**status** [1] - 7:2
**statutory** [1] - 3:7
**stenographically** [1] - 12:3
**Street** [2] - 1:23, 11:2
**subject** [1] - 4:1
**submit** [1] - 3:21
**submitting** [1] - 8:22
**subpoena** [1] - 5:16
**substance** [1] - 10:6
**Suite** [1] - 1:23
**support** [2] - 8:25, 9:1

# T

**telephone** [1] - 1:24
**THE** [26] - 2:3, 2:8, 3:5, 7:22, 7:24, 7:25, 8:2, 8:3, 8:5, 8:6, 8:8, 8:9, 8:14, 8:15, 8:17, 8:18, 8:24, 9:9, 9:20, 9:24, 10:2, 10:5, 10:8, 10:16, 10:18, 11:3
**three** [1] - 4:9
**Transcript** [1] - 1:16
**transcript** [2] - 12:3, 12:5
**transfer** [1] - 6:19
**transferred** [3] - 5:22, 6:2, 6:5
**trial** [4] - 5:8, 5:12, 6:9, 10:19
**true** [4] - 7:22, 7:25, 9:19, 12:2
**TUESDAY** [2] - 1:18, 3:1

# U

**U.S** [1] - 2:4
**under** [1] - 10:22
**United** [4] - 3:11, 7:14, 7:18, 12:7
**UNITED** [2] - 1:1, 1:9
**uNRELATED** [1] - 7:12
**updates** [1] - 10:24
**US** [1] - 11:4

# V

**verdict** [1] - 5:13
**violating** [1] - 4:2
**violation** [2] - 3:12, 7:7
**VS** [1] - 1:12

# W

**waived** [1] - 5:8
**web** [1] - 10:22
**West** [1] - 1:23
**willfully** [1] - 3:25
**Williams** [5] - 7:14, 7:20, 8:2, 9:19, 10:14
**WILLIAMS** [1] - 1:13
**WITNESS** [1] - 8:2
**witnesses** [3] - 5:15, 5:16
**write** [1] - 4:4
**written** [1] - 4:14