**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 14 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>JERMAINE HOUSTON, a.k.a. J-Bone,<br><br>        Defendant-Appellant. | No. 16-50417<br><br>D.C. No. 2:14-cr-00338-SJO<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: RAWLINSON, CLIFTON, and NGUYEN, Circuit Judges.

Appellee's motion to dismiss this appeal in light of the valid appeal waiver (Docket Entry No. 38) is granted. *See United States v. Harris*, 628 F.3d 1203, 1205 (9th Cir. 2011) (stating that an appeal waiver is enforceable if its language encompasses the right to appeal on the grounds raised and the waiver is knowingly and voluntarily made). Contrary to Houston's contention, the district court did not unambiguously advise him that he retained the right to appeal. *See United States v. Arias-Espinosa*, 704 F.3d 616, 619 (9th Cir. 2012). Moreover, an allegedly incorrect Guidelines calculation does not make a sentence illegal, *see United States v. Bibler*, 495 F.3d 621, 624 (9th Cir. 2007) (sentence is illegal "if it exceeds the permissible statutory penalty for the crime or violates the Constitution"), or render inapplicable an otherwise enforceable appeal waiver. *See United States v.*

*Medina-Carrasco*, 815 F.3d 457, 462-63 (9th Cir. 2016).

**DISMISSED.**