1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3          HONORABLE FREDERICK F. MUMM

4       UNITED STATES MAGISTRATE JUDGE PRESIDING

5                  - - -

6
United States of America,          )
7                      PLAINTIFF,   )
                                    )
8     VS.                           )   NO. CR 14-338 CAS
                                    )
9     Tyrine Martinez, et al.,      )
                      DEFENDANT,    )
10    _____)

11

12

13         REPORTER'S TRANSCRIPT OF PROCEEDINGS

14              LOS ANGELES, CALIFORNIA

15              TUESDAY, JUNE 17, 2014

16

17

18    _____

19         KATIE E. THIBODEAUX, CSR 9858
           U.S. Official Court Reporter
20              Suite 4311
             350 West 1st Street
21         Los Angeles, CA  90012

22

23

24

25

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    APPEARANCES OF COUNSEL:

 2    FOR THE GOVERNMENT:

 3

 4    U.S. DEPARTMENT OF JUSTICE
      U.S. ATTORNEY'S OFFICE
      BY: CHRISTINA SHAY, AUSA
 5    -and- CHRISTOPHER BRUNWIN, AUSA
      312 North Spring Street
 6    Twelfth Floor
      Los Angeles, CA  90012
 7

 8    FOR DEFENDANT TYRENE MARTINEZ:
      Stephen G Frye
 9    Law Office of Stephen G Frye
      1 South Fair Oaks Avenue Suite 401
10    Pasadena, CA 91105

11    FOR DEFENDANT JOHNNIE LEGGETT:
      Alexander Griggs
12    Law Offices of Alexander L Griggs
      2785 Pacific Coast Highway Suite 298
13    Torrance, CA 90505

14    FOR DEFENDANT KEATON:
      Brian A Newman
15    Law Offices of Brian A Newman
      P O Box 987
16    Hermosa Beach, CA 90254

17    FOR DEFENDANT SWAFFI:
      Amy E Jacks Law Offices
18    315 East 8th Street, Suite 801
      Los Angeles, CA 90014
19
      FOR DEFENDANT INGRAM:
20    Alan Eisner
      Eisner Gorin LLP
21    14401 Sylvan Street Suite 112
      Van Nuys, CA 91401
22
      FOR DEFENDANT TYARS, SR:
23    Edward M Robinson
      Robinson Kardon
24    21515 Hawthorne Boulevard Suite 730
      Torrance, CA 90503

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    APPEARANCES:   (Cont'd)

 2    FOR DEFENDANT WEBSTER:
      Sonia Elizabeth Chahin
 3    Sonia E Chahin Law Offices
      2222 Foothill Boulevard Suite E-278
 4    La Canada, CA 91011

 5    FOR DEFENDANT CAMPBELL:
      Peter C Swarth
 6    Peter C Swarth Law Offices
      6520 Platt Avenue Suite 557
 7    West Hills, CA 91307

 8    FOR DEFENDANT WEST:
      Richard M Callahan , Jr
 9    Richard M Callahan Jr Law Offices
      225 South Lake Avenue Suite 300
10    Pasadena, CA 91101

11    FOR DEFENDANT WHETSTONE:
      Gregory Nicolaysen
12    Gregory Nicolaysen Law Offices
      27240 Turnberry Lane Suite 200
13    Valencia, CA 91355

14    FOR DEFENDANT LEE:
      John Neil McNicholas
15    McNicholas Law Office LLC
      464 Palos Verdes Boulevard
16    Redondo Beach, CA 90277

17    FOR DEFENDANT THOMAS:
      John Neil McNicholas
18    McNicholas Law Office LLC
      464 Palos Verdes Boulevard
19    Redondo Beach, CA 90277

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA

```
 1          LOS ANGELES, CALIFORNIA; TUESDAY, JUNE 17, 2014

 2                          2:47 P.M.

 3                          - - - - -

 4

 5

 6          THE CLERK:  Calling case CR 14-338, United States

 7   of America versus Ricky Keaton.

 8               Appearances, please.

 9          MS. SHAY:  Gozod afternoon, your Honor.  Christina

10   Shay for the United States.

11          THE COURT:  Good afternoon.

12          MR. NEWMAN:  Good afternoon, your Honor.  Brian

13   Newman seeking appointment for Ricky Keaton who is

14   present in court.

15          THE COURT:  Good afternoon.  Is your true name

16   Ricky Keaton?

17          THE DEFENDANT:  Yes.

18          THE COURT:  Did you sign the financial affidavit?

19          THE DEFENDANT:  Yes.

20          THE COURT:  Are the statements on the financial

21   affidavit true to the your knowledge and belief?

22          THE DEFENDANT:  Yes.

23          THE COURT:  All right.  The court has reviewed the

24   financial affidavit, finds it appropriate to appoint

25   counsel and will appoint Mr. Newman to represent the
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    defendant.

2           MR. NEWMAN:  Thank you, your Honor.

3           THE COURT:  You are welcome.

4               Mr. Keaton, have you received and read the

5    indictment which has been brought against you?

6           THE DEFENDANT:  Read some of it.

7           THE COURT:  Did you read those portions that were

8    applicable to you?

9           THE DEFENDANT:  Yes.

10          THE COURT:  I am not asking you to admit or deny

11   the truth of the charges, but do you understand what it

12   is the government claims that you did?

13          THE DEFENDANT:  Yes.

14          THE COURT:  The government has filed a written

15   notice of request for detention.  What is defendant's

16   position with respect to detention?

17          MR. NEWMAN:  We are going to submit at this time.

18          THE COURT:  The court will enter an order of

19   detention without prejudice at this time.

20              Would the clerk please proceed with the post

21   indictment arraignment.

22          THE CLERK:  Yes, your Honor.

23              Is Ricky Keaton your true name?

24          THE DEFENDANT:  Yes.

25          THE CLERK:  Did you hear and understand the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    statements of this court pertaining to your rights and

2    the appointment of counsel?

3           THE DEFENDANT:  Yes.

4           THE CLERK:  Did you see and sign a statement of

5    your rights?

6           THE DEFENDANT:  Yes.

7           THE CLERK:  Did you receive a copy of the

8    indictment?

9           THE DEFENDANT:  Yes.

10          THE CLERK:  Do you understand the substance of the

11   charges pending against you?

12          THE DEFENDANT:  Yes.

13          THE COURT:  Let the record reflect the defendant

14   has answered each of the questions in the affirmative.

15          THE CLERK:  This case has been randomly assigned

16   to Judge S. James Otero.  Judge Otero has asked to take a

17   not guilty plea.

18              Ricky Keaton, how do you plead to the charges?

19          THE DEFENDANT:  Not guilty.

20          THE CLERK:  Jury trial set for August 12th, 2014,

21   at 9:00 a.m.  Judge Otero's court clerk will refer

22   counsel to the court's standing order found on the

23   court's website under Judge Otero's procedures and

24   schedules.

25              The parties are directed to review Judge

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    Otero's standing order for updates and modifications.

2    Judge Otero is located in Courtroom 1, second floor in

3    the Los Angeles Spring Street courthouse.

4         THE COURT:  The defendant is ordered to appear at

5    the date and time as specified by the court clerk and in

6    the meantime is remanded to the custody of the United

7    States Marshal.

8              Anything further?

9         MS. SHAY:  No.  Thank you, your Honor.

10        THE COURT:  All right.  Thank you.

11        (The next defendant approached the lectern.)

12        THE CLERK:  Calling case CR 14-338, United States

13   of America versus Patrick Swaffi.

14             Appearance, please.

15        MS. SHAY:  Good afternoon, your Honor.  Christina

16   Shay for the United States.

17        THE COURT:  Good afternoon.

18        MS. JACKS:  Good afternoon, your Honor.  Amy Jacks

19   seeking appointment on behalf of Mr. Swaffi.

20        THE COURT:  Good afternoon.  Is your true name

21   Patrick Swaffi?

22        THE DEFENDANT:  Yes.

23        THE COURT:  Did you sign the financial affidavit?

24        THE DEFENDANT:  Yes.

25        THE COURT:  Are the statements contained in the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   financial affidavit true to the best of your knowledge

 2   and belief?

 3        THE DEFENDANT:  Yes.

 4        THE COURT:  The court has reviewed the financial

 5   affidavit, finds it appropriate to appoint counsel and

 6   will appoint Ms. Jacks to represent the defendant.

 7        RIGHT1:  Thank you.

 8        THE COURT:  You are welcome.

 9           Mr. Swaffi, have you received and read the

10   indictment which has been brought against you?

11        THE DEFENDANT:  Yes.

12        THE COURT:  I am not asking you to admit or deny

13   the truth of the charges, but do you understand what it

14   is the government claims that you did?

15        THE DEFENDANT:  Yes.

16        THE COURT:  The government has filed a written

17   notice of request for detention.  What is defendant's

18   position with respect to detention?

19        RIGHT1:  We will submit at this juncture.

20        THE COURT:  So the court will enter an order of

21   detention without prejudice at this time.

22           Would the clerk please proceed with the post

23   indictment arraignment.

24        THE CLERK:  Yes, your Honor.

25           Is Patrick Swaffi your true name?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1            THE DEFENDANT:  Yes.

 2            THE CLERK:  Did you hear and understand the

 3    statements of this court pertaining to your rights and

 4    the appointment of counsel?

 5            THE DEFENDANT:  Yes.

 6            THE CLERK:  Did you see and sign a statement of

 7    your rights?

 8            THE DEFENDANT:  Yes.

 9            THE CLERK:  Did you receive a copy of the

10    indictment?

11            THE DEFENDANT:  Yes.

12            THE CLERK:  Do you understand the substance of the

13    charges pending against you?

14            THE DEFENDANT:  Yes.

15            THE COURT:  Let the record reflect the defendant

16    has answered each of the questions in the affirmative.

17            THE CLERK:  This case has been randomly assigned

18    to Judge S. James Otero.  Judge Otero has asked to take a

19    not guilty plea.

20                 Patrick Swaffi, how do you plead to the

21    charges?

22            THE DEFENDANT:  Not guilty.

23            THE CLERK:  Jury trial set for August 12, 2014, at

24    9:00 a.m.  Judge Otero's court clerk will refer counsel

25    to the court's standing order found on the court's
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   website under Judge Otero's procedures and schedules.

 2   The parties are directed to review Judge Otero's standing

 3   order for updates and modifications.  Judge Otero is

 4   located in Courtroom 1, second floor in the Los Angeles

 5   Spring Street courthouse.  Thank you.

 6        THE COURT:  The defendant is ordered to appear at

 7   the date and time as specified by the court clerk and in

 8   the meantime is remanded to the custody of the United

 9   States Marshal.

10            Anything further?

11        MS. SHAY:  Nothing from the government, your

12   Honor.

13        THE COURT:  Thank you.

14        (The next defendant approached the lectern.)

15        THE CLERK:  Calling case CR 14-338, United States

16   of America versus Antroine Tyars.

17            Appearance, please.

18        MS. SHAY:  Christina Shay for the United States,

19   your Honor.

20        THE COURT:  Good afternoon.

21        MR. ROBINSON:  Good afternoon, your Honor.  Edward

22   Robinson for Mr. Tyars, Senior.  He is present in court.

23   I am seeking appointment.

24        THE COURT:  Good afternoon.

25        MR. ROBINSON:  Good afternoon.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE COURT:  Is your true name Antroine Tyars,

 2   Senior?

 3          THE DEFENDANT:  Yes, it is.

 4          THE COURT:  Did you sign the financial affidavit.

 5          THE DEFENDANT:  Yes.

 6          THE COURT:  Are the statements contained in the

 7   financial affidavit true to the best of your knowledge

 8   and belief?

 9          THE DEFENDANT:  Yes, sir.

10          THE COURT:  The court has reviewed the financial

11   affidavit, finds it appropriate to appoint counsel and

12   will appoint Mr. Robinson to represent the defendant.

13          RIGHT1:  Thank you, your Honor.

14          THE COURT:  You are welcome.

15              Mr. Tyars, have you received and read the

16   indictment which has been brought against you?

17          THE DEFENDANT:  Yes.  Parts of it.

18          THE COURT:  The parts that are applicable to you?

19          THE DEFENDANT:  Yes.

20          THE COURT:  I am not asking you to admit or deny

21   the truth of the charges, but do you understand what it

22   is the government claims that you did?

23          THE DEFENDANT:  Yes.

24          THE COURT:  All right.  The government has filed a

25   written notice of request for detention.  What is
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    defendant's position with respect to detention.

2         RIGHT1:  We are prepared to submit, your Honor at

3    this time.

4         THE COURT:  The court will enter an order of

5    detention without prejudice at this time.

6              Would the clerk please proceed with the post

7    indictment arraignment.

8         THE CLERK:  Is Antroine Tyars, Senior, your true

9    name?

10        THE DEFENDANT:  Yes.

11        THE CLERK:  Did you hear and understand the

12   statements of this court pertaining to your rights and

13   the aappointment of counsel?

14        THE DEFENDANT:  Yes.

15        THE CLERK:  Did you see and sign a statement of

16   your rights?

17        THE DEFENDANT:  Yes.

18        THE CLERK:  Did you receive a copy of the

19   indictment?

20        THE DEFENDANT:  Yes.

21        THE CLERK:  Do you understand the substance of the

22   charges pending against you?

23        THE DEFENDANT:  Yes.

24        THE COURT:  Let the record reflect the defendant

25   has answered each of the questions in the affirmative.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE CLERK:  This case has been randomly assigned

 2   to Judge S. James Otero.  Judge Otero has asked to take a

 3   not guilty plea.

 4          Antroine Tyars, Senior, how do you plead to

 5   the charges?

 6          THE DEFENDANT:  Not guilty.

 7          THE CLERK:  Jury trial set for August 12, 2014, at

 8   9:00 a.m.  Judge Otero's court clerk will refer counsel

 9   to the court's standing order found on the court's

10   website under Judge Otero's procedures and schedules.

11   The parties are directed to review Judge Otero's standing

12   order for updates and modification.  Judge Otero is

13   located in Courtroom 1, second floor, in the Los Angeles

14   Spring Street courthouse.  Thank you.

15          THE COURT:  The defendant is ordered to appear at

16   the date and time specified by the court clerk and in the

17   meantime is remanded to the custody of the Untied States

18   Marshal.

19          Is there anything further?

20          MS. SHAY:  No.  Thank you, your Honor.

21          MR. ROBINSON:  Thank you, your Honor.

22          (The next defendant approached the lecturn.)

23          THE CLERK:  Calling case CR 14-338, United States

24   of America versus Antonio West.

25          Appearances, please.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1     MS. SHAY:  Good afternoon, your Honor.  Christina

2 Shay for the United States again.

3     MR. CALLAHAN:  Your Honor, good afternoon.

4 Richard Callahan seeking appointment on behalf of Antonio

5 West who is present in custody.

6     THE COURT:  Good afternoon.

7          Is your true name Antonio West?

8     THE DEFENDANT:  Yes, it is.

9     THE COURT:  Did you sign the financial affidavit?

10    THE DEFENDANT:  Yes.

11    THE COURT:  Are the statements contained in the

12 financial affidavit true to the best of your knowledge

13 and belief?

14    THE DEFENDANT:  Yes.

15    THE COURT:  The court has reviewed the financial

16 affidavit, finds it appropriate to appoint counsel and

17 will appoint Mr. Callahan to represent the defendant.

18    MR. CALLAHAN:  Thank you very much, your Honor.

19    THE COURT:  You are welcome.

20          Mr. West, have you received and read the

21 indictment which has been brought against you?

22    THE DEFENDANT:  Partially.

23    THE COURT:  The parts that relate to you?

24    THE DEFENDANT:  Yes.

25    THE COURT:  I am not asking you to admit or deny

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    the truth of the charges, but do you understand what it

2    is the government claims that you did?

3         THE DEFENDANT:  Yes.

4         THE COURT:  All right.  The government has filed a

5    written notice of request for detention.  What is

6    defendant's position with respect to detention?

7         MR. CALLAHAN:  We will submit today, your Honor.

8         THE COURT:  The court will enter an order of

9    detention without prejudice at this time.

10          Would the clerk please proceed with the post

11   indictment arraignment?

12        THE CLERK:  Is Antonio West your true name?

13        THE DEFENDANT:  Yes.

14        THE CLERK:  Did you hear and understand the

15   statements of this court pertaining to your rights and

16   the appointment of counsel?

17        THE DEFENDANT:  Yes.

18        THE CLERK:  Did you see and sign a statement of

19   your rights?

20        THE DEFENDANT:  Yes.

21        THE CLERK:  Did you receive a copy of the

22   indictment?

23        THE DEFENDANT:  Yes.

24        THE CLERK:  Do you understand the substance of the

25   charges pending against you?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1            THE DEFENDANT:  Yes.

 2            THE COURT:  Let the record reflect the defendant

 3    has answered each of the questions in the affirmative.

 4            THE CLERK:  This case has been randomly assigned

 5    to Judge S. James Otero.  Judge Otero has asked to take a

 6    not guilty plea.

 7                Antonio West, how do you plead to the charges?

 8            THE DEFENDANT:  Not guilty.

 9            THE CLERK:  Jury trial set for August 12th, 2014

10    at 9:00 a.m.  Judge Otero's court clerk will refer

11    counsel to the court's standing order found on the

12    court's website under Judge Otero's procedures and

13    schedules.  The parties are directed to review Judge

14    Otero's standing order for updates and modifications.

15    Judge Otero is located in Courtroom 1, second floor, in

16    the Los Angeles Spring Street courthouse.

17            THE COURT:  The defendant is ordered to appear at

18    the date and time as specified by the court clerk.  In

19    the meantime, the defendant is remanded to the custody of

20    the United States Marshal.

21                Anything further?

22            MS. SHAY:  No.  Thank you, your Honor.

23            MR. CALLAHAN:  Nothing, your Honor.  Thank you.

24            THE COURT:  Thank you.

25            (The next defendant approached the lecturn.)
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE CLERK:  Calling Case CR 14-338, United States

 2   of America versus Nakawa Lee.

 3              Appearances, please.

 4          MS. SHAY:  Christina Shay for the United States,

 5   your Honor.

 6          THE COURT:  Good afternoon, your Honor.

 7          MR. MCNICHOLAS:  Good afternoon, your Honor.  John

 8   McNicholas seeking appointment on behalf of Nakawa Lee

 9   who is present in custody.

10          THE COURT:  Good afternoon.

11              Is your true name Nakawa Lee?

12          THE DEFENDANT:  Yes.

13          THE COURT:  Did you sign the financial affidavit?

14          THE DEFENDANT:  Yes.

15          THE COURT:  Are the statements contained in the

16   financial affidavit true to the best of your knowledge

17   and belief?

18              THE DEFENDANT:  Yes.

19          THE COURT:  The court has reviewed the financial

20   affidavit, finds it appropriate to appointment counsel

21   and will appoint Mr. McNicholas to represent the

22   defendant.

23              Mr. Lee, have you received and read the

24   indictment which has been brought against you in this

25   matter?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE DEFENDANT:  Yes.
 2          THE COURT:  I am not asking you to admit or deny
 3   the truth of the charges, but do you understand what it
 4   is the government claims that you did?
 5          THE DEFENDANT:  Yes.
 6          THE COURT:  The government has filed a written
 7   notice of request for detention.  What is the defendant's
 8   position with respect to detention?
 9          MR. MCNICHOLAS:  Your Honor, we have asked that
10   the detention be postponed until Thursday at 1:30 p.m.
11          THE COURT:  All right.  So the detention hearing
12   will be continued to Thursday afternoon.
13          MS. SHAY:  Your Honor, if defense counsel has time
14   in the morning, we just received word from our gang
15   coordinator that the morning would be better for the
16   government if it works for your Honor with defense
17   counsel on Thursday.
18          MR. MCNICHOLAS:  I actually have a matter in
19   Superior Court at 8:30 so 11:00 would be the earliest.
20          THE COURT:  All right.  11:00 o'clock would be
21   fine with the court.
22          MS. SHAY:  Thank you, your Honor.
23          MR. MCNICHOLAS:  That is fine, your Honor.
24          THE COURT:  So let's set this for -- it will be
25   this coming Thursday, that is June 19 at 11:00 a.m., and
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    this is going to be in my courtroom which is in the

2    Spring Street courthouse on the ninth floor, Courtroom E.

3            So the defendant is ordered to appear at that

4    date and time, and in the meantime we will continue with

5    the post indictment arraignment.

6            THE CLERK:  Is Nakawa Lee your true name?

7            THE DEFENDANT:  Yes.

8            THE CLERK:  Did you hear and understand the

9    statements of this court pertaining to your rights and

10   the appointment of counsel?

11           THE DEFENDANT:  Yes.

12           THE CLERK:  Did you see and sign a statement of

13   your rights?

14           THE DEFENDANT:  Yes.

15           THE CLERK:  Did you receive a copy of the

16   indictment?

17           THE DEFENDANT:  Yes.

18           THE CLERK:  Did you understand the substance of

19   the charges pending against you?

20           THE DEFENDANT:  Yes.

21           THE COURT:  Let the record reflect the defendant

22   has answered each of the questions in the affirmative.

23           THE CLERK:  This case has been randomly assigned

24   to Judge S. James Otero.  Judge Otero has asked to take a

25   not guilty plea.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              Nakawa Lee, how do you plead to the charges?
 2         THE DEFENDANT:  Not guilty.
 3         THE CLERK:  Jury trial set for August 12th, 2014
 4  at 9:00 a.m.  Judge Otero's court clerk will refer
 5  counsel to the court's standing order found on the
 6  court's website under Judge Otero's procedures and
 7  schedules.  The parties are directed to review Judge
 8  Otero's standing order for updates and modifications.
 9  Judge Otero is located in Courtroom 1, second floor, in
10  the Los Angeles Spring Street courthouse.
11         THE COURT:  The defendant is ordered to appear on
12  the date and time as specified by the court clerk and in
13  the meantime is remanded to the custody of the United
14  States Marshal.
15              Is there anything further?
16         MS. SHAY:  No.  Thank you, your Honor.
17         MR. MCNICHOLAS:  Thank you, your Honor.
18    (The next defendant approached the lecturn.)
19         THE CLERK:  Calling Case CR 14-338, United States
20  of America versus Lamar Thomas.
21              Appearances, please.
22         MS. SHAY:  Good afternoon, your Honor.  Christina
23  Shay for the United States.
24         THE COURT:  Good afternoon again.
25         MR. HARRIS:  Good afternoon, your Honor.  William
```

