1                UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

3                   HONORABLE CARLA WOEHRLE

4            UNITED STATES MAGISTRATE JUDGE PRESIDING

5                          - - -

6
United States of America,          )
7                      PLAINTIFF,    )
                                     )
8    VS.                             )   NO. CR 14–338 CAS
                                     )
9    Tyrine Martinez, et al.,        )
                         DEFENDANT,  )
10   _____)

11

12

13           REPORTER'S TRANSCRIPT OF PROCEEDINGS

14               LOS ANGELES, CALIFORNIA

15                FRIDAY, JULY 11, 2014

16

17

18        _____

19           KATIE E. THIBODEAUX, CSR 9858
             U.S. Official Court Reporter
20                   Suite 4311
                350 West 1st Street
21             Los Angeles, CA   90012

22

23

24

25

UNITED STATES DISTRICT COURT,   CENTRAL DISTRICT OF CALIFORNIA

1  APPEARANCES OF COUNSEL:

2  FOR THE GOVERNMENT:

3

   U.S. DEPARTMENT OF JUSTICE
4  U.S. ATTORNEY'S OFFICE
   BY: MAX SHINER, AUSA
5  312 North Spring Street
   Twelfth Floor
6  Los Angeles, CA  90012

7

8  FOR DEFENDANT SIMS:

9  Karen L Goldstein
   Law Offices of Karen L Goldstein
10 1645 North Vine Street Suite 306
   Los Angeles, CA 90028

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              LOS ANGELES, CALIFORNIA; FRIDAY, JULY 11, 2017

 2                            2:49 P.M.

 3                            - - - - -

 4

 5

 6         THE CLERK:  Calling Case No. 14-CR-0338, United

 7    States of America versus Kevin Sims.

 8              Counsel, please state your appearances for the

 9    record.

10         MR. SHINER:  Good afternoon, your Honor.  Max

11    Shiner appearing for the United States.

12         MS. GOLDSTEIN:  Good afternoon, your Honor.  Karen

13    Goldstein again from CJA appearing on behalf of Mr. Sims

14    who is present in custody and also seeking appointment of

15    counsel.

16         THE COURT:  Good afternoon.

17              Is Kevin Sims your true name?

18         THE DEFENDANT:  Yes, your Honor.

19         THE COURT:  And, Mr. Sims, did you complete a

20    financial affidavit?

21         THE DEFENDANT:  Yes.

22         THE COURT:  Did you understand the warning about

23    not making any false statements?

24         THE DEFENDANT:  Yes.

25         THE COURT:  Okay.  I will appoint counsel to
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1  represent you.

2          Have you received a copy of the indictment?

3      THE DEFENDANT:  Yes.

4      THE COURT:  And do you want me to read it out in

5  court this afternoon?

6      THE DEFENDANT:  No.

7      THE COURT:  You understand the charge?

8      THE DEFENDANT:  Yes.

9      THE COURT:  All right.  And the government is

10  seeking detention.

11          Can I get the government's proffer.

12      MR. SHINER:  Yes, your Honor.  The government

13  would proffer the indictment and the pretrial services

14  report and its recommendation of detention.

15      THE COURT:  Counsel?

16      MS. GOLDSTEIN:  Defense is submitting, your Honor.

17      THE COURT:  All right.  The court has considered

18  the government's request for detention.  This is a case

19  in which the government is entitled to a rebuttable

20  presumption that there is no condition or combination of

21  conditions that will reasonably assure that defendant's

22  appearance is required and the safety of the community.

23          The court finds that there is no condition on

24  the present record or combination of conditions that will

25  reasonably assure defendant's appearance and safety of

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    the community and that the defendant has not rebutted by

2    sufficient evidence to the contrary the statutory

3    presumption.

4            The court has considered the nature and

5    circumstances of the offense charged including whether

6    the offense is a crime of violence, terrorism, involves a

7    minor victim or controlled substance, firearm, explosive

8    or destructive device, the weight of evidence against the

9    defendant, the history and characteristics of the

10   defendant and the nature and seriousness of the danger to

11   the community.

12           The court bases its finding with respect to

13   flight risk on the absence of verified background

14   information, information regarding community ties or bail

15   resources and the nature and seriousness of the current

16   charges and with respect to danger to the community,

17   based on the nature and seriousness of the current

18   charges and defendant's prior criminal record.

