Case: 2:14cr338  Doc: 3948



Rufus  Minniefield REGN067876-112
TUCSON
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
PO BOX 23811
TUCSON, AZ 85734-4550

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<28366762@cacd.uscourts.gov>Subject:Activity in Case 2:14-cr-00338-CAS USA v. Martinez et al Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 9/9/2019 at 12:05 PM PDT and filed on 9/9/2019

| | |
|---|---|
| **Case Name:** | USA v. Martinez et al |
| **Case Number:** | 2:14-cr-00338-SJO |
| **Filer:** | |
| **Document Number:** | 3948(No document attached) |

**Docket Text:**
**SCHEDULING NOTICE by Judge S. James Otero as to Defendant Tracy Harris. re: NOTICE OF MOTION AND MOTION for Discovery[3941]. The Court sets the following briefing schedule: Opposition: Friday, September 20th at 12 PM; Reply: Friday, September 27th at 12 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vcr) TEXT ONLY ENTRY**

**2:14-cr-00338-SJO-2 Notice has been electronically mailed to:**
Adam Axelrad    aaxelrad@hotmail.com, aaxelrad@sbcglobal.net
Alan Eisner    alan@EGattorneys.com, Narine@EGattorneys.com, rh@egattorneys.com
Alexander L Griggs    alexandergriggs@hotmail.com
Amy E Jacks    amyejacks@sbcglobal.net
Amy Fan    amyfanlaw@gmail.com
Andrea Renee St Julian    astjulian@san.rr.com
Angel Navarro    angel_navarro@me.com
Anthony Eaglin    eaglinlaw@gmail.com
Anthony M Solis    anthonysolislaw@gmail.com
Aron Ketchel    aron.ketchel@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Criminal@usdoj.gov
Bernard J Rosen    bernardrosenlaw@aol.com
Brian A Newman    jjnewbee.newman@gmail.com, rtokabe@yahoo.com
Carlos N Iriarte    carlos.n.iriarte@gmail.com, cicrimlaw@aol.com
Carlos L Juarez    juarezlaw52@yahoo.com
Curtis V Leftwich    thedorsal@aol.com

Dale Michael Rubin    drubin@socal.rr.com
David R Evans    dre@drelaw.org, drevanslaw@gmail.com
David J Kaloyanides    djpkaplc@me.com
David Robert Reed    automatictrials@yahoo.com
David Andrew Schlesinger    david@jsslegal.com
Dominic Cantalupo    dcantalupo@att.net
Edward M Robinson    eroblaw@gmail.com, rarobinson1019@gmail.com, shalaeroblaw@gmail.com
Ellen M Barry    emfbarry@outlook.com, emfbarry@gmail.com
Errol H Stambler    estambler@msn.com
Fredrico McCurry    mccurrylawyer@gmail.com, fredlaw@earthlink.net
Gary Paul Burcham    gburcham@sbcglobal.net
George W Buehler    gbuehler@buehlerkassabian.com
Gregory Nicolaysen    gregnicolaysen@aol.com
Gretchen Fusilier    fus@pacbell.net
Holly A Sullivan    hollyasullivan@yahoo.com
Humberto Diaz    JHDiazLaw@gmail.com
James Pernell Cooper , III    trialanimal@sbcglobal.net
James S Bisnow    jimlaw@pacbell.net
James S Thomson    james@ycbtal.net, AAron@ycbtal.net, ethan@ycbtal.net, suzy@ycbtal.net
James R Tedford , II    ted@tedfordlaw.com
Janet Eunme Hong    janet@thehongfirm.com
Jason P Gonzalez    jgonzalez@nixonpeabody.com, mocks@nixonpeabody.com,
ngauger@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com,
was.managing.clerk@nixonpeabody.com
Jay L Lichtman    jaylawla@aol.com
Jennifer J Uyeda    Jennifer_Uyeda@fd.org, zzCAC_FPD_Document_Receiving@fd.org
Jerome J Haig    jerome@jeromehaiglaw.com
Jessica N Walker    jwalker@foley.com, dkmiller@foley.com, docketflow@foley.com,
jingram@foley.com
Joel C Koury    jckoury@aol.com
John Targowski    jtargo@icloud.com, hreganlegal@gmail.com
John L Carlton    jcarlton@medranocarlton.com
John Neil McNicholas    john@mcnicholaslawoffice.com
Joseph F Walsh    attyjoewalsh@aol.com
Judith Rochlin    judyrochlin@aol.com
Julia Deixler    julia_deixler@fd.org
Karen L Goldstein    kgoldstein@klgcriminaldefense.com
Karen L Landau    karenlandau@karenlandau.com
Karyn H Bucur    khbucur@cox.net
Lawrence Jay Litman    ljlitman@cox.net
Mack Eric Jenkins    mack.jenkins@usdoj.gov, caseview.ECF@usdoj.gov,
usacac.criminal@usdoj.gov
Manuel Araujo    manuelaraujo1978@gmail.com, manuel@araujolawoffices.com
Marilyn E Bednarski    mbednarski@kmbllaw.com, reception@kmbllaw.com
Marisa Lynne Dersey Conroy    mdersey@hotmail.com
Mark Windsor    Mark@windsorlaw.us
Mark Allen Chambers    chambers@markchamberslaw.com, nsantz@markchamberslaw.com
Max B Shiner    max.shiner@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Criminal@usdoj.gov
Michael Tanaka    mike@mtanakalaw.com
Michael T Shannon    MichaelTTShannon@gmail.com

Michael M Crain     Michaelmcrain@aol.com
Michael S Chernis     michael@chernislaw.com
Michael J Stern     sternlawpractice@gmail.com
Nadine C Hettle     nadine_hettle@fd.org, rose_peralta@fd.org,
zzCAC_FPD_Document_Receiving@fd.org
Neal James Gauger     ngauger@nixonpeabody.com, avillanueva@nixonpeabody.com,
mocks@nixonpeabody.com
Oliver P Cleary     olivercleary@gmail.com
Patrick William McLaughlin     pwmclaughlin50@gmail.com
Paul W Blake , Jr     paulwblake@att.net
Paul C Horgan     pchorgan@gmail.com
Pedro V Castillo     zzCAC_FPD_Document_Receiving@fd.org, pedro_castillo@fd.org
Peter Johnson     pete@pjohnsonlaw.com
Phillip A Trevino Coordinating Discovery Attorney     ptrevino@me.com
Reuven L Cohen     rcohen@cohen-williams.com, mwilliams@cohen-williams.com,
rchavarin@cohen-williams.com, rlessler@cohen-williams.com
Richard W Raynor     richard@richardraynor.com, richardraynorlaw@gmail.com
Richard P Lasting     richardplasting@sbcglobal.net
Richard A Levy     rlevy@richardalevy.com
Shaun Khojayan     shaun@khojayan.com, gracie@khojayan.com
Sheila Nagaraj     sheila.nagaraj@usdoj.gov, CaseView.ECF@usdoj.gov,
USACAC.Criminal@usdoj.gov
Sonia Elizabeth Chahin     SEChahin@aol.com, soniaechahin@gmail.com
Stanley I Greenberg     stanmanlaw@aol.com
Stephanie Ames     stephanieames@msn.com
Stephen G Frye     sgf@sgfryelaw.com
Stephen G Wolfe     USACAC.Criminal@usdoj.gov, caseview.ecf@usdoj.gov
Steven Andrew Brody     stevebrodylaw@gmail.com
Thomas P Sleisenger     sleisengerlaw@yahoo.com
Thomas Nishi     tommy5850@aol.com
Verna Wefald     verna@vernawefald.com
Vicki Marolt Buchanan     vickimaroltbuchananpc@gmail.com
William S Harris     BillHarrisEsq@aol.com, sandhlaw@aol.com
Wilson Park     wilson.park@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Criminal@usdoj.gov
Yolanda Barrera     ybarreralaw@gmail.com
Zoe J Dolan     zdolan@gmail.com
**2:14-cr-00338-SJO-2 Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
Karina G Puttieva
Nixon Peabody LLP
300 South Grand Avenue Suite 4100
Los Angeles, CA 90071

Case: 2:14cr338  Doc: 3954



Rufus  Minniefield REGNO67876-112
TUCSON
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
PO BOX 23811
TUCSON, AZ 85734-4550

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<28437361@cacd.uscourts.gov>Subject:Activity in Case 2:14-cr-00338-CAS USA v. Martinez et al Order on Motion for Extension of Time to File Document Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 9/19/2019 at 12:26 PM PDT and filed on 9/19/2019

| | |
|---|---|
| **Case Name:** | USA v. Martinez et al |
| **Case Number:** | 2:14-cr-00338-SJO |
| **Filer:** | |
| **Document Number:** | 3954 |

**Docket Text:**
ORDER FOR EXTENSION OF TIME TO FILE GOVERNMENTS OPPOSITION TO PETITIONERS MOTION PURSUANT TO 28 USC 2255 AND MOTION FOR DISCOVERY [3950]by Judge S. James Otero: as to Tracy Harris (2). The government's consolidated opposition to Petitioners Motion Pursuant To 28 U.S.C. 2255 and Motion for Discovery [3936],[3941]shall be filed on or before December 16, 2019. Petitioners consolidated reply to the governments consolidated opposition shall be filed and served no later than January 13, 2020. The matter shall be deemed submitted upon the filing of petitioners reply. (lc)

**2:14-cr-00338-SJO-2 Notice has been electronically mailed to:**
John L Carlton     jcarlton@medranocarlton.com
Jennifer J Uyeda     zzcac_fpd_document_receiving@fd.org, jennifer_uyeda@fd.org
Paul C Horgan     pchorgan@gmail.com
Michael T Shannon     michaelttshannon@gmail.com
Humberto Diaz     jhdiazlaw@gmail.com
Carlos N Iriarte     cicrimlaw@aol.com, carlos.n.iriarte@gmail.com
Dominic Cantalupo     dcantalupo@att.net
Michael Tanaka     mike@mtanakalaw.com
Michael S Chernis     michael@chernislaw.com
Vicki Marolt Buchanan     vickimaroltbuchananpc@gmail.com
Bernard J Rosen     bernardrosenlaw@aol.com
Angel Navarro     angel_navarro@me.com
Karyn H Bucur     khbucur@cox.net

