#### UNITED STATES DISTRICT COURT
#### CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S), v. | 2:14-cr-00338 SJO |
| DEFENDANT(S). | NOTICE OF REASSIGNMENT OF CASE |

To: ALL COUNSEL APPEARING OF RECORD

☑ Pursuant to the Notice of Clerical Error filed 05/20/2021 in 2:21-cv-04012 DMG

☐ In accordance with the Court's policy pertaining to the assignment of 8 U.S.C. § 1326 case related to a prior matter, case no. _____

You are hereby notified that this case has been transferred to the calendar of Judge Dolly M. Gee for:

☑ all further proceedings;
☐ any discovery matters that are or may be referred by the District Judge;
☐ any matters that are referred pursuant to General Order 05-07.
☐ other: _____

On all documents subsequently filed in this case, please substitute the initials __DMG__ after the case number in place of the initials of the prior judge so that the case number will read: __2:14-cr-00338 DMG__. This is very important because documents are routed to the assigned judge by means of these initials.

Clerk, U.S. District Court

Date 05/21/2021

By Robert R. Nadres
Deputy Clerk

cc:  ☐ Previous Judge   ☐ Statistics Clerk

G-41 (04/14)                    NOTICE OF REASSIGNMENT OF CASE