1    Harris on behalf of Lamar Thomas.  He is present seeking

2    appointment.

3            THE COURT:  Good afternoon.

4                Is your true name Lamar Thomas?

5            THE DEFENDANT:  Yes, sir.

6            THE COURT:  Did you sign the financial affidavit?

7            THE DEFENDANT:  Yes, sir.

8            THE COURT:  Are the statements contained in the

9    financial affidavit true to the best of your knowledge

10   and belief?

11           THE DEFENDANT:  To the best of my knowledge.

12           THE COURT:  And belief?

13           THE DEFENDANT:  And belief.

14           THE COURT:  All right.  The court has reviewed the

15   financial affidavit, finds it appropriate to appoint

16   counsel and will appoint Mr. Harris to represent the

17   defendant.

18           MR. HARRIS:  Thank you.

19           THE COURT:  You are welcome.

20               Mr. Thomas, have you received and read the

21   indictment which has been brought against you?

22           THE DEFENDANT:  I received it but not yet read it.

23           THE COURT:  Have you read the portions that relate

24   to the charges against you?

25           THE DEFENDANT:  Yeah.  It was charges that were

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1   thrown out.

 2        THE COURT:  I am just talking about in the

 3   assertions in the indictment, did you read those portions

 4   that related to you?

 5        THE DEFENDANT:  No, sir.

 6        THE COURT:  Okay.  Have you had an opportunity to

 7   discuss with your counsel what the government's charges

 8   are against you?

 9        THE DEFENDANT:  Yes, sir.

10        THE COURT:  All right.  Do you understand the

11   nature of the charges that are pending against you?

12        THE DEFENDANT:  No, sir.

13        THE COURT:  You don't.  Okay.  Would you like to

14   have some time to discuss it with your counsel?

15        (Counsel and defendant confer.)

16        THE DEFENDANT:  We went over it partially.

17        THE COURT:  Well, what I want to know is whether

18   you went over it sufficiently so that you understand what

19   it is the government is claiming that you did?

20        THE DEFENDANT:  Yeah.  It was things that got

21   thrown out.

22        THE COURT:  The only question is I am not asking

23   you to admit that you did any of this.  I am just asking

24   whether or not you understand what it is the government

25   is claiming that you did?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE DEFENDANT:  Oh.  Yes, sir.

 2              THE COURT:  All right.  The government has filed a

 3     written notice of request for detention.

 4                   What is defendant's position with respect to

 5     detention?

 6              MR. HARRIS:  Submitted.

 7              THE COURT:  All right.  The court will enter an

 8     order of detention without prejudice at this time.

 9                   Would the clerk please proceed with the post

10     indictment arraignment?

11              THE DEFENDANT:  Not guilty.

12              THE COURT:  That will come in just a moment.

13              THE CLERK:  Is Lamar Thomas your true name?

14              THE DEFENDANT:  Yes, sir.

15              THE CLERK:  Did you hear and understand the

16     statements of this court pertaining to your rights and

17     the appointment of counsel?

18              THE DEFENDANT:  Yes, sir.

19              THE CLERK:  Did you see and sign a statement of

20     your rights?

21              THE DEFENDANT:  Yes, sir.

22              THE CLERK:  Did you receive a copy of the

23     indictment?

24              THE DEFENDANT:  Yes, sir.

25              THE CLERK:  Do you understand the substance of the
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   charges pending against you?

 2           THE DEFENDANT:  Yes, sir.

 3           THE COURT:  Let the record reflect the defendant

 4   has answered each of the questions in the affirmative.

 5           THE CLERK:  This case is randomly assigned to

 6   Judge S. James Otero.  Judge Otero has asked to take a

 7   not guilty plea.

 8               Lamar Thomas, how do you plead to the charges?

 9           THE DEFENDANT:  Not guilty.

10           THE CLERK:  Jury trial set for August 12th, 2014,

11   at 9:00 a.m.  Judge Otero's court clerk will refer

12   counsel to the court's standing order found on the

13   court's website under Judge Otero's procedures and

14   schedules.  Parties are directed to review Judge Otero's

15   standing order for updates and modifications.  Judge

16   Otero is located in Courtroom 1, second floor, in the Los

17   Angeles Spring Street courthouse.

18           THE COURT:  The defendant is ordered to appear at

19   the date and time as specified by the court clerk and in

20   the meantime is remanded to the custody of the United

21   States Marshal.

22               Anything further?

23       MR. HARRIS:  Nothing further, thank you.

24       MS. SHAY:  No, your Honor.  Thank you.

25       (The next defendant approached the lecturn.)
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE CLERK:  Calling case CR 14-338, United States
 2   of America versus Tyrine Martinez.
 3              Appearances, please.
 4          MS. SHAY:  Good afternoon, your Honor.  Christina
 5   Shay for the United States.
 6          THE COURT:  Good afternoon again.
 7          MR. FRYE:  Good afternoon, your Honor.  Steven
 8   Frye seeking appointment on behalf of Mr. Martinez who is
 9   present before the court in custody.
10          THE COURT:  Good afternoon.
11              Is your true name Tyrine martinez.
12          THE DEFENDANT:  Yes.
13          THE COURT:  Did you sign the financial affidavit?
14          THE DEFENDANT:  Yes.
15          THE COURT:  Are the statements contained in the
16   financial affidavit true to the best of your knowledge
17   and belief?
18              THE DEFENDANT:  Yes.
19          THE COURT:  The court has reviewed the financial
20   affidavit, finds it appropriate to appoint counsel and
21   will appoint Mr. Frye to represent the defendant.
22          MR. FRYE:  Thank you, your Honor.
23          THE COURT:  You are welcome.
24              Mr. Martinez, have you read the indictment
25   which has been brought against you?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE DEFENDANT:  Yes.

 2          THE COURT:  I am not asking you to admit or deny

 3   the truth of the charges, but do you understand what it

 4   is the government claims that you did?

 5          THE DEFENDANT:  Yes.

 6          THE COURT:  The government has filed a written

 7   notice of request for detention.

 8              What is defendant's position with respect to

 9   detention at this time.

10          RIGHT1:  We will submit at this point, your Honor.

11          THE COURT:  The court will enter an order of

12   detention without prejudice at this time.

13              Would the clerk please proceed with the post

14   indictment arraignment.

15          THE CLERK:  Is Tyrine Martinez your true name?

16          THE DEFENDANT:  Yes.

17          THE CLERK:  Did you hear and understand the

18   statements of this court pertaining to your rights and

19   the appointment of counsel?

20          THE DEFENDANT:  Yes.

21          THE CLERK:  Did you see and sign a statement of

22   your rights?

23          THE DEFENDANT:  Yes.

24          THE CLERK:  Did you receive a copy of the

25   indictment?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE DEFENDANT:  Yes.

 2          THE CLERK:  Do you understand the substance of the

 3   charges pending against you?

 4          THE DEFENDANT:  No.

 5          THE COURT:  Would you like to take a minute and

 6   discuss the charges with your counsel?

 7          (Defendant and counsel confer.)

 8          THE DEFENDANT:  I understand.

 9          THE COURT:  All right.  Let the record reflect the

10   defendant has answered each of the questions in the

11   affirmative.