19           It is ordered that the defendant be detained

20   prior to trial, that he be committed to the custody of

21   the attorney general for confinement to the extent

22   practical in a facility separate from persons awaiting or

23   held serving sentences or held pending appeal and that he

24   be afforded a reasonable opportunity for private

25   consultation with counsel.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1                  Okay.  Post indictment arraignment.

 2            THE CLERK:  Is Kevin Sims your true name?

 3            THE DEFENDANT:  Yes.

 4            THE CLERK:  Did you hear and understand the

 5     statements of this court pertaining to your rights and

 6     the appointment of counsel?

 7            THE DEFENDANT:  Yes.

 8            THE CLERK:  Did you see and sign a statement of

 9     your rights?

10            THE DEFENDANT:  Yes.

11            THE CLERK:  Did you receive a copy of the

12     indictment?

13            THE DEFENDANT:  Yes.

14            THE CLERK:  Do you understand the substance of the

15     charges pending against you?

16            THE DEFENDANT:  Yes.

17            THE COURT:  This case has previously assigned to

18     the calendar judge of Judge S. James Otero, and we will

19     take a not guilty plead.

20            THE CLERK:  Counsel, how does the defendant intend

21     to plead?

22            MS. GOLDSTEIN:  Not guilty, your Honor.

23            THE CLERK:  Mr. Sims, how do you plead to the

24     charges contained in the indictment?

25            THE DEFENDANT:  Not guilty.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1            THE COURT:   Judge Otero's court clerk will refer
 2    counsel to the court's standing order found on the
 3    court's website under Judge Otero's procedures and
 4    schedules, and counsel are directed to review that order
 5    for updates and modifications.
 6            The jury trial is set for September 2nd, 2014,
 7    at 9:00 a.m..  And Judge Otero is located in Courtroom 1
 8    on the Second Floor of the Spring Street courthouse.
 9            Okay.   Thank you.
10        (Proceedings concluded.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1                          CERTIFICATE

2

3

4    I hereby certify that pursuant to Section 753, Title 28,

5    United States Code, the foregoing is a true and correct

6    transcript of the stenographically reported proceedings held

7    in the above-entitled matter and that the transcript page

8    format is in conformance with the regulations of the

9    Judicial Conference of the United States.

10   Date:  October 27, 2017

11

12    /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

MR. SHINER: **[2]**  3/9 4/11
MS. GOLDSTEIN: **[3]**  3/11
 4/15 6/21
THE CLERK: **[8]**
THE COURT: **[11]**
THE DEFENDANT: **[12]**

**/**

**/s [1]**  8/12

**0**

**0338 [1]**   3/6

**1**

**11 [2]**   1/15 3/1
**14-338 [1]**   1/8
**14-CR-0338 [1]**   3/6
**1645 [1]**   2/10
**1st [1]**   1/20

**2**

**2014 [2]**   1/15 7/6
**2017 [2]**   3/1 8/10
**27 [1]**   8/10
**28 [1]**   8/4
**2:49 [1]**   3/2
**2nd [1]**   7/6

**3**

**306 [1]**   2/10
**312 [1]**   2/5
**338 [1]**   1/8
**350 [1]**   1/20

**4**

**4311 [1]**   1/20

**7**

**753 [1]**   8/4

**9**

**90012 [2]**   1/21 2/6
**90028 [1]**   2/10
**9858 [2]**   1/19 8/12
**9:00 a.m [1]**   7/7

**A**

**a.m [1]**   7/7
**about [1]**   3/22
**above [1]**   8/7
**above-entitled [1]**   8/7
**absence [1]**   5/13
**affidavit [1]**   3/20
**afforded [1]**   5/24
**afternoon [4]**   3/10 3/12 3/16
 4/5
**again [1]**   3/13
**against [2]**   5/8 6/15
**al [1]**   1/9
**All [2]**   4/9 4/17
**also [1]**   3/14
**America [2]**   1/6 3/7
**ANGELES [5]**
**any [1]**   3/23
**appeal [1]**   5/23
**appearance [2]**   4/22 4/25
**appearances [2]**   2/1 3/8
**appearing [2]**   3/11 3/13
**appoint [1]**   3/25
**appointment [2]**   3/14 6/6
**are [1]**   7/4
**arraignment [1]**   6/1
**assigned [1]**   6/17
**assure [2]**   4/21 4/25
**attorney [1]**   5/21
**ATTORNEY'S [1]**   2/4
**AUSA [1]**   2/4