Steven Andrew Brody     stevebrodylaw@gmail.com
Richard W Raynor     richard@richardraynor.com, richardraynorlaw@gmail.com
David Andrew Schlesinger     david@jsslegal.com
David R Evans     dre@drelaw.org, drevanslaw@gmail.com
George W Buehler     gbuehler@buehlerkassabian.com
John Neil McNicholas     john@mcnicholaslawoffice.com
Stanley I Greenberg     stanmanlaw@aol.com
Pedro V Castillo     zzcac_fpd_document_receiving@fd.org, pedro_castillo@fd.org
John Targowski     jtargo@icloud.com, hreganlegal@gmail.com
Oliver P Cleary     olivercleary@gmail.com
Neal James Gauger     mocks@nixonpeabody.com, avillanueva@nixonpeabody.com,
ngauger@nixonpeabody.com
Aron Ketchel     caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, aron.ketchel@usdoj.gov
Thomas P Sleisenger     sleisengerlaw@yahoo.com
Michael J Stern     sternlawpractice@gmail.com
Amy E Jacks     amyejacks@sbcglobal.net
Edward M Robinson     shalaeroblaw@gmail.com, rarobinson1019@gmail.com, eroblaw@gmail.com

Mark Windsor     mark@windsorlaw.us
Judith Rochlin     judyrochlin@aol.com
Jessica N Walker     jwalker@foley.com, jingram@foley.com, docketflow@foley.com,
dkmiller@foley.com
Marisa Lynne Dersey Conroy     mdersey@hotmail.com
Zoe J Dolan     zdolan@gmail.com
Nadine C Hettle     zzcac_fpd_document_receiving@fd.org, nadine_hettle@fd.org,
rose_peralta@fd.org
Joel C Koury     jckoury@aol.com
Curtis V Leftwich     thedorsal@aol.com
Ellen M Barry     emfbarry@gmail.com, emfbarry@outlook.com
Karen L Goldstein     kgoldstein@klgcriminaldefense.com
Fredrico McCurry     fredlaw@earthlink.net, mccurrylawyer@gmail.com
Patrick William McLaughlin     pwmclaughlin50@gmail.com
Gretchen Fusilier     fus@pacbell.net
Sheila Nagaraj     warwick@co.santa-barbara.ca.us, snagaraj@co.santa-barbara.ca.us
Adam Axelrad     aaxelrad@sbcglobal.net, aaxelrad@hotmail.com
James S Thomson     suzy@ycbtal.net, james@ycbtal.net, ethan@ycbtal.net, aaron@ycbtal.net
David Robert Reed     automatictrials@yahoo.com
Holly A Sullivan     hollyasullivan@yahoo.com
Stephen G Frye     sgf@sgfryelaw.com
Richard P Lasting     richardplasting@sbcglobal.net
James R Tedford     ted@tedfordlaw.com
James Pernell Cooper     trialanimal@sbcglobal.net
Shaun Khojayan     shaun@khojayan.com, gracie@khojayan.com
Reuven L Cohen     rlessler@cohen-williams.com, rcohen@cohen-williams.com,
mwilliams@cohen-williams.com, rchavarin@cohen-williams.com
Dale Michael Rubin     drubin@socal.rr.com
Joseph F Walsh     attyjoewalsh@aol.com
Janet Eunme Hong     janet@thehongfirm.com
Jerome J Haig     jerome@jeromehaiglaw.com
Jay L Lichtman     jaylawla@aol.com

Thomas Nishi    tommy5850@aol.com
Andrea Renee St Julian    astjulian@san.rr.com
Amy Fan    amyfanlaw@gmail.com
Marilyn E Bednarski    reception@kmbllaw.com, mbednarski@kmbllaw.com
Mark Allen Chambers    nsantz@markchamberslaw.com, chambers@markchamberslaw.com
Jason P Gonzalez    sf.managing.clerk@nixonpeabody.com, mocks@nixonpeabody.com,
ngauger@nixonpeabody.com, was.managing.clerk@nixonpeabody.com,
jgonzalez@nixonpeabody.com
Carlos L Juarez    juarezlaw52@yahoo.com
Lawrence Jay Litman    ljlitman@cox.net
Max B Shiner    max.shiner@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Manuel Araujo    manuel@araujolawoffices.com, manuelaraujo1978@gmail.com
Phillip A Trevino Coordinating Discovery Attorney    ptrevino@me.com
Verna Wefald    verna@vernawefald.com
Julia Deixler    julia_deixler@fd.org
Paul W Blake    paulwblake@att.net
James S Bisnow    jimlaw@pacbell.net
Gary Paul Burcham    gburcham@sbcglobal.net
Karen L Landau    karenlandau@karenlandau.com
Yolanda Barrera    ybarreralaw@gmail.com
David J Kaloyanides    djpkaplc@me.com
William S Harris    billharrisesq@aol.com, sandhlaw@aol.com
Alan Eisner    alan@egattorneys.com, narine@egattorneys.com, rh@egattorneys.com
Richard A Levy    rlevy@richardalevy.com
Mack Eric Jenkins    mack.jenkins@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov


Peter Johnson    pete@pjohnsonlaw.com
Michael M Crain    michaelmcrain@aol.com
Brian A Newman    jjnewbee.newman@gmail.com, rtokabe@yahoo.com
Stephen G Wolfe    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Errol H Stambler    estambler@msn.com
Sonia Elizabeth Chahin    sechahin@aol.com, soniaechahin@gmail.com
Anthony Eaglin    eaglinlaw@gmail.com
Stephanie Ames    stephanieames@msn.com
Wilson Park    wilson.park@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Alexander L Griggs    alexandergriggs@hotmail.com
Anthony M Solis    anthonysolislaw@gmail.com
Gregory Nicolaysen    gregnicolaysen@aol.com
**2:14-cr-00338-SJO-2 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Tracy Harris
REG 02743-112
Federal Correctional Institution
FCI Victorville Medium II
P O Box 3850
Adelanto CA 92301
Karina G Puttieva
Nixon Peabody LLP
300 South Grand Avenue Suite 4100
Los Angeles CA 90071

1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   MACK E. JENKINS (Cal. Bar No. 242101)
4  Assistant United States Attorney
   Chief, Public Corruption & Civil Rights Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2091
7       Facsimile: (213) 894-6436
        E-mail:   mack.jenkins@usdoj.gov
8
   Attorneys for Respondent
9  UNITED STATES OF AMERICA

```
FILED
CLERK, U.S. DISTRICT COURT

September 19, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY:     VPC     DEPUTY
```

10              UNITED STATES DISTRICT COURT

11         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  TRACY HARRIS,                    Nos. CV 19-CV-7061-SJO
                                          CR 14-338-SJO-2
13         Petitioner,
                                     ~~[PROPOSED]~~ ORDER FOR EXTENSION OF
14         v.                        TIME TO FILE GOVERNMENT'S
                                     OPPOSITION TO PETITIONER'S MOTION
15  UNITED STATES OF AMERICA,        PURSUANT TO 28 U.S.C. § 2255 AND
                                     MOTION FOR DISCOVERY
16         Respondent.

17

18       The Court, having considered the Government's Ex Parte

19  Application For Extension of Time to File Opposition to Petitioner's

20  Motions Pursuant To 28 U.S.C. § 2255 and for Discovery, and good

21  cause having been shown, IT IS HEREBY ORDERED THAT:

22       The government's ex parte application for an extension of time

23  is GRANTED.  The government's consolidated opposition to Petitioner's

24  Motion Pursuant To 28 U.S.C. § 2255 and Motion for Discovery shall be

25  filed on or before December 16, 2019.  Petitioner's consolidated

26

27

28

1  reply to the government's consolidated opposition shall be filed and

2  served no later than January 13, 2020.  The matter shall be deemed

3  submitted upon the filing of petitioner's reply.

*S. James Otero*

Dated:  9/19/19

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Case: 2:14cr338  Doc: 3961



Rufus  Minniefield REGNO67876-112
TUCSON
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
PO BOX 23811
TUCSON, AZ 85734-4550

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<28452406@cacd.uscourts.gov>Subject:Activity in Case 2:14-cr-00338-CAS USA v.
Martinez et al Deficiency in Electronically Filed Documents (G-112A) - optional html form
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 9/23/2019 at 10:29 AM PDT and filed on 9/23/2019

| | |
|---|---|
| **Case Name:** | USA v. Martinez et al |
| **Case Number:** | 2:14-cr-00338-SJO |
| **Filer:** | |
| **Document Number:** | 3961 |

**Docket Text:**
**NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Miscellaneous
Document[3960]. The following error(s) was/were found: Proposed Document was not submitted
as separate attachment. Incorrect event selected. Correct event to be used is: Declaration ; or
Motion: order. Other error(s) with document(s): pdf is combined declaration and Motion for
findings. Incorrect event does not provide relief sought. Missing proposed order which should
have been submitted as a separate attachment.. In response to this notice, the Court may: (1)
order an amended or correct document to be filed; (2) order the document stricken; or (3) take
other action as the Court deems appropriate. You need not take any action in response to this
notice unless and until the Court directs you to do so. (lc)**

**2:14-cr-00338-SJO-13 Notice has been electronically mailed to:**
John L Carlton     jcarlton@medranocarlton.com
Jennifer J Uyeda     zzcac_fpd_document_receiving@fd.org, jennifer_uyeda@fd.org
Paul C Horgan     pchorgan@gmail.com
Michael T Shannon     michaelttshannon@gmail.com
Humberto Diaz     jhdiazlaw@gmail.com
Carlos N Iriarte     cicrimlaw@aol.com, carlos.n.iriarte@gmail.com
Dominic Cantalupo     dcantalupo@att.net
Michael Tanaka     mike@mtanakalaw.com
Michael S Chernis     michael@chernislaw.com
Vicki Marolt Buchanan     vickimaroltbuchananpc@gmail.com

Bernard J Rosen    bernardrosenlaw@aol.com
Angel Navarro    angel_navarro@me.com
Karyn H Bucur    khbucur@cox.net
Steven Andrew Brody    stevebrodylaw@gmail.com
Richard W Raynor    richard@richardraynor.com, richardraynorlaw@gmail.com
David Andrew Schlesinger    david@jsslegal.com
David R Evans    dre@drelaw.org, drevanslaw@gmail.com
George W Buehler    gbuehler@buehlerkassabian.com
John Neil McNicholas    john@mcnicholaslawoffice.com
Stanley I Greenberg    stanmanlaw@aol.com
Pedro V Castillo    zzcac_fpd_document_receiving@fd.org, pedro_castillo@fd.org
John Targowski    jtargo@icloud.com, hreganlegal@gmail.com
Oliver P Cleary    olivercleary@gmail.com
Neal James Gauger    mocks@nixonpeabody.com, avillanueva@nixonpeabody.com,
ngauger@nixonpeabody.com
Aron Ketchel    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, aron.ketchel@usdoj.gov
Thomas P Sleisenger    sleisengerlaw@yahoo.com
Michael J Stern    sternlawpractice@gmail.com
Amy E Jacks    amyejacks@sbcglobal.net
Edward M Robinson    shalaeroblaw@gmail.com, rarobinson1019@gmail.com, eroblaw@gmail.com