12          THE CLERK:  This case has been randomly assigned

13   to Judge S. James Otero.  Judge Otero has asked to take a

14   not guilty plea.

15             Tyrine Martinez, how do you plead to the

16   charges?

17          THE DEFENDANT:  Not guilty.

18          THE CLERK:  Jury trial set for August 12, 2014, at

19   9:00 a.m.  Judge Otero's court clerk will refer counsel

20   to the court's standing order found on the court's

21   website under Judge Otero's procedures and schedules.

22   The parties are directed to review Judge Otero's standing

23   order for updates and modifications.  Judge Otero is

24   located in Courtroom 1, second floor, in the Los Angeles

25   Spring Street courthouse.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1        THE COURT:  The defendant is ordered to appear on

 2   the date and time as specified by the court clerk and in

 3   the meantime is remanded to the custody of the United

 4   States Marshal.

 5            Anything further?

 6        MR. FRYE:  No, your Honor.

 7        MS. SHAY:  No.  Thank you, your Honor.

 8            Stop.

 9        THE CLERK:  Calling Case CR 14-338, United States

10   of America versus Elliott Whetstone.

11            Appearance, please.

12        MR. BRUNWIN:  Christopher Brunwin for the United

13   States, your Honor.

14        MR. NICOLAYSEN:  Good afternoon, your Honor.  Greg

15   Nicolaysen seeking appointment for Mr. Whetstone who is

16   present in court in custody.

17        THE COURT:  Is your true name Elliott Whetstone?

18        THE DEFENDANT:  Yes, it is, sir.

19        THE COURT:  Did you sign the financial affidavit?

20        THE DEFENDANT:  Yes, I did.

21        THE COURT:  Are the statements contained in the

22   financial affidavit true to the best of your knowledge

23   and belief?

24        THE DEFENDANT:  Yes, it is.

25        THE COURT:  The court has reviewed the financial
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1  affidavit, finds it appropriate to appoint counsel and

2  will appoint Mr. Nicolaysen to represent the defendant.

3          MR. NICOLAYSEN:  Thank you.

4          THE COURT:  You are welcome.

5              Mr. Whetstone, have you received and read the

6  indictment which has been brought against you?

7          THE DEFENDANT:  Partially, sir.

8          THE COURT:  Did you read those portions that

9  relate to the charges against you?

10         THE DEFENDANT:  Yes, sir.

11         THE COURT:  I am not asking you to admit or deny

12  the truth of any of those charges, but do you understand

13  what it is the government claims that you did?

14         THE DEFENDANT:  Yes, sir.

15         THE COURT:  The government has filed a written

16  notice of request for detention.

17             What is defendant's position with respect to

18  detention?

19         MR. NICOLAYSEN:  We will submit at this time, your

20  Honor.

21         THE COURT:  The court will enter an order of

22  detention without prejudice at this time.

23             Would the clerk process proceed with the post

24  indictment arraignment.

25         THE CLERK:  Is Elliott Whetstone your true name?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1            THE DEFENDANT:  Yes, it is.

 2            THE CLERK:  Did you hear and understand the

 3    statements of this court pertaining to your rights and

 4    the appointment of counsel?

 5            THE DEFENDANT:  Yes, sir.

 6            THE CLERK:  Did you see and sign a statement of

 7    your rights?

 8            THE DEFENDANT:  Yes.

 9            THE CLERK:  Did you receive a copy of the

10    indictment?

11            THE DEFENDANT:  Yes.

12            THE CLERK:  Do you understand the substance of the

13    charges pending against you?

14            THE DEFENDANT:  Yes.

15            THE COURT:  Let the record reflect the defendant

16    has answered each of the questions in the affirmative.

17            THE CLERK:  This case has been randomly assigned

18    to Judge S. James Otero.  Judge Otero has asked to take a

19    not guilty plea.

20                Elliott Whetstone, how do you plead to the

21    charges?

22            THE DEFENDANT:  Not guilty.

23            THE CLERK:  Jury trial set for August 12th, 2014,

24    at 9:00 a.m.  Judge Otero's court clerk will refer

25    counsel to the court's standing order found on the
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    court's website under Judge Otero's procedures and

2    schedules.  The parties are directed to review Judge

3    Otero's standing order for updates and modifications.

4    Judge Otero is located in Courtroom 1, second floor, Los

5    Angeles Spring Street courthouse.

6         THE COURT:  The defendant is ordered to appear on

7    the date and time as specified by the court clerk and in

8    the meantime is remanded to the custody of the United

9    States Marshal.

10        RIGHT1:  Nothing further, your Honor.

11        THE COURT:  All right.  Thank you, counsel.

12        (Other unrelated matters were handled by the

13        court.)

14        THE CLERK:  Calling Case CR 14-338, United States

15    of America versus Kevin Campbell.

16            Appearances, please.

17        MR. BRUNWIN:  Good afternoon, your Honor.

18    Christopher Brunwin for the United States.

19        THE COURT:  Good afternoon again.

20        MR. SWARTH:  Afternoon your Honor.  Peter Swarth

21    appearing with Mr. Campbell.  He is present in the court

22    in custody, and he is seeking my appointment.

23        THE COURT:  Good afternoon.

24            Is your true name Kevin Campbell?

25        THE DEFENDANT:  Yes, it is.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE COURT:  Did you sign the financial affidavit?

 2          THE DEFENDANT:  Yes, I did.

 3          THE COURT:  Are the statements contained in the

 4    financial affidavit true to the best of your knowledge

 5    and belief?

 6          THE DEFENDANT:  Yes, they are.

 7          THE COURT:  The court has reviewed the financial

 8    affidavit, finds it appropriate to appoint counsel and

 9    will appoint Mr. Swarth to represent the defendant.

10          MR. SWARTH:  Thank you, your Honor.

11          THE COURT:  You are welcome.

12             Mr. Campbell, have you received and read the

13    indictment which has been brought against you?

14          THE DEFENDANT:  Not in its entirety.

15          THE COURT:  Did you read the portions relating to

16    the charges the government has made against you?

17          THE DEFENDANT:  Yes, I have.

18          THE COURT:  And without admitting the truth of any

19    of those allegations, do you understand what it is the

20    government claims that you did?

21          THE DEFENDANT:  Yes, I do.

22          THE COURT:  All right.  The government has filed a

23    written notice of request for detention.

24             What is defendant's position with respect to

25    detention?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          MR. SWARTH:  Your Honor, I would like to defer to

 2   a second call, if I may.  We are expecting a report from

 3   pretrial services.  My understanding of the background of

 4   my client in this case suggests that there might be some

 5   grounds.  I don't know what probation is going to say.

 6          MR. BRUNWIN:  Your Honor, we have a report from

 7   pretrial services.

 8          MR. SWARTH:  I'm sorry.

 9          THE COURT:  I have reviewed the report.  If you

10   would like, we can put this at the end.

11          MR. SWARTH:  Would you mind.  At the risk that I

12   will be here a very long time, but I would like to take

13   that risk.

14          THE COURT:  As long as we have you up and about,

15   let's proceed with the arraignment.

16          MR. SWARTH:  Sure.

17          THE COURT:  So if the clerk would please proceed

18   with the arraignment.

19          THE CLERK:  Yes, your Honor.

20             Is Kevin Campbell your true name?

21          THE DEFENDANT:  Yes, it is.

22          THE CLERK:  Did you hear and understand the

23   statements of this court pertaining to your rights and

24   the appointment of counsel?

25          THE DEFENDANT:  Yes, I do.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE CLERK:  Did you see and sign a statement of

 2   your rights?

 3          THE DEFENDANT:  Yes, I did.

 4          THE CLERK:  Did you receive a copy of the

 5   indictment?

 6          THE DEFENDANT:  Yes, I did.

 7          THE CLERK:  Do you understand the substance of the

 8   charges pending against you?

 9          THE DEFENDANT:  Yes.

10          THE COURT:  Let the record reflect the defendant

11   has answered each of the questions in the affirmative.

12          THE CLERK:  This case has been randomly assigned

13   to Judge S. James Otero.  Judge Otero has asked to take a

14   not guilty plea.

15              Kevin Campbell, how do you plead to the

16   charges?

17          THE DEFENDANT:  Not guilty.

18          THE CLERK:  Jury trial set for August 12th, 2014,

19   at 9:00 a.m.  Judge Otero's court clerk will refer

20   counsel to the court's standing order found on the

21   court's website under Judge Otero's procedures and

22   schedules.  The parties are directed to review Judge

23   Otero's standing order for updates and modifications.

24   Judge Otero is located in Courtroom 1, second floor, in

25   Los Angeles Spring Street courthouse.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1        THE COURT:  The defendant is ordered to appear at

2   the date and time as specified by the court clerk, and we

3   will consider the detention in the next call.

4        MR. SWARTH:  Thank you, your Honor.  Appreciate

5   it.

6        THE COURT:  You're welcome.

7        (The next defendant approached the lecturn.)

8        THE CLERK:  Calling Case CR 14-338, United States

9   of America versus Tyrell Thomas, Senior.

10            Appearance, please.

11        MR. BRUNWIN:  Christopher Brunwin again for the

12   United States, your Honor.

13        THE COURT:  Good afternoon, again.

14        MR. SHANNON:  Good afternoon, your Honor.  Michael

15   Shannon with Mr. Thomas seeking appointment.  He is

16   present.  Mr. Thomas is present in custody.

17        THE COURT:  Good afternoon.

18        MR. SHANNON:  Good afternoon.

19        THE COURT:  Is Tyrell Thomas, Senior, your true

20   name?

21        THE DEFENDANT:  Yes, your Honor.

22        THE COURT:  Did you sign the financial affidavit?

23        THE DEFENDANT:  Yes, I did.

24        THE COURT:  Are the statements contained in the

25   financial affidavit true to the best of your knowledge
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   and belief?

 2          THE DEFENDANT:  Yes, it is, your Honor.

 3          THE COURT:  The court has reviewed the financial

 4   affidavit, findS it appropriate to appoint counsel and

 5   will appoint Mr. Shannon to represent the defendant.

 6          MR. SHANNON:  Thank you, your Honor.

 7          THE COURT:  You are welcome.

 8             Mr. Thomas, have you received and read a copy

 9   of the indictment brought against you?

10          THE DEFENDANT:  Yes, I did, your Honor.

11          THE COURT:  I am not asking you to admit or deny

12   the truth of the charges, but do you understand what it

13   is the government claims that you did?

14          THE DEFENDANT:  Yes.

15          THE COURT:  All right.  The government has filed a

16   written notice of request for detention.

17             What is defendant's position with respect to

18   detention?

19          MR. SHANNON:  Your Honor, I would like a further

20   opportunity to seek out evidence and have a hearing

21   Friday morning if that is available with this court.

22          THE COURT:  All right.  I believe it is.  This

23   Friday, the 20th?

24          MR. SHANNON:  Friday, the 20th.

25          THE COURT:  Counsel?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1        MR. BRUNWIN:  No objection from the government,
 2   your Honor.
 3        THE COURT:  All right.  So we will put it at
 4   10:00 o'clock unless that is not going to work for
 5   somebody.
 6        MR. SHANNON:  Works for me.
 7        THE COURT:  Okay.  So 10:00 a.m. on Friday,
 8   June 20th.  We will have the detention hearing.  The
 9   defendant is ordered to appear at that date and time, and
10   that will be in the Spring Street courthouse on the Ninth
11   Floor in Courtroom E.
12             And we can take care of the detention hearing
13   at that time.  So, then, in the meantime, let's proceed
14   with the post indictment arraignment.
15        THE CLERK:  Is Tyrell Thomas, Senior, your true
16   name?
17        THE DEFENDANT:  Yes, sir.
18        THE CLERK:  Did you hear and understand the
19   statements of this court pertaining to your rights and
20   the appointment of counsel?
21        THE DEFENDANT:  Yes, I did.
22        THE CLERK:  Did you see and sign a statement of
23   your rights?
24        THE DEFENDANT:  Yes, I did.
25        THE CLERK:  Did you receive a copy of the
```

```
 1   indictment?

 2           THE DEFENDANT:  Yes, I did.

 3           THE CLERK:  Do you understand the substance of the

 4   charges pending against you?

 5           THE DEFENDANT:  Yes, I do.

 6           THE COURT:  Let the record reflect the defendant

 7   has answered each of the questions in the affirmative.

 8           THE CLERK:  This case has been randomly assigned

 9   to Judge S. James Otero.  Judge Otero has asked to take a

10   not guilty plea.

11              Tyrell Thomas, Senior, how do you plead to the

12   charges?

13           THE DEFENDANT:  Not guilty.

14           THE CLERK:  Jury trial set for August 12th, 2014,

15   at 9:00 a.m.  Judge Otero's court clerk will refer

16   counsel to the court's standing order found on the

17   court's website under Judge Otero's procedures and

18   schedules.  The parties are directed to review Judge

19   Otero's standing order for updates and modifications.

20   Judge Otero is located in Courtroom 1, Second Floor in

21   Los Angeles Spring Street courthouse.

22           THE COURT:  All right.  The defendant is ordered

23   to appear at that date and time.

24           MR. SHANNON:  Your Honor, I have one further

25   matter with regard to Mr. Thomas' health.  He has, in
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    February, he had surgery on his right leg and foot, and

2    that still appears to be a problem for him.  In addition,

3    he has got asthma and other medical issues, and he

4    probably needs to see the doctor when he arrives at

5    whatever detention facility he is sent to.

6          THE COURT:  All right.  Well, I can make the

7    recommendation that he be seen as soon as possible by a

8    physician at wherever he is going to be held.

9          MR. SHANNON:  Thank you.

10          THE COURT:  You are welcome.  Anything else?

11          MR. SHANNON:  Nothing further.

12          THE COURT:  All right.  Thank you.

13            In the meantime, the defendant is remanded to

14    the custody of the United States Marshal.

15          (The next defendant approached the lecturn.)

16          THE CLERK:  Calling Case CR 14-338, United States

17    of America versus Anthony Ingram.

18            Appearance, please.

19          MR. BRUNWIN:  Christopher Brunwin, again, for the

20    United States, and, again, good afternoon, your Honor.

21          THE COURT:  Good afternoon again.

22          MR. EISNER:  Good afternoon, your Honor.  Alan

23    Eisner on behalf of Mr. Ingram.  He is present in court,

24    and he is seeking the appointment of counsel.

25          THE COURT:  Good afternoon, again.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              Is your true name Anthony Ingram?

 2         THE DEFENDANT:  Yes.

 3         THE COURT:  Did you sign the financial affidavit?

 4         THE DEFENDANT:  Yes.

 5         THE COURT:  Are the statements contained in the

 6    financial affidavit true to the best of your knowledge

 7    and belief?