**awaiting [1]**   5/22
**B**

**background [1]**   5/13
**bail [1]**   5/14
**based [1]**   5/17
**bases [1]**   5/12
**be [3]**   5/19 5/20 5/24
**behalf [1]**   3/13

**C**

**CA [3]**   1/21 2/6 2/10
**calendar [1]**   6/18
**CALIFORNIA [3]**   1/2 1/14 3/1
**Calling [1]**   3/6
**Can [1]**   4/11
**CARLA [1]**   1/3
**CAS [1]**   1/8
**case [3]**   3/6 4/18 6/17
**CENTRAL [1]**   1/2
**CERTIFICATE [1]**   8/1
**certify [1]**   8/4
**characteristics [1]**   5/9
**charge [1]**   4/7
**charged [1]**   5/5
**charges [4]**   5/16 5/18 6/15
 6/24
**circumstances [1]**   5/5
**CJA [1]**   3/13
**clerk [1]**   7/1
**Code [1]**   8/5
**combination [2]**   4/20 4/24
**committed [1]**   5/20
**community [5]**
**complete [1]**   3/19
**concluded [1]**   7/10
**condition [2]**   4/20 4/23
**conditions [2]**   4/21 4/24
**Conference [1]**   8/9
**confinement [1]**   5/21
**conformance [1]**   8/8
**considered [2]**   4/17 5/4
**consultation [1]**   5/25
**contained [1]**   6/24
**contrary [1]**   5/2
**controlled [1]**   5/7
**copy [2]**   4/2 6/11
**correct [1]**   8/5
**counsel [10]**
**court [9]**
**court's [2]**   7/2 7/3
**courthouse [1]**   7/8
**Courtroom [1]**   7/7
**CR [2]**   1/8 3/6
**crime [1]**   5/6
**criminal [1]**   5/18
**CRR [1]**   8/12
**CSR [2]**   1/19 8/12
**current [2]**   5/15 5/17
**custody [2]**   3/14 5/20

**D**

**danger [2]**   5/10 5/16
**Date [1]**   8/10
**defendant [7]**
**defendant's [3]**   4/21 4/25
 5/18
**Defense [1]**   4/16
**DEPARTMENT [1]**   2/3
**destructive [1]**   5/8
**detained [1]**   5/19
**detention [3]**   4/10 4/14 4/18
**device [1]**   5/8
**did [5]**
**directed [1]**   7/4
**DISTRICT [2]**   1/1 1/2
**DIVISION [1]**   1/2
**do [3]**   4/4 6/14 6/23

**does [1]**   6/20
**E**

**entitled [2]**   4/19 8/7
**et [1]**   1/9
**evidence [2]**   5/2 5/8
**explosive [1]**   5/7
**extent [1]**   5/21

**F**

**facility [1]**   5/22
**false [1]**   3/23
**financial [1]**   3/20
**finding [1]**   5/12
**finds [1]**   4/23
**firearm [1]**   5/7
**flight [1]**   5/13
**Floor [2]**   2/5 7/8
**foregoing [1]**   8/5
**format [1]**   8/8
**found [1]**   7/2
**FRIDAY [2]**   1/15 3/1

**G**

**general [1]**   5/21
**get [1]**   4/11
**Goldstein [3]**   2/9 2/9 3/13
**Good [3]**   3/10 3/12 3/16
**government [4]**   2/2 4/9 4/12
 4/19
**government's [2]**   4/11 4/18
**guilty [3]**   6/19 6/22 6/25

**H**

**has [4]**   4/17 5/1 5/4 6/17
**Have [1]**   4/2
**he [2]**   5/20 5/23
**hear [1]**   6/4
**held [3]**   5/23 5/23 8/6
**hereby [1]**   8/4
**history [1]**   5/9
**Honor [6]**
**HONORABLE [1]**   1/3
**how [2]**   6/20 6/23

**I**

**including [1]**   5/5
**indictment [5]**
**information [2]**   5/14 5/14
**intend [1]**   6/20
**involves [1]**   5/6
**is [16]**
**it [2]**   4/4 5/19
**its [2]**   4/14 5/12

**J**

**James [1]**   6/18
**judge [6]**
**Judicial [1]**   8/9
**JULY [2]**   1/15 3/1
**jury [1]**   7/6
**JUSTICE [1]**   2/3