Mark Windsor    mark@windsorlaw.us
Judith Rochlin    judyrochlin@aol.com
Jessica N Walker    jwalker@foley.com, jingram@foley.com, docketflow@foley.com,
dkmiller@foley.com
Marisa Lynne Dersey Conroy    mdersey@hotmail.com
Zoe J Dolan    zdolan@gmail.com
Nadine C Hettle    zzcac_fpd_document_receiving@fd.org, nadine_hettle@fd.org,
rose_peralta@fd.org
Joel C Koury    jckoury@aol.com
Curtis V Leftwich    thedorsal@aol.com
Ellen M Barry    emfbarry@gmail.com, emfbarry@outlook.com
Karen L Goldstein    kgoldstein@klgcriminaldefense.com
Fredrico McCurry    fredlaw@earthlink.net, mccurrylawyer@gmail.com
Patrick William McLaughlin    pwmclaughlin50@gmail.com
Gretchen Fusilier    fus@pacbell.net
Sheila Nagaraj    warwick@co.santa-barbara.ca.us, snagaraj@co.santa-barbara.ca.us
Adam Axelrad    aaxelrad@sbcglobal.net, aaxelrad@hotmail.com
James S Thomson    suzy@ycbtal.net, james@ycbtal.net, ethan@ycbtal.net, aaron@ycbtal.net
David Robert Reed    automatictrials@yahoo.com
Holly A Sullivan    hollyasullivan@yahoo.com
Stephen G Frye    sgf@sgfryelaw.com
Richard P Lasting    richardplasting@sbcglobal.net
James R Tedford    ted@tedfordlaw.com
James Pernell Cooper    trialanimal@sbcglobal.net
Shaun Khojayan    shaun@khojayan.com, gracie@khojayan.com
Reuven L Cohen    rlessler@cohen-williams.com, rcohen@cohen-williams.com,
mwilliams@cohen-williams.com, rchavarin@cohen-williams.com
Dale Michael Rubin    drubin@socal.rr.com
Joseph F Walsh    attyjoewalsh@aol.com

Janet Eunme Hong    janet@thehongfirm.com
Jerome J Haig    jerome@jeromehaiglaw.com
Jay L Lichtman    jaylawla@aol.com
Thomas Nishi    tommy5850@aol.com
Andrea Renee St Julian    astjulian@san.rr.com
Amy Fan    amyfanlaw@gmail.com
Marilyn E Bednarski    reception@kmbllaw.com, mbednarski@kmbllaw.com
Mark Allen Chambers    nsantz@markchamberslaw.com, chambers@markchamberslaw.com
Jason P Gonzalez    sf.managing.clerk@nixonpeabody.com, mocks@nixonpeabody.com,
ngauger@nixonpeabody.com, was.managing.clerk@nixonpeabody.com,
jgonzalez@nixonpeabody.com
Carlos L Juarez    juarezlaw52@yahoo.com
Lawrence Jay Litman    ljlitman@cox.net
Max B Shiner    max.shiner@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Manuel Araujo    manuel@araujolawoffices.com, manuelaraujo1978@gmail.com
Phillip A Trevino Coordinating Discovery Attorney    ptrevino@me.com
Verna Wefald    verna@vernawefald.com
Julia Deixler    julia_deixler@fd.org
Paul W Blake    paulwblake@att.net
James S Bisnow    jimlaw@pacbell.net
Gary Paul Burcham    gburcham@sbcglobal.net
Karen L Landau    karenlandau@karenlandau.com
Yolanda Barrera    ybarreralaw@gmail.com
David J Kaloyanides    djpkaplc@me.com
William S Harris    billharrisesq@aol.com, sandhlaw@aol.com
Alan Eisner    alan@egattorneys.com, narine@egattorneys.com, rh@egattorneys.com
Richard A Levy    rlevy@richardalevy.com
Mack Eric Jenkins    mack.jenkins@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov


Peter Johnson    pete@pjohnsonlaw.com
Michael M Crain    michaelmcrain@aol.com
Brian A Newman    jjnewbee.newman@gmail.com, rtokabe@yahoo.com
Stephen G Wolfe    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Errol H Stambler    estambler@msn.com
Sonia Elizabeth Chahin    sechahin@aol.com, soniaechahin@gmail.com
Anthony Eaglin    eaglinlaw@gmail.com
Stephanie Ames    stephanieames@msn.com
Wilson Park    wilson.park@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Alexander L Griggs    alexandergriggs@hotmail.com
Anthony M Solis    anthonysolislaw@gmail.com
Gregory Nicolaysen    gregnicolaysen@aol.com
**2:14-cr-00338-SJO-13 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Karina G Puttieva
Nixon Peabody LLP
300 South Grand Avenue Suite 4100
Los Angeles CA 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

USA

2:14−cr−00338−SJO

Plaintiff(s),

v.

JOSHUA PEREZ, et al.

Defendant(s).

**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:    9/20/2019

Document Number(s):    3960

Title of Document(s):    Miscellaneous Document by USA

**ERROR(S) WITH DOCUMENT:**

Proposed Document was not submitted as separate attachment.

Incorrect event selected. Correct event to be used is: Declaration ; or Motion: order

Other:

pdf is combined declaration and Motion for findings. Incorrect event does not provide relief sought. Missing proposed order which should have been submitted as a separate attachment.

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: September 23, 2019                    By: _/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov_
                                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Case 2:14-cr-00338-DMG   Document 3989   Filed 11/01/19   Page 16 of 50   Page ID #:35129

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

Case: 2:14cr338  Doc: 3962

Rufus  Minniefield REGNO67876-112
TUCSON
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
PO BOX 23811
TUCSON, AZ 85734-4550



MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<28481967@cacd.uscourts.gov>Subject:Activity in Case 2:14-cr-00338-CAS USA v.
Martinez et al Sentencing Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 9/26/2019 at 1:54 PM PDT and filed on 9/23/2019

| | |
|---|---|
| **Case Name:** | USA v. Martinez et al |
| **Case Number:** | 2:14-cr-00338-SJO |
| **Filer:** | |
| **Document Number:** | 3962 |

**Docket Text:**
**MINUTES OF SENTENCING Hearing held before Judge S. James Otero as to Defendant
Joshua Perez(13), Count(s) 1ss, 11ss, BOP 360 months on each count term to run concurrently.
Supervised Release 10 years term consists of 5 years on count 1 and 10 years on count 11, term
to run concurrently. Special Assessment 200.00. All fines waived. Count(s) 1, 12, 12s, 14ss, 19ss,
1s, 21ss, 24, 24s, 25ss, 26ss, 34s-83s, 3ss, 58, 82, 85s, 95, 98s, Dismissed on Government Motion.
Defendant advised of right of appeal. Court Reporter: Sherri Kleeger. (lc)**

**2:14-cr-00338-SJO-13 Notice has been electronically mailed to:**
John L Carlton     jcarlton@medranocarlton.com
Jennifer J Uyeda     zzcac_fpd_document_receiving@fd.org, jennifer_uyeda@fd.org
Paul C Horgan     pchorgan@gmail.com
Michael T Shannon     michaelttshannon@gmail.com
Humberto Diaz     jhdiazlaw@gmail.com
Carlos N Iriarte     cicrimlaw@aol.com, carlos.n.iriarte@gmail.com
Dominic Cantalupo     dcantalupo@att.net
Michael Tanaka     mike@mtanakalaw.com
Michael S Chernis     michael@chernislaw.com
Vicki Marolt Buchanan     vickimaroltbuchananpc@gmail.com
Bernard J Rosen     bernardrosenlaw@aol.com
Angel Navarro     angel_navarro@me.com
Karyn H Bucur     khbucur@cox.net
Steven Andrew Brody     stevebrodylaw@gmail.com

Richard W Raynor    richard@richardraynor.com, richardraynorlaw@gmail.com
David Andrew Schlesinger    david@jsslegal.com
David R Evans    dre@drelaw.org, drevanslaw@gmail.com
George W Buehler    gbuehler@buehlerkassabian.com
John Neil McNicholas    john@mcnicholaslawoffice.com
Stanley I Greenberg    stanmanlaw@aol.com
Pedro V Castillo    zzcac_fpd_document_receiving@fd.org, pedro_castillo@fd.org
John Targowski    jtargo@icloud.com, hreganlegal@gmail.com
Oliver P Cleary    olivercleary@gmail.com
Neal James Gauger    mocks@nixonpeabody.com, avillanueva@nixonpeabody.com, ngauger@nixonpeabody.com
Aron Ketchel    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, aron.ketchel@usdoj.gov
Thomas P Sleisenger    sleisengerlaw@yahoo.com
Michael J Stern    sternlawpractice@gmail.com
Amy E Jacks    amyejacks@sbcglobal.net
Edward M Robinson    shalaeroblaw@gmail.com, rarobinson1019@gmail.com, eroblaw@gmail.com

Mark Windsor    mark@windsorlaw.us
Judith Rochlin    judyrochlin@aol.com
Jessica N Walker    jwalker@foley.com, jingram@foley.com, docketflow@foley.com, dkmiller@foley.com
Marisa Lynne Dersey Conroy    mdersey@hotmail.com
Zoe J Dolan    zdolan@gmail.com
Nadine C Hettle    zzcac_fpd_document_receiving@fd.org, nadine_hettle@fd.org, rose_peralta@fd.org
Joel C Koury    jckoury@aol.com
Curtis V Leftwich    thedorsal@aol.com
Ellen M Barry    emfbarry@gmail.com, emfbarry@outlook.com
Karen L Goldstein    kgoldstein@klgcriminaldefense.com
Fredrico McCurry    fredlaw@earthlink.net, mccurrylawyer@gmail.com
Patrick William McLaughlin    pwmclaughlin50@gmail.com
Gretchen Fusilier    fus@pacbell.net
Sheila Nagaraj    warwick@co.santa-barbara.ca.us, snagaraj@co.santa-barbara.ca.us
Adam Axelrad    aaxelrad@sbcglobal.net, aaxelrad@hotmail.com
James S Thomson    suzy@ycbtal.net, james@ycbtal.net, ethan@ycbtal.net, aaron@ycbtal.net
David Robert Reed    automatictrials@yahoo.com
Holly A Sullivan    hollyasullivan@yahoo.com
Stephen G Frye    sgf@sgfryelaw.com
Richard P Lasting    richardplasting@sbcglobal.net
James R Tedford    ted@tedfordlaw.com
James Pernell Cooper    trialanimal@sbcglobal.net
Shaun Khojayan    shaun@khojayan.com, gracie@khojayan.com
Reuven L Cohen    rlessler@cohen-williams.com, rcohen@cohen-williams.com, mwilliams@cohen-williams.com, rchavarin@cohen-williams.com
Dale Michael Rubin    drubin@socal.rr.com
Joseph F Walsh    attyjoewalsh@aol.com
Janet Eunme Hong    janet@thehongfirm.com
Jerome J Haig    jerome@jeromehaiglaw.com
Jay L Lichtman    jaylawla@aol.com
Thomas Nishi    tommy5850@aol.com