 8         THE DEFENDANT:  Yes, it is.

 9         THE COURT:  All right.  The court has reviewed the

10    financial affidavit, finds it appropriate to appoint

11    counsel and will appoint Mr. Eisner to represent the

12    defendant.

13         MR. EISNER:  Thank you, your Honor.

14         THE COURT:  You are welcome.

15              Mr. Ingram, have you received and read the

16    indictment which has been brought against you?

17         THE DEFENDANT:  Not all of it.

18         THE COURT:  Did you read those portions that

19    relate to the charges against you?

20         THE DEFENDANT:  Yes, I did.

21         THE COURT:  I am not asking you to admit or deny

22    the truth of the charges, but do you understand what it

23    is the government claims that you did?

24         THE DEFENDANT:  Yes.

25         THE COURT:  All right.  The government has filed a
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   written notice of request for detention.

 2           What is defendant's position with respect to

 3   detention.

 4       MR. EISNER:  Your Honor, I would like to be heard

 5   on the issue of detention.

 6       THE COURT:  All right.  Let me hear from the

 7   government first.

 8           What do you proffer in support of your

 9   detention request?

10       MR. BRUNWIN:  Your Honor, the government proffers

11   the indictment charging this defendant with an offense

12   that subjects him to presumption in this case and a

13   potential mandatory minimum sentence, also, the report

14   and recommendation of pretrial services recommending that

15   this defendant be detained pending trial as both a risk

16   of nonappearance and a danger to the community.

17       THE COURT:  All right.  You may proceed with your

18   argument.

19       MR. BRUNWIN:  Yes, your Honor.  I would just

20   underscore some of the assertions or conclusions in the

21   pretrial services report that support the fact this

22   defendant does not have an identifiable residence in the

23   community.  That is at Page 2 in the report.  No

24   available bail resources.

25           And, then, we get to multiple prior
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1  convictions.  I believe I counted seven or eight prior

2  convictions not counting the other contacts with law

3  enforcement.  Significant convictions.  On top of the

4  fact that the instant charges involve this defendant

5  being identified on multiple occasions in conversations,

6  wiretap conversations in which he was making arrangements

7  to purchase crack cocaine from co-conspirators in the

8  case.

9          So with that said, I don't believe -- I

10  believe pretrial services is correct in concluding that

11  there are no conditions, certainly none identified or a

12  combination of conditions which can mitigate the risk of

13  flight and the danger to the community posed by this

14  defendant.

15          THE COURT:  All right.  Thank you.

16          Mr. Eisner.

17      MR. EISNER:  All right.  Thank you, your Honor.

18          First, on the issue of flight, your Honor, I

19  want to point out a couple of things in the pretrial

20  services report and while I disagree with the opinion

21  there are some things in that report that are evidence of

22  the defendant's lack of risk of flight.  He is a high

23  school graduate.  Graduated from Van Nuys High School.

24          He is a citizen.  He doesn't have a passport.

25  There is no history of foreign travel.  They checked his

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    license.  He has a valid California Driver's License.

2    The address on there is in Lancaster, and that is where

3    his son lives or lived and where he had rented out a room

4    from his son.

5            The pretrial services report also on Page 6

6    reveals that there has been no warrants indicating that

7    there is no, I suppose, violation of orders from the

8    court not to appear.  At any rate, that is on Page 6.

9            I am mindful of the conduct that is alleged in

10   the indictment.  It is serious conduct.  Nonetheless, he

11   is defendant No. 31 here.  It is alleged, and from what I

12   can tell from the cheat sheet the government has

13   generously given me is that there are five occasions

14   where Mr. Ingram has ordered narcotics over the phone.

15   And that occurred over a one month period in 2013.

16           While I acknowledge it is serious conduct, it

17   doesn't appear to be violent.  It doesn't appear to be

18   dangerous.  And, again, I don't want to minimize in any

19   way the seriousness of the narcotic trade in the

20   community.  Nonetheless, that is what you have here

21   alleged against this defendant.

22           I am mindful also of the criminal history,

23   your Honor.  And there are prior convictions.  They are

24   not isolated criminal convictions, but I go down the list

25   of the -- and I count seven.  They are 33 years old.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    They are 30 years old.  They are 22 years old.  They are

2    21 years old, 15 years old, 14 years old.  And the most

3    recent one is 13 years ago in 2001 for misdemeanor

4    possession of alcohol or DUI regarding alcohol.

5           Again, I am not going to minimize someone's

6    history to too much of an extent, but, and I do note

7    there is a felony conviction that appears to be over 30

8    years ago.  But, nonetheless, that is serious.  But I am

9    asking your Honor to consider the remoteness of these

10   convictions that are indicated in the pretrial services

11   report.

12          I also note that there is arrests in the

13   report, but most of those arrests, your Honor, and I

14   understand perhaps an arrest carries some degree of --

15   well, it has something to do with the issue that is

16   before the court.  But, nonetheless, I am reading here

17   detention only, detention only, detention only, released

18   due to delay, exonerated, detention only, reasons

19   unknown, dismiss, lack of sufficient evidence, released,

20   detention only.  So I know that there are a lot of

21   arrests, and I know they are arrests for alleged criminal

22   conduct, but there has been no determination that those

23   arrests that the conduct alleged is true at all.

24          He is 50 years old, your Honor.  The pretrial

25   services report notes that he has 10 children, and, most

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   importantly, your Honor, it appears Mr. Ingram has had a

2   job for the last 27 years as a painter for the Department

3   of Transportation.  He informs me that he gets a paycheck

4   through them.  It is a steady paycheck.  It is 5- to

5   $6,000 per month, but, nonetheless, his child support,

6   his expenses eat that up pretty quickly.

7          Finally, your Honor, and this is not reflected

8   in the pretrial services report, but the defendant

9   informs me, Mr. Ingram informs me that his youngest son,

10  I'm sorry, his second youngest son, a 2-year-old Michael,

11  was diagnosed early in May with neuroblastoma, and that

12  is a type of cancer that Mr. Ingram informs me is a Stage

13  4 and it requires him to begin treatment immediately.

14         If your Honor is at all concerned with

15  reliability of that or the issue relating to that, I

16  can -- I would like to come back and call and confirm it

17  or verify it for your Honor if that is at all an issue.

18         And I realize that the report states that the

19  defendant is homeless.  And I submit, your Honor,

20  respectfully, that is not a flight issue.  That is

21  perhaps a financial issue.

22         He doesn't have bail resources.  That is

23  correct.  I ask that he be allowed to sign his own bond

24  in the amount of $50,000.  And for all those reasons, I

25  ask that he be allowed to be released pending the trial.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1        THE COURT:  All right.  Counsel, you get the last

 2   word.

 3        MR. BRUNWIN:  Your Honor, hopefully, just briefly,

 4   but just to respond to some of those statements that

 5   counsel has made, and I know he is arguing for his

 6   client, but it is just -- I mean, we have all been doing

 7   this far too long to know that when you say

 8   five occasions is the whole of your -- that he was

 9   identified in five overt acts transacting crack cocaine,

10   to say that that is the whole of his criminal conduct,

11   that is better summarized as five occasions when you got

12   caught because the wire was up and it caught you engaging

13   in what you do and what you have been doing for quite

14   some time.

15        And that said, the other statement he makes to

16   say that these are not violent offenses diminishes the

17   destructive significance of drug trafficking and when

18   someone is engaged in multiple drug transactions, has

19   been engaged in drug trafficking for an extensive period

20   of time, they are very dangerous to the community.  And

21   that is why they are being prosecuted.

22        Counsel wants to refute the status of his

23   arrest contacts.  The government didn't really argue his

24   arrests although there are many listed in the PSR.  His

25   criminal history, the established convictions themselves
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   show someone, frankly, who has not been amenable to

2   second chances or getting the message.

3         And, ultimately, we come back to the point at

4   Page 2 in the presentence report that there are no bail

5   resources, and there is nothing put forth to mitigate the

6   danger and risk to flight of this defendant.  While

7   defense counsel wants to say he is not a risk of flight,

8   I would say that he has not previously been in a

9   situation like this where he is facing a very extensive,

10  finally facing a very extensive amount of prison time for

11  the offense conduct.  And that changes the range of

12  considerations considerably and puts forth a presumption

13  in this case that he is both a danger and a risk of

14  flight which has not been mitigated in this case.

15        THE COURT:  All right.  Thank you, counsel.

16        I am going to order detention.  I find that

17  there are no condition or combination of conditions that

18  would reasonably assure the appearance of the defendant

19  as required and or the safety of any person or the

20  community.  I further find that the defendant has not

21  rebutted by sufficient evidence to the contrary the

22  presumption provided by statute.

23        I have considered the nature and circumstances

24  of the offense, the weight of the evidence against the

25  defendant.  The history and characteristics of the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    defendant and the nature and seriousness of the danger to

2    any person or to the community.  I have also considered

3    the argument of counsel at the hearing and the pretrial

4    services report and its recommendation as well as the

5    indictment.

6              I am basing my finding as to flight risk on

7    lack of bail resources, prior parole violation and the

8    address discrepancies and, with respect to danger, the

9    criminal history and then the allegations in the

10   indictment.

11             And so would the clerk please proceed with the

12   post indictment arraignment.

13        THE CLERK:  Is Anthony Ingram your true name?

14        THE DEFENDANT:  Yes.

15        THE CLERK:  Did you hear and understand the

16   statements of this court pertaining to your rights and

17   the appointment of counsel?

18        THE DEFENDANT:  Yes.

19        THE CLERK:  Did you see and sign a statement of

20   your rights?

21        THE DEFENDANT:  Yes.

22        THE CLERK:  Did you receive a copy of the

23   indictment?

24        THE DEFENDANT:  Yes.

25        THE CLERK:  Do you understand the substance of the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    charges pending against you?

2          THE DEFENDANT:  Yes.

3          THE COURT:  Let the record reflect the defendant

4    has answered each of the questions in the affirmative.

5          THE CLERK:  This case has been randomly assigned

6    to Judge S. James Otero.  Judge Otero has asked us to

7    take a not guilty plea.

8               Anthony Ingram, how do you plead to the

9    charges?

10         THE DEFENDANT:  Not guilty.

11         THE CLERK:  Jury trial set for August 8, 2014, at

12   9:00 a.m.  Judge Otero's court clerk will refer counsel

13   to the court's standing order found on the court's

14   website under Judge Otero's procedures and schedules.

15   The parties are directed to review Judge Otero's standing

16   order for updates and modifications.  Judge Otero is

17   located in Courtroom 1, Second Floor, in the Los Angeles

18   Spring Street courthouse.

19         THE COURT:  The defendant is ordered to appear on

20   the date and time as specified by the court clerk and in

21   the meantime is remanded to the custody of the United

22   States Marshal.

23              Anything further?

24         MR. BRUNWIN:  Nothing further at this time, your

25   Honor.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1            THE COURT:  Thank you.

 2            (The next defendant approached the lecturn.)

 3            THE CLERK:  Calling Case CR 14-338, United

 4    Stateses of America versus Johnnie Leggett.

 5                 Appearances, please.

 6            MR. BRUNWIN:  Christopher Brunwin again for the

 7    United States and, again, good afternoon.

 8            THE COURT:  Good afternoon again.

 9            MR. GRIGGS:  Good afternoon, your Honor.

10    Alexander Griggs seeking appointment on behalf of

11    Mr. Leggett.

12            THE COURT:  Good afternoon.

13                 Is your true name Johnnie Leggett?

14            THE DEFENDANT:  Yes, your Honor.

15            THE COURT:  Did you sign the financial affidavit?

16            THE DEFENDANT:  Yes, sir.

17            THE COURT:  Are the statements contained in the

18    financial affidavit true to the best of your knowledge

19    and belief?

20            THE DEFENDANT:  Yes, sir.

21            THE COURT:  The court has reviewed the financial

22    affidavit, finds it appropriate to appoint counsel and

23    will appoint Mr. Griggs to represent the defendant.

24            MR. GRIGGS:  Thank you.

25            THE COURT:  You are welcome.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              Mr. Leggett, have you received and read the
 2    indictment which has been brought against you?
 3         THE DEFENDANT:  Portions of it.
 4         THE COURT:  Have you read the portions that relate
 5    to the charges against you?
 6         THE DEFENDANT:  Yes, your Honor.
 7         THE COURT:  I am not asking you to admit or deny
 8    the truth of the charges, but do you understand what it
 9    is the government claims that you did?
10         THE DEFENDANT:  Yes, your Honor.
11         THE COURT:  The government has filed a written
12    notice of request for detention.
13              What is defendant's position with respect to
14    detention?
15         MR. GRIGGS:  Submitted at this juncture.
16         THE COURT:  All right.  The court will enter an
17    order of detention without prejudice at this time.
18              Would the clerk please proceed with the post
19    indictment arraignment.
20         THE CLERK:  Is Johnnie Leggett your true name?
21         THE DEFENDANT:  Yes, sir.
22         THE CLERK:  Did you hear and understand the
23    statements of this court pertaining to your rights and
24    the appointment of counsel?
25         THE DEFENDANT:  Yes, sir.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    THE CLERK:  Did you see and sign a statement of

2    your rights?

3    THE DEFENDANT:  Yes, sir.

4    THE CLERK:  Did you receive a copy of the

5    indictment?

6    THE DEFENDANT:  Yes, sir.

7    THE CLERK:  Do you understand the substance of the

8    charges pending against you?

9    THE DEFENDANT:  Yes.

10   THE COURT:  Let the record reflect the defendant

11   has answered each of the questions in the affirmative.

12   THE CLERK:  This case has been randomly assigned

13   to Judge S. James Otero.  Judge Otero has asked to take a

14   not guilty plea.

15   Johnnie Leggett, how do you plead to the

16   charges?

17   THE DEFENDANT:  Not guilty.

18   THE CLERK:  Jury trial set for August 12th, 2014,

19   at 9:00 a.m..  Judge Otero's court clerk will refer

20   counsel to the court's standing order found on the

21   court's website under Judge Otero's procedures and

22   schedules.  The parties are directed to review Judge

23   Otero's standing order for updates and modifications.

24   Judge Otero is located in Courtroom 1, Second Floor, in

25   the Los Angeles Spring Street courthouse.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE COURT:  Defendant is ordered to appear at the

 2   date and time as specified by the court clerk and in the

 3   mean time is remanded to the custody of the United States

 4   Marshal.

 5          MR. GRIGGS:  Thank you, your Honor.

 6        (The next defendant approached the lecturn.)

 7          THE CLERK:  Calling Case CR 14-338, United States

 8   of America versus Leland Webster.

 9             Appearances, please.

10          MR. BRUNWIN:  Christopher Brunwin again for the

11   United States, and, again, good afternoon.

12          MS. CHAHIN:  Good afternoon, your Honor.  Sonia

13   Chahin on behalf of Leland Webster who is present in

14   custody and seeking appointment of counsel.