**K**

**Karen [3]**   2/9 2/9 3/12
**KATIE [2]**   1/19 8/12
**Kevin [3]**   3/7 3/17 6/2

**L**

**Law [1]**   2/9
**located [1]**   7/7
**LOS [5]**

**M**

**MAGISTRATE [1]**   1/4
**making [1]**   3/23
**Martinez [1]**   1/9
**matter [1]**   8/7

**M**

MAX [2]   2/4 3/10
me [1]   4/4
minor [1]   5/7
modifications [1]   7/5
Mr [1]   6/23
Mr. [2]   3/13 3/19
Mr. Sims [2]   3/13 3/19

**N**

name [2]   3/17 6/2
nature [4]   5/4 5/10 5/15
 5/17
no [6]
North [2]   2/5 2/10
not [5]

**O**

October [1]   8/10
offense [2]   5/5 5/6
OFFICE [1]   2/4
Offices [1]   2/9
Official [1]   1/19
Okay [3]   3/25 6/1 7/9
opportunity [1]   5/24
order [2]   7/2 7/4
ordered [1]   5/19
Otero [2]   6/18 7/7
Otero's [2]   7/1 7/3
out [1]   4/4

**P**

P.M [1]   3/2
page [1]   8/7
pending [2]   5/23 6/15
persons [1]   5/22
pertaining [1]   6/5
PLAINTIFF [1]   1/7
plead [3]   6/19 6/21 6/23
please [1]   3/8
Post [1]   6/1
practical [1]   5/22
present [2]   3/14 4/24
PRESIDING [1]   1/4
presumption [2]   4/20 5/3
pretrial [1]   4/13
previously [1]   6/17
prior [2]   5/18 5/20
private [1]   5/24
procedures [1]   7/3
proceedings [3]   1/13 7/10
 8/6
proffer [2]   4/11 4/13
pursuant [1]   8/4

**R**

read [1]   4/4
reasonable [1]   5/24
reasonably [2]   4/21 4/25
rebuttable [1]   4/19
rebutted [1]   5/1
receive [1]   6/11
received [1]   4/2
recommendation [1]   4/14
record [3]   3/9 4/24 5/18
refer [1]   7/1
regarding [1]   5/14
regulations [1]   8/8
report [1]   4/14
reported [1]   8/6
Reporter [1]   1/19
REPORTER'S [1]   1/13
represent [1]   4/1
request [1]   4/18
required [1]   4/22
resources [1]   5/15
respect [2]   5/12 5/16
review [1]   7/4

**right [2]**   4/9 4/17
rights [2]   6/5 6/6
risk [1]   5/13
RPR [1]   8/12

**S**

safety [2]   4/22 4/25
schedules [1]   7/4
Second [1]   7/8
Section [1]   8/4
see [1]   6/8
seeking [2]   3/14 4/10
sentences [1]   5/23
separate [1]   5/22
September [1]   7/6
September 2nd [1]   7/6
seriousness [3]   5/10 5/15
 5/17
services [1]   4/13
serving [1]   5/23
set [1]   7/6
SHINER [2]   2/4 3/11
sign [1]   6/8
SIMS [7]
Spring [2]   2/5 7/8
standing [1]   7/2
state [1]   3/8
statement [1]   6/8
statements [2]   3/23 6/5
STATES [7]
statutory [1]   5/2
stenographically [1]   8/6
Street [4]   1/20 2/5 2/10 7/8
submitting [1]   4/16
substance [2]   5/7 6/14
sufficient [1]   5/2
Suite [2]   1/20 2/10

**T**

take [1]   6/19
terrorism [1]   5/6
Thank [1]   7/9
that [12]
there [2]   4/20 4/23
THIBODEAUX [2]   1/19 8/12
this [4]   4/5 4/18 6/5 6/17
ties [1]   5/14
Title [1]   8/4
transcript [3]   1/13 8/6 8/7
trial [2]   5/20 7/6
true [3]   3/17 6/2 8/5
Twelfth [1]   2/5
Tyrine [1]   1/9

**U**

U.S [3]   1/19 2/3 2/4
under [1]   7/3
understand [4]   3/22 4/7 6/4
 6/14
UNITED [7]
updates [1]   7/5

**V**

verified [1]   5/13
versus [1]   3/7
victim [1]   5/7
Vine [1]   2/10
violence [1]   5/6

**W**

want [1]   4/4
warning [1]   3/22
we [1]   6/18
website [1]   7/3
weight [1]   5/8
West [1]   1/20
WESTERN [1]   1/2
whether [1]   5/5

**which [1]**   4/19
who [1]   3/14
will [5]
WOEHRLE [1]   1/3
would [1]   4/13

**Y**

Yes [11]
you [13]
your [11]