Andrea Renee St Julian    astjulian@san.rr.com
Amy Fan    amyfanlaw@gmail.com
Marilyn E Bednarski    reception@kmbllaw.com, mbednarski@kmbllaw.com
Mark Allen Chambers    nsantz@markchamberslaw.com, chambers@markchamberslaw.com
Jason P Gonzalez    sf.managing.clerk@nixonpeabody.com, mocks@nixonpeabody.com, ngauger@nixonpeabody.com, was.managing.clerk@nixonpeabody.com, jgonzalez@nixonpeabody.com
Carlos L Juarez    juarezlaw52@yahoo.com
Lawrence Jay Litman    ljlitman@cox.net
Max B Shiner    max.shiner@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Manuel Araujo    manuel@araujolawoffices.com, manuelaraujo1978@gmail.com
Phillip A Trevino Coordinating Discovery Attorney    ptrevino@me.com
Verna Wefald    verna@vernawefald.com
Julia Deixler    julia_deixler@fd.org
Paul W Blake    paulwblake@att.net
James S Bisnow    jimlaw@pacbell.net
Gary Paul Burcham    gburcham@sbcglobal.net
Karen L Landau    karenlandau@karenlandau.com
Yolanda Barrera    ybarreralaw@gmail.com
David J Kaloyanides    djpkaplc@me.com
William S Harris    billharrisesq@aol.com, sandhlaw@aol.com
Alan Eisner    alan@egattorneys.com, narine@egattorneys.com, rh@egattorneys.com
Richard A Levy    rlevy@richardalevy.com
Mack Eric Jenkins    mack.jenkins@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov


Peter Johnson    pete@pjohnsonlaw.com
Michael M Crain    michaelmcrain@aol.com
Brian A Newman    jjnewbee.newman@gmail.com, rtokabe@yahoo.com
Stephen G Wolfe    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Errol H Stambler    estambler@msn.com
Sonia Elizabeth Chahin    sechahin@aol.com, soniaechahin@gmail.com
Anthony Eaglin    eaglinlaw@gmail.com
Stephanie Ames    stephanieames@msn.com
Wilson Park    wilson.park@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Alexander L Griggs    alexandergriggs@hotmail.com
Anthony M Solis    anthonysolislaw@gmail.com
Gregory Nicolaysen    gregnicolaysen@aol.com
**2:14-cr-00338-SJO-13 Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
Karina G Puttieva
Nixon Peabody LLP
300 South Grand Avenue Suite 4100
Los Angeles CA 90071

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 14-00338 (B) SJO | | Date | September 23, 2019 |
|---|---|---|---|---|

Present: The Honorable    S. James Otero

Interpreter    Not required:

| Victor Paul Cruz | Sherri Kleeger | Max B. Shiner<br>Wilson Park<br>Mack Eric Jenkins |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (13) Joshua Perez | xx | xx | | Humberto Diaz | xx | xx | |

Proceedings:    **SENTENCING -**

Hearing held.

In preparation for this proceeding the Court has reviewed the following documents: The Presentence Report (PSR) (ECF No. 3396) disclosed on 04/16/2018, and the confidential letter recommendation. The Revised PSR (ECF No. 3955) and the First Addendum to the PSR (ECF No. 3956). The Court has reviewed the Government's sentencing position (ECF No. 3952) filed 09/18 /2019. The government indicates that the PSR has calculated a Total Offense Level of 41 and a Criminal History Category V (based on 11 criminal history points), which establishes a Guidelines range of 360 months to life imprisonment. Further that there is a 120-month mandatory minimum custodial term due to defendant's Count Eleven conviction for conspiring to distribute at least 280 grams of crack cocaine. The government recommends that the Court impose a sentence of 360 months' imprisonment. Defendant's sentencing position (ECF No. 3953) filed 09/19/2019. Defendant argues that the mandatory minimum sentence is now 10 years, since the passage of the *First Step Act*. Defendant requests that the Court impose a sentence of 120 months' incarceration.

The defendant acknowledges that he has reviewed all of the sentencing documents.

Counsel present argument.

Victims make oral impact statements.

The Court will not rule on government's request to find defendant in breach of his plea

---

CR-11 (09/98) | **CRIMINAL MINUTES - GENERAL** | Page 1 of 4

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

agreement.

Defendant exercises his right of allocution.

Having considered the sentencing factors enumerated at 18 U.S.C. § 3553(a) including the advisory guideline range of 360 months to Life based upon an offense level of 41 and a criminal history category of V, the Court imposes the following sentence:

It is ordered that the defendant shall pay to the United States a special assessment of $200, which is due immediately. Any unpaid balance shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

Pursuant to Guideline § 5E1.2(a), all fines are waived as the Court finds that the defendant has established that he is unable to pay and is not likely to become able to pay any fine.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Joshua Perez, is hereby committed on Counts 1 and 11 of the Second Superseding Indictment to the custody of the Bureau of Prisons for a term of 360 months. This term consists of 360 months on each of Counts 1 and 11 of the Second Superseding Indictment, to be served concurrently.

The Court recommends that the Bureau of Prisons conduct a mental health evaluation of the defendant and provide all necessary treatment.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 10 years. This term consists of 5 years on Count 1 and 10 years on Count 11 of the Second Superseding Indictment, all such terms to run concurrently under the following terms and conditions:

1.     The defendant shall comply with the rules and regulations of the United States Probation Office and General Order 05-02.

2.     The defendant shall not commit any violation of local, state, or federal law or ordinance.

3.     The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from custody and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

4.    The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath and/or sweat patch testing, as directed by the Probation Officer. The defendant shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision.

5.    The defendant shall participate in mental health treatment, which may include evaluation and counseling, until discharged from the treatment by the treatment provider, with the approval of the Probation Officer.

6.    As directed by the Probation Officer, the defendant shall pay all or part of the costs of the Court-ordered treatment to the aftercare contractors during the period of community supervision.  The defendant shall provide payment and proof of payment as directed by the Probation Officer.  If the defendant has no ability to pay, no payment shall be required.

7.    During the period of community supervision, the defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment.

8.    When not employed or excused by the Probation Officer for schooling, training, or other acceptable reasons, the defendant shall perform 20 hours of community service per week as directed by the Probation Office.

9.    The defendant shall cooperate in the collection of a DNA sample from the defendant.

10.    The defendant shall not associate with anyone known to him to be a member of the Broadway Gangster Crips Gang and others known to him to be participants in the Broadway Gangster Crips Gang's criminal activities, with the exception of his family members. He may not wear, display, use or possess any gang insignias, emblems, badges, buttons, caps, hats, jackets, shoes, or any other clothing that defendant knows evidence affiliation with the Broadway Gangster Crips Gang, and may not display any signs or gestures that defendant knows evidence affiliation with the Broadway Gangster Crips Gang.

11.    As directed by the Probation Officer, the defendant shall not be present in any area known to him to be a location where members of the Broadway Gangster Crips Gang meet and/or assemble.

12.    As directed by the Probation Officer, the defendant shall not reside in any area known as Broadway Gangster Crips controlled territory, which includes territory claimed in South Los Angeles, the territory defined as (to the North) Vernon Avenue, (to the East) Avalon Boulevard, (to the West) the 110 Freeway, and (to the South) Slauson Avenue.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

13.    The defendant shall submit his or her person, property, house, residence, vehicle, papers, computers [as defined in 18 U.S.C. § 1030(e)(1)], cell phones, other electronic communications or data storage devices or media, office, or other areas under the defendant's control, to a search conducted by a United States Probation Officer or law enforcement officer. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search pursuant to this condition will be conducted at a reasonable time and in a reasonable manner upon reasonable suspicion that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.

The Court authorizes the Probation Office to disclose the Presentence Report to the substance abuse treatment provider to facilitate the defendant's treatment for narcotic addiction or drug dependency. Further redisclosure of the Presentence Report by the treatment provider is prohibited without the consent of the sentencing judge.

The Court authorizes the Probation Officer to disclose the Presentence Report, and/or any previous mental health evaluations or reports, to the treatment provider. The treatment provider may provide information (excluding the Presentence report), to State or local social service agencies (such as the State of California, Department of Social Service), for the purpose of the client's rehabilitation.

The Court advises the defendant of his right to appeal.

The Court grants defendant's request to participate in the BOP's 500-hour Drug Treatment Program and that he shall be incarcerated in Southern California.

In the interest of justice the Court grants the government's motion to dismiss all remaining counts of the second superseding information and the underlying indictments.

_____   :   ___1/41___

Initials of Deputy Clerk   _____

cc:  PROBATION OFFICE

Case: 2:14cr338  Doc: 3963



Rufus  Minniefield REGNO67876-112
TUCSON
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
PO BOX 23811
TUCSON, AZ 85734-4550

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<28482088@cacd.uscourts.gov>Subject:Activity in Case 2:14-cr-00338-CAS USA v.
Martinez et al Judgment and Commitment Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 9/26/2019 at 2:05 PM PDT and filed on 9/23/2019

| | |
|---|---|
| **Case Name:** | USA v. Martinez et al |
| **Case Number:** | 2:14-cr-00338-SJO |
| **Filer:** | |
| **Document Number:** | 3963 |

**Docket Text:**
**JUDGMENT AND COMMITMENT by Judge S. James Otero as to Defendant Joshua Perez
(13)Count(s) 1ss, 11ss, BOP 360 months on each count term to run concurrently. Supervised
Release 10 years term consists of 5 years on count 1 and 10 years on count 11, term to run
concurrently. Special Assessment 200.00. All fines waived. Count(s) 1, 12, 24, 58, 82, 95, 1s, 12s,
24s, 34s-83s, 85s, 98s, 3ss, 14ss, 19ss, 21ss, 25ss, 26ss, Dismissed on Government Motion.
Defendant advised of right of appeal, (lc)**

**2:14-cr-00338-SJO-13 Notice has been electronically mailed to:**
John L Carlton    jcarlton@medranocarlton.com
Jennifer J Uyeda    zzcac_fpd_document_receiving@fd.org, jennifer_uyeda@fd.org
Paul C Horgan    pchorgan@gmail.com
Michael T Shannon    michaelttshannon@gmail.com
Humberto Diaz    jhdiazlaw@gmail.com
Carlos N Iriarte    cicrimlaw@aol.com, carlos.n.iriarte@gmail.com
Dominic Cantalupo    dcantalupo@att.net
Michael Tanaka    mike@mtanakalaw.com
Michael S Chernis    michael@chernislaw.com
Vicki Marolt Buchanan    vickimaroltbuchananpc@gmail.com
Bernard J Rosen    bernardrosenlaw@aol.com
Angel Navarro    angel_navarro@me.com
Karyn H Bucur    khbucur@cox.net
Steven Andrew Brody    stevebrodylaw@gmail.com
Richard W Raynor    richard@richardraynor.com, richardraynorlaw@gmail.com
David Andrew Schlesinger    david@jsslegal.com
David R Evans    dre@drelaw.org, drevanslaw@gmail.com
George W Buehler    gbuehler@buehlerkassabian.com
John Neil McNicholas    john@mcnicholaslawoffice.com