15          THE COURT:  Good afternoon.

16             Is your true name Leland Webster?

17          THE DEFENDANT:  Yes, sir.

18          THE COURT:  Did you sign the financial affidavit.

19          THE DEFENDANT:  Yes, sir.

20          THE COURT:  Are the statements contained in the

21   financial affidavit true to the best of your knowledge

22   and belief?

23          THE DEFENDANT:  Yes, sir.

24          THE COURT:  The court has reviewed the financial

25   affidavit, finds it appropriate to appoint counsel and
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    will appoint Ms. Chahin to represent the defendant.

 2         MS. CHAHIN:  Thank you, your Honor.

 3         THE COURT:  You are welcome.

 4              Mr. Webster, have you received and read the

 5    indictment which has been brought against you?

 6         THE DEFENDANT:  Yes, sir.

 7         THE COURT:  I am not asking you to admit or deny

 8    the truth of the charges, but do you understand what it

 9    is the government claims that you did?

10         THE DEFENDANT:  Yes, sir.

11         THE COURT:  The government has filed a written

12    notice of request for detention.

13              What is defendant's position with respect to

14    detention?

15         MS. CHAHIN:  Your Honor, I would request that the

16    matter be put over until Thursday at 1:30 so that I can

17    attempt to locate a surety.

18         THE COURT:  All right.  Is that available to the

19    government?

20         MR. BRUNWIN:  Yes, your Honor.

21         THE COURT:  All right.  The detention hearing will

22    be continued to Thursday at 1:30, and that is June 19.

23    And that will be in the Spring Street courthouse on the

24    Ninth Floor, Courtroom E.  The defendant is ordered to

25    appear on that date and time.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              In the meantime, we will proceed with the post
 2   indictment arraignment now.
 3         MS. CHAHIN:  Thank you, your Honor.
 4         THE CLERK:  Is Leland Webster your true name?
 5         THE DEFENDANT:  Yes, sir.
 6         THE CLERK:  Did you hear and understand the
 7   statements of this court pertaining to your rights and
 8   the appointment of counsel?
 9         THE DEFENDANT:  Yes, sir.
10         THE CLERK:  Did you see and sign a statement of
11   your rights?
12         THE DEFENDANT:  Yes, sir.
13         THE CLERK:  Did you receive a copy of the
14   indictment?
15         THE DEFENDANT:  Yes, sir.
16         THE CLERK:  Do you understand the substance of the
17   charges pending against you?
18         THE DEFENDANT:  Yes, sir.
19         THE COURT:  Let the record reflect the defendant
20   has answered each of the questions in the affirmative.
21         THE CLERK:  This case has been randomly assigned
22   to Judge S. James Otero.  Judge Otero has asked to take a
23   not guilty plea.
24              Leland Webster, how do you plead to the
25   charges?
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE DEFENDANT:  Not guilty, sir.

 2          THE CLERK:  Jury trial set for August 12th, 2014,

 3   at 9:00 a.m..  Judge Otero's court clerk will refer

 4   counsel to the court's standing order found on the

 5   court's website under Judge Otero's procedures and

 6   schedules.

 7              The parties are directed to review Judge

 8   Otero's standing order for updates and modifications.

 9   Judge Otero is located in Courtroom 1, Second Floor, in

10   the Los Angeles Spring Street courthouse.

11          THE COURT:  The defendant is ordered to appear on

12   the date and time as specified by the court clerk and in

13   the meantime is remanded to the custody of the United

14   States Marshal.

15              Is there anything further?

16          MR. BRUNWIN:  Nothing further at this time as to

17   this defendant.

18          RIGHT1:  Thank you, your Honor.

19          THE COURT:  All right.  Thank you.

20          (Recess from 4:38 to 4:53 p.m.)

21          THE CLERK:  Recalling case CR 14-338, United

22   States of America versus Kevin Campbell.

23          MS. SHAY:  Christopher Brunwin again for the

24   United States and again approaching good evening, your

25   Honor.
```

```
 1          THE COURT:  Good evening.

 2          MR. SWARTH:  Good afternoon, your Honor, and thank

 3   you for the indulgence of the second call.

 4              Peter Swarth on behalf of Mr. Campbell.  He is

 5   present in court in custody.  Your Honor, what we would

 6   like to do if the court would permit is schedule a

 7   detention hearing.  I understand the court would prefer

 8   the morning and that Friday may be available.  We would

 9   ask for Friday at 10:00 o'clock.

10          THE COURT:  All right.  Is that okay with the

11   government?

12          MR. BRUNWIN:  That is acceptable to the

13   government, your Honor.

14          THE COURT:  Okay.  So the detention hearing will

15   be continued to Friday, June 20 at 10:00 a.m., and that

16   will be in Courtroom E on the Ninth Floor of the Spring

17   Street courthouse.

18              The defendant is ordered to appear at that

19   date and time and in the meantime is remanded to the

20   custody of the United States Marshal.

21              Anything further?

22          MS. CHAHIN:  No, your Honor.  Thank you.

23          THE COURT:  All right.  Thank you.

24          MR. BRUNWIN:  Thank you.

25          (Proceedings concluded.)
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1                      CERTIFICATE

 2

 3

 4    I hereby certify that pursuant to Section 753, Title 28,

 5    United States Code, the foregoing is a true and correct

 6    transcript of the stenographically reported proceedings held

 7    in the above-entitled matter and that the transcript page

 8    format is in conformance with the regulations of the

 9    Judicial Conference of the United States.

10    Date:  October 27, 2017

11

12     /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

MR. BRUNWIN: [16]   28/11
31/16 33/5 35/10 36/25 39/18
41/9 41/18 46/2 49/23 50/5
53/9 54/19 56/15 57/11 57/23
MR. CALLAHAN: [4]   14/2
14/17 15/6 16/22
MR. EISNER: [4]   39/21 40/12
41/3 42/16
MR. FRYE: [3]   25/6 25/21
28/5
MR. GRIGGS: [4]   50/8 50/23
51/14 53/4
MR. HARRIS: [4]   20/24 21/17
23/5 24/22
MR. MCNICHOLAS: [5]   17/6
18/8 18/17 18/22 20/16
MR. NEWMAN: [3]   4/11 5/1
5/16
MR. NICOLAYSEN: [3]   28/13
29/2 29/18
MR. ROBINSON: [3]   10/20
10/24 13/20
MR. SHANNON: [9]   35/13
35/17 36/5 36/18 36/23 37/5
38/23 39/8 39/10
MR. SWARTH: [8]   31/19 32/9
32/25 33/7 33/10 33/15 35/3
57/1
MS. CHAHIN: [5]   53/11 54/1
54/14 55/2 57/21
MS. JACKS: [1]   7/17
MS. SHAY: [17]   4/8 7/8 7/14
10/10 10/17 13/19 13/25
16/21 17/3 18/12 18/21 20/15
20/21 24/23 25/3 28/6 56/22
RIGHT1: [7]   8/6 8/18 11/12
12/1 26/9 31/9 56/17
THE CLERK: [105]
THE COURT: [183]
THE DEFENDANT: [159]

$

$50,000 [1]   45/24
$6,000 [1]   45/5

—

-and [1]   2/5

/

/s [1]   59/12

1

10 [1]   44/25
10:00 a.m [2]   37/7 57/15
10:00 o'clock [2]   37/4 57/9
112 [1]   2/21
11:00 [1]   18/19
11:00 a.m [1]   18/25
11:00 o'clock [1]   18/20
12 [3]   9/23 13/7 27/18
12th [9]   6/20 16/9 20/3
24/10 30/23 34/18 38/14
52/18 56/2
13 [1]   44/3
14 [1]   44/2
14-338 [15]   1/8 4/6 7/12
10/15 13/23 17/1 20/19 25/1
28/9 31/14 35/8 39/16 50/3
53/7 56/21
14401 [1]   2/21
15 [1]   44/2
17 [2]   1/15 4/1
19 [2]   18/25 54/22
1:30 [2]   54/16 54/22
1:30 p.m [1]   18/10
1st [1]   1/20

2

2-year-old [1]   45/10
20 [1]   57/15
200 [1]   3/12
2001 [1]   44/3
2013 [1]   43/15
2014 [15]   1/15 4/1 6/20 9/23
13/7 16/9 20/3 24/10 27/18
30/23 34/18 38/14 49/11
52/18 56/2
2017 [1]   59/10
20th [3]   36/23 36/24 37/8
21 [1]   44/2
21515 [1]   2/24
22 [1]   44/1
2222 [1]   3/3
225 [1]   3/9
27 [2]   45/2 59/10
27240 [1]   3/12
278 [1]   3/3
2785 [1]   2/12
28 [1]   59/4
298 [1]   2/12
2:47 [1]   4/2

3

30 [2]   44/1 44/7
300 [1]   3/9
31 [1]   43/11
312 [1]   2/5
315 [1]   2/18
33 [1]   43/25
338 [15]   1/8 4/6 7/12 10/15
13/23 17/1 20/19 25/1 28/9
31/14 35/8 39/16 50/3 53/7
56/21
350 [1]   1/20

4

401 [1]   2/9
4311 [1]   1/20
464 [2]   3/15 3/18
4:38 [1]   56/20
4:53 [1]   56/20

5

50 [1]   44/24
557 [1]   3/6

6

6520 [1]   3/6

7

730 [1]   2/24
753 [1]   59/4

8

801 [1]   2/18
8:30 [1]   18/19
8th [1]   2/18

9

90012 [2]   1/21 2/6
90014 [1]   2/18
90254 [1]   2/16
90277 [2]   3/16 3/19
90503 [1]   2/24
90505 [1]   2/13
91011 [1]   3/4
91101 [1]   3/10
91105 [1]   2/10
91307 [1]   3/7
91355 [1]   3/13
91401 [1]   2/21
9858 [2]   1/19 59/12
987 [1]   2/11
9:00 a.m [13]   6/21 9/24 13/8
16/10 20/4 24/11 27/19 30/24

34/19 38/15 49/12 52/19 56/3

A

a.m [16]   6/21 9/24 13/8
16/10 18/25 20/4 24/11 27/19
30/24 34/19 37/7 38/15 49/12
52/19 56/3 57/15
aappointment [1]   12/13
about [2]   22/2 33/14
above [1]   59/7
above-entitled [1]   59/7
acceptable [1]   57/12
acknowledge [1]   43/16
acts [1]   46/9
actually [1]   18/18
addition [1]   39/2
address [2]   43/2 48/8
admit [12]   5/10 8/12 11/20
14/25 18/2 22/23 26/2 29/11
36/11 40/21 51/7 54/7
admitting [1]   32/18
affidavit [39]
affirmative [13]   6/14 9/16
12/25 16/3 19/22 24/4 27/11
30/16 34/11 38/7 49/4 52/11
55/20
afternoon [48]
again [19]   14/2 20/24 25/6
31/19 35/11 35/13 39/19
39/20 39/21 39/25 43/18 44/5
50/6 50/7 50/8 53/10 53/11
56/23 56/24
against [35]
ago [2]   44/3 44/8
al [1]   1/9
Alan [2]   2/20 39/22
alcohol [2]   44/4 44/4
Alexander [3]   2/11 2/12
50/10
all [39]
allegations [2]   32/19 48/9
alleged [5]   43/9 43/11 43/21
44/21 44/23
allowed [2]   45/23 45/25
also [5]   41/13 43/5 43/22
44/12 48/2
although [1]   46/24
am [22]   5/10 8/12 10/23
11/20 14/25 18/2 22/2 22/22
22/23 26/2 29/11 36/11 40/21
43/9 43/22 44/5 44/8 44/16
47/16 48/6 51/7 54/7
amenable [1]   47/1
America [15]   1/6 4/7 7/13
10/16 13/24 17/2 20/20 25/2
28/10 31/15 35/9 39/17 50/4
53/8 56/22
amount [2]   45/24 47/10
Amy [2]   2/17 7/18
ANGELES [18]   1/14 1/21 2/6
2/18 4/1 7/3 10/4 13/13
16/16 20/10 24/17 27/24 31/5
34/25 38/21 49/17 52/25
56/10
answered [13]   6/14 9/16
12/25 16/3 19/22 24/4 27/10
30/16 34/11 38/7 49/4 52/11
55/20
Anthony [4]   39/17 40/1 48/13
49/8
Antonio [5]   13/24 14/4 14/7
15/12 16/7
Antroine [4]   10/16 11/1 12/8
13/4
any [7]   22/23 29/12 32/18
43/8 43/18 47/19 48/2
anything [11]   7/8 10/10
13/19 16/21 20/15 24/22 28/5
39/10 49/23 56/15 57/21

**A**

appear [20]   7/4 10/6 13/15
16/17 19/3 20/11 24/18 28/1
31/6 35/1 37/9 38/23 43/8
43/17 43/17 49/19 53/1 54/25
56/11 57/18
appearance [6]   7/14 10/17
28/11 35/10 39/18 47/18
APPEARANCES [10]   2/1 3/1 4/8
13/25 17/3 20/21 25/3 31/16
50/5 53/9
appearing [1]   31/21
appears [3]   39/2 44/7 45/1
applicable [2]   5/8 11/18
appoint [25]   4/24 4/25 8/5
8/6 11/11 11/12 14/16 14/17
17/21 21/15 21/16 25/20
25/21 29/1 29/2 32/8 32/9
36/4 36/5 40/10 40/11 50/22
50/23 53/25 54/1
appointment [26]   4/13 6/2
7/19 9/4 10/23 14/4 15/16
17/8 17/20 19/10 21/2 23/17
25/8 26/19 28/15 30/4 31/22
33/24 35/15 37/20 39/24
48/17 50/10 51/24 53/14 55/8
Appreciate [1]   35/4
approached [10]   7/11 10/14
13/22 16/25 20/18 24/25 35/7
39/15 50/2 53/6
approaching [1]   56/24
appropriate [13]   4/24 8/5
11/11 14/16 17/20 21/15
25/20 29/1 32/8 36/4 40/10
50/22 53/25
are [65]
argue [1]   46/23
arguing [1]   46/5
argument [2]   41/18 48/3
arraignment [14]   5/21 8/23
12/7 15/11 19/5 23/10 26/14
29/24 33/15 33/18 37/14
48/12 51/19 55/2
arrangements [1]   42/6
arrest [2]   44/14 46/23
arrests [6]   44/12 44/13
44/21 44/21 44/23 46/24
arrives [1]   39/4
as [23]   7/5 10/7 16/18 20/12
24/19 28/2 31/7 33/14 33/14
35/2 39/7 39/7 41/15 45/2
46/11 47/19 48/4 48/4 48/6
49/20 53/2 56/12 56/16
ask [3]   45/23 45/25 57/9
asked [14]   6/16 9/18 13/2
16/5 18/9 19/24 24/6 27/13
30/18 34/13 38/9 49/6 52/13
55/22
asking [14]   5/10 8/12 11/20
14/25 18/2 22/22 22/23 26/2
29/11 36/11 40/21 44/9 51/7
54/7
assertions [2]   22/3 41/20
assigned [13]   6/15 9/17 13/1
16/4 19/23 24/5 27/12 30/17
34/12 38/8 49/5 52/12 55/21
assure [1]   47/18
asthma [1]   39/3
attempt [1]   54/17
ATTORNEY'S [1]   2/4
August [13]   6/20 9/23 13/7
16/9 20/3 24/10 27/18 30/23
34/18 38/14 49/11 52/18 56/2
August 12 [3]   9/23 13/7
27/18
August 12th [4]   6/20 16/9
20/3 52/18
August 8 [1]   49/11