Stanley I Greenberg    stanmanlaw@aol.com
Pedro V Castillo    zzcac_fpd_document_receiving@fd.org, pedro_castillo@fd.org
John Targowski    jtargo@icloud.com, hreganlegal@gmail.com
Oliver P Cleary    olivercleary@gmail.com
Neal James Gauger    mocks@nixonpeabody.com, avillanueva@nixonpeabody.com,
ngauger@nixonpeabody.com
Aron Ketchel    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, aron.ketchel@usdoj.gov
Thomas P Sleisenger    sleisengerlaw@yahoo.com
Michael J Stern    sternlawpractice@gmail.com
Amy E Jacks    amyejacks@sbcglobal.net
Edward M Robinson    shalaeroblaw@gmail.com, rarobinson1019@gmail.com, eroblaw@gmail.com

Mark Windsor    mark@windsorlaw.us
Judith Rochlin    judyrochlin@aol.com
Jessica N Walker    jwalker@foley.com, jingram@foley.com, docketflow@foley.com,
dkmiller@foley.com
Marisa Lynne Dersey Conroy    mdersey@hotmail.com
Zoe J Dolan    zdolan@gmail.com
Nadine C Hettle    zzcac_fpd_document_receiving@fd.org, nadine_hettle@fd.org,
rose_peralta@fd.org
Joel C Koury    jckoury@aol.com
Curtis V Leftwich    thedorsal@aol.com
Ellen M Barry    emfbarry@gmail.com, emfbarry@outlook.com
Karen L Goldstein    kgoldstein@klgcriminaldefense.com
Fredrico McCurry    fredlaw@earthlink.net, mccurrylawyer@gmail.com
Patrick William McLaughlin    pwmclaughlin50@gmail.com
Gretchen Fusilier    fus@pacbell.net
Sheila Nagaraj    warwick@co.santa-barbara.ca.us, snagaraj@co.santa-barbara.ca.us
Adam Axelrad    aaxelrad@sbcglobal.net, aaxelrad@hotmail.com
James S Thomson    suzy@ycbtal.net, james@ycbtal.net, ethan@ycbtal.net, aaron@ycbtal.net
David Robert Reed    automatictrials@yahoo.com
Holly A Sullivan    hollyasullivan@yahoo.com
Stephen G Frye    sgf@sgfryelaw.com
Richard P Lasting    richardplasting@sbcglobal.net
James R Tedford    ted@tedfordlaw.com
James Pernell Cooper    trialanimal@sbcglobal.net
Shaun Khojayan    shaun@khojayan.com, gracie@khojayan.com
Reuven L Cohen    rlessler@cohen-williams.com, rcohen@cohen-williams.com,
mwilliams@cohen-williams.com, rchavarin@cohen-williams.com
Dale Michael Rubin    drubin@socal.rr.com
Joseph F Walsh    attyjoewalsh@aol.com
Janet Eunme Hong    janet@thehongfirm.com
Jerome J Haig    jerome@jeromehaiglaw.com
Jay L Lichtman    jaylawla@aol.com
Thomas Nishi    tommy5850@aol.com
Andrea Renee St Julian    astjulian@san.rr.com
Amy Fan    amyfanlaw@gmail.com
Marilyn E Bednarski    reception@kmbllaw.com, mbednarski@kmbllaw.com
Mark Allen Chambers    nsantz@markchamberslaw.com, chambers@markchamberslaw.com
Jason P Gonzalez    sf.managing.clerk@nixonpeabody.com, mocks@nixonpeabody.com,

ngauger@nixonpeabody.com, was.managing.clerk@nixonpeabody.com,
jgonzalez@nixonpeabody.com
Carlos L Juarez    juarezlaw52@yahoo.com
Lawrence Jay Litman    ljlitman@cox.net
Max B Shiner    max.shiner@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Manuel Araujo    manuel@araujolawoffices.com, manuelaraujo1978@gmail.com
Phillip A Trevino Coordinating Discovery Attorney    ptrevino@me.com
Verna Wefald    verna@vernawefald.com
Julia Deixler    julia_deixler@fd.org
Paul W Blake    paulwblake@att.net
James S Bisnow    jimlaw@pacbell.net
Gary Paul Burcham    gburcham@sbcglobal.net
Karen L Landau    karenlandau@karenlandau.com
Yolanda Barrera    ybarreralaw@gmail.com
David J Kaloyanides    djpkaplc@me.com
William S Harris    billharrisesq@aol.com, sandhlaw@aol.com
Alan Eisner    alan@egattorneys.com, narine@egattorneys.com, rh@egattorneys.com
Richard A Levy    rlevy@richardalevy.com
Mack Eric Jenkins    mack.jenkins@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov


Peter Johnson    pete@pjohnsonlaw.com
Michael M Crain    michaelmcrain@aol.com
Brian A Newman    jjnewbee.newman@gmail.com, rtokabe@yahoo.com
Stephen G Wolfe    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Errol H Stambler    estambler@msn.com
Sonia Elizabeth Chahin    sechahin@aol.com, soniaechahin@gmail.com
Anthony Eaglin    eaglinlaw@gmail.com
Stephanie Ames    stephanieames@msn.com
Wilson Park    wilson.park@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Alexander L Griggs    alexandergriggs@hotmail.com
Anthony M Solis    anthonysolislaw@gmail.com
Gregory Nicolaysen    gregnicolaysen@aol.com
**2:14-cr-00338-SJO-13 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Karina G Puttieva
Nixon Peabody LLP
300 South Grand Avenue Suite 4100
Los Angeles CA 90071

## United States District Court
## Central District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA vs.** | **Docket No.**   CR 14-00338 (B) SJO-13 |
| **Defendant**   PEREZ, Joshua | **Social Security No.** 6   6   0   3 |
| akas:   Moniker: Lil JP;JP; Ainge, Tiny; Ange | (Last 4 digits) |

**JUDGMENT AND PROBATION/COMMITMENT ORDER**

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| Sept. | 23 | 2019 |

**COUNSEL**   Humberto Diaz (CJA Appointment)

(Name of Counsel)

**PLEA**   ☒ **GUILTY, and the court being satisfied that there is a factual basis for the plea.**   ☐ **NOLO CONTENDERE**   ☐ **NOT GUILTY**

**FINDING**   There being a finding/verdict of **GUILTY,** defendant has been convicted as charged of the offense(s) of:
**18 U.S.C. § 1962(d), 18 U.S.C. § 1963: Racketeer Influenced and Corrupt Organizations Conspiracy as charged in Count 1 of the Second Superseding Indictment. 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(A): Conspiracy to Distribute Cocaine Base in the Form of Crack Cocaine as charged in Count 11 of the Second Superseding Indictment.**

**JUDGMENT AND PROB/ COMM ORDER**   The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of:

It is ordered that the defendant shall pay to the United States a special assessment of $200, which is due immediately. Any unpaid balance shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

Pursuant to Guideline § 5E1.2(a), all fines are waived as the Court finds that the defendant has established that he is unable to pay and is not likely to become able to pay any fine.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Joshua Perez, is hereby committed on Counts 1 and 11 of the Second Superseding Indictment to the custody of the Bureau of Prisons for a term of 360 months. This term consists of 360 months on each of Counts 1 and 11 of the Second Superseding Indictment, to be served concurrently.

The Court recommends that the Bureau of Prisons conduct a mental health evaluation of the defendant and provide all necessary treatment.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 10 years. This term consists of 5 years on Count 1 and 10 years on Count 11 of the Second Superseding Indictment, all such terms to run concurrently under the following terms and conditions:

1.     The defendant shall comply with the rules and regulations of the United States Probation Office

USA vs.  **PEREZ, Joshua**                                      Docket No.:  **CR 14-00338 (B) SJO-13**

and General Order 05-02.

2.      The defendant shall not commit any violation of local, state, or federal law or ordinance.

3.      The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from custody and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer.

4.      The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath and/or sweat patch testing, as directed by the Probation Officer. The defendant shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision.

5.      The defendant shall participate in mental health treatment, which may include evaluation and counseling, until discharged from the treatment by the treatment provider, with the approval of the Probation Officer.

6.      As directed by the Probation Officer, the defendant shall pay all or part of the costs of the Court-ordered treatment to the aftercare contractors during the period of community supervision.  The defendant shall provide payment and proof of payment as directed by the Probation Officer.  If the defendant has no ability to pay, no payment shall be required.

7.      During the period of community supervision, the defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment.

8.      When not employed or excused by the Probation Officer for schooling, training, or other acceptable reasons, the defendant shall perform 20 hours of community service per week as directed by the Probation Office.

9.      The defendant shall cooperate in the collection of a DNA sample from the defendant.

10.      The defendant shall not associate with anyone known to him to be a member of the Broadway Gangster Crips Gang and others known to him to be participants in the Broadway Gangster Crips Gang's criminal activities, with the exception of his family members. He may not wear, display, use or possess any gang insignias, emblems, badges, buttons, caps, hats, jackets, shoes, or any other clothing that defendant knows evidence affiliation with the Broadway Gangster Crips Gang, and may not display any signs or gestures that defendant knows evidence affiliation with the Broadway Gangster Crips Gang.

11.      As directed by the Probation Officer, the defendant shall not be present in any area known to him to be a location where members of the Broadway Gangster Crips Gang meet and/or assemble.

USA vs.   **PEREZ, Joshua**                                          Docket No.:   **CR 14-00338 (B) SJO-13**

12.     As directed by the Probation Officer, the defendant shall not reside in any area known as Broadway Gangster Crips controlled territory, which includes territory claimed in South Los Angeles, the territory defined as (to the North) Vernon Avenue, (to the East) Avalon Boulevard, (to the West) the 110 Freeway, and (to the South) Slauson Avenue.

13.     The defendant shall submit his or her person, property, house, residence, vehicle, papers, computers [as defined in 18 U.S.C. § 1030(e)(1)], cell phones, other electronic communications or data storage devices or media, office, or other areas under the defendant's control, to a search conducted by a United States Probation Officer or law enforcement officer. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search pursuant to this condition will be conducted at a reasonable time and in a reasonable manner upon reasonable suspicion that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.