**A**

AUSA [2]   2/4 2/5
available [1]   47/12
avoid [3]   45/24 47/1
54/18 57/8
Avenue [3]   2/9 3/6 3/9

**B**

back [2]   45/16 47/3
background [1]   33/3
bail [4]   41/24 45/22 47/4
48/7
basing [1]   48/6
be [27]   18/10 18/12 18/15
18/19 18/20 18/24 19/1 33/4
33/12 37/10 39/2 39/7 39/8
41/4 41/15 43/17 43/17 44/7
45/23 45/25 45/25 54/16
54/22 54/23 57/8 57/15 57/16
Beach [3]   2/16 3/16 3/19
because [1]   46/12
been [32]
before [2]   25/9 44/16
begin [1]   45/13
behalf [9]   7/19 14/4 17/8
21/1 25/8 39/23 50/10 53/13
57/4
being [2]   42/5 46/21
belief [15]   4/21 8/2 11/8
14/13 17/17 21/10 21/12
21/13 25/17 28/23 32/5 36/1
40/7 50/19 53/22
believe [4]   36/22 42/1 42/9
42/10
best [13]   8/1 11/7 14/12
17/16 21/9 21/11 25/16 28/22
32/4 35/25 40/6 50/18 53/21
better [2]   18/15 46/11
bond [1]   45/23
both [2]   41/15 47/13
Boulevard [4]   2/24 3/3 3/15
3/18
Box [1]   2/15
Brian [3]   2/14 2/15 4/12
briefly [1]   46/3
brought [13]   5/5 8/10 11/16
14/21 17/24 21/21 25/25 29/6
32/13 36/9 40/16 51/2 54/5
BRUNWIN [8]   2/5 28/12 31/18
35/11 39/19 50/6 53/10 56/23

**C**

CA [14]   1/21 2/6 2/10 2/13
2/16 2/18 2/21 2/24 3/4 3/7
3/10 3/13 3/16 3/19
CALIFORNIA [4]   1/2 1/14 4/1
43/1
call [4]   33/2 35/3 45/16
57/3
Callahan [4]   3/8 3/9 14/4
14/17
Calling [13]   4/6 7/12 10/15
13/23 17/1 20/19 25/1 28/9
31/14 35/8 39/16 50/3 53/7
CAMPBELL [9]   3/5 31/15 31/21
31/24 32/12 33/20 34/15
56/22 57/4
can [7]   33/10 37/12 39/6
42/12 43/12 45/16 54/16
Canada [1]   3/4
cancer [1]   45/12
care [1]   37/12
carries [1]   44/14
CAS [1]   1/8
case [32]
caught [2]   46/12 46/12
CENTRAL [1]   1/2
certainly [1]   42/11
CERTIFICATE [1]   59/1
certify [1]   59/4

**C**

Chahin [4]   3/2 3/3 53/13
53/13
chances [1]   47/2
changes [1]   47/11
characteristics [1]   47/25
charges [47]
charging [1]   41/11
cheat [1]   43/12
checked [1]   42/25
child [1]   45/5
children [1]   44/25
CHRISTINA [8]   2/4 4/9 7/15
10/18 14/1 17/4 20/22 25/4
CHRISTOPHER [8]   2/5 28/12
31/18 35/11 39/19 50/6 53/10
56/23
circumstances [1]   47/23
citizen [1]   42/24
claiming [2]   22/19 22/25
claims [12]   5/12 8/14 11/22
15/2 18/4 26/4 29/13 32/20
36/13 40/23 51/9 54/9
clerk [35]
client [2]   33/4 46/6
co [1]   42/7
co-conspirators [1]   42/7
Coast [1]   2/12
cocaine [2]   42/7 46/9
Code [1]   59/5
combination [2]   42/12 47/17
come [3]   23/12 45/16 47/3
coming [1]   18/25
community [7]   41/16 41/23
42/13 43/20 46/20 47/20 48/2
concerned [1]   45/14
concluded [1]   57/25
concluding [1]   42/10
conclusions [1]   41/20
condition [1]   47/17
conditions [3]   42/11 42/12
47/17
conduct [7]   43/9 43/10 43/16
44/22 44/23 46/10 47/11
confer [2]   22/15 27/7
Conference [1]   59/9
confirm [1]   45/16
conformance [1]   59/8
consider [2]   35/3 44/9
considerably [1]   47/12
considerations [1]   47/12
considered [2]   47/23 48/2
conspirators [1]   42/7
Cont'd [1]   3/1
contacts [2]   42/2 46/23
contained [12]   7/25 11/6
14/11 17/15 21/8 25/15 28/21
32/3 35/24 40/5 50/17 53/20
continue [1]   19/4
continued [3]   18/12 54/22
57/15
contrary [1]   47/21
conversations [2]   42/5 42/6
conviction [1]   44/7
convictions [7]   42/1 42/2
42/3 43/23 43/24 44/10 46/25
coordinator [1]   18/15
copy [14]   6/7 9/9 12/18
15/21 19/15 23/22 26/24 30/9
34/4 36/8 37/25 48/22 52/4
55/13
correct [3]   42/10 45/23 59/5
counsel [57]
count [1]   43/25
counted [1]   42/1
counting [1]   42/2
couple [1]   42/19
court [76]
court's [26]   6/22 6/23 9/25
9/25 13/9 13/9 16/11 16/12

## C

court's... [18]  20/5 20/6
24/12 24/13 27/20 27/20
30/25 31/1 34/20 34/21 38/16
38/17 49/13 49/13 52/20
52/21 56/4 56/5
courthouse [17]  7/3 10/5
13/14 16/16 19/2 20/10 24/17
27/25 31/5 34/25 37/10 38/21
49/18 52/25 54/23 56/10
57/17
courtroom [18]  7/2 10/4
13/13 16/15 19/1 19/2 20/9
24/16 27/24 31/4 34/24 37/11
38/20 49/17 52/24 54/24 56/9
57/16
CR [15]  1/8 4/6 7/12 10/15
13/23 17/1 20/19 25/1 28/9
31/14 35/8 39/16 50/3 53/7
56/21
crack [2]  42/7 46/9
criminal [6]  43/22 43/24
44/21 46/10 46/25 48/9
CRR [1]  59/12
CSR [2]  1/19 59/12
custody [21]  7/6 10/8 13/17
14/5 16/19 17/9 20/13 24/20
25/9 28/3 28/16 31/8 31/22
35/16 39/14 49/21 53/3 53/14
56/13 57/5 57/20

## D

danger [6]  41/16 42/13 47/6
47/13 48/1 48/8
dangerous [2]  43/18 46/20
date [18]  7/5 10/7 13/16
16/18 19/4 20/12 24/19 28/2
31/7 35/2 37/9 38/23 49/20
53/2 54/25 56/12 57/19 59/10
defendant [85]
defendant's [14]  5/15 8/17
12/1 15/6 18/7 23/4 26/8
29/17 32/24 36/17 41/2 42/22
51/13 54/13
defense [3]  18/13 18/16 47/7
defer [1]  33/1
degree [1]  44/14
delay [1]  41/18
deny [11]  5/10 8/12 11/20
14/25 18/2 26/2 29/11 36/11
40/21 51/7 54/7
DEPARTMENT [2]  2/3 45/2
destructive [1]  46/17
detained [1]  41/16
detention [51]
determination [1]  44/22
diagnosed [1]  45/11
did [83]
didn't [1]  46/23
diminishes [1]  46/16
directed [13]  6/25 10/2
13/11 16/13 20/7 24/14 27/22
31/2 34/22 38/18 49/15 52/22
56/7
disagree [1]  42/20
discrepancies [1]  48/8
discuss [3]  22/7 22/14 27/6
dismiss [1]  44/19
DISTRICT [2]  1/1 1/2
DIVISION [1]  1/2
do [46]
doctor [1]  39/4
does [1]  41/22
doesn't [4]  42/24 43/17
43/17 45/22
doing [2]  46/6 46/13
don't [4]  22/13 33/5 42/9
43/18

down [1]  43/24
driver's [1]  21/6
drug [3]  46/17 46/18 46/19
due [1]  44/18
DUI [1]  44/4

## E

E-278 [1]  3/3
each [13]  6/14 9/16 12/25
16/3 19/22 24/4 27/10 30/16
34/11 38/7 49/4 52/11 55/20
earliest [1]  18/19
early [1]  45/11
East [1]  2/18
eat [1]  45/6
Edward [2]  2/23 10/21
eight [1]  42/1
eight prior [1]  42/1
Eisner [5]  2/20 2/20 39/23
40/11 42/16
Elizabeth [1]  3/2
Elliott [4]  28/10 28/17
29/25 30/20
else [1]  39/10
end [1]  33/10
enforcement [1]  42/3
engaged [2]  46/18 46/19
engaging [1]  46/12
enter [8]  5/18 8/20 12/4
15/8 23/7 26/11 29/21 51/16
entirety [1]  32/14
entitled [1]  59/7
established [1]  46/25
et [1]  1/9
evening [1]  56/24 57/1
evidence [5]  36/20 42/21
44/19 47/21 47/24
exonerated [1]  44/18
expecting [1]  33/2
expenses [1]  45/6
extensive [3]  46/19 47/9
47/10
extent [1]  44/6

## F

facility [1]  39/5
facing [2]  47/9 47/10
fact [2]  41/21 42/4
Fair [1]  2/9
far [1]  46/7
February [1]  39/1
felony [1]  44/7
filed [13]  5/14 8/16 11/24
15/4 18/6 23/2 26/6 29/15
32/22 36/15 40/25 51/11
54/11
finally [2]  45/7 47/10
financial [40]
find [2]  47/16 47/20
finding [1]  48/6
finds [13]  4/24 8/5 11/11
14/16 17/20 21/15 25/20 29/1
32/8 36/4 40/10 50/22 53/25
fine [2]  18/21 18/23
first [2]  41/7 42/18
five [4]  43/13 46/8 46/9
46/11
five occasions [2]  43/13
46/8
five overt [1]  46/9
flight [8]  42/13 42/18 42/22
45/20 47/6 47/7 47/14 48/6
floor [18]  2/6 7/2 10/4
13/13 16/15 19/2 20/9 24/16
27/24 31/4 34/24 37/11 38/20
49/17 52/24 54/24 56/9 57/16
foot [1]  39/1
Foothill [1]  3/3

foregoing [1]  59/5
foreign [1]  45/2
format [1]  59/8
forth [2]  47/5 47/12
found [13]  6/22 9/25 13/9
16/11 20/5 24/12 27/20 30/25
34/20 38/16 49/13 52/20 56/4
frankly [1]  47/1
FREDERICK [1]  1/3
Friday [7]  36/21 36/23 36/24
37/7 57/8 57/9 57/15
Frye [4]  2/8 2/9 25/8 25/21
further [18]  7/8 10/10 13/19
16/21 20/15 24/22 24/23 28/5
31/10 36/19 38/24 39/11
47/20 49/23 49/24 56/15
56/16 57/21

## G

gang [1]  18/14
generously [1]  43/13
get [2]  41/25 46/1
gets [1]  45/3
getting [1]  47/2
given [1]  43/13
go [1]  43/24
going [7]  5/17 19/1 33/5
37/4 39/8 44/5 47/16
good [47]
Gorin [1]  2/20
got [3]  22/20 39/3 46/11
government [39]
government's [1]  22/7
Gozod [1]  4/9
graduate [1]  42/23
Graduated [1]  42/23
Greg [1]  28/14
Gregory [2]  3/11 3/12
Griggs [4]  2/11 2/12 50/10
50/23
grounds [1]  33/5
guilty [27]  6/17 6/19 9/19
9/22 13/3 13/6 16/6 16/8
19/25 20/2 23/11 24/7 24/9
27/14 27/17 30/19 30/22
34/14 34/17 38/10 38/13 49/7
49/10 52/14 52/17 55/23 56/1

## H

had [4]  22/6 39/1 43/3 45/1
handled [1]  31/12
Harris [2]  21/1 21/16
has [94]
have [34]
Hawthorne [1]  2/24
he [37]
health [1]  38/25
hear [14]  5/25 9/2 12/11
15/14 19/8 23/15 26/17 30/2
33/22 37/18 41/6 48/15 51/22
55/6
heard [1]  41/4
hearing [8]  18/11 36/20 37/8
37/12 48/3 54/21 57/7 57/14
held [2]  39/8 59/6
here [4]  33/12 43/11 43/20
44/16
hereby [1]  59/4
Hermosa [1]  2/16
high [2]  42/22 42/23
Highway [1]  2/12
Hills [1]  3/7
him [3]  39/2 41/12 45/13
his [14]  39/1 42/25 43/3
43/4 45/5 45/6 45/9 45/10
45/23 46/5 46/10 46/22 46/23
46/24
history [6]  42/25 43/22 44/6

**H**

**history... [3]**   46/25  47/25  48/9
**homeless [1]**   45/19
**Honor [95]**
**HONORABLE [1]**   1/3
**hopefully [1]**   46/3
**how [13]**   6/18  9/20  13/4  16/7  20/1  24/8  27/15  30/20  34/15  38/11  49/8  52/15  55/24

**I**

**I'm [2]**   33/8  45/10
**identifiable [1]**   41/22
**identified [3]**   42/5  42/11  46/9
**immediately [1]**   45/13
**importantly [1]**   45/1
**indicated [1]**   44/10
**indicating [1]**   43/6
**indictment [43]**
**indulgence [1]**   57/3
**informs [4]**   45/3  45/9  45/9  45/12
**INGRAM [11]**   2/19  39/17  39/23  40/1  40/15  43/14  45/1  45/9  45/12  48/13  49/8
**instant [1]**   42/4
**involve [1]**   42/4
**is [190]**
**isolated [1]**   43/24
**issue [7]**   41/5  42/18  44/15  45/15  45/17  45/20  45/21
**issues [1]**   39/3
**it [66]**
**its [2]**   32/14  48/4