The Court authorizes the Probation Office to disclose the Presentence Report to the substance abuse treatment provider to facilitate the defendant's treatment for narcotic addiction or drug dependency. Further redisclosure of the Presentence Report by the treatment provider is prohibited without the consent of the sentencing judge.

The Court authorizes the Probation Officer to disclose the Presentence Report, and/or any previous mental health evaluations or reports, to the treatment provider. The treatment provider may provide information (excluding the Presentence report), to State or local social service agencies (such as the State of California, Department of Social Service), for the purpose of the client's rehabilitation.

The Court advises the defendant of his right to appeal.

The Court grants defendant's request to participate in the BOP's 500-hour Drug Treatment Program and that he shall be incarcerated in Southern California.

In the interest of justice the Court grants the government's motion to dismiss all remaining counts of the second superseding information and the underlying indictments.

USA vs.   **PEREZ, Joshua** _____   Docket No.:   **CR 14-00338 (B) SJO-13** _____

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

September 23, 2019
_____
Date

_S. James Otero_

_____
U. S. District Judge/Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

_Victor Paul Cruz_

September 23, 2019
_____
Filed Date

By    Victor Paul Cruz
_____
Deputy Clerk

The defendant must comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

### While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant must not commit another federal, state, or local crime;
2. he defendant must report to the probation office in the federal judicial district of residence within 72 hours of imposition of a sentence of probation or release from imprisonment, unless otherwise directed by the probation officer;
3. The defendant must report to the probation office as instructed by the court or probation officer;
4. The defendant must not knowingly leave the judicial district without first receiving the permission of the court or probation officer;
5. The defendant must answer truthfully the inquiries of the probation officer, unless legitimately asserting his or her Fifth Amendment right against self-incrimination as to new criminal conduct;
6. The defendant must reside at a location approved by the probation officer and must notify the probation officer at least 10 days before any anticipated change or within 72 hours of an unanticipated change in residence or persons living in defendant's residence;
7. The defendant must permit the probation officer to contact him or her at any time at home or elsewhere and must permit confiscation of any contraband prohibited by law or the terms of supervision and observed in plain view by the probation officer;
8. The defendant must work at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons and must notify the probation officer at least ten days before any change in employment or within 72 hours of an unanticipated change;

9. The defendant must not knowingly associate with any persons engaged in criminal activity and must not knowingly associate with any person convicted of a felony unless granted permission to do so by the probation officer. This condition will not apply to intimate family members, unless the court has completed an individualized review and has determined that the restriction is necessary for protection of the community or rehabilitation;
10. The defendant must refrain from excessive use of alcohol and must not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
11. The defendant must notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
12. For felony cases, the defendant must not possess a firearm, ammunition, destructive device, or any other dangerous weapon;
13. The defendant must not act or enter into any agreement with a law enforcement agency to act as an informant or source without the permission of the court;
14. As directed by the probation officer, the defendant must notify specific persons and organizations of specific risks posed by the defendant to those persons and organizations and must permit the probation officer to confirm the defendant's compliance with such requirement and to make such notifications;
15. The defendant must follow the instructions of the probation officer to implement the orders of the court, afford adequate deterrence from criminal conduct, protect the public from further crimes of the defendant; and provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

☐    The defendant must also comply with the following special conditions (set forth below).

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant must pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment under 18 U.S.C. § 3612(f)(1).  Payments may be subject to penalties for default and delinquency under 18 U.S.C. § 3612(g).  Interest and penalties pertaining to restitution, however, are not applicable for offenses completed before April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant must pay the balance as directed by the United States Attorney's Office. 18 U.S.C. § 3613.

The defendant must notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence address until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. § 3612(b)(l)(F).

The defendant must notify the Court (through the Probation Office) and the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. § 3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution under 18 U.S.C. § 3664(k). See also 18 U.S.C. § 3572(d)(3) and for probation 18 U.S.C. § 3563(a)(7).

Payments will be applied in the following order:

1. Special assessments under 18 U.S.C. § 3013;
2. Restitution, in this sequence (under 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid):
   Non-federal victims (individual and corporate),
   Providers of compensation to non-federal victims,
   The United States as victim;
3. Fine;
4. Community restitution, under 18 U.S.C. § 3663(c); and
5. Other penalties and costs.

## CONDITIONS OF PROBATION AND SUPERVISED RELEASE PERTAINING TO FINANCIAL SANCTIONS

As directed by the Probation Officer, the defendant must provide to the Probation Officer:  (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant.  In addition, the defendant must not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant must maintain one personal checking account.  All of defendant's income, "monetary gains," or other pecuniary proceeds must be deposited into this account, which must be used for payment of all personal expenses.  Records of all other bank accounts, including any business accounts, must be disclosed to the Probation Officer upon request.

The defendant must not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

USA vs.   **PEREZ, Joshua**                    Docket No.:   **CR 14-00338 (B) SJO-13**

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____

_____
Date

Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____

_____
Filed Date

Deputy Clerk

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____          _____
Defendant                                                   Date

_____          _____
U. S. Probation Officer/Designated Witness          Date

Case: 2:14cr338  Doc: 3972



Rufus  Minniefield REGNO67876-112
TUCSON
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
PO BOX 23811
TUCSON, AZ 85734-4550

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<28514056@cacd.uscourts.gov>Subject:Activity in Case 2:14-cr-00338-CAS USA v.
Martinez et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 10/2/2019 at 9:17 AM PDT and filed on 10/2/2019

| | |
|---|---|
| **Case Name:** | USA v. Martinez et al |
| **Case Number:** | 2:14-cr-00338-SJO |
| **Filer:** | |
| **Document Number:** | 3972 |

**Docket Text:**
**MINUTES OF IN CHAMBERS ORDER by Judge S. James Otero: As to Defendant Keefe
Dashiell : The Court is in receipt of a letter received 09/30/2019, sent directly to Judge Otero
from the defendant. Because defendant is not represented by counsel, and only counsel may
submit filings, this Court therefore declines to entertain said letter. Pursuant to the direction of
the Court, said letter shall be forwarded to attorney John Targowski for determination of its
filing. (lc)**

**2:14-cr-00338-SJO-6 Notice has been electronically mailed to:**
John L Carlton     jcarlton@medranocarlton.com
Jennifer J Uyeda     zzcac_fpd_document_receiving@fd.org, jennifer_uyeda@fd.org
Paul C Horgan     pchorgan@gmail.com
Michael T Shannon     michaelttshannon@gmail.com
Humberto Diaz     jhdiazlaw@gmail.com
Carlos N Iriarte     cicrimlaw@aol.com, carlos.n.iriarte@gmail.com
Dominic Cantalupo     dcantalupo@att.net
Michael Tanaka     mike@mtanakalaw.com
Michael S Chernis     michael@chernislaw.com
Vicki Marolt Buchanan     vickimaroltbuchananpc@gmail.com
Bernard J Rosen     bernardrosenlaw@aol.com
Angel Navarro     angel_navarro@me.com
Karyn H Bucur     khbucur@cox.net
Steven Andrew Brody     stevebrodylaw@gmail.com

Richard W Raynor    richard@richardraynor.com, richardraynorlaw@gmail.com
David Andrew Schlesinger    david@jsslegal.com
David R Evans    dre@drelaw.org, drevanslaw@gmail.com
George W Buehler    gbuehler@buehlerkassabian.com
John Neil McNicholas    john@mcnicholaslawoffice.com
Stanley I Greenberg    stanmanlaw@aol.com
Pedro V Castillo    zzcac_fpd_document_receiving@fd.org, pedro_castillo@fd.org
John Targowski    jtargo@icloud.com, hreganlegal@gmail.com
Oliver P Cleary    olivercleary@gmail.com
Neal James Gauger    mocks@nixonpeabody.com, avillanueva@nixonpeabody.com,
ngauger@nixonpeabody.com
Aron Ketchel    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, aron.ketchel@usdoj.gov
Thomas P Sleisenger    sleisengerlaw@yahoo.com
Michael J Stern    sternlawpractice@gmail.com
Amy E Jacks    amyejacks@sbcglobal.net
Edward M Robinson    shalaeroblaw@gmail.com, rarobinson1019@gmail.com, eroblaw@gmail.com

Mark Windsor    mark@windsorlaw.us
Judith Rochlin    judyrochlin@aol.com
Jessica N Walker    jwalker@foley.com, jingram@foley.com, docketflow@foley.com,
dkmiller@foley.com
Marisa Lynne Dersey Conroy    mdersey@hotmail.com
Zoe J Dolan    zdolan@gmail.com
Nadine C Hettle    zzcac_fpd_document_receiving@fd.org, nadine_hettle@fd.org,
rose_peralta@fd.org
Joel C Koury    jckoury@aol.com
Curtis V Leftwich    thedorsal@aol.com
Ellen M Barry    emfbarry@gmail.com, emfbarry@outlook.com
Karen L Goldstein    kgoldstein@klgcriminaldefense.com
Fredrico McCurry    fredlaw@earthlink.net, mccurrylawyer@gmail.com
Patrick William McLaughlin    pwmclaughlin50@gmail.com
Gretchen Fusilier    fus@pacbell.net
Sheila Nagaraj    warwick@co.santa-barbara.ca.us, snagaraj@co.santa-barbara.ca.us
Adam Axelrad    aaxelrad@sbcglobal.net, aaxelrad@hotmail.com
James S Thomson    suzy@ycbtal.net, james@ycbtal.net, ethan@ycbtal.net, aaron@ycbtal.net
David Robert Reed    automatictrials@yahoo.com
Holly A Sullivan    hollyasullivan@yahoo.com
Stephen G Frye    sgf@sgfryelaw.com
Richard P Lasting    richardplasting@sbcglobal.net
James R Tedford    ted@tedfordlaw.com
James Pernell Cooper    trialanimal@sbcglobal.net
Shaun Khojayan    shaun@khojayan.com, gracie@khojayan.com
Reuven L Cohen    rlessler@cohen-williams.com, rcohen@cohen-williams.com,
mwilliams@cohen-williams.com, rchavarin@cohen-williams.com
Dale Michael Rubin    drubin@socal.rr.com
Joseph F Walsh    attyjoewalsh@aol.com
Janet Eunme Hong    janet@thehongfirm.com
Jerome J Haig    jerome@jeromehaiglaw.com
Jay L Lichtman    jaylawla@aol.com
Thomas Nishi    tommy5850@aol.com