**J**

**Jacks [3]**   2/17  7/18  8/6
**James [13]**   6/16  9/18  13/2  16/5  19/24  24/6  27/13  30/18  34/13  38/9  49/6  52/13  55/22
**job [1]**   45/2
**John [3]**   3/14  3/17  17/7
**JOHNNIE [5]**   2/11  50/4  50/13  51/20  52/15
**Jr [2]**   3/8  3/9
**JUDGE [79]**
**Judicial [1]**   59/9
**juncture [2]**   8/19  51/15
**JUNE [6]**   1/15  4/1  18/25  37/8  54/22  57/15
**June 19 [2]**   18/25  54/22
**June 20 [1]**   57/15
**June 20th [1]**   37/8
**Jury [13]**   6/20  9/23  13/7  16/9  20/3  24/10  27/18  30/23  34/18  38/14  49/11  52/18  56/2
**just [8]**   18/14  22/2  22/23  23/12  41/19  46/3  46/4  46/6
**JUSTICE [1]**   2/3

**K**

**Kardon [1]**   2/23
**KATIE [2]**   1/19  59/12
**KEATON [7]**   2/14  4/7  4/13  4/16  5/4  5/23  6/18
**Kevin [5]**   31/15  31/24  33/20  34/15  56/22
**know [6]**   22/17  33/5  44/20  44/21  46/5  46/7
**knowledge [14]**   4/21  8/1  11/7  14/12  17/16  21/9  21/11  25/16  28/22  32/4  35/25  40/6  50/18  53/21

**L**

**La [1]**   3/4

**lack [3]**   42/22  44/19  48/7
**lacks [3]**
**Lamar [5]**   20/20  21/1  21/4  23/13  24/8
**Lancaster [1]**   43/2
**Lane [1]**   3/12
**last [2]**   45/2  46/1
**law [11]**   2/9  2/12  2/15  2/17  3/3  3/6  3/9  3/12  3/15  3/18  42/2
**lecturn [10]**   7/11  10/14  13/22  16/25  20/18  24/25  35/7  39/15  50/2  53/6
**LEE [7]**   3/14  17/2  17/8  17/11  17/23  19/6  20/1
**leg [1]**   39/1
**LEGGETT [7]**   2/11  50/4  50/11  50/13  51/1  51/20  52/15
**Leland [5]**   53/8  53/13  53/16  55/4  55/24
**Let [14]**   6/13  9/15  12/24  16/2  19/21  24/3  27/9  30/15  34/10  38/6  41/6  49/3  52/10  55/19
**let's [3]**   18/24  33/15  37/13
**license [2]**   43/1  43/1
**like [10]**   22/13  27/5  33/1  33/10  33/12  36/19  41/4  45/16  47/9  57/6
**list [1]**   43/24
**listed [1]**   46/24
**lived [1]**   43/3
**lives [1]**   43/3
**LLC [2]**   3/15  3/18
**LLP [1]**   2/20
**locate [1]**   54/17
**located [13]**   7/2  10/4  13/13  16/15  20/9  24/16  27/24  31/4  34/24  38/20  49/17  52/24  56/9
**long [3]**   33/12  33/14  46/7
**LOS [18]**   1/14  1/21  2/6  2/18  4/1  7/3  10/4  13/13  16/16  20/10  24/16  27/24  31/4  34/25  38/21  49/17  52/25  56/10
**lot [1]**   44/20

**M**

**made [2]**   32/16  46/5
**MAGISTRATE [1]**   1/4
**make [1]**   39/6
**makes [1]**   46/15
**making [1]**   42/6
**mandatory [1]**   41/13
**many [1]**   46/24
**Marshal [13]**   7/7  10/9  13/18  16/20  20/14  24/21  28/4  31/9  39/14  49/22  53/4  56/14  57/20
**martinez [8]**   1/9  2/8  25/2  25/8  25/11  25/24  26/15  27/15
**matter [5]**   17/25  18/18  38/25  54/16  59/7
**matters [1]**   31/12
**may [4]**   33/2  41/17  45/11  57/8
**McNicholas [6]**   3/14  3/15  3/17  3/18  17/8  17/21
**me [7]**   37/6  41/6  43/13  45/3  45/9  45/9  45/12
**mean [2]**   46/6  53/3
**meantime [15]**   7/6  10/8  13/17  16/19  19/4  20/13  24/20  28/3  31/8  37/13  39/13  49/21  55/1  56/13  57/19
**medical [1]**   39/3
**message [1]**   47/2
**Michael [2]**   35/14  45/10
**might [1]**   33/4
**mind [1]**   33/11
**mindful [2]**   43/9  43/22

**minimize [2]**   43/18  44/5
**minimum [2]**   41/13  41/16
**minute [1]**   27/5
**misdemeanor [1]**   44/3
**mitigate [2]**   42/12  47/5
**mitigated [1]**   47/14
**modification [1]**   13/12
**modifications [12]**   7/1  10/3  16/14  20/8  24/15  27/23  31/3  34/23  38/19  49/16  52/23  56/8
**moment [1]**   23/12
**month [2]**   43/15  45/5
**morning [4]**   18/14  18/15  36/21  57/8
**most [3]**   44/2  44/13  44/25
**Mr [1]**   39/23
**Mr. [39]**
**Mr. Callahan [1]**   14/17
**Mr. Campbell [3]**   31/21  32/12  57/4
**Mr. Eisner [2]**   40/11  42/16
**Mr. Frye [1]**   25/21
**Mr. Griggs [1]**   50/23
**Mr. Harris [1]**   21/16
**Mr. Ingram [5]**   40/15  43/14  45/1  45/9  45/12
**Mr. Keaton [1]**   5/4
**Mr. Lee [1]**   17/23
**Mr. Leggett [2]**   50/11  51/1
**Mr. Martinez [2]**   25/8  25/24
**Mr. McNicholas [1]**   17/21
**Mr. Newman [1]**   4/25
**Mr. Nicolaysen [1]**   29/2
**Mr. Robinson [1]**   11/12
**Mr. Shannon [1]**   36/5
**Mr. Swaffi [2]**   7/19  8/9
**Mr. Swarth [1]**   32/9
**Mr. Thomas [4]**   21/20  35/15  35/16  36/8
**Mr. Thomas' [1]**   38/25
**Mr. Tyars [2]**   10/22  11/15
**Mr. Webster [1]**   54/4
**Mr. West [1]**   14/20
**Mr. Whetstone [2]**   28/15  29/5
**Ms. [2]**   8/6  54/1
**Ms. Chahin [1]**   54/1
**Ms. Jacks [1]**   8/6
**much [2]**   14/18  44/6
**multiple [3]**   41/25  42/5  46/18
**MUMM [1]**   1/3
**my [6]**   19/1  21/11  31/22  33/3  33/4  48/6

**N**

**Nakawa [5]**   17/2  17/8  17/11  19/6  20/1
**name [26]**   4/15  5/23  7/20  8/25  11/1  12/9  14/7  15/12  17/11  19/6  21/4  23/13  25/11  26/15  28/17  29/25  31/24  33/20  35/20  37/16  40/1  48/13  50/13  51/20  53/16  55/4
**narcotic [1]**   43/19
**narcotics [1]**   43/14
**nature [3]**   22/11  47/23  48/1
**needs [1]**   39/4
**Neil [2]**   3/14  3/17
**neuroblastoma [1]**   45/11
**Newman [4]**   2/14  2/15  4/13  4/25
**next [11]**   7/11  10/14  13/22  16/25  20/18  24/25  35/3  35/7  39/15  50/2  53/6
**Nicolaysen [4]**   3/11  3/12  28/15  29/2
**ninth [4]**   19/2  37/10  54/24  57/16
**no [23]**   1/8  7/9  13/20  16/22

**N**

**no... [19]**   20/16 22/5 22/12
24/24 27/4 28/6 28/7 37/11
41/23 42/11 42/25 43/6 43/7
43/11 44/22 47/4 47/17 57/22
59/12
**nonappearance [1]**   41/16
**none [1]**   42/11
**nonetheless [5]**   43/10 43/20
44/8 44/16 45/5
**North [1]**   2/5
**not [57]**
**note [2]**   44/6 44/12
**notes [1]**   44/25
**nothing [8]**   10/11 16/23
24/23 31/10 39/11 47/5 49/24
56/16
**notice [13]**   5/15 8/17 11/25
15/5 18/7 23/3 26/7 29/16
32/23 36/16 41/1 51/12 54/12
**now [1]**   55/2
**Nuys [2]**   2/21 42/23

**O**

**o'clock [3]**   18/20 37/4 57/9
**Oaks [1]**   2/9
**objection [1]**   37/1
**occasions [4]**   42/5 43/13
46/8 46/11
**occurred [1]**   43/15
**October [1]**   59/10
**offense [3]**   41/11 47/11
47/24
**offenses [1]**   46/16
**OFFICE [4]**   2/4 2/9 3/15 3/18
**Offices [7]**   2/12 2/15 2/17
3/3 3/6 3/9 3/12
**Official [1]**   1/19
**Oh [1]**   23/1
**okay [5]**   22/6 22/13 37/7
57/10 57/14
**old [8]**   43/25 44/1 44/1 44/2
44/2 44/2 44/24 45/10
**one [3]**   38/24 43/15 44/3
**one further [1]**   38/24
**one is [1]**   44/3
**one month [1]**   43/15
**only [6]**   22/22 44/17 44/17
44/17 44/18 44/20
**opinion [1]**   42/20
**opportunity [2]**   22/6 36/20
**order [35]**
**ordered [18]**   7/4 10/6 13/15
16/17 19/3 20/11 24/18 28/1
31/6 35/1 37/9 38/22 43/14
49/19 53/1 54/24 56/11 57/18
**orders [1]**   43/7
**Otero [39]**
**Otero's [39]**
**other [4]**   31/12 39/3 42/2
46/15
**our [1]**   18/14
**out [5]**   22/1 22/21 36/20
42/19 43/3
**over [6]**   22/16 22/18 43/14
43/15 44/7 54/16
**overt [1]**   46/9
**own [1]**   45/23

**P**

**p.m [3]**   4/2 18/10 56/20
**Pacific [1]**   2/12
**page [5]**   41/23 43/5 43/8
47/4 59/7
**painter [1]**   45/2
**Palos [2]**   3/15 3/18
**parole [1]**   48/7
**partially [3]**   14/22 22/16

---

29/7
**parties [13]**   4/6 5/24 7/17
16/13 20/7 24/14 27/22 31/2
34/22 38/18 49/15 52/22 56/7
**parts [3]**   11/17 11/18 14/23
**Pasadena [2]**   2/10 3/10
**passport [1]**   42/24
**Patrick [4]**   7/13 7/21 8/25
9/20
**paycheck [2]**   45/3 45/4
**pending [16]**   6/11 9/13 12/22
15/25 19/19 22/11 24/1 27/3
30/13 34/8 38/4 41/15 45/25
49/1 52/8 55/17
**per [1]**   45/5
**perhaps [2]**   44/14 45/21
**period [2]**   43/15 46/19
**permit [1]**   57/6
**person [2]**   47/19 48/2
**pertaining [13]**   6/1 9/3
12/12 15/15 19/9 23/16 26/18
30/3 33/23 37/19 48/16 51/23
55/7
**Peter [4]**   3/5 3/6 31/20 57/4
**phone [1]**   43/14
**physician [1]**   39/8
**PLAINTIFF [1]**   1/7
**Platt [1]**   3/6
**plea [13]**   6/17 9/19 13/3
16/6 19/25 24/7 27/14 30/19
34/14 38/10 49/7 52/14 55/23
**plead [13]**   6/18 9/20 13/4
16/7 20/1 24/8 27/15 30/20
34/15 38/11 49/8 52/15 55/24
**please [22]**   4/8 5/20 7/14
8/22 10/17 12/6 13/25 15/10
17/3 20/21 23/9 25/3 26/13
28/11 31/16 33/17 35/10
39/18 48/11 50/5 51/18 53/9
**point [3]**   26/10 42/19 47/3
**portions [8]**   5/7 21/23 22/3
29/8 32/15 40/18 51/3 51/4
**posed [1]**   42/13
**position [13]**   5/16 8/18 12/1
15/6 18/8 23/4 26/8 29/17
32/24 36/17 41/2 51/13 54/13
**possession [1]**   44/4
**possible [1]**   39/7
**post [12]**   5/20 8/22 12/6
15/10 19/5 23/9 26/13 29/23
37/14 48/12 51/18 55/1
**postponed [1]**   18/10
**potential [1]**   41/13
**prefer [1]**   57/7
**prejudice [8]**   5/19 8/21 12/5
15/9 23/8 26/12 29/22 51/17
**prepared [1]**   12/2
**present [13]**   4/14 10/22 14/5
17/9 21/1 25/9 28/16 31/21
35/16 35/16 39/23 53/13 57/5
**presentence [1]**   47/4
**PRESIDING [1]**   1/4
**presumption [3]**   41/12 47/12
47/22
**pretrial [11]**   33/3 33/7
41/14 41/21 42/10 42/19 43/5
44/10 44/24 45/8 48/3
**pretty [1]**   45/6
**previously [1]**   47/8
**prior [4]**   41/25 42/1 43/23
48/7
**prison [1]**   47/10
**probably [1]**   39/4
**probation [1]**   33/5
**problem [1]**   39/2
**procedures [13]**   6/23 10/1
13/10 16/12 20/6 24/13 27/21
31/1 34/21 38/17 49/14 52/21
56/5

---

**proceed [14]**   5/20 8/22 12/6
15/10 19/5 23/9 26/13 29/23
33/17 37/13 41/17 48/11
51/18 55/1
**proceedings [3]**   1/13 57/25
59/6
**process [1]**   29/23
**proffer [1]**   41/8
**proffers [1]**   41/10
**prosecuted [1]**   46/21
**provided [1]**   47/22
**PSR [1]**   46/24
**purchase [1]**   42/7
**pursuant [1]**   59/4
**put [4]**   33/10 37/3 47/5
54/16
**puts [1]**   47/12

**Q**

**question [1]**   22/22
**questions [13]**   6/14 9/16
12/25 16/3 19/22 24/4 27/10
30/16 34/11 38/7 49/4 52/11
55/20
**quickly [1]**   45/6
**quite [1]**   46/13