Andrea Renee St Julian    astjulian@san.rr.com
Amy Fan    amyfanlaw@gmail.com
Marilyn E Bednarski    reception@kmbllaw.com, mbednarski@kmbllaw.com
Mark Allen Chambers    nsantz@markchamberslaw.com, chambers@markchamberslaw.com
Jason P Gonzalez    sf.managing.clerk@nixonpeabody.com, mocks@nixonpeabody.com,
ngauger@nixonpeabody.com, was.managing.clerk@nixonpeabody.com,
jgonzalez@nixonpeabody.com
Carlos L Juarez    juarezlaw52@yahoo.com
Lawrence Jay Litman    ljlitman@cox.net
Max B Shiner    max.shiner@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Manuel Araujo    manuel@araujolawoffices.com, manuelaraujo1978@gmail.com
Phillip A Trevino Coordinating Discovery Attorney    ptrevino@me.com
Verna Wefald    verna@vernawefald.com
Julia Deixler    julia_deixler@fd.org
Paul W Blake    paulwblake@att.net
James S Bisnow    jimlaw@pacbell.net
Gary Paul Burcham    gburcham@sbcglobal.net
Karen L Landau    karenlandau@karenlandau.com
Yolanda Barrera    ybarreralaw@gmail.com
David J Kaloyanides    djpkaplc@me.com
William S Harris    billharrisesq@aol.com, sandhlaw@aol.com
Alan Eisner    alan@egattorneys.com, narine@egattorneys.com, rh@egattorneys.com
Richard A Levy    rlevy@richardalevy.com
Mack Eric Jenkins    mack.jenkins@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov


Peter Johnson    pete@pjohnsonlaw.com
Michael M Crain    michaelmcrain@aol.com
Brian A Newman    jjnewbee.newman@gmail.com, rtokabe@yahoo.com
Stephen G Wolfe    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Errol H Stambler    estambler@msn.com
Sonia Elizabeth Chahin    sechahin@aol.com, soniaechahin@gmail.com
Anthony Eaglin    eaglinlaw@gmail.com
Stephanie Ames    stephanieames@msn.com
Wilson Park    wilson.park@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Alexander L Griggs    alexandergriggs@hotmail.com
Anthony M Solis    anthonysolislaw@gmail.com
Gregory Nicolaysen    gregnicolaysen@aol.com
**2:14-cr-00338-SJO-6 Notice has been delivered by First Class U. S. Mail or by other means <u>BY
THE FILER</u> to :**
Karina G Puttieva
Nixon Peabody LLP
300 South Grand Avenue Suite 4100
Los Angeles CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No.   CR 14-00338 SJO-6                                           Date   October 2, 2019

Present: The Honorable   S. James Otero

Interpreter   Not required

| Victor Paul Cruz | Not Present | Mack Eric Jenkins |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (#6) Keefe Dashiell | not | xx | | John Targowski | not | xx | |

**Proceedings:**   **IN CHAMBERS**

The Court is in receipt of a letter received 09/30/2019, sent directly to Judge Otero from the defendant.  Because defendant is not represented by counsel, and only counsel may submit filings, this Court therefore declines to entertain said letter. Pursuant to the direction of the Court, said letter shall be forwarded to attorney John Targowski for determination of its filing.

                                                                                          :

                                    Initials of Deputy Clerk          vpc

---

CR-11 (09/98)                          **CRIMINAL MINUTES - GENERAL**                          Page 1 of 1

Case: 2:14cr0338  Doc: 3976

Rufus  Minniefield REGNO67876-112
TUCSON
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
PO BOX 23811
TUCSON, AZ 85734-4550



FILED
CLERK, U.S. DISTRICT COURT

NOV - 1 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<28525495@cacd.uscourts.gov>Subject:Activity in Case 2:14-cr-00338-CAS USA v. Martinez et al Order to Continue Trial, Change of Plea or Sentencing Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 10/3/2019 at 1:07 PM PDT and filed on 10/3/2019

| | |
|---|---|
| **Case Name:** | USA v. Martinez et al |
| **Case Number:** | 2:14-cr-00338-SJO |
| **Filer:** | |
| **Document Number:** | 3976 |

**Docket Text:**
**ORDER CONTINUING DEFENDANT RAVON MURRLEY (40) SENTENCING DATE FROM OCTOBER 7, 2019 TO DECEMBER 16, 2019 9:00 AM by Judge S. James Otero (lc)**

**2:14-cr-00338-SJO-40 Notice has been electronically mailed to:**
John L Carlton    jcarlton@medranocarlton.com
Jennifer J Uyeda    zzcac_fpd_document_receiving@fd.org, jennifer_uyeda@fd.org
Paul C Horgan    pchorgan@gmail.com
Michael T Shannon    michaeltshannon@gmail.com
Humberto Diaz    jhdiazlaw@gmail.com
Carlos N Iriarte    cicrimlaw@aol.com, carlos.n.iriarte@gmail.com
Dominic Cantalupo    dcantalupo@att.net
Michael Tanaka    mike@mtanakalaw.com
Michael S Chernis    michael@chernislaw.com
Vicki Marolt Buchanan    vickimaroltbuchananpc@gmail.com
Bernard J Rosen    bernardrosenlaw@aol.com
Angel Navarro    angel_navarro@me.com
Karyn H Bucur    khbucur@cox.net
Steven Andrew Brody    stevebrodylaw@gmail.com
Richard W Raynor    richard@richardraynor.com, richardraynorlaw@gmail.com
David Andrew Schlesinger    david@jsslegal.com
David R Evans    dre@drelaw.org, drevanslaw@gmail.com
George W Buehler    gbuehler@buehlerkassabian.com

John Neil McNicholas    john@mcnicholaslawoffice.com
Stanley J Greenberg    stanmanlaw@aol.com
Pedro V Castillo    zzcac_fpd_document_receiving@fd.org, pedro_castillo@fd.org
John Targowski    jtargo@icloud.com, hreganlegal@gmail.com
Oliver P Cleary    olivercleary@gmail.com
Neal James Gauger    mocks@nixonpeabody.com, avillanueva@nixonpeabody.com,
ngauger@nixonpeabody.com
Aron Ketchel    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, aron.ketchel@usdoj.gov
Thomas P Sleisenger    sleisengerlaw@yahoo.com
Michael J Stern    sternlawpractice@gmail.com
Amy E Jacks    amyejacks@sbcglobal.net
Edward M Robinson    shalaeroblaw@gmail.com, rarobinson1019@gmail.com, eroblaw@gmail.com

Mark Windsor    mark@windsorlaw.us
Judith Rochlin    judyrochlin@aol.com
Jessica N Walker    jwalker@foley.com, jingram@foley.com, docketflow@foley.com,
dkmiller@foley.com
Marisa Lynne Dersey Conroy    mdersey@hotmail.com
Zoe J Dolan    zdolan@gmail.com
Nadine C Hettle    zzcac_fpd_document_receiving@fd.org, nadine_hettle@fd.org,
rose_peralta@fd.org
Joel C Koury    jckoury@aol.com
Curtis V Leftwich    thedorsal@aol.com
Ellen M Barry    emfbarry@gmail.com, emfbarry@outlook.com
Karen L Goldstein    kgoldstein@klgcriminaldefense.com
Fredrico McCurry    fredlaw@earthlink.net, mccurrylawyer@gmail.com
Patrick William McLaughlin    pwmclaughlin50@gmail.com
Gretchen Fusilier    fus@pacbell.net
Sheila Nagaraj    warwick@co.santa-barbara.ca.us, snagaraj@co.santa-barbara.ca.us
Adam Axelrad    aaxelrad@sbcglobal.net, aaxelrad@hotmail.com
James S Thomson    suzy@ycbtal.net, james@ycbtal.net, ethan@ycbtal.net, aaron@ycbtal.net
David Robert Reed    automatictrials@yahoo.com
Holly A Sullivan    hollyasullivan@yahoo.com
Stephen G Frye    sgf@sgfryelaw.com
Richard P Lasting    richardplasting@sbcglobal.net
James R Tedford    ted@tedfordlaw.com
James Pernell Cooper    trialanimal@sbcglobal.net
Shaun Khojayan    shaun@khojayan.com, gracie@khojayan.com
Reuven L Cohen    rlessler@cohen-williams.com, rcohen@cohen-williams.com,
mwilliams@cohen-williams.com, rchavarin@cohen-williams.com
Dale Michael Rubin    drubin@socal.rr.com
Faryar Tony Farmani    tffarmani@aol.com
Joseph F Walsh    attyjoewalsh@aol.com
Janet Eunme Hong    janet@thehongfirm.com
Jerome J Haig    jerome@jeromehaiglaw.com
Jay L Lichtman    jaylawla@aol.com
Thomas Nishi    tommy5850@aol.com
Andrea Renee St Julian    astjulian@san.rr.com
Amy Fan    amyfanlaw@gmail.com
Marilyn E Bednarski    reception@kmbllaw.com, mbednarski@kmbllaw.com

Mark Allen Chambers    nsantz@markchamberslaw.com, chambers@markchamberslaw.com
Jason P Gonzalez    sf.managing.clerk@nixonpeabody.com, mocks@nixonpeabody.com,
ngauger@nixonpeabody.com, was.managing.clerk@nixonpeabody.com,
jgonzalez@nixonpeabody.com
Carlos L Juarez    juarezlaw52@yahoo.com
Lawrence Jay Litman    ljlitman@cox.net
Max B Shiner    max.shiner@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Manuel Araujo    manuel@araujolawoffices.com, manuelaraujo1978@gmail.com
Phillip A Trevino Coordinating Discovery Attorney    ptrevino@me.com
Verna Wefald    verna@vernawefald.com
Julia Deixler    julia_deixler@fd.org
Paul W Blake    paulwblake@att.net
James S Bisnow    jimlaw@pacbell.net
Gary Paul Burcham    gburcham@sbcglobal.net
Karen L Landau    karenlandau@karenlandau.com
Yolanda Barrera    ybarreralaw@gmail.com
David J Kaloyanides    djpkaplc@me.com
William S Harris    billharrisesq@aol.com, sandhlaw@aol.com
Alan Eisner    alan@egattorneys.com, narine@egattorneys.com, rh@egattorneys.com
Richard A Levy    rlevy@richardalevy.com
Mack Eric Jenkins    mack.jenkins@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov

Peter Johnson    pete@pjohnsonlaw.com
Michael M Crain    michaelmcrain@aol.com
Brian A Newman    jjnewbee.newman@gmail.com, rtokabe@yahoo.com
Stephen G Wolfe    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Errol H Stambler    estambler@msn.com
Sonia Elizabeth Chahin    sechahin@aol.com, soniaechahin@gmail.com
Anthony Eaglin    eaglinlaw@gmail.com
Stephanie Ames    stephanieames@msn.com
Wilson Park    wilson.park@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Alexander L Griggs    alexandergriggs@hotmail.com
Anthony M Solis    anthonysolislaw@gmail.com
Gregory Nicolaysen    gregnicolaysen@aol.com
**2:14-cr-00338-SJO-40 Notice has been delivered by First Class U. S. Mail or by other means <u>BY
THE FILER</u> to :**
Karina G Puttieva
Nixon Peabody LLP
300 South Grand Avenue Suite 4100
Los Angeles CA 90071

PATRICK W. McLAUGHLIN
Attorney At Law
California State Bar No. 89657
205 South Broadway, Suite 902
Los Angeles, California 90012
Telephone:   (213) 437-0122
Facsimile:   (213) 628-3908
Email:        pwmclaughlin50@gmail.com

Attorney for Defendant
RAVON MURRLEY

```
FILED
CLERK, U.S. DISTRICT COURT

October 3, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY:_____VPC____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>RAVON MURRLEY,<br><br>          Defendant. | CASE NO. CR 14-338(A)-SJO-40<br><br>[PROPOSED] ORDER CONTINUING DEFENDANT RAVON MURRLEY'S SENTENCING DATE<br><br>Current Date:  October 7, 2019<br>Proposed Date:  December 16, 2019<br>Time: 9:00 a.m. |

    Upon consideration of the parties' stipulation and good cause having been shown, IT IS HEREBY ORDERED that defendant Ravon Murrley's sentencing date is continued from October 7, 2019, to December 16, 2019, at 9:00 a.m.

DATED:  October 3, 2019

_S. James Otero_
_____
HONORABLE S. JAMES OTERO
United States District Court

1

Case: 2:14cr0338  Doc: 3977



Rufus  Minniefield REGNO67876-112
TUCSON
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
PO BOX 23811
TUCSON, AZ 85734-4550

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<28525526@cacd.uscourts.gov>Subject:Activity in Case 2:14-cr-00338-CAS USA v. Martinez et al Order to Continue Trial, Change of Plea or Sentencing Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 10/3/2019 at 1:10 PM PDT and filed on 10/3/2019

| | |
|---|---|
| **Case Name:** | USA v. Martinez et al |
| **Case Number:** | 2:14-cr-00338-SJO |
| **Filer:** | |
| **Document Number:** | 3977 |

**Docket Text:**
**ORDER TO CONTINUE SENTENCING FROM OCTOBER 7, 2019 TO DECEMBER 16, 2019 9:00 AM as to Defendant Erskin Carter by Judge S. James Otero (lc)**

**2:14-cr-00338-SJO-42 Notice has been electronically mailed to:**
John L Carlton    jcarlton@medranocarlton.com
Jennifer J Uyeda    zzcac_fpd_document_receiving@fd.org, jennifer_uyeda@fd.org
Paul C Horgan    pchorgan@gmail.com
Michael T Shannon    michaelttshannon@gmail.com
Humberto Diaz    jhdiazlaw@gmail.com
Carlos N Iriarte    cicrimlaw@aol.com, carlos.n.iriarte@gmail.com
Dominic Cantalupo    dcantalupo@att.net
Michael Tanaka    mike@mtanakalaw.com
Michael S Chernis    michael@chernislaw.com
Vicki Marolt Buchanan    vickimaroltbuchananpc@gmail.com
Bernard J Rosen    bernardrosenlaw@aol.com
Angel Navarro    angel_navarro@me.com
Karyn H Bucur    khbucur@cox.net
Steven Andrew Brody    stevebrodylaw@gmail.com
Richard W Raynor    richard@richardraynor.com, richardraynorlaw@gmail.com
David Andrew Schlesinger    david@jsslegal.com
David R Evans    dre@drelaw.org, drevanslaw@gmail.com
George W Buehler    gbuehler@buehlerkassabian.com

John Neil McNicholas    john@mcnicholaslawoffice.com
Stanley I Greenberg    stanmanlaw@aol.com
Pedro V Castillo    zzcac_fpd_document_receiving@fd.org, pedro_castillo@fd.org
John Targowski    jtargo@icloud.com, hreganlegal@gmail.com
Oliver P Cleary    olivercleary@aol.com
Neal James Gauger    mocks@nixonpeabody.com, avillanueva@nixonpeabody.com,
ngauger@nixonpeabody.com
Aron Ketchel    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, aron.ketchel@usdoj.gov
Thomas P Sleisenger    sleisengerlaw@yahoo.com
Michael J Stern    sternlawpractice@gmail.com
Amy E Jacks    amyejacks@sbcglobal.net
Edward M Robinson    shalaeroblaw@gmail.com, rarobinson1019@gmail.com, eroblaw@gmail.com

Mark Windsor    mark@windsorlaw.us
Judith Rochlin    judyrochlin@aol.com
Jessica N Walker    jwalker@foley.com, jingram@foley.com, docketflow@foley.com,
dkmiller@foley.com
Marisa Lynne Dersey Conroy    mdersey@hotmail.com
Zoe J Dolan    zdolan@gmail.com
Nadine C Hettle    zzcac_fpd_document_receiving@fd.org, nadine_hettle@fd.org,
rose_peralta@fd.org
Joel C Koury    jckoury@aol.com
Curtis V Leftwich    thedorsal@aol.com
Ellen M Barry    emfbarry@gmail.com, emfbarry@outlook.com
Karen L Goldstein    kgoldstein@klgcriminaldefense.com
Fredrico McCurry    fredlaw@earthlink.net, mccurrylawyer@gmail.com
Patrick William McLaughlin    pwmclaughlin50@gmail.com
Gretchen Fusilier    fus@pacbell.net
Sheila Nagaraj    warwick@co.santa-barbara.ca.us, snagaraj@co.santa-barbara.ca.us
Adam Axelrad    aaxelrad@sbcglobal.net, aaxelrad@hotmail.com
James S Thomson    suzy@ycbtal.net, james@ycbtal.net, ethan@ycbtal.net, aaron@ycbtal.net
David Robert Reed    automatictrials@yahoo.com
Holly A Sullivan    hollyasullivan@yahoo.com
Stephen G Frye    sgf@sgfryelaw.com
Richard P Lasting    richardplasting@sbcglobal.net
James R Tedford    ted@tedfordlaw.com
James Pernell Cooper    trialanimal@sbcglobal.net
Shaun Khojayan    shaun@khojayan.com, gracie@khojayan.com
Reuven L Cohen    rlessler@cohen-williams.com, rcohen@cohen-williams.com,
mwilliams@cohen-williams.com, rchavarin@cohen-williams.com
Dale Michael Rubin    drubin@socal.rr.com
Faryar Tony Farmani    tffarmani@aol.com
Joseph F Walsh    attyjoewalsh@aol.com
Janet Eunme Hong    janet@thehongfirm.com
Jerome J Haig    jerome@jeromehaiglaw.com
Jay L Lichtman    jaylawla@aol.com
Thomas Nishi    tommy5850@aol.com
Andrea Renee St Julian    astjulian@san.rr.com
Amy Fan    amyfanlaw@gmail.com
Marilyn E Bednarski    reception@kmbllaw.com, mbednarski@kmbllaw.com

Mark Allen Chambers    nsantz@markchamberslaw.com, chambers@markchamberslaw.com
Jason P Gonzalez    sf.managing.clerk@nixonpeabody.com, mocks@nixonpeabody.com,
ngauger@nixonpeabody.com, was.managing.clerk@nixonpeabody.com,
jgonzalez@nixonpeabody.com
Carlos L Juarez    juarezlaw52@yahoo.com
Lawrence Jay Litman    ljlitman@cox.net
Max B Shiner    max.shiner@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Manuel Araujo    manuel@araujolawoffices.com, manuelaraujo1978@gmail.com
Phillip A Trevino Coordinating Discovery Attorney    ptrevino@me.com
Verna Wefald    verna@vernawefald.com
Julia Deixler    julia_deixler@fd.org
Paul W Blake    paulwblake@att.net
James S Bisnow    jimlaw@pacbell.net
Gary Paul Burcham    gburcham@sbcglobal.net
Karen L Landau    karenlandau@karenlandau.com
Yolanda Barrera    ybarreralaw@gmail.com
David J Kaloyanides    djpkaplc@me.com
William S Harris    billharrisesq@aol.com, sandhlaw@aol.com
Alan Eisner    alan@egattorneys.com, narine@egattorneys.com, rh@egattorneys.com
Richard A Levy    rlevy@richardalevy.com
Mack Eric Jenkins    mack.jenkins@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov


Peter Johnson    pete@pjohnsonlaw.com
Michael M Crain    michaelmcrain@aol.com
Brian A Newman    jjnewbee.newman@gmail.com, rtokabe@yahoo.com
Stephen G Wolfe    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Errol H Stambler    estambler@msn.com
Sonia Elizabeth Chahin    sechahin@aol.com, soniaechahin@gmail.com
Anthony Eaglin    eaglinlaw@gmail.com
Stephanie Ames    stephanieames@msn.com
Wilson Park    wilson.park@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov
Alexander L Griggs    alexandergriggs@hotmail.com
Anthony M Solis    anthonysolislaw@gmail.com
Gregory Nicolaysen    gregnicolaysen@aol.com
**2:14-cr-00338-SJO-42 Notice has been delivered by First Class U. S. Mail or by other means BY
THE FILER to :**
Karina G Puttieva
Nixon Peabody LLP
300 South Grand Avenue Suite 4100
Los Angeles CA 90071

1    STEPHANIE AMES, California State Bar Number 195608
     THE LAW OFFICE OF STEPHANIE AMES
2    12121 Wilshire Boulevard, Suite 525
     Los Angeles California 90025
3    Tel: (310) 739-5952
     Fax: (310) 881-1289
4
     Attorney for Defendant
5    ERSKIN CARTER

```
                  FILED
         CLERK, U.S. DISTRICT COURT

          October 3, 2019

    CENTRAL DISTRICT OF CALIFORNIA
    BY:      VPC        DEPUTY
```

6

7

8

9                 UNITED STATES DISTRICT COURT

10         FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12    UNITED STATES OF AMERICA,        )   Case No.:  2:14-CR-338(A)-SJO-42
                            )
13    Plaintiff,                   )
                            )   [~~PROPOSED~~] ORDER TO CONTINUE
14    v.                         )   SENTENCING
                            )
15    ERSKIN CARTER,             )
                            )   HONORABLE S. JAMES OTERO
16    Defendant.               )
                            )   Current Sentencing Date:  October 7, 2019
17                              )   Proposed Sentencing Date:  December 16, 2019
                            )

18         Based upon the stipulation of the parties and good cause shown, it is hereby ordered that

19    sentencing in this matter be continued from October 7, 2019 to December 16, 2019 at 9:00 a.m.

20         IT IS SO ORDERED.

21    DATED:       10/03/19

22                              *S. James Otero*

23                _____
               THE HONORABLE S. JAMES OTERO
24                United States District Judge

25

     Cc:  U.S. Probation Office

-1-

**JNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**





NO LONGER AT THIS ADDRESS.