**R**

**randomly [13]**   6/15 9/17 13/1
16/4 19/23 24/5 27/12 30/17
34/12 38/8 49/5 52/12 55/21
**range [1]**   47/11
**rate [1]**   43/8
**read [22]**   5/4 5/6 5/7 8/9
11/15 14/20 17/23 21/20
21/22 21/23 22/3 25/24 29/5
29/8 32/12 32/15 36/8 40/15
40/18 51/1 51/4 54/4
**reading [1]**   44/16
**realize [1]**   45/18
**really [1]**   46/23
**reasonably [1]**   47/18
**reasons [2]**   44/18 45/24
**rebutted [1]**   47/21
**Recalling [1]**   56/21
**receive [13]**   6/7 9/9 12/18
15/21 19/15 23/22 26/24 30/9
34/4 37/25 48/22 52/4 55/13
**received [14]**   5/4 8/9 11/15
14/20 17/23 18/14 21/20
21/22 29/5 32/12 36/8 40/15
51/1 54/4
**recent [1]**   44/3
**Recess [1]**   56/20
**recommendation [3]**   39/7
41/14 48/4
**recommending [1]**   41/14
**record [13]**   6/13 9/15 12/24
16/2 19/21 24/3 27/9 30/15
34/10 38/6 49/3 52/10 55/19
**Redondo [2]**   3/16 3/19
**refer [13]**   6/21 9/24 13/8
16/10 20/4 24/11 27/19 30/24
34/19 38/15 49/12 52/19 56/3
**reflect [13]**   6/13 9/15 12/24
16/2 19/21 24/3 27/9 30/15
34/10 38/6 49/3 52/10 55/19
**reflected [1]**   45/7
**refute [1]**   46/22
**regard [1]**   38/25
**regarding [1]**   44/4
**regulations [1]**   59/8
**relate [5]**   14/23 21/23 29/9
40/19 51/4
**related [1]**   22/4
**relating [2]**   32/15 45/15
**released [3]**   44/17 44/19
45/25

**R**

reliability [1]  45/15
remanded [13]  7/6 10/8 13/17
  16/19 20/13 24/20 28/3 31/8
  39/13 49/21 53/3 56/13 57/19
remoteness [1]  44/9
rented [1]  43/3
report [16]  33/2 33/6 33/9
  41/13 41/21 41/23 42/20
  42/21 43/5 44/11 44/13 44/25
  45/8 45/18 47/4 48/4
reported [1]  59/6
Reporter [1]  1/19
REPORTER'S [1]  1/13
represent [13]  4/25 8/6
  11/12 14/17 17/21 21/16
  25/21 29/2 32/9 36/5 40/11
  50/23 54/1
request [15]  5/15 8/17 11/25
  15/5 18/7 23/3 26/7 29/16
  32/23 36/16 41/1 41/9 51/12
  54/12 54/15
required [1]  47/19
requires [1]  45/13
residence [1]  41/22
resources [4]  41/24 45/22
  47/5 48/7
respect [14]  5/16 8/18 12/1
  15/6 18/8 23/4 26/8 29/17
  32/24 36/17 41/2 48/8 51/13
  54/13
respectfully [1]  45/20
respond [1]  46/4
reveals [1]  43/6
review [13]  6/25 10/2 13/11
  16/13 20/7 24/14 27/22 31/2
  34/22 38/18 49/15 52/22 56/7
reviewed [14]  4/23 8/4 11/10
  14/15 17/19 21/14 25/19
  28/25 32/7 33/9 36/3 40/9
  50/21 53/24
Richard [3]  3/8 3/9 14/4
Ricky [5]  4/7 4/13 4/16 5/23
  6/18
right [34]
rights [26]  6/1 6/5 9/3 9/7
  12/12 12/16 15/15 15/19 19/9
  19/13 23/16 23/20 26/18
  26/22 30/3 30/7 33/23 34/2
  37/19 37/23 48/16 48/20
  51/23 52/2 55/7 55/11
risk [9]  33/11 33/13 41/15
  42/12 42/22 47/6 47/7 47/13
  48/6
Robinson [4]  2/23 2/23 10/22
  11/12
room [1]  43/3
RPR [1]  59/12

**S**

safety [1]  47/19
said [2]  42/9 46/15
say [6]  33/5 46/7 46/10
  46/16 47/7 47/8
schedule [1]  57/6
schedules [13]  6/24 10/1
  13/10 16/13 20/7 24/14 27/21
  31/2 34/22 38/18 49/14 52/22
  56/6
school [2]  42/23 42/23
second [17]  7/2 10/4 13/13
  16/15 20/9 24/16 27/24 31/4
  33/2 34/24 38/20 45/10 47/2
  49/17 52/24 56/9 57/3
Section [1]  59/4
see [14]  6/4 9/6 12/15 15/18
  19/12 23/19 26/21 30/6 34/1
  37/22 39/4 48/19 52/1 55/10

**S** (continued)

seek [1]  36/20
seeking [15]  5/13 8/15 11/8
  14/4 17/8 21/1 25/8 28/15
  31/22 35/15 39/24 50/10
  53/14
seen [1]  39/7
Senior [8]  10/22 11/2 12/8
  13/4 35/9 35/19 37/15 38/11
sent [1]  39/5
sentence [1]  41/13
serious [3]  43/10 43/16 44/8
seriousness [2]  43/19 48/1
services [11]  33/3 33/7
  41/14 41/21 42/10 42/20 43/5
  44/10 44/25 45/8 48/4
set [14]  6/20 9/23 13/7 16/9
  18/24 20/3 24/10 27/18 30/23
  34/18 38/14 49/11 52/18 56/2
seven [2]  42/1 43/25
seven or [1]  42/1
Shannon [2]  35/15 36/5
SHAY [8]  2/4 4/10 7/16 10/18
  14/2 17/4 20/23 25/5
sheet [1]  43/12
show [1]  47/1
sign [27]  4/18 6/4 7/23 9/6
  11/4 12/15 14/9 15/18 17/13
  19/12 21/6 23/19 25/13 26/21
  28/19 30/6 32/1 34/1 35/22
  37/22 40/3 45/23 48/19 50/15
  52/1 53/18 55/10
significance [1]  46/17
Significant [1]  42/3
sir [35]
situation [1]  47/9
so [15]  8/20 18/11 18/19
  18/24 19/3 22/18 33/17 37/3
  37/7 37/13 42/9 44/20 48/11
  54/16 57/14
some [8]  5/6 22/14 33/4
  41/20 42/21 44/14 46/4 46/14
somebody [1]  37/5
someone [2]  46/18 47/1
someone's [1]  44/5
something [1]  44/15
son [24]  43/3 43/4 45/9 45/10
Sonia [3]  3/2 3/3 53/12
soon [1]  39/7
sorry [2]  33/8 45/10
South [2]  2/9 3/9
specified [12]  7/5 10/7
  13/16 16/18 20/12 24/19 28/2
  31/7 35/2 49/20 53/2 56/12
Spring [18]  2/5 7/3 10/5
  13/14 16/16 19/2 20/10 24/17
  27/25 31/5 34/25 37/10 38/21
  49/18 52/25 54/23 56/10
  57/16
SR [1]  2/22
Stage [1]  45/12
standing [26]  6/22 7/1 9/25
  10/2 13/9 13/11 16/11 16/14
  20/5 20/8 24/12 24/15 27/20
  27/22 30/25 31/3 34/20 34/23
  38/16 38/19 49/13 49/15
  52/20 52/23 56/4 56/8
statement [14]  6/4 9/6 12/15
  15/18 19/12 23/19 26/21 30/6
  34/1 37/22 46/15 48/19 52/1
  55/10
statements [27]  4/20 6/1
  7/25 9/3 11/6 12/12 14/11
  15/15 17/15 19/9 21/8 23/16
  25/15 26/18 28/21 30/3 32/3
  33/23 35/24 37/19 40/5 46/4
  48/16 50/17 51/23 53/20 55/7
states [46]
Stateses [1]  50/4
status [1]  46/22

**S** (continued)

statute [1]  47/22
stenographically [1]  59/6
Stephen [2]  2/8 2/9
Steven [1]  25/7
still [1]  39/2
Stop [1]  28/8
Street [21]  1/20 2/5 2/18
  2/21 7/3 10/5 13/14 16/16
  19/2 20/10 24/17 27/25 31/5
  34/25 37/10 38/21 49/18
  52/25 54/23 56/10 57/17
subjects [1]  41/12
submit [7]  5/17 8/19 12/2
  15/7 26/10 29/19 45/19
Submitted [2]  23/6 51/15
substance [13]  6/10 9/12
  12/21 15/24 19/18 23/25 27/2
  30/12 34/7 38/3 48/25 52/7
  55/16
sufficient [2]  44/19 47/21
sufficiently [1]  22/18
suggests [1]  33/4
Suite [10]  1/20 2/9 2/12
  2/18 2/21 2/24 3/3 3/6 3/9
  3/12
summarized [1]  46/11
Superior [1]  18/19
support [3]  41/8 41/21 45/5
suppose [1]  43/7
Sure [1]  33/16
surety [1]  54/17
surgery [1]  39/1
SWAFFI [7]  2/17 7/13 7/19
  7/21 8/9 8/25 9/20
Swarth [5]  3/5 3/6 31/20
  32/9 57/4
Sylvan [1]  2/21

**T**

take [16]  6/16 9/18 13/2
  16/5 19/24 24/6 27/5 27/13
  30/18 33/12 34/13 37/12 38/9
  49/7 52/13 55/22
talking [1]  22/2
tell [1]  43/12
thank [44]
that [114]
them [1]  45/4
themselves [1]  46/25
then [3]  37/13 41/25 48/9
there [20]  13/19 20/15 33/4
  42/11 42/21 42/25 43/2 43/6
  43/7 43/13 43/23 44/7 44/12
  44/20 44/22 46/24 47/4 47/5
  47/17 56/15
these [2]  44/9 46/16
they [10]  32/6 42/25 43/23
  43/25 44/1 44/1 44/1 44/21
  46/20 46/21
THIBODEAUX [2]  1/19 59/12
things [3]  22/20 42/19 42/21
this [66]
THOMAS [14]  3/17 20/20 21/1
  21/4 21/20 23/13 24/8 35/9
  35/15 35/16 35/19 36/8 37/15
  38/11
Thomas' [1]  38/25
those [10]  5/7 22/3 29/8
  29/12 32/19 40/18 44/13
  44/22 45/24 46/4
through [1]  45/4
thrown [2]  22/1 22/21
Thursday [6]  18/10 18/12
  18/17 18/25 54/16 54/22
time [39]
Title [1]  59/4
today [1]  15/7
too [2]  44/6 46/7

**T**

**top [1]**  42/3
**Torrance [2]**  2/13 2/24
**trade [1]**  43/19
**trafficking [2]**  46/17 46/19
**transacting [1]**  46/9
**transactions [1]**  46/18
**transcript [3]**  1/13 59/6
59/7
**Transportation [1]**  45/3
**travel [1]**  42/25
**treatment [1]**  45/13
**trial [15]**  6/20 9/23 13/7
16/9 20/3 24/10 27/18 30/23
34/18 38/14 41/15 45/25
49/11 52/18 56/2
**true [41]**
**truth [12]**  5/11 8/13 11/21
15/1 18/3 26/3 29/12 32/18
36/12 40/22 51/8 54/8
**TUESDAY [2]**  1/15 4/1
**Turnberry [1]**  3/12
**Twelfth [1]**  2/6
**TYARS [7]**  2/22 10/16 10/22
11/1 11/15 12/8 13/4
**type [1]**  45/12
**Tyrell [4]**  35/9 35/19 37/15
38/11
**TYRENE [1]**  2/8
**Tyrine [5]**  1/9 25/2 25/11
26/15 27/15

**U**

**U.S [3]**  1/19 2/3 2/4
**ultimately [1]**  47/3
**under [13]**  6/23 10/1 13/10
16/12 20/6 24/13 27/21 31/1
34/21 38/17 49/14 52/21 56/5
**underscore [1]**  41/20
**understand [44]**
**understanding [1]**  33/3
**UNITED [45]**
**unknown [1]**  44/19
**unless [1]**  37/4
**unrelated [1]**  31/12
**Untied [1]**  13/17
**until [2]**  18/10 54/16
**up [3]**  33/14 45/6 46/12
**updates [13]**  7/1 10/3 13/12
16/14 20/8 24/15 27/23 31/3
34/23 38/19 49/16 52/23 56/8
**us [1]**  49/6

**V**

**Valencia [1]**  3/13
**valid [1]**  43/1
**Van [2]**  2/21 42/23
**Verdes [2]**  3/15 3/18
**verify [1]**  45/17
**versus [14]**  4/7 7/13 10/16
13/24 17/2 20/20 25/2 28/10
31/15 35/9 39/17 50/4 53/8
56/22
**very [5]**  14/18 33/12 46/20
47/9 47/10
**violation [2]**  43/7 48/7
**violent [2]**  43/17 46/16

**W**

**want [3]**  22/17 42/19 43/18
**wants [2]**  46/22 47/7
**warrants [1]**  43/6
**was [6]**  21/25 22/20 42/6
45/11 46/8 46/12
**way [1]**  43/19
**we [24]**  5/17 8/19 12/2 15/7
18/9 18/14 19/4 22/16 26/10
29/19 33/2 33/6 33/10 33/14

**website [13]**  6/23 10/1 13/10
16/12 20/6 24/13 27/21 31/1
34/21 38/17 49/14 52/21 56/5
**WEBSTER [7]**  3/2 53/8 53/13
53/16 54/4 55/4 55/24
**weight [1]**  47/24
**welcome [14]**  5/3 8/8 11/14
14/19 21/19 25/23 29/4 32/11
35/6 36/7 39/10 40/14 50/25
54/3
**well [4]**  22/17 39/6 44/15
48/4
**went [2]**  22/16 22/18
**were [4]**  5/7 21/25 31/12
**West [9]**  1/20 3/7 3/8 13/24
14/5 14/7 14/20 15/12 16/7
**WESTERN [1]**  1/2
**what [36]**
**whatever [1]**  39/5
**when [4]**  39/4 46/7 46/11
46/17
**where [4]**  43/2 43/3 43/14
47/9
**wherever [1]**  39/8
**whether [2]**  22/17 22/24
**WHETSTONE [7]**  3/11 28/10
28/15 28/17 29/5 29/25 30/20
**which [16]**  5/5 8/10 11/16
14/21 17/24 19/1 21/21 25/25
29/6 32/13 40/16 42/6 42/12
47/14 51/2 54/5
**while [3]**  42/20 43/16 47/6
**who [7]**  4/13 14/5 17/9 25/8
28/15 47/1 53/13
**whole [2]**  46/8 46/10
**why [1]**  46/21
**will [52]**
**William [1]**  20/25
**wire [1]**  46/12
**wiretap [1]**  42/6
**without [9]**  5/19 8/21 12/5
15/9 23/8 26/12 29/22 32/18
51/17
**word [2]**  18/14 46/2
**work [1]**  37/4
**works [2]**  18/16 37/6
**would [30]**
**written [13]**  5/14 8/16 11/25
15/5 18/6 23/3 26/6 29/15
32/23 36/16 41/1 51/11 54/11

**Y**

**Yeah [2]**  21/25 22/20
**year [1]**  45/10
**years [10]**  43/25 44/1 44/1
44/2 44/2 44/2 44/3 44/8
44/24 45/2
**Yes [134]**
**yet [1]**  21/22
**you [251]**
**You're [1]**  35/6
**youngest [2]**  45/9 45/10
**your [